IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| GARCIA GRAIN TRADING CORP.,[1] | § | Case No. 23-70028 (EVR) |
| | § | |
| DEBTOR(S) | § | |

## NOTICE OF APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE EDUARDO V. RODRIGUEZ
CHIEF UNITED STATES BANKRUPTCY JUDGE:

The United States Trustee for the Southern District of Texas, through his undersigned attorney and pursuant to Section 1102(a) and 1102(b)(1) of the Bankruptcy Code, hereby appoints the following eligible creditors to the Official Committee of Unsecured Creditors in the above captioned case:

| | |
|---|---|
| Stony Ridge Roods<br>715 Atlantic Ave.<br>Benson, MN 56215 | Thomas Walker, Jr.<br>(651) 999-9970<br>tom2@walkerinsight.com |
| Russel Plantations II<br>28481 St. Hy 100<br>Los Fresnos, TX 78566 | Frank E. Russell<br>(956) 367-1092<br>russellfranke@aol.com |
| Frank Bailey Grain Company, Inc.<br>230 Montgomery St.<br>Fort Worth, TX 76107 | William E. Bailey<br>(817) 296-1887<br>bill@baileygrain.com |
| Thomas Zdansky<br>1467 Fm 498<br>Lyford, TX 78569 | (956) 642-7576<br>zdanskyjv@gmail.com |

---

[1] The last four digits of the Debtor's federal tax identification number is 4338. The Debtor's service address is: 101 N. Val Verde Rd., Donna, TX 78537.

| | |
|---|---|
| Johnny Guin<br>PO Box 1773<br>Weslaco, TX 78599 | (956) 463-4047<br>johnny@awproduce.com |
| Karen Arnold<br>PO Box 595<br>Weslaco, TX 78599 | (956) 373-0306<br>kaa1309@aol.com |
| Brian Jones<br>d/b/a Brian Jones Farms<br>PO Box 213<br>Edcouch, TX 78538 | (956) 262-4129<br>brijonfarms@yahoo.com |

Dated: March 9, 2023

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

By: /s/ Andrew Jiménez
Andrew Jiménez, Trial Attorney
District of Columbia Bar 991907
Email: Andrew.Jimenez@usdoj.gov
606 N. Carancahua Street, Suite 1107
Corpus Christi, TX 78401
(361) 888-3261
(361) 888-3263 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on March 9, 2023.

/s/ Andrew Jiménez
Andrew Jiménez
Trial Attorney