IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| GARCIA GRAIN TRADING CORP.,[1] | § | Case No. 23-70028 (EVR) |
| | § | |
| DEBTOR(S) | § | |

**NOTICE OF ORGANIZATIONAL MEETING**
**FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

The organizational meeting for the Official Committee of Unsecured Creditors in the captioned case will be convened by video teleconference on March 9, 2023, at 2:30 p.m. CST. Members of the committee have been provided call-in instructions.

Dated: March 9, 2023

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

By: /s/ Andrew Jiménez
Andrew Jiménez, Trial Attorney
District of Columbia Bar 991907
Email: Andrew.Jimenez@usdoj.gov
606 N. Carancahua Street, Suite 1107
Corpus Christi, TX 78401
(361) 888-3261
(361) 888-3263 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Organizational Meeting for the Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on March 9, 2023.

/s/ Andrew Jiménez
Andrew Jiménez
Trial Attorney

---

[1] The last four digits of the Debtor's federal tax identification number is 4338. The Debtor's service address is: 101 N. Val Verde Rd., Donna, TX 78537.