**23-70028** Garcia Grain Trading Corp.
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Bankruptcy Judge:** Eduardo V Rodriguez
**Date filed:** 02/17/2023 **Date of last filing:** 03/08/2023

# Parties

| | | |
|---|---|---|
| **Karen Arnold**<br>C/o Rudy Salinas, Jr.<br>PO Drawer 1247<br>Weslaco, TX 78599<br>*Added: 03/03/2023*<br>*(Creditor)* | represented by | **Rudy Salinas, Jr**<br>Jones Galligan Key & Lozano, LLP<br>2300 W Pike Blvd<br>Suite 300<br>Weslaco, TX 78596<br>956-968-5402<br>956-969-9402 (fax)<br>rsalinas@jgkl.com<br>*Assigned: 03/03/23* |
| **Cameron County**<br>*Added: 02/22/2023*<br>*(Creditor)* | represented by | **Diane Wade Sanders**<br>Linebarger Goggan et al<br>PO Box 17428<br>Austin, TX 78760<br>512-447-6675<br>512-443-5114 (fax)<br>austin.bankruptcy@publicans.com<br>*Assigned: 02/22/23* |
| **City Of Donna**<br>*Added: 02/22/2023*<br>*(Creditor)* | represented by | **Diane Wade Sanders**<br>Linebarger Goggan et al<br>PO Box 17428<br>Austin, TX 78760<br>512-447-6675<br>512-443-5114 (fax)<br>austin.bankruptcy@publicans.com<br>*Assigned: 02/22/23* |
| **Dreibelbis Farms**<br>*Added: 02/28/2023*<br>*(Creditor)* | represented by | **Mark Alan Twenhafel**<br>Twenhafel Law, PLLC<br>3825 North 10th Street<br>Ste E (78501)<br>P. O. Drawer 3766<br>McAllen, TX 78502-3766<br>956-687-6225<br>956-686-1276 (fax)<br>ecf@twenhafel-law.com<br>*Assigned: 02/28/23* |
| **Eat Fresh Farms**<br>PO Box 3300<br>Mission, TX 78573<br>*Added: 03/08/2023*<br>*(Creditor)* | represented by | **David J Lumber**<br>4201 N. McColl Rd<br>McAllen, TX 78504<br>956-618-3000<br>dlumber@guerralawgroup.com<br>*Assigned: 03/08/23* |

3/9/23, 9:36 AM
Case 23-70028 Document 79-2 Filed in TXSB on 03/09/23 Page 2 of 6
BK CM/ECF LIVE US Bankruptcy Court:txsb southern

| | | |
|---|---|---|
| **Falcon International Bank**<br>Trevino Haynes PLLC<br>c/o Richard E. Haynes, II<br>3910 E. Del Mar Blvd. Ste. 107<br>P.O. Box 450989<br>Laredo, TX 78045<br>United States<br>9567221417<br>9567910220 (fax)<br>rhaynes@thlaw.us<br>*Added: 02/20/2023*<br>*(Creditor)* | represented<br>by | **Richard Edward Haynes, II**<br>Trevino Haynes<br>3910 E. Del Mar Blvd. Ste 107<br>Laredo<br>Laredo, TX 78045<br>956-722-1417<br>956-791-0220 (fax)<br>rhaynes@thlaw.us<br>*Assigned: 02/20/23* |
| **Fike Farms**<br>1601 N. Sharp Road<br>Edinburg, TX 78542<br>*Added: 03/03/2023*<br>*(Creditor)* | represented<br>by | **Antonio Villeda**<br>Attorney at Law<br>6316 N 10th St, Bldg. B<br>McAllen, TX 78504<br>956-631-9100<br>avilleda@mybusinesslawyer.com<br>*Assigned: 03/03/23* |
| **Ford Motor Credit Company LLC**<br>*Added: 02/21/2023*<br>*(Creditor)* | represented<br>by | **Donald L Turbyfill**<br>Devlin Naylor & Turbyfill, PLLC<br>5120 Woodway<br>Suite 9000<br>Houston, TX 77056-1725<br>713-622-8338<br>713-586-7053 (fax)<br>dturbyfill@dntlaw.com<br>*Assigned: 02/21/23*<br><br>**Ronald Lee Turbyfill, Jr**<br>Devlin Naylor and Turbyfill<br>5120 Woodway<br>Suite 9000<br>Houston, TX 77056<br>713-622-8338<br>lturbyfill@dntlaw.com<br>*Assigned: 02/23/23* |
| **Frank Bailey Grain Company Inc.**<br>P.O. Box 510<br>Fort Worth, TX 76101<br>*Added: 02/27/2023*<br>*(Creditor)* | represented<br>by | **Russell Alan Devenport**<br>McDonald Sanders, P.C.<br>777 Main Street<br>Suite 2700<br>Fort Worth, TX 76102<br>817-336-8651<br>817-334-0271 (fax)<br>rad@mcdonaldlaw.com<br>*Assigned: 02/27/23* |
| **Garcia Grain Trading Corp.**<br>101 N. Val Verde Rd.<br>Donna, Tx 78537<br>Tax ID / EIN: 74-2884338<br>*Added: 02/17/2023*<br>*(Debtor)* | represented<br>by | **David R Langston**<br>Mullin Hoard et al<br>P.O. Box 2585<br>Lubbock, TX 79408<br>806-765-7491 |

|  |  |  |
|---|---|---|
|  |  | drl@mhba.com<br>*Assigned: 02/17/23* |
| **Grainchain, Inc.**<br>2023 N. Jackson Rd.<br>McAllen, TX 78501<br>United States<br>ccurtis@mcginnislaw.com<br>*Added: 02/18/2023*<br>*(Creditor)* | represented by | **Catherine Stone Curtis**<br>McGinnis Lochridge<br>P.O. BOX 720788<br>McAllen, TX 78504<br>956-489-5958<br>956-331-2304 (fax)<br>ccurtis@mcginnislaw.com<br>*Assigned: 02/18/23*<br><br>**Elias Marwan Yazbeck**<br>McGinnis Lochridge LLP<br>609 Main Street<br>Suite 2800<br>Houston, TX 77002<br>713-615-8514<br>eyazbeck@mcginnislaw.com<br>*Assigned: 03/03/23* |
| **Graneros Guadalupe SA DE CV**<br>*Added: 03/07/2023*<br>*(Creditor)* | represented by | **Steven Gerard Cennamo**<br>Law Office of Cennamo & Werner<br>12042 Blanco Road<br>Ste 308<br>San Antonio, TX 78216<br>210-905-0529<br>210-905-4373 (fax)<br>scennamo@cennamowernerlaw.com<br>*Assigned: 03/07/23* |
| **Johnny Guin**<br>C/o Rudy Salinas, Jr.<br>PO Drawer 1244<br>Weslaco, TX 78599<br>*Added: 03/03/2023*<br>*(Creditor)* | represented by | **Rudy Salinas, Jr**<br>Jones Galligan Key & Lozano, LLP<br>2300 W Pike Blvd<br>Suite 300<br>Weslaco, TX 78596<br>956-968-5402<br>956-969-9402 (fax)<br>rsalinas@jgkl.com<br>*Assigned: 03/03/23* |
| **HAR-VEST**<br>Attn: Tudor G. Uhlhorn, Managing Partner<br>2601 S. 77 Sunshine Strip<br>Harlingen, TX 78520<br>*Added: 03/06/2023*<br>*(Creditor)* | represented by | **Andrew Karl Rozell**<br>Attorney at Law<br>323 E Jackson<br>Harlingen, TX 78550<br>956-428-1282<br>956-428-6595 (fax)<br>akrlaw@xanadu2.net<br>*Assigned: 03/06/23* |
| **Helena Agri Enterprises, LLC**<br>Jennifer F. Wertz<br>Jackson Walker LLP<br>100 Congress Avenue<br>Suite 1100<br>Austin, TX 78701 | represented by | **Jennifer F Wertz**<br>Jackson Walker LLP<br>100 Congress Ave<br>Suite 1100<br>Austin, TX 78701<br>512-236-2247 |

| | | |
|---|---|---|
| Added: 03/06/2023<br>(Creditor) | | 512-391-2147 (fax)<br>jwertz@jw.com<br>*Assigned: 03/06/23* |
| **Hidalgo County**<br>Added: 02/22/2023<br>(Creditor) | represented by | **Diane Wade Sanders**<br>Linebarger Goggan et al<br>PO Box 17428<br>Austin, TX 78760<br>512-447-6675<br>512-443-5114 (fax)<br>austin.bankruptcy@publicans.com<br>*Assigned: 02/22/23* |
| **Lyford CISD**<br>Added: 02/22/2023<br>(Creditor) | represented by | **Diane Wade Sanders**<br>Linebarger Goggan et al<br>PO Box 17428<br>Austin, TX 78760<br>512-447-6675<br>512-443-5114 (fax)<br>austin.bankruptcy@publicans.com<br>*Assigned: 02/22/23* |
| **Russell Plantation II d/b/a Russell Plantation**<br>28481 State Hwy 100<br>Los Fresnos, TX<br>Added: 02/22/2023<br>(Creditor) | represented by | **Andrew Karl Rozell**<br>Attorney at Law<br>323 E Jackson<br>Harlingen, TX 78550<br>956-428-1282<br>956-428-6595 (fax)<br>akrlaw@xanadu2.net<br>*Assigned: 02/22/23* |
| **Simplot AB Retail, Inc. d/b/a Simplot Grower Solutions**<br>Added: 02/22/2023<br>(Creditor) | represented by | **Brent W. Martinelli**<br>Quintairos Prieto Wood Boyer PA<br>1700 Pacific<br>Ste 4545<br>Dallas, TX 75201<br>214-754-8755<br>brent.martinelli@qpwblaw.com<br>*Assigned: 02/22/23* |
| **StoneX Commodity Solutions, LLC**<br>1251 NW Briarcliff Pkwy, Suite 800<br>Kansas City, MO 64116<br>Added: 02/24/2023<br>(Creditor) | represented by | **D. Christopher Carson**<br>Burr & Forman, LLP<br>420 North 20th Street<br>Suite 3400<br>Birmingham, AL 35203<br>205-458-5372<br>*Assigned: 03/03/23* |
| | | **David W. Houston, IV**<br>Burr & Forman LLP<br>Burr & Forman, LLP<br>222 Second Avenue South<br>Suite 2000<br>Nashville, TN 37201<br>615-724-3215<br>615-724-3315 (fax) |

|  |  |  |
|---|---|---|
|  |  | dhouston@burr.com<br>*Assigned: 03/03/23*<br>*LEAD ATTORNEY* |
|  |  | **John Kurt Stephen**<br>Kurt Stephen, PLLC<br>100 S Bicentennial Blvd<br>McAllen, TX 78501-7050<br>956-631-3381<br>956-687-5542 (fax)<br>kurt@kstephenlaw.com<br>*Assigned: 02/24/23* |
| **Stoney Ridge Food, Inc.**<br>715 Atlantic Ave<br>Benson, MN 56215<br>*Added: 03/08/2023*<br>(Creditor) | represented by | **David C McLaughlin**<br>Fluegel Anderson McLaughlin & Brutlag<br>129 2nd St NW<br>Ortonville, MN 56278<br>320-839-2549<br>320-839-2540 (fax)<br>dmclaughlin@fluegellaw.com<br>*Assigned: 03/08/23* |
| **Chad Szutz**<br>PO Drawer 1247<br>C/o Rudy Salinas, Jr.<br>Weslaco, TX 78599<br>*Added: 03/03/2023*<br>(Creditor) | represented by | **Rudy Salinas, Jr**<br>Jones Galligan Key & Lozano, LLP<br>2300 W Pike Blvd<br>Suite 300<br>Weslaco, TX 78596<br>956-968-5402<br>956-969-9402 (fax)<br>rsalinas@jgkl.com<br>*Assigned: 03/03/23* |
| **US Trustee**<br>606 N Carancahua<br>Corpus Christi, TX 78401<br>USTPRegion07.CC.ECF@USDOJ.GOV<br>*Added: 02/17/2023*<br>(U.S. Trustee) | represented by | **Andrew Jimenez**<br>U.S. Department of Justice<br>Office of the U.S.Trustee<br>606 N Carancahua St<br>Ste 1107<br>Corpus Christi, TX 78401<br>361-888-3261<br>andrew.jimenez@usdoj.gov<br>*Assigned: 02/17/23*<br>*LEAD ATTORNEY* |
| **Vantage Bank Texas**<br>*Added: 02/21/2023*<br>(Creditor) | represented by | **Vicki M Skaggs**<br>Atlas & Hall<br>818 Pecan<br>PO Box 3725<br>McAllen, TX 78502-3725<br>956-682-5501<br>vmscourt@atlashall.com<br>*Assigned: 02/21/23* |
| **Willacy County**<br>*Added: 02/22/2023*<br>(Creditor) | represented by | **Diane Wade Sanders**<br>Linebarger Goggan et al<br>PO Box 17428 |

Austin, TX 78760<br>
512-447-6675<br>
512-443-5114 (fax)<br>
austin.bankruptcy@publicans.com<br>
*Assigned: 02/22/23*

| PACER Service Center ||
|---|---|
| **Transaction Receipt** ||
| 03/09/2023 09:35:58 ||
| **PACER Login:** akrlawharlingen | **Client Code:** 1308.0001 |
| **Description:** Party List | **Search Criteria:** 23-70028 |
| **Billable Pages:** 3 | **Cost:** 0.30 |