IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| GARCIA GRAIN TRADING CORP., | § § § § | Case No. 23-70028-EVR-11 |
| Debtor. | § | |

## NOTICE OF CONTINUED 341 CREDITORS MEETING

This is to serve as notice that the 341 Meeting in the above-referenced case has been continued to Thursday, April 13, 2023 at 9:30 a.m. The Meeting will be held via telephone by using the following:

**Telephone: 866-769-2770**
**Participant Code 6665569**

The continued 341 Meeting does not alter or change the other deadlines established in the original Notice [Docket #6] filed on February 21, 2023.

Respectfully Submitted:

MULLIN HOARD & BROWN, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: (806) 765-7491
Facsimile: (806) 765-0553

/s/ David R. Langston
David R. Langston, SBN: 11923800
Southern District Bar No. 9489
***Attorneys For Debtor, Garcia Grain Trading Corp.***

**CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing Notice was sent regular U.S. Mail, postage prepaid to all parties listed on the attached mailing matrix, as well as via ECF to all parties receiving Notice via the Court's ECF system on this 23rd day of March, 2023.

      /s/ David R. Langston_____
      David R. Langston

Garcia Grain Trading Corp.  
c/o Octavio Garcia  
101 N. Val Verde Rd.  
Donna, TX 78537

U.S. Trustee's Office  
606 N. Carancahua  
Suite 1107  
Corpus Christi, TX 78476

American Bean LLC  
101 1st Avenue  
Petersburg, ND 58272

American Express Business Card  
P.O. Box 981531  
El Paso, TX 79998-1531

American Express Corp.  
P.O. Box 650448  
Dallas, TX 75265-0448

Attebury Grain, LLC  
624 Burlington Rd.  
Fort Worth, TX 76179

BH Genetics  
5933 Farm to Market Rd. 1157  
Ganado, TX 77962

Brian Jones Farms  
Attn: Brian Jones  
6582 Mile 15 1/2 N  
Edcouch, TX 78538

BWAB MEXICO S DE RL DE CV AV HUMBERTO JUNCO VOIGT 3 2307 TORRE 2 LOCAL 3 COL VALLE ORIENTE SECC LOMA LARGA SAN PEDRO GARZA GARCIA NUEVO LEON CP 66269 MEXICO

Cadena Farms  
1324 CR 465  
Alice, TX 78332

Cameron County Tax Assessor  
P.O. Box 952  
Brownsville, TX 78522-0195

Carl Hensz  
5802 Sunrise Blvd.  
Harlingen, TX 78552

Chad Szutz  
P.O. Box 1773  
Weslaco, TX 78599

Citi Business Card  
P.O. Box 790046  
St. Louis, MO 63179-0046

Eat Fresh Farms  
c/o Robert Dyer  
P.O. Box 3300  
Mission, TX 78573

Falcon Bank  
6301 N. 10th St.  
McAllen, TX 78504

Fike Farms  
1601 N. Sharp Rd.  
Edinburg, TX 78542

Ford Motor Credit  
1501 North Plano Road  
Suite 100  
Richardson, TX 75081

Ford Motor Credit  
P.O. Box 650574  
Dallas, TX 75265-0574

Forest River Bean Co.  
P.O. Box 68  
Forest River, ND 58233

Frank Bailey Grain Co., Inc.  
Attn: William Bailey  
2301 Montgomery St.  
Fort Worth, TX 76107

Fred Karle  
P.O. Box 1064  
San Benito, TX 78586

Grain Chain, Inc.  
c/o Alex Mancias  
2023 N. Jackson Rd.  
McAllen, TX 78501

GRANEROS GUADALUPE SA DE CV CALLE MIER 7 NORIEGA #890 COL PABLO ES LOS SANTOS, SABINAS HIDALGO NL CP 65200 MEXICO

| | | |
|---|---|---|
| Hans Hovda<br>P.O. Box 86<br>Progreso, TX 78579 | Harvest Farms<br>c/o Tudor G. Uhlhorn<br>2601 S. 77 Sunshine Strip<br>Harlingen, TX 78550 | Helena Agri Enterprises, LLC<br>c/o Frances Rodriguez<br>P.O. Box 789<br>Alamo, TX 78516 |
| Hidalgo County FSA<br>United States of America<br>Attn: Farm Loan Programs<br>2514 S. Veterans Blvd., Suite 1<br>Edinburg, TX 78539-7026 | Hidalgo County Tax Assessor<br>P.O. Box 178<br>Edinburg, TX 78540 | Internal Revenue Service<br>Special Procedures -<br>Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>STOP #5026AUS<br>300 E. 8th St.<br>Austin, TX 78701 | Johnny Guin<br>P.O. Box 1773<br>Weslaco, TX 78599 | Jonathan Ruiz<br>24152 N. Kansas City Rd.<br>La Feria, TX 78559 |
| Karen Arnold<br>P.O. Box 595<br>Weslaco, TX 78599 | Lothringer Farms<br>11607 W. FM 117<br>Dilley, TX 78017 | Luna Brothers<br>P.O. Box 880<br>Edinburg, TX 78540-0880 |
| MANUEL RAMIRO SANCHEZ<br>LORETO DE TEJADA #304<br>COL.CELANECE<br>CD RIO BRAVO CP 88900<br>MEXICO | Mark Miller<br>328 Nicholas St.<br>Rancho Viejo, TX 78575-4902 | PKT Associates, Inc.<br>19-03 Mable Ave., #5<br>Fair Lawn, NJ 07410 |
| State Comptroller of Public Accounts<br>Revenue Accounting Division - Bankruptcy<br>P.O. Box 13528<br>Austin, TX 78711 | PROSESADORA DE ALIMENTOS INTEGRALES SA<br>CARRT-ATOTONILCO / ENCARNACION KM 95<br>SAN JUAN DE LOS LAGOS JAL. CP 47000<br>MEXICO | R.L. Dreibelbis<br>1911 S. Stewart Rd.<br>San Juan, TX 78589 |
| Richard W. Fryer<br>Registered Agent, Eat Fresh Farms<br>1352 W. Pecan Boulevard<br>McAllen, TX 78501 | Robert Walsdorf<br>212 E. Resaca Dr.<br>Los Fresnos, TX 78566 | Russell Plantation Gin, Inc.<br>Attn: Frank Russell<br>28481 State Highway 100<br>Los Fresnos, TX 78566 |
| Simplot Grower Solutions<br>24203 Port Rd.<br>Harlingen, TX 78550 | Skalitsky Farms<br>2422 E. Mile 13 1/2 N.<br>Donna, TX 78537 | Planters Grain Coop<br>796 FM Rd. 234<br>Edroy, TX 78352 |

| | | |
|---|---|---|
| Stonex Commodity Solutions, LLC<br>c/o Juan Tercero<br>1251 NW Briarcliff Parkway, Suite 800<br>Kansas City, MO 64116 | Stony Ridge Foods, Inc.<br>Attn: Thomas Walker<br>715 Atlantic Avenue<br>Benson, MN 56215 | Texas Attorney General's Office<br>Bankruptcy-Collections Division<br>P.O. Box 12548<br>Austin, TX 78711 |
| Texas Department of Agriculture<br>c/o Larry Mitchell<br>Coordinator - Grain Warehouse/ HMPC<br>P.O. Box 12847<br>Austin, TX 78711-2847 | U.S. Attorneys Office<br>Southern District of Texas<br>1000 Louisiana, Ste. 2300<br>Houston, TX 77002 | United Agricultural Coop<br>c/o Lindsey Bowers<br>P.O. Box 826<br>El Campo, TX 77437 |
| University of Missouri<br>P.O. Box 807012<br>Kansas City, MO 64180-7012 | USDA Farm Service Agency<br>2405 Texas Ave. South<br>College Station, TX 77840 | Valley Coop Oil Mill<br>c/o James C. Massey<br>P.O. Box 533609<br>Harlingen, TX 78553-3609 |
| Vantage Bank<br>c/o Brian Disque<br>1801 S. 2nd St.<br>McAllen, TX 78503 | Vi-Cal Grain Co.<br>P.O. Box 267<br>135 Main Street<br>Placedo, TX 77977 | Wesley Valerius<br>15538 State Highway 107<br>Harlingen, TX 78552 |
| Wesley Vanderpool<br>P.O. Box 337<br>Sullivan City, TX 78595 | Zdansky Farms JV<br>c/o Thomas Zdansky<br>14167 FM 498<br>Lyford, TX 78569 | Catherine Stone Curtis<br>McGinis Lochridge<br>P.O. Box 720788<br>McAllen, TX 78504 |
| Richard E. Haynes, II<br>Trevino/Haynes, LLP<br>3910 E. Del Mar Blvd., Ste. 107<br>Laredo, TX 78045 | Vicki M. Skaggs<br>Atlas Hall & Rodriguez, LLP<br>P.O. Box 3725<br>McAllen, TX 78502-3725 | Donald L. Turbyfill<br>Devlin Naylor & Turbyfill PLLC<br>5120 Woodway Drive, Suite 9000<br>Houston, TX. 77056-1725 |
| Brent W. Martinelli<br>Quintairos, Prieto Wood & Boyer PA<br>1700 Pacific Avenue, Suite 4545<br>Dallas, TX. 75201 | Diane W. Sanders<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 17428<br>Austin, TX. 78760-7428 | Andrew K. Rozell<br>323 East Jackson<br>Harlingen, TX 78550 |
| Mr. D. Christopher Carson<br>Burr Forman, LLP<br>420 North 20th Street, Suite 3400 Birmingham, Alabama 35203 | Mr. David W. Houston, IV<br>Burr Forman, LLP<br>222 Second Avenue South, Suite 2000 Nashville, Tennessee 37201 | Mr. Kurt Stephen<br>The Law Office of Kurt Stephen, PLLC 100 South Bicentennial<br>McAllen, Texas 78501 |

| | | |
|---|---|---|
| Mark A. Twenhafel<br>Twenhafel Law, PLLC<br>P.O. Drawer 3766<br>McAllen, TX 78502-3766 | Rudy Salinas, Jr.<br>Law Firm of Jones, Galligan<br>Key & Lozano, LLP<br>P.O. Box 1247<br>Weslaco, TX 78599 | Antonio Villeda<br>Villeda Law Group<br>6316 North 10th Street, Bldg. B<br>McAllen, TX 78504 |
| Elias M. Yazbeck<br>McGinnis Lochridge, LLP<br>609 Main Street, Suite 2800<br>Houston, TX 77002 | Andrew K. Rozell<br>232 E. Jackson<br>Harlingen, TX 78550 | Jennifer F. Wertz<br>Jackson Walker, LLP<br>100 Congress, Suite 1100<br>Austin, TX 78701 |
| Steven G. Cennammo<br>Law Office of Cennamo & Werner<br>12042 Blanco Road, Suite 308<br>San Antonio, TX 78216 | Robert L. Ginsburg<br>McDonald Sanders, PC<br>777 Main Street, Suite 2700<br>Fort Worth, TX 76102 | Russell Devenport<br>McDonald Sanders, PC<br>777 Main Street, Suite 2700<br>Fort Worth, TX 76102 |
| Donald Kaczkowski<br>McDonald Sanders, PC<br>777 Main Street, Suite 2700<br>Fort Worth, TX 76102 | David C. McLaughlin<br>Fluegel Anderson McLaughlin & Brutlag, Chartered<br>129 2nd St. NW<br>Ortonville, MN  56278 | David J. Lumber<br>Guerra Law Group, PLLC<br>4201 North McColl Rd.<br>McAllen, TX 78504 |
| Gregory Deegan<br>Becket and Lee, LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Layla D. Milligan<br>Office of the Attorney General of Texas<br>Bankruptcy & Collection Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Shelby A. Jordan<br>Jordan & Ortiz, P.C.<br>500 N. Shoreline Blvd., Suite 900<br>Corpus Christi, TX 78401 |
| Internal Revenue Service<br>1100 Commerce St.<br>M/S 5026 DAL<br>Dallas, TX 75242 | | |