IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 Bankruptcy |
| Garcia Grain Trading Corp. | § | |
| Debtor. | § | Case No. 23-70028 |
| | § | |

NOTICE OF APPEARANCE

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NOW COMES, Jose L. Caso, as attorney for Rio Beef Feedyard, Inc., filing this Notice of Appearance.

Caso Law Firm, PLLC, has been retained as counsel for Rio Beef Feedyard, Inc., an interested party.

A request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case be given to and served upon the undersigned attorney at the address and telephone numbers as follow:

> Jose L. Caso
> **Caso Law Firm, PLLC**
> 112 E. Cano St.
> Edinburg, Texas 78539
> (956) 433-2276 – telephone
> (956) 306-6930 – fax
> E-Mail Address: jcaso@caso.law

This request encompasses all notices, pleadings, forms, proposed orders, etc. The undersigned additionally requests that the Debtor and Clerk of the Court place the name and

address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case as may be appropriate.

Dated: March 24, 2023

Respectfully submitted,

Caso Law Firm, PLLC
112 E. Cano St.
Edinburg, Texas 78539
(956) 433-2276 – telephone
(956) 306-6930 – fax

By: /s/ Jose Caso
Jose Luis Caso

State Bar No. 24065018
E-mail Address: jcaso@caso.law

## CERTIFICATE OF SERVICE

I, Jose L. Caso, do hereby certify that on March 24, 2023, a true and correct copy of the foregoing Notice of Appearance was transmitted electronically pursuant to LBR 5005 and Rule 2.C, Admin. Proc. for Electronic Filing, or to those not served electronically, by mailing the Notice of Appearance via first-class mail, postage prepaid to the pertinent parties.

/s/ Jose L. Caso
Jose L. Caso