IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| GARCIA GRAIN TRADING CORP., | § § § § | Case No. 23-70028-EVR-11 |
| Debtor. | § | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

TO THE HONORABLE EDUARDO V. RODRIGUEZ, U.S. Bankruptcy Judge:

Pursuant to Bankruptcy Rule 9010(b), please take notice that the undersigned firm is appearing for Garcia Grain Trading Corp., in the above-referenced adversary case.

Garcia Grain Trading Corp. is the Debtor in the above-referenced case. Pursuant to Bankruptcy Rules 2002, 3017, and 9007 of the Rules of Bankruptcy Procedure, the undersigned, on behalf of the named party hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the address and telephone number set forth below.

Please take further notice that the foregoing request includes the notices and papers referred to in the rules specified above and also includes, without limitation, notice of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests and any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

Respectfully Submitted,

By: /s/ Brad W. Odell
    Brad W. Odell:  SBN 24065839

MULLIN HOARD & BROWN, LLP
P.O. Box 2585
Lubbock, TX 79408
Tel: 806-765-7491
Fax: 806-765-0553
Email: bodell@mhba.com
***Attorneys for Garcia Grain Trading Corp.***

## CERTIFICATE OF SERVICE

    I hereby certify that on April 3, 2023, a true and correct copy of the foregoing was served by the Court's Electronic Case Filing System to all parties registered or otherwise entitled to receive electronic notices.

/s/ Brad W. Odell
Brad W. Odell