# WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>MCALLEN DIVISION ||
|---|---|
| Main Case No: 23-70028 | Name of Debtor: Garcia Grain Trading Corp. |
| Adversary No: | Style of Adversary: |
| Witnesses: | |
| Brent Grecian, StoneX Representative | Judge: Eduardo V. Rodriguez |
| Octavio Garcia, Debtor Representative | |
| Rene Izaguirre, Debtor Representative | |
| John Rowland, Debtor Representative | |
| Any witness called by any other party. Any rebuttal witnesses. | Courtroom Deputy: Ana Castro |
| | Hearing Date: April 6, 2023 |
| | Hearing Time: 9:00 a.m. |
| | Party's Name: StoneX Commodity Solutions, LLC f/k/a FCStone Merchant Services, LLC, f/k/a INTL FCStone Merchant Services, LLC |
| | Attorney's Name:<br>David Houston, IV- Lead Counsel<br>Christopher Carson-Lead Counsel<br>Kurt Stephen- Local Counsel |
| | Attorney's Phone:<br>Mr. Houston: (615) 724-3215<br>Mr. Carson: (205) 458-5372<br>Mr. Stephen: (956) 631-3381 |
| | Nature of Proceeding: |
| | **Doc. #14**-Further Cash Collateral Hearing;<br>**Doc. #28**-Application to Employ Mullin Hoard & Brown, LLP as Counsel;<br>**Doc.#46**- Application to Employ D. Williams & Co., Inc. as Accountants<br>**Doc.#86**- Emergency M/Relief Pursuant to 11 USC Section 557 to Set Process & Procedures |

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| A | Master Purchase and Sale Agreement | | | | |
| B | UCC-1 | | | | |
| C | Summary of Warehouse Receipts | | | | |

| | | | | |
|---|---|---|---|---|
| | Any exhibit identified, introduced, designated, or relied upon by any other party. | | | |
| | Any exhibits necessary for rebuttal or impeachment purposes. | | | |