# AMENDED WITNESS & EXHHIBIT LIST OF DEBTORS FOR HEARINGS SCHEDULED FOR APRIL 6, 2023

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS MCALLEN DIVISION ||
|---|---|
| Case No: 23-70028-evr-11 | Name of Debtor: Garcia Grain trading Corp. |
| Adversary No: | Style of Adversary: |
| Witnesses:<br>- John Rowland - Fact Witness | |
| - Greg Taylor – Expert Witness | Judge: Eduardo V. Rodriguez |
| - David R. Langston – Expert Witness | Courtroom Deputy: |
| | Hearing Date: Thursday, April 6, 2023 |
| | Hearing Time: 9:00 a.m. |
| | Party's Name: Garcia Grain Trading Corp. |
| | Attorney's Name: David R. Langston |
| | Attorney's Phone: 806-765-7491 |
| | Nature of Proceeding:<br>- Emergency Motion On Use of Cash Collateral [#14] – hearing on continued use.<br>- Motion to Employ Mullin Hoard & Brown, L.L.P. as Counsel for Debtors [#28]<br>- Motion to Employ D. Williams & Co., Inc. as Accountants for Debtor [#46]<br>- Stonex Commodity Solutions, LLC's Emergency Motion For Relief Pursuant To 11 U.S.C. § 557 [#86] |

The Debtor reserves the right to amend this Witness List and to call other witnesses as may be necessary for rebuttal or impeachment purposes. The Debtor also reserves the right to call any witnesses designated by opposing counsel.

## EXHIBITS

The Debtor discloses that it may introduce the following exhibits:

| Ex. # | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| A. | 90 Day Budget | | | | |
| B. | Expert Report of Greg Taylor | | | | |
| C. | Expert Report of David R. Langston | | | | |

The Debtor reserves the right to amend this Exhibit List and to introduce other exhibits as may be necessary for impeachment purposes.  The Debtor also reserves the right to introduce exhibits designated by opposing counsel.

Respectfully Submitted,

MULLIN HOARD & BROWN, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: (806) 765-7491
Facsimile: (806) 765-0553
Email: drl@mhba.com

/s/ David R. Langston
David R. Langston, SBN: 11923800
Southern District Bar No. 9489
***Attorneys for the Debtor, Garcia Grain Trading Corp.***

**CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing Witness & Exhibit List was sent on this the 5th day of April, 2023 to the following listed parties in interest by ECF Notification, U.S. Regular Mail and/or Email to the following parties:

1. Office of the U.S. Trustee
   ANDREW JIMENEZ
   606 N. Carancahua, Suite 1107
   Corpus Christi, Texas 78401

2. ATLAS, HALL & RODRIGUEZ, LLP
   ATTN: Vicki M. Skaggs
   PO Box 3725
   McAllen, TX 78502-3725
   *Counsel for Vantage Bank*

3. D. Christopher Carson
   Burr Forman
   420 North 20th Street, Suite 3400
   Birmingham, Alabama 35203
   *Counsel for Stonex*

4. John Kurt Stephen
   Law Office of Kurt Stephen PLLC
   100 S. Bicentennial Blvd.
   McAllen, TX 78501-7050
   *Counsel for Stonex*

5. David W. Houston, IV
   Burr & Forman, LLP
   222 Second Avenue South, Suite 2000
   Nashville, TN 37201
   *Counsel for Stonex*

6. Shelby Jordan
   Jordan & Ortiz, P.C.
   500 North Shoreline Drive, Suite 900
   Corpus Christi, TX 78401
   *Counsel for Unsecured Creditors Committee*

8. All parties receiving notice via ECF in this case.

                                                                         /s/ David R. Langston_____
                                                                         David R. Langston