Garcia Grain Trading Inc.

Budget for 32 Days

From     04/10/23
To        05/12/23

**EXHIBIT "A"**

Garcia Grain Trading Corporation
Budget for the 32 days
From: 04/10/23
To: 05/12/23

|  | Thru 5/12/2023 |
|---|---:|
| Beginning Cash Balance General Operating | $ 51,833 |
| Transfer Grain Escrow (freight from ADM Sales) | $ 40,103 |
| Subtotal Cash Balance | $ 91,936 |
| Operating Expenditures |  |
| Supplies & Materials | $ - |
| Seasonal Labor | $ 8,240 |
| Payroll Wages | $ 11,858 |
| Salary | $ 29,300 |
| Payroll Taxes | $ 3,952 |
| State Unemployment Taxes | $ 1,531 |
| Bank Fees & Service Chages | $ - |
| Accounting Fees | $ - |
| Legal Fees | $ - |
| Repairs & Maintenance | $ 3,278 |
| Management Fees | $ - |
| Delivery Expenses | $ - |
| Office Expenses | $ - |
| Office Supplies | $ 163 |
| Equipment Rental | $ 4,175 |
| Travel Expenses | $ - |
| Vehicle Expenses | $ - |
| Website & Marketing | $ - |
| Packaging / Bags | $ - |
| Admin / Office | $ - |
| Taxes Property | $ - |
| Telephone | $ 1,820 |
| Gasoline | $ 167 |
| Utilities | $ 7,387 |
| Freight | $ - |
| Fleet Fuel -- Diesel Bobcats | $ 605 |
| Insurance |  |
| Elevators Insurance (Estimate) | $ - |
| Workers Comp. | $ 665 |
| Auto Insurance | $ 2,707 |
| Total Expenses | $ 75,848 |
| Ending  Cash Balance General Operating | $ 16,088 |

Garcia Grain Trading Inc
Salaries and Wages
From 04/10/2023 to 05/12/2023

| | | |
|---|---|---|
| Federal payroll taxes includes FUTA | 8.00% | |
| State Unemployment Taxes (SUTA) | 3.10% | |

| Title | Type | Name | Full or Part | Monthly | Annual | Thru 05/12/2023 | Payroll Taxes | State Taxes | Total Payroll |
|---|---|---|---|---|---|---|---|---|---|
| Owner | Salary | Gabriela Garcia | Full Time | $ 4,200 | $ 50,400 | $ 4,200 | $ 336 | $ 130 | $ 4,666 |
| Office Manager | Salary | Rene Izaguirre | Full Time | $ 9,000 | $ 108,000 | $ 9,000 | $ 720 | $ 279 | $ 9,999 |
| Office Assistant | Salary | Maria Balli Calzado | Full Time | $ 4,100 | $ 49,200 | $ 4,100 | $ 328 | $ 127 | $ 4,555 |
| Plant Manager | Salary | Baldemar Salinas | Full Time | $ 7,000 | $ 84,000 | $ 7,000 | $ 560 | $ 217 | $ 7,777 |
| Agr Supervisor | Salary | John Rowland | Full Time | $ 5,000 | $ 60,000 | $ 5,000 | $ 400 | $ 155 | $ 5,555 |
| House Supervisor | Payroll Wages | Juan Pena | Part Time | $ 1,680 | $ 20,160 | $ 1,680 | $ 134 | $ 52 | $ 1,866 |
| Warehouse Clerk | Payroll Wages | Everarfo Villarreal | Part Time | $ 3,298 | $ 39,576 | $ 3,298 | $ 264 | $ 102 | $ 3,664 |
| Warehouse Clerk | Payroll Wages | J Alferdo Torres | Part Time | $ 2,160 | $ 25,920 | $ 2,160 | $ 173 | $ 67 | $ 2,400 |
| Warehouse Clerk | Payroll Wages | Americo Leal | Part Time | $ 1,920 | $ 23,040 | $ 1,920 | $ 154 | $ 60 | $ 2,134 |
| Warehouse Clerk | Payroll Wages | Martin Reyna | Part Time | $ 2,800 | $ 33,600 | $ 2,800 | $ 224 | $ 87 | $ 3,111 |
| Seasonal Labor | Seasonal Labor | Juan Reyes | Part Time | $ 1,840 | $ 22,080 | $ 1,840 | $ 147 | $ 57 | $ 2,044 |
| Seasonal Labor | Seasonal Labor | Miguel Sosa | Part Time | $ 1,280 | $ 15,360 | $ 1,280 | $ 102 | $ 40 | $ 1,422 |
| Seasonal Labor | Seasonal Labor | Martin Sosa | Part Time | $ 1,280 | $ 15,360 | $ 1,280 | $ 102 | $ 40 | $ 1,422 |
| Seasonal Labor | Seasonal Labor | Wilmer Rolando | Part Time | $ 1,280 | $ 15,360 | $ 1,280 | $ 102 | $ 40 | $ 1,422 |
| Seasonal Labor | Seasonal Labor | Auner Rodriguez | Part Time | $ 1,280 | $ 15,360 | $ 1,280 | $ 102 | $ 40 | $ 1,422 |
| Seasonal Labor | Seasonal Labor | Carlos Perez | Part Time | $ 1,280 | $ 15,360 | $ 1,280 | $ 102 | $ 40 | $ 1,422 |
| | | | | $ 49,398 | $ 592,776 | $ 49,398 | $ 3,950 | $ 1,533 | $ 54,881 |

| Row Labels | Sum of Thru 05/12/2023 | Sum of Payroll Taxes | Sum of State Taxes |
|---|---|---|---|
| Payroll Wages | $ 11,858 | $ 949 | $ 368 |
| Salary | $ 29,300 | $ 2,344 | $ 908 |
| Seasonal Labor | $ 8,240 | $ 657 | $ 257 |
| Grand Total | $ 49,398 | $ 3,950 | $ 1,533 |