IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **GARCIA GRAIN TRADING** | § | Case No. 23-70028-EVR-11 |
| **CORP.,** | § | |
| | § | |
| Debtor. | § | |

**EXPEDITED MOTION FOR AUTHORITY TO ACCEPT EXECUTORY CONTRACTS FOR PURCHASE AND SALE OF EDIBLE BEANS AND SUNFLOWER SEEDS, OR IN THE ALTERNATIVE, REQUEST FOR AUTHORITY TO ASSUME AND ASSIGN THE CONTRACTS TO GARBA, LLC**

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

**Expedited relief has been requested. If the Court considers the motion on an expedited basis, then you will have less than 14 days to answer. If you object to the requested relief or if you believe that the expedited consideration is not warranted, you should file an immediate response.**

**(Expedited Relief Needed by May 11, 2023)**

TO THE HONORABLE EDUARDO V. RODRIGUEZ, U.S. BANKRUPTCY JUDGE:

COMES NOW, GARCIA GRAIN TRADING CORPORATION ("Garcia"), the Debtor in the above-referenced bankruptcy proceeding, and files this, its Expedited Motion for Authority to Accept Executory Contracts for Purchase and Sale of Edible Beans and Sunflower Seeds, or in the Alternative, Assume and Assign the Contracts to Garba, LLC

(the "Motion") pursuant to 11 U.S.C. §§ 365(a) and 365(c). In support thereof, the Debtor would respectfully show the Court as follows:

## I.
## Jurisdiction and Venue

1. This Court has jurisdiction over the subject matter of the Motion pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of this Motion is a core proceeding under 28 U.S.C. §§ 157(b)(2)(A) and (O). The relief requested in this Motion is sought pursuant to 11 U.S.C. §§ 365(a), 365(c) and 365(f).

## II.
## Factual Background

2. On February 17, 2023 (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101, *et seq*. (the "Bankruptcy Code"). The Debtor continues to operate its business and manage its property as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108.

3. An Official Committee of Unsecured Creditors ("Committee") has been appointed in this case and has sought authority to employ professionals on its behalf.

4. In addition to trading feed grains in the Rio Grande Valley of Texas, the Debtor is also engaged in the business of buying and selling sunflower seeds produced by farmers there as well as purchasing black and pinto beans from suppliers in the upper Midwest of the United States and selling them to customers in the interior of Mexico.

5. Before the Petition Date, the Debtor entered purchase contracts for beans from Stony Ridge Foods, Inc. as follows:

| Commodity | Contract # | Net Quantity | Price | Delivery |
|---|---|---|---|---|
| Black Beans | 891 | 50,000 CWT | $53.00 | 3/18/22 to 11-01-22 |
| Black Beans | 914 | 20,000 CWT | $49.00 | To be determined |

The contracts provide for the net amount due to be paid 30 days from invoice date. These beans are sold by the Debtor to customers in the interior of Mexico at favorable prices on demand from its customers on a just in time basis. The Debtor projects gross profits over the next 7 months to be approximately $795,000 with total operating expenses to equal an estimated $275,000 resulting in net profits estimated at $520,000.

6. In addition to the bean contracts referenced above, prior to the Petition Date the Debtor entered Sunflower Production Contracts with farmers for the production and sale of sunflower seeds as follows:

| Grower | Contract # | Acres | Estimated Lbs. | Total Value |
|---|---|---|---|---|
| Tom Kotzur | 2301 | 300 | 480,000 | $163,200 |
| Starr Feedyards, LLC | 2302 | 1,100 | 1,760,000 | $598,400 |
| Sarge Farms, LLC | 2304 | 500 | 800,000 | $272,000 |
| Lothringer Farms | 2305 | 1,000 | 1,600,000 | $544,000 |
| John Prukup | 2306 | 2,000 | 3,200,000 | $1,088,000 |
| White Rock Farms | 2307 | 1,600 | 2,560,000 | $870,400 |
| Alex Keller | 2309 | 500 | 800,000 | $272,000 |
| Respondek Farms | 2310 | 500 | 800,000 | $272,000 |
| HK Ranch | 2311 | 1,500 | 2,400,000 | $816,000 |
| TOTAL | | 9,000 | 14,400,000 | $4,896,000 |

7. To sell the sunflower seeds to be produced by the farmer contracts, the Debtor entered a Purchase and Sale Contract with Gerardo Ortiz Martinez in his capacity as legal representative of the Industry Aceites Especiales Th S.A. De C.V. ("Industry Aceites") as the buyer and C. Ramiro Sanchez as representative of Granos Y Cereales Rio Bravo, SA DE CV as the Importer/Seller. The contract provides for the Debtor to deliver 8,000 metric tons to the buyer at $850 per ton. This price is subject to adjustment based on oil content along with other quality factors. The contract delivery period for the sunflower seeds runs from June 1, 2023, to July 31, 2023 -- FOB. The actual amount delivered against the contract may vary due to growing conditions in the Valley. The contract has allowances

built into it for the potential variability without recourse to the Debtor. Once product is delivered, a bill of lading/invoice will evidence completion of sale and buyer will wire money for payment. The Debtor projects profits from these transactions to be approximately $375,000.

8. The normal course of business between Industry Aceites and the Debtor is for the purchase funds necessary to pay the producers is forwarded and deposited into a bank account of the Debtor prior to the delivery of the sunflower seeds. The Debtor estimates profits from the sale of these sunflower seeds to be approximately $375,000. As the sunflower crops become ripe for harvest the farmer combines the sunflowers and the Debtor provides trucks for delivery of the crop to the flat storage facilities of the Debtor. Upon placing the crop in safe storage, samples of the crop are sent for testing to determine the oil content of the seeds and certain other characteristics. Once the test results are returned they are used to determine the exact price to be paid to the farmer and the funds are transferred to the farmer before the sunflower seeds leave the docks for delivery to Industry Aceites.

9. Under the regulations of the Texas Department of Agriculture sunflower seeds are not required to be stored in licensed facilities. Thus, the Debtor can use the existing flat storage it has at the Progreso facility, or in the alternative, a rented facility it has used in the past for the storage of the sunflower seeds until shipment into Mexico.

**III.**
**Requested Relief or Alternative Relief**

10. The Debtor desires to accept these executory contracts and to perform and comply with all the terms and conditions of said Contracts.  As adequate assurance of future performance the Debtor submits the attached Exhibit "A" relating to sources and uses of funds for the Bean Budget for the months remaining in 2023 along with the sources and

uses of funds for the Sunflower Budget attached as Exhibit "B" for the months of June and July 2023.

11.     In the alternative, the Debtor would seek to assume, and assign said contracts to Garba, LLC to be performed in accordance with their terms and in compliance with the provisions of 11 U.S.C. § 365(f).

## IV.
## Need for Consideration of Motion on an Expedited Basis

12.     The sunflower crop which is the subject of this Motion is already growing and being cultivated and maintained by the farmers. Current projections are for the sunflower crops to be ripened and ready for harvest by approximately June 1st. These farmers need to know where the crop is to be delivered and have assurance that they will be compensated for them. In the event the contract between the Debtor and these producers are not accepted they will need to search for other delivery points for their sunflower production.

13.     Similarly, the buyer of these sunflower seeds, Industry Aceites, needs to know whether it will be delivered the sunflower seeds it has contracted to purchase from the farmers in the Rio Grande Valley through the Debtor. Otherwise, it will need to find an alternate source for its crushing facility.

14.     Furthermore, the customers who purchase the pinto and black beans from the Debtor also need to know whether the Debtor will continue to be a source of beans for them. If the Debtor is not a source for these beans, then the customers in Mexico must locate an alternative source. Also, the suppliers of the beans need to know whether they continue to market the beans they produce to the Debtor.

15.     As shown by the facts and circumstances stated in this Motion time is of the essence. There is presently an immediate need for decisions related to the acceptance or

rejection of these contracts to be made by the Debtor and either authorized or rejected by the Court.

16.     The failure to make decisions on an expedited basis about the acceptance or rejection of these contracts relating to the Debtor's purchase and marketing of the edible beans and the sunflower seeds will cause immediate and irreparable harm to the assets of the Debtors and will result in harm to the producers and purchasers of these products. Also, failure to make decisions regarding the acceptance or rejection of these contracts will ultimately result in lost opportunities for the estate and damage and diminution to the value of their assets. For these reasons, the Debtor requests an expedited hearing on shortened notice of this Motion.

17.     Counsel for the Debtors hereby certifies that the information contained herein is a complete and accurate account as related to the facts and circumstances pertaining to the emergency relief requested.

WHEREFORE, PREMISES CONSIDERED, the Debtor prays that the Court set a hearing on this Motion on expedited and shortened notice, and upon hearing it determine that adequate notice and opportunity for hearing of this Motion has been given to creditors and parties in interest in this bankruptcy case, and that after considering the merits of such Motion that the Court grant the Debtor authority to accept the executory contracts listed above, or in the alternative, assume and assign said contracts to Garba, LLC to be performed, and requests such other and further relief as the Court may deem necessary and proper.

Respectfully Submitted:

MULLIN HOARD & BROWN, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: (806) 765-7491
Facsimile: (806) 765-0553
Email: drl@mhba.com

/s/ David R. Langston
David R. Langston, SBN: 11923800
Southern District Bar No. 9489
***Attorneys for Debtor, Garcia Grain Trading Corp.***

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion was served on the following parties in interest via ECF and/or email and/or by regular U.S. Mail on all parties on the mailing matrix below on this 21st day of April 2023 and by email:

1. Tom Kotzur
   40459 North FM 681
   Linn, TX 78563

2. Lothringer Farms
   11607 FM 117 W
   Dilley, TX 78017

3. Starr Feedyard
   144 Starr Feed Yards Rd.
   Rio Grande City, TX 78582

4. Sarge Farms, LLC
   2203 Stonegate Drive
   Mission, TX 78574

5. Respondek Farms
   28906 North FM 681
   Edinburg, TX 78541

6. White Rock Farms
   30344 Kamien Rd.
   Edinburg, TX 78541

7. Alex Keller

       1309 East 29th St.
       Mission, TX 78574

8.    HK Ranch II
      2409 East Griffin Parkway, Suite C
      Mission, TX 78572

9.    John Prukop
      10019 South SWY 281
      Premont, Tx. 78375

10.   Aceites Especiales TH S.A . DE C.V.
      EJE NORTE SUR. EXTERIOR 451
      CD INDUSTRIAL 58200
      MORELIA, MICH.,
      MEXICO

11.   Granos Y Cereales Rio Bravo
      Calle Rio Bravo
      88810 Ciudad Rio Bravo
      Tamaulipas
      MEXICO

12.   All parties receiving notice via ECF in this case.

13.   All parties listed on the attached mailing matrix.

                                                      /s/ David R. Langston_____
                                                      David R. Langston

**Garcia Grain Trading**
**Monthly Cash Flow**
**Fiscal Year 2023**

| | | May | | June | | July | | August | | September | | October | | November | | December | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Balance | | $ | 602,977 | $ | 651,878 | $ | 684,383 | $ | 740,648 | $ | 804,721 | $ | 901,078 | $ | 979,923 | $ | 1,070,121 | $ | 602,977 |
| **Cash Receipts** | | | | | | | | | | | | | | | | | | | |
| Pinto Bean Sales | | $ | 305,293 | $ | 209,076 | $ | 297,035 | $ | 481,712 | $ | 378,050 | $ | 571,173 | $ | 791,384 | $ | 489,094 | $ | 3,522,816 |
| Black Bean Sales | | $ | 493,429 | $ | 443,133 | $ | 583,338 | $ | 425,701 | $ | 908,074 | $ | 467,383 | $ | 301,369 | $ | 308,830 | $ | 3,931,257 |
| Less: Uncollectable A/R | 2.50% | $ | (19,968) | $ | (16,305) | $ | (22,009) | $ | (22,685) | $ | (32,153) | $ | (25,964) | $ | (27,319) | $ | (19,948) | $ | (186,352) |
| **Total Receipts** | | $ | 778,754 | $ | 635,904 | $ | 858,364 | $ | 884,728 | $ | 1,253,971 | $ | 1,012,592 | $ | 1,065,434 | $ | 777,976 | $ | 7,267,722 |
| **Cost of Goods Sold** | | | | | | | | | | | | | | | | | | | |
| Pinto Bean Purchases | | $ | 216,526 | $ | 148,285 | $ | 210,669 | $ | 341,649 | $ | 268,128 | $ | 405,098 | $ | 561,281 | $ | 346,885 | $ | 2,498,519 |
| Black Bean Purchases | | $ | 410,355 | $ | 368,527 | $ | 485,126 | $ | 354,029 | $ | 755,189 | $ | 388,693 | $ | 250,630 | $ | 256,835 | $ | 3,269,383 |
| Freight | | $ | 48,177 | $ | 35,940 | $ | 49,766 | $ | 66,132 | $ | 67,979 | $ | 77,367 | $ | 97,498 | $ | 63,689 | $ | 506,549 |
| Processing | | $ | 1,215 | $ | 988 | $ | 1,335 | $ | 1,398 | $ | 1,943 | $ | 1,602 | $ | 1,709 | $ | 1,237 | $ | 11,427 |
| Bagging and Supplies | | $ | 10,024 | $ | 7,857 | $ | 10,727 | $ | 12,487 | $ | 15,215 | $ | 14,453 | $ | 16,759 | $ | 11,514 | $ | 99,035 |
| Import/Export Costs | | $ | 9,116 | $ | 7,406 | $ | 10,011 | $ | 10,482 | $ | 14,573 | $ | 12,015 | $ | 12,820 | $ | 9,278 | $ | 85,701 |
| Currency Exchange | | $ | 243 | $ | 198 | $ | 267 | $ | 280 | $ | 389 | $ | 320 | $ | 342 | $ | 247 | $ | 2,285 |
| **Total Cost of Goods Sold** | | $ | 695,655 | $ | 569,200 | $ | 767,900 | $ | 786,456 | $ | 1,123,416 | $ | 899,549 | $ | 941,037 | $ | 689,685 | $ | 6,472,899 |
| **Operating Expenses** | | | | | | | | | | | | | | | | | | | |
| Contract Labor | | $ | 2,222 | $ | 2,222 | $ | 2,222 | $ | 2,222 | $ | 2,222 | $ | 2,222 | $ | 2,222 | $ | 2,222 | $ | 17,774 |
| Commissions | | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - |
| Gas, Fuel, & Oil | | $ | 1,528 | $ | 1,528 | $ | 1,528 | $ | 1,528 | $ | 1,528 | $ | 1,528 | $ | 1,528 | $ | 1,528 | $ | 12,220 |
| Insurance | | $ | 1,913 | $ | 1,913 | $ | 1,913 | $ | 1,913 | $ | 1,913 | $ | 1,913 | $ | 1,913 | $ | 1,913 | $ | 15,302 |
| Salaries & Wages | | $ | 20,180 | $ | 20,180 | $ | 20,180 | $ | 20,180 | $ | 20,180 | $ | 20,180 | $ | 20,180 | $ | 20,180 | $ | 161,440 |
| Rent or Lease - Land | | $ | 2,000 | $ | 2,000 | $ | 2,000 | $ | 2,000 | $ | 2,000 | $ | 2,000 | $ | 2,000 | $ | 2,000 | $ | 16,000 |
| Repairs & Maintenance | | $ | 1,500 | $ | 1,500 | $ | 1,500 | $ | 1,500 | $ | 1,500 | $ | 1,500 | $ | 1,500 | $ | 1,500 | $ | 12,000 |
| Meals | | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - |
| Bank Charges | | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - |
| Legal and Professional Fees | | $ | 1,000 | $ | 1,000 | $ | 1,000 | $ | 1,000 | $ | 1,000 | $ | 1,000 | $ | 1,000 | $ | 1,000 | $ | 8,000 |
| Advertising | | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - |
| Supplies | | $ | 250 | $ | 250 | $ | 250 | $ | 250 | $ | 250 | $ | 250 | $ | 250 | $ | 250 | $ | 2,000 |
| Taxes | | $ | 2,422 | $ | 2,422 | $ | 2,422 | $ | 2,422 | $ | 2,422 | $ | 2,422 | $ | 2,422 | $ | 2,422 | $ | 19,373 |
| Utilities | | $ | 1,085 | $ | 1,085 | $ | 1,085 | $ | 1,085 | $ | 1,085 | $ | 1,085 | $ | 1,085 | $ | 1,085 | $ | 8,677 |
| Miscellaneous | | $ | 100 | $ | 100 | $ | 100 | $ | 100 | $ | 100 | $ | 100 | $ | 100 | $ | 100 | $ | 800 |
| **Total Operating Expenses** | | $ | 34,198 | $ | 34,198 | $ | 34,198 | $ | 34,198 | $ | 34,198 | $ | 34,198 | $ | 34,198 | $ | 34,198 | $ | 273,586 |
| **Total Expenditures** | | $ | 729,853 | $ | 603,398 | $ | 802,099 | $ | 820,655 | $ | 1,157,614 | $ | 933,747 | $ | 975,236 | $ | 723,884 | $ | 6,746,485 |
| **Net Cash Flow** | | $ | 48,901 | $ | 32,505 | $ | 56,265 | $ | 64,073 | $ | 96,357 | $ | 78,844 | $ | 90,198 | $ | 54,092 | $ | 521,236 |
| **Ending Cash Balance** | | $ | 651,878 | $ | 684,383 | $ | 740,648 | $ | 804,721 | $ | 901,078 | $ | 979,923 | $ | 1,070,121 | $ | 1,124,213 | $ | 1,124,213 |

**EXHIBIT "A"**

Garcia Grain Trading
Weekly Cash Flow
June 1 - July 31, 2023

| | 6/1 - 6/3 | 6/4 - 6/10 | 6/11 - 6/17 | 6/18 - 6/24 | 6/25 - 7/1 | 7/2 - 7/8 | 7/9 - 7/15 | 7/16 - 7/22 | 7/23 - 7/29 | 7/30 - 7/31 | Total |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Cash Balance | $ - | $ 300,000 | $ 1,624 | $ 49,371 | $ 97,118 | $ 144,865 | $ 192,613 | $ 240,360 | $ 288,107 | $ 335,854 | $ - |
| **Cash Receipts** | | | | | | | | | | | |
| Sunflowers - Advance Pmt | 300,000 | | | | | | | | | | 300,000 |
| Sunflowers - Accounts Receivable Collection | | 90,373 | 780,747 | 780,747 | 780,747 | 780,747 | 780,747 | 780,747 | 780,747 | 390,373 | 5,945,974 |
| **Total Receipts** | **$ 300,000** | **$ 90,373** | **$ 780,747** | **$ 780,747** | **$ 780,747** | **$ 780,747** | **$ 780,747** | **$ 780,747** | **$ 780,747** | **$ 390,373** | **$ 6,245,974** |
| **Cost of Goods Sold** | | | | | | | | | | | |
| Sunflower Grower Contracts | | 344,250 | 688,500 | 688,500 | 688,500 | 688,500 | 688,500 | 688,500 | 688,500 | 344,250 | 5,508,000 |
| Freight | | 14,175 | 14,175 | 14,175 | 14,175 | 14,175 | 14,175 | 14,175 | 14,175 | | 113,400 |
| In/Out Charges | | 18,225 | 18,225 | 18,225 | 18,225 | 18,225 | 18,225 | 18,225 | 18,225 | | 145,800 |
| Import/Export Fees | | 4,050 | 4,050 | 4,050 | 4,050 | 4,050 | 4,050 | 4,050 | 4,050 | | 32,400 |
| **Total Cost of Goods Sold** | **$ -** | **$ 380,700** | **$ 724,950** | **$ 724,950** | **$ 724,950** | **$ 724,950** | **$ 724,950** | **$ 724,950** | **$ 724,950** | **$ 344,250** | **$ 5,799,600** |
| **Operating Expenses** | | | | | | | | | | | |
| Contract Labor | | $ 555 | $ 555 | $ 555 | $ 555 | $ 555 | $ 555 | $ 555 | $ 555 | $ 555 | $ 4,999 |
| Commissions | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Gas, Fuel, & Oil | | $ 382 | $ 382 | $ 382 | $ 382 | $ 382 | $ 382 | $ 382 | $ 382 | $ 382 | $ 3,437 |
| Insurance | | $ 478 | $ 478 | $ 478 | $ 478 | $ 478 | $ 478 | $ 478 | $ 478 | $ 478 | $ 4,304 |
| Salaries & Wages | | $ 5,045 | $ 5,045 | $ 5,045 | $ 5,045 | $ 5,045 | $ 5,045 | $ 5,045 | $ 5,045 | $ 5,045 | $ 45,405 |
| Rent or Lease - Land | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Repairs & Maintenance | | $ 375 | $ 375 | $ 375 | $ 375 | $ 375 | $ 375 | $ 375 | $ 375 | $ 375 | $ 3,375 |
| Meals | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Bank Charges | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Legal and Professional Fees | | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 2,250 |
| Advertising | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Supplies | | $ 63 | $ 63 | $ 63 | $ 63 | $ 63 | $ 63 | $ 63 | $ 63 | $ 63 | $ 563 |
| Taxes | | $ 605 | $ 605 | $ 605 | $ 605 | $ 605 | $ 605 | $ 605 | $ 605 | $ 605 | $ 5,449 |
| Utilities | | $ 271 | $ 271 | $ 271 | $ 271 | $ 271 | $ 271 | $ 271 | $ 271 | $ 271 | $ 2,441 |
| Miscellaneous | | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 225 |
| **Total Operating Expenses** | **$ -** | **$ 8,050** | **$ 8,050** | **$ 8,050** | **$ 8,050** | **$ 8,050** | **$ 8,050** | **$ 8,050** | **$ 8,050** | **$ 8,050** | **$ 72,446** |
| **Net Cash Flow** | **$ 300,000** | **$ (298,376)** | **$ 47,747** | **$ 47,747** | **$ 47,747** | **$ 47,747** | **$ 47,747** | **$ 47,747** | **$ 47,747** | **$ 38,074** | **$ 373,928** |
| Ending Cash Balance | $ 300,000 | $ 1,624 | $ 49,371 | $ 97,118 | $ 144,865 | $ 192,613 | $ 240,360 | $ 288,107 | $ 335,854 | $ 373,928 | $ 373,928 |

**EXHIBIT "B"**

| | | |
|---|---|---|
| Garcia Grain Trading Corp.<br>c/o Octavio Garcia<br>101 N. Val Verde Rd.<br>Donna, TX 78537 | U.S. Trustee's Office<br>606 N. Carancahua<br>Suite 1107<br>Corpus Christi, TX 78476 | American Bean LLC<br>101 1st Avenue<br>Petersburg, ND 58272 |
| American Express Business Card<br>P.O. Box 981531<br>El Paso, TX 79998-1531 | American Express Corp.<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | Attebury Grain, LLC<br>624 Burlington Rd.<br>Fort Worth, TX 76179 |
| BH Genetics<br>5933 Farm to Market Rd. 1157<br>Ganado, TX 77962 | Brian Jones Farms<br>Attn: Brian Jones<br>6582 Mile 15 1/2 N<br>Edcouch, TX 78538 | BWAB MEXICO S DE RL DE CV AV HUMBERTO JUNCO VOIGT 3 2307 TORRE 2 LOCAL 3 COL VALLE ORIENTE SECC LOMA LARGA SAN PEDRO GARZA GARCIA NUEVO LEON CP 66269<br>MEXICO |
| Cadena Farms<br>1324 CR 465<br>Alice, TX 78332 | Cameron County Tax Assessor<br>P.O. Box 952<br>Brownsville, TX 78522-0195 | Carl Hensz<br>5802 Sunrise Blvd.<br>Harlingen, TX 78552 |
| Chad Szutz<br>P.O. Box 1773<br>Weslaco, TX 78599 | Citi Business Card<br>P.O. Box 790046<br>St. Louis, MO 63179-0046 | Eat Fresh Farms<br>c/o Robert Dyer<br>P.O. Box 3300<br>Mission, TX 78573 |
| Falcon Bank<br>6301 N. 10th St.<br>McAllen, TX 78504 | Fike Farms<br>1601 N. Sharp Rd.<br>Edinburg, TX 78542 | Ford Motor Credit<br>1501 North Plano Road<br>Suite 100<br>Richardson, TX 75081 |
| Ford Motor Credit<br>P.O. Box 650574<br>Dallas, TX 75265-0574 | Forest River Bean Co.<br>P.O. Box 68<br>Forest River, ND 58233 | Frank Bailey Grain Co., Inc.<br>Attn: William Bailey<br>2301 Montgomery St.<br>Fort Worth, TX 76107 |
| Fred Karle<br>P.O. Box 1064<br>San Benito, TX 78586 | Grain Chain, Inc.<br>c/o Alex Mancias<br>2023 N. Jackson Rd.<br>McAllen, TX 78501 | GRANEROS GUADALUPE SA DE CV CALLE MIER 7 NORIEGA #890 COL PABLO ES LOS SANTOS, SABINAS HIDALGO NL CP 65200<br>MEXICO |
| Hans Hovda<br>P.O. Box 86<br>Progreso, TX 78579 | Harvest Farms<br>c/o Tudor G. Uhlhorn<br>2601 S. 77 Sunshine Strip<br>Harlingen, TX 78550 | Helena Agri Enterprises, LLC<br>c/o Frances Rodriguez<br>P.O. Box 789<br>Alamo, TX 78516 |
| Hidalgo County FSA<br>United States of America<br>Attn: Farm Loan Programs<br>2514 S. Veterans Blvd., Suite 1<br>Edinburg, TX 78539-7026 | Hidalgo County Tax Assessor<br>P.O. Box 178<br>Edinburg, TX 78540 | Internal Revenue Service<br>Special Procedures - Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| Internal Revenue Service<br>STOP #5026AUS<br>300 E. 8th St.<br>Austin, TX 78701 | Johnny Guin<br>P.O. Box 1773<br>Weslaco, TX 78599 | Jonathan Ruiz<br>24152 N. Kansas City Rd.<br>La Feria, TX 78559 |
| Karen Arnold<br>P.O. Box 595<br>Weslaco, TX 78599 | Lothringer Farms<br>11607 W. FM 117<br>Dilley, TX 78017 | Luna Brothers<br>5937 W. Schunior St.<br>Edinburg, TX 78541 |
| MANUEL RAMIRO SANCHEZ<br>LORETO DE TEJADA #304<br>COL.CELANECE<br>CD RIO BRAVO CP 88900<br>MEXICO | Mark Miller<br>328 Nicholas St.<br>Rancho Viejo, TX 78575-4902 | PKT Associates, Inc.<br>19-03 Mable Ave., #5<br>Fair Lawn, NJ 07410 |
| Planters Grain Coop<br>200 Voss Ave.<br>P.O. Box 300<br>Odem, TX 78370 | PROSESADORA DE ALIMENTOS INTEGRALES SA<br>CARRT-ATOTONILCO / ENCARNACION KM 95<br>SAN JUAN DE LOS LAGOS JAL. CP 47000<br>MEXICO | R.L. Dreibelbis<br>1911 S. Stewart Rd.<br>San Juan, TX 78589 |
| Richard W. Fryer<br>Registered Agent, Eat Fresh Farms<br>1352 W. Pecan Boulevard<br>McAllen, TX 78501 | Robert Walsdorf<br>212 E. Resaca Dr.<br>Los Fresnos, TX 78566 | Russell Plantation Gin, Inc.<br>Attn: Frank Russell<br>28481 State Highway 100<br>Los Fresnos, TX 78566 |
| Simplot Grower Solutions<br>24203 Port Rd.<br>Harlingen, TX 78550 | Skalitsky Farms<br>2422 E. Mile 13 1/2 N.<br>Donna, TX 78537 | State Comptroller of Public Accounts<br>Revenue Accounting Division - Bankruptcy<br>P.O. Box 13528<br>Austin, TX 78711 |
| Stonex Commodity Solutions, LLC<br>c/o Juan Tercero<br>1251 NW Briarcliff Parkway, Suite 800<br>Kansas City, MO 64116 | Stony Ridge Foods, Inc.<br>Attn: Thomas Walker<br>715 Atlantic Avenue<br>Benson, MN 56215 | Texas Attorney General's Office<br>Bankruptcy-Collections Division<br>P.O. Box 12548<br>Austin, TX 78711 |
| Texas Department of Agriculture<br>c/o Larry Mitchell<br>Coordinator - Grain Warehouse/ HMPC<br>P.O. Box 12847<br>Austin, TX 78711-2847 | U.S. Attorneys Office<br>Southern District of Texas<br>1000 Louisiana, Ste. 2300<br>Houston, TX 77002 | United Agricultural Coop<br>c/o Lindsey Bowers<br>P.O. Box 826<br>El Campo, TX 77437 |
| University of Missouri<br>P.O. Box 807012<br>Kansas City, MO 64180-7012 | USDA Farm Service Agency<br>2405 Texas Ave. South<br>College Station, TX 77840 | Valley Coop Oil Mill<br>c/o James C. Massey<br>P.O. Box 533609<br>Harlingen, TX 78553-3609 |
| Vantage Bank<br>c/o Brian Disque<br>1801 S. 2nd St.<br>McAllen, TX 78503 | Vi-Cal Grain Co.<br>P.O. Box 267<br>135 Main Street<br>Placedo, TX 77977 | Wesley Valerius<br>15538 State Highway 107<br>Harlingen, TX 78552 |

| | | |
|---|---|---|
| Wesley Vanderpool<br>P.O. Box 337<br>Sullivan City, TX 78595 | Zdansky Farms JV<br>c/o Thomas Zdansky<br>14167 FM 498<br>Lyford, TX 78569 | Catherine Stone Curtis<br>McGinis Lochridge<br>P.O. Box 720788<br>McAllen, TX 78504 |
| Richard E. Haynes, II<br>Trevino/Haynes, LLP<br>3910 E. Del Mar Blvd., Ste. 107<br>Laredo, TX 78045 | Vicki M. Skaggs<br>Atlas Hall & Rodriguez, LLP<br>P.O. Box 3725<br>McAllen, TX 78502-3725 | Donald L. Turbyfill<br>Devlin Naylor & Turbyfill PLLC<br>5120 Woodway Drive, Suite 9000<br>Houston, TX. 77056-1725 |
| Brent W. Martinelli<br>Quintairos, Prieto Wood & Boyer PA<br>1700 Pacific Avenue, Suite 4545<br>Dallas, TX. 75201 | Diane W. Sanders<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 17428<br>Austin, TX. 78760-7428 | Andrew K. Rozell<br>323 East Jackson<br>Harlingen, TX 78550 |
| Mr. D. Christopher Carson<br>Burr Forman, LLP<br>420 North 20th Street, Suite 3400<br>Birmingham, Alabama 35203 | Mr. David W. Houston, IV<br>Burr Forman, LLP<br>222 Second Avenue South, Suite 2000<br>Nashville, Tennessee 37201 | Mr. Kurt Stephen<br>The Law Office of Kurt Stephen, PLLC<br>100 South Bicentennial<br>McAllen, Texas 78501 |
| Mark A. Twenhafel<br>Twenhafel Law, PLLC<br>P.O. Drawer 3766<br>McAllen, TX 78502-3766 | Rudy Salinas, Jr.<br>Law Firm of Jones, Galligan Key &<br>Lozano, LLP<br>P.O. Box 1247<br>Weslaco, TX 78599 | Antonio Villeda<br>Villeda Law Group<br>6316 North 10th Street, Bldg. B<br>McAllen, TX 78504 |
| Elias M. Yazbeck<br>McGinnis Lochridge, LLP<br>609 Main Street, Suite 2800<br>Houston, TX 77002 | Andrew K. Rozell<br>Law Office of Andrew K. Rozell<br>323 E. Jackson St.<br>Harlingen, TX 78550 | Jennifer F. Wertz<br>Jackson Walker, LLP<br>100 Congress, Suite 1100<br>Austin, TX 78701 |
| Steven G. Cennammo<br>Law Office of Cennamo & Werner<br>12042 Blanco Road, Suite 308<br>San Antonio, TX 78216 | Robert L. Ginsburg<br>McDonald Sanders, PC<br>777 Main Street, Suite 2700<br>Fort Worth, TX 76102 | Russell Devenport<br>McDonald Sanders, PC<br>777 Main Street, Suite 2700<br>Fort Worth, TX 76102 |
| Donald Kaczkowski<br>McDonald Sanders, PC<br>777 Main Street, Suite 2700<br>Fort Worth, TX 76102 | David C. McLaughlin<br>Fluegel Anderson McLaughlin &<br>Brutlag, Chartered<br>129 2nd St. NW<br>Ortonville, MN 56278 | David J. Lumber<br>Guerra Law Group, PLLC<br>4201 North McColl Rd.<br>McAllen, TX 78504 |
| Gregory Deegan<br>Becket and Lee, LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Layla D. Milligan<br>Office of the Attorney General of Texas<br>Bankruptcy & Collection Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Shelby A. Jordan<br>Jordan & Ortiz, P.C.<br>500 N. Shoreline Blvd., Suite 900<br>Corpus Christi, TX 78401 |
| Internal Revenue Service<br>1100 Commerce St.<br>M/S 5026 DAL<br>Dallas, TX 75242 | Jose L. Caso<br>Caso Law Firm, PLLC<br>112 E. Cano St.<br>Edinburg, TX 78539 | American Bean, LLC<br>c/o Coface North America Insurance Co<br>650 College Road East, Suite 2005<br>Princeton, NJ 08540 |

Aceites Especiales TH S.A . DE C.V.
EJE NORTE SUR. EXTERIOR 451
CD INDUSTRIAL 58200
MORELIA, MICH.,
MEXICO

PKT Associates
19-03 MAPLE AVENUE UNIT 5
FAIR LAWN NJ 07410

Grant H. Shaft
SHAFT LAW OFFICE
3651 Columbia Road South, Suite C
P.O. Box 5495
Grand Forks, ND 58206-5495

Tom Kotzur
40459 North FM 681
Linn, TX 78563

Lothringer Farms
11607 FM 117 W
Dilley, TX 78017

Starr Feedyard
144 Starr Feed Yards Rd.
Rio Grande City, TX 78582

Sarge Farms, LLC
2203 Stonegate Drive
Mission, TX 78574

Respondek Farms
28906 North FM 681
Edinburg, TX 78541

White Rock Farms
30344 Kamien Rd.
Edinburg, TX 78541

Alex Keller
1309 East 29th St.
Mission, TX 78574

HK Ranch II
2409 East Griffin Parkway, Suite C
Mission, TX 78572

John Prukop
10019 South SWY 281
Premont, Tx. 78375

Demetrio Duarte, Jr.
Duarte & Molina, P.C.
2200 Warner Ave.
San Antonio, TX 78201

Granos Y Cereales Rio Bravo
Calle Rio Bravo
88810 Ciudad Rio Bravo
Tamaulipas
MEXICO