UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| In re Garcia Grain Tradng Corporation, | § | No. 23-70028 |
| Debtor. | § | Chapter 11 |

### Notice of Appearance and Request for Service of Papers

PLEASE TAKE NOTICE of the appearance of Andrew K. Rozell as counsel for Skalitsky Farms, a creditor in this bankruptcy case who requests notice of all matters and pleadings in this case. Notice should be sent to:

>Andrew K. Rozell, Attorney for Skalitsky Farms
>323 East Jackson Ave.
>Harlingen, Texas 78550

Date: April 28, 2023

>/s/Andrew K. Rozell
>Andrew K. Rozell
>Attorney-in-Charge
>Texas Bar No. 17358000
>Southern District Bar No: 1220
>E-Mail: akrlawharlingen@gmail.com
>323 E Jackson
>HARLINGEN, TX 78550
>Tel. (956) 428-1282
>Fax. (956) 428-6595
>Attorney for Skalitsky Farms