United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 03, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| GARCIA GRAIN TRADING CORP., | § § § | Case No. 23-70028-EVR-11 |
| | § | |
| Debtor. | § | |

### ORDER GRANTING DEBTOR'S AGREED EMERGENCY MOTION TO EXTEND DEADLINE TO RESPOND TO STONEX COMMODITY SOLUTIONS, LLC'S MOTION TO CONVERT TO ONE UNDER CHAPTER 7 AND SETTING OF HEARING THEREON

On this day came on to be considered the Debtor's Agreed Emergency Motion To Extend Deadline to Respond To StoneX Commodity Solutions, LLC's Motion To Convert to One Under Chapter 7 and Setting of Hearing Thereon ("Motion"), and the Court having considered the Motion, and finding that good cause exists for granting the Motion, finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the deadline for the Debtor, creditors and parties in interest to file their responses to StoneX Community Solutions, LLC's Motion To Convert Case To One Under Chapter 7 [Docket #144] ("Motion to Convert") is hereby extended to **May 19, 2023**.

IT IS FURTHER ORDERED that a hearing on the Motion to Convert of Stonex [Docket #144] is scheduled for **Tuesday, May 23, 2023 at 1:30 p.m. The hearing shall be conducted electronically before the U.S. Bankruptcy Court, Southern District of Texas, McAllen Division (Central Standard Time).**

To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-

number for hearings before Judge Rodriguez at (832) 917–1510, conference room number 999276 and to (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez.

IT IS FURTHER ORDERED that upon entry of this Order, the Debtor shall serve a copy of this Order on all creditors and parties in interest within two (2) business days of entry of this Order and file a Certificate of Service regarding same.

Signed: May 03, 2023

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

**AGREED TO AND APPROVED AS TO FORM AND SUBSTANCE**:

MULLIN HOARD & BROWN, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: (806)765-7491
Facsimile: (806) 765-0553
Email: drl@mhba.com

By /s/ David R. Langston
   David R. Langston, SBN: 11923800
   Southern District Bar No. 9489
***Attorneys for Debtor, Garcia Grain Trading Corp***