**WITNESS & EXHHIBIT LIST
OF DEBTORS FOR ELECTRONIC HEARINGS
SCHEDULED FOR MAY 11, 2023**

| | |
|---|---|
| \<td colspan=2\> **UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>MCALLEN DIVISION** | |
| Case No: 23-70028-evr-11 | Name of Debtor:<br>Garcia Grain trading Corp. |
| Adversary No: | Style of Adversary: |
| Witnesses:<br>- Bart Schilling – Expert Witness | |
| - John Rowland – Fact Witness | Judge: Eduardo V. Rodriguez |
| - Octavio Garcia – Fact Witness | Courtroom Deputy: |
| - Rena Izaguirre – Fact Witness | Hearing Date: Thursday, May 11, 2023 |
| - Benjamin Garcia, Real Estate Agent -Fact Witness | Hearing Time: 3:30 p.m. |
| - Greg Taylor – Fact Witness | Party's Name: Garcia Grain Trading Corp. |
| | Attorney's Name: David R. Langston |
| | Attorney's Phone: 806-765-7491 |
| | Nature of Proceeding:<br>- Hearing on Continued Use of Cash Collateral [Dkt. #14 and #164]<br>- Motion to Accept Sunflower and Bean Contracts [Dkt. #163] |

The Debtor reserves the right to amend this Witness List and to call other witnesses as may be necessary for rebuttal or impeachment purposes. The Debtor also reserves the right to call any witnesses designated by opposing counsel.

**EXHIBITS**

The Debtor discloses that it may introduce the following exhibits:

| Ex. # | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Consolidated Cash Collateral Budget | | | | |
| 2. | Sunflower Contracts | | | | |
| 3. | Bean Contracts | | | | |
| 4. | Sunflower Budget | | | | |
| 5. | Bean Budget | | | | |
| 6. | Grain Budget | | | | |
| 7. | RGV Appraisal Services estimate of value – Pitts Property | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 8. | Bryan Duffy Appraisal estimate of value – Santa Rosa elevator | | | | |
| 9. | Hitney & Associates estimate of value – Donna Elevator | | | | |
| 10. | Expert Report of Bart Schilling | | | | |

The Debtor reserves the right to amend this Exhibit List and to introduce other exhibits as may be necessary for impeachment purposes. The Debtor also reserves the right to introduce exhibits designated by opposing counsel.

Respectfully Submitted,

MULLIN HOARD & BROWN, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: (806) 765-7491
Facsimile: (806) 765-0553
Email: drl@mhba.com

/s/ David R. Langston
David R. Langston, SBN: 11923800
Southern District Bar No. 9489
***Attorneys for the Debtor, Garcia Grain Trading Corp.***

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Witness & Exhibit List was sent on this the 10th day of May, 2023 to the following listed parties in interest by ECF Notification, U.S. Regular Mail and/or Email to the following parties:

1. Office of the U.S. Trustee
ANDREW JIMENEZ
606 N. Carancahua, Suite 1107
Corpus Christi, Texas 78401
***Attorney for U.S. Trustee***

2. The United States Trustee
Office of the United States Trustee
606 N. Carancahua, Suite 1107
Corpus Christi, Texas 78401
***U.S. Trustee***

3. Catherine Stone Curtis
MCGINNIS LOCHRIDGE
P.O. Box 720788
McAllen, Texas 78504
***Attorney for Grainchain, Inc.***

3. Richard E. Haynes, II
TREVINO/HAYNES, LLP
3910 E. Del Mar Blvd., Suite 107
Laredo, Texas 78045
***Attorney for Falcon International Bank***

4. Vicki M. Skaggs
ATLAS, HALL & RODRIGUEZ, LLP
PO Box 3725
McAllen, TX 78502-3725
***Attorney for Grainchain, Inc. / Vantage Bank Texas***

5. Donald L. Turbyfill
DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.
5120 Woodway Drive, Suite 9000
Houston, Texas 77056-1725
***Attorney for Ford Motor Credit Company, LLC***

6. Ronald Lee Turbyfill
DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.
5120 Woodway Drive, Suite 9000
Houston, Texas 77056-1725
***Attorney for Ford Motor Credit Company, LLC***

7. Brent W. Martinelli
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
1700 Pacific Avenue, Suite 4545
Dallas, Texas 75201
***Attorney for Simplot AB Retail, Inc. d/b/s Simplot Grower Solutions***

8. Diane W. Sanders
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 17428
AUSTIN, TX 78760-7428
***Attorney for Property Taxing Authorities***

9. Andrew K. Rozell
LAW OFFICE OF ANDREW K. ROZELL
323 East Jackson
Harlingen, Texas 78550
***Attorney for Brian Jones Farms; HAR-VEST; Russell Plantation; Zdansky Joint Venture; Carl Hensz; & Wesley Valerius***

10. D. Christopher Carson
BURR & FORMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
***Attorney for StoneX Commodity Solutions,LLC***

11. John Kurt Stephen
LAW OFFICE OF KURT STEPHEN PLLC
100 S. Bicentennial Blvd.
McAllen, TX 78501-7050
***Attorney for StoneX Commodity Solutions,LLC***

12. Demetrio Duarte, Jr.
DUARTE MOLINA LAW
2200 Warner Ave.
San Antonio, TX 78201
***Attorney for Octavio Garcia***

13. David A. Castillo
Deputy General Counsel
COMPLIANCE AND ENFORCEMENT
TEXAS DEPARTMENT OF AGRICULTURE
PO Box 12847
Austin, Texas 78711
***Attorney for Texas Department of Agriculture***

14. David C. McLaughlin
    FLUEGEL ANDERSON MCLAUGHLIN & BRUTLAG, CHARTERED
    129 2nd St. NW
    Ortonville, MN  56278
    *Attorney for Stony Ridge Food, Inc.*

15. Layla D. Milligan
    OFFICE OF THE ATTORNEY GENERAL OF TEXAS
    BANKRUPTCY & COLLECTION DIVISION
    P.O. Box 12548
    Austin, TX 78711-2548
    *Attorney for Texas Department of Agriculture*

16. Shelby A. Jordan
    JORDAN & ORTIZ, P.C.
    500 N. Shoreline Blvd., Suite 900
    Corpus Christi, TX 78401
    *Attorney for Unsecured Creditors Committee*

17. Elias M. Yazbeck
    MCGINNIS LOCHRIDGE, LLP
    609 Main Street, Suite 2800
    Houston, TX 77002
    *Attorney for Grainchain, Inc.*

18. All parties receiving notice via ECF in this case.

/s/ David R. Langston
David R. Langston