## 557 Form – Garcia Grain Trading Corp. (Case No. 23-70028)

**1. Name and Contact Information of 557 Participant:**

Name: StoneX Commodity Solutions LLC f/k/a FC Stone Merchant Services, LLC

Address: 1251 NW Briarcliff Parkway, Suite 800, Kansas City, MO 64116

Telephone: (816) 410-3325

Email: ryan.mcnearney@stonex.com

**2. Type of Grain in which Interest is asserted:**

☒ Sorghum

☒ Corn

☐ Other: _____

**3. Amount of Grain\* (Bushels) in which Interest is asserted:**

**\*For Interests asserted in multiple Grain types, provide separate amounts for each type.**

1,491,771 bushels of corn and 680,000 bushels of sorghum, all stored at the Debtor's Progreso facility.

**4. Basis for Interest**

☒ Grain stored with Debtor

☒ Security Interest held in Grain

☐ Reclamation

☒ Holders of warehouse receipts or other documents of title

☐ Other: _____

**5. Nature of Relationship to any Debtor/Interest in this Bankruptcy Case:**

StoneX's relationship with the Debtor is memorialized by a series of repurchase agreements. The centerpiece of those agreements is the *Master Purchase and Sale Agreement* (the "**Agreement**"), attached hereto. Therein, the Debtor agreed to sell "Eligible Commodities" to StoneX (the "**Grain**"), mainly corn and sorghum, in quantities and upon such payment terms specified in various Purchase Confirmations. Upon receipt of a Purchase Confirmation, the Debtor would issue warehouse receipts and/or bills of lading to StoneX. Then, it would store the Grain at an approved warehouse. StoneX would also deliver Grain to the Debtor's warehouses from time-to-time for storage.

StoneX has paid the Debtor in full for the Grain, and the Debtor is liable to StoneX for no less than $19,461,058.00.

50462753 v3

**PLEASE TAKE NOTICE:** If you intend to rely on any documents supporting your claim at the 557 Hearing, you <u>must</u> attach said documents to this form. These would include, for instance, any/all scale tickets, warehouse receipts, or other documentation supporting the above amounts and interests. If the documentation is voluminous or otherwise confidential, please attach a summary of the documents in your possession or control which contains such information. <u>You may not rely on any documents at the 557 Hearing that are not attached to this form.</u>

To be considered, all 557 Forms must be filed with the Bankruptcy Court by no later than <u>May 15, 2023</u>, or such interest may not be considered by the Bankruptcy Court.  <u>Amended 557 Forms, if you choose to file one, must be filed no later than June 30, 2023</u>.

/s/
Ryan McNearney for StoneX Commodity Solutions LLC