Case 23-70028   Document 219-3   Filed in TXSB on 05/15/23   Page 1 of 9

## Electronic Warehouse Receipts Management

Welcome Brett Vuagniaux                         FCStone Merchant Services, LLC

Main Menu     Account Setup     Help     Logout

**EWRs Held** | **EWR Reports**| **EWR Holder List**| **EWR Producer List**
**EWR History** | **Communication History**

## Warehouse Receipt Information NO: TX00002055          Issued By Villarreal,Everardo
## This is a printed copy of an electronic warehouse receipt

**Holder: FCStone Merchant Services, LLC**            **NOT LOANABLE**            **NEGOTIABLE**

| WH License | 0323878 | WH Code | 0 | | Issuing WH: Garcia Grain Trading Corp.-Progreso |
|---|---|---|---|---|---|
| Delivery WH: | City: Progreso | | County: 215 | State: TX | **Authorized Signature:** |
| Storing WH: | City: Progreso | | County: 215 | State: TX | Everardo Villarreal Jr. |

| For The Account Of: | | | Garcia Grain Trading Corp. | | Of | Progreso Division | |
|---|---|---|---|---|---|---|---|

| Date Issued | Kind of Grain | Unit of Measure | Grade | Class | Sub Class | Variety | Sub-Variety |
|---|---|---|---|---|---|---|---|
| 7/2/2021 11:28:25 AM | CORN | Bushels | #2 | YELLOW | | | |

| **Special Grades** | | Flint Flint: | | Flint and Dent FlintDent: | | Waxy Waxy: | |
|---|---|---|---|---|---|---|---|

| Dock % | Gross Lbs of Dock | Gross Lbs Incl. Dock | Gross Bushels | Net Pounds | Net Bushels |
|---|---|---|---|---|---|
| | | 1120000.00 | 20000.00 | 1120000.00 | 20000.00 |

| Elevation Chgs Prepaid Per Bushels | In @ $  0.000000 Out @ $  0.000000 | Total Prepaid Elev Chgs | 0.00 | Receiving Charges Paid | Storage Start Date* (MM/DD/YYYY) 7/2/2021 Date Storage Pd. Through |
|---|---|---|---|---|---|

| Storage Type | Storage Method | Lot No (I.P. Only) | Storage Tariff Rates |
|---|---|---|---|
| Commingled | Bulk | | 0.0000000 ($/unit/day) |

Received By: Truck: **X**   Barge:    Rail:
Sent Via: Truck:    Barge:    Rail:                              **Warehouseman is not Depositor**

Grade Statement:   Grade determined by non-licensed grader                              Vomitoxin(ppm)
Inspection Cert No:                                                                      Alflatoxin(ppb)

The undersigned warehouseman claims a lien on said grain for charges and liabilities as follows:          Comments

Remarks:
**View Profile (Term & Conditions)**

| Supplemental | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Test Wt. Lbs. | Moisture % | Protein %, Splits or Sounds | TD % | HD % | FM % | Shrunken & Broken % | Total Defects % | Other QF % | Other Special Qualities | Car Initial and No. |
| | | | | | | | | | | |

| Date Received | | | | When Received | | | | Farm Info | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | Crop Yr | Moist % | Dock % | Gross Lbs. | Gross Bu. | State Code | County code | FSA Number |
| | | | | | | | | | | |

Load Time: 109.3481 ms

Case 23-70028   Document 219-3   Filed in TXSB on 05/15/23   Page 2 of 9

### Electronic Warehouse Receipts Management

Welcome Brett Vuagniaux                    FCStone Merchant Services, LLC

| Main Menu | Account Setup | Help | Logout |

EWRs Held | EWR Reports| EWR Holder List| EWR Producer List
EWR History | Communication History

## Warehouse Receipt Information NO: TX00002056        Issued By Villarreal,Everardo
## This is a printed copy of an electronic warehouse receipt

**Holder: FCStone Merchant Services, LLC**        **NOT LOANABLE**        **NEGOTIABLE**

| WH License | 0323878 | WH Code | 0000 | | Issuing WH: Garcia Grain Trading Corp.-Progreso | | |
|---|---|---|---|---|---|---|---|
| Delivery WH: | City: Progreso | | County: 215 | State: TX | **Authorized Signature:** | | |
| Storing WH: | City: Progreso | | County: 215 | State: TX | Everardo Villarreal Jr. | | |

| For The Account Of: | | Garcia Grain Trading Corp. | | Of | Progreso Division | | |
|---|---|---|---|---|---|---|---|

| Date Issued | Kind of Grain | Unit of Measure | Grade | Class | Sub Class | Variety | Sub-Variety |
|---|---|---|---|---|---|---|---|
| 7/2/2021 11:30:15 AM | SORGHUM | Bushels | #2 | SORGHUM | | | |

| Dock % | Gross Lbs of Dock | Gross Lbs Incl. Dock | Gross Bushels | Net Pounds | Net Bushels |
|---|---|---|---|---|---|
| | | 1120000.00 | 20000.00 | 1120000.00 | 20000.00 |

| Elevation Chgs Prepaid Per Bushels | In @ $   0.000000 Out @ $   0.000000 | Total Prepaid Elev Chgs | 0.00 | Receiving Charges Paid | Storage Start Date* (MM/DD/YYYY) 7/2/2021 Date Storage Pd. Through |
|---|---|---|---|---|---|

| Storage Type | Storage Method | Lot No (I.P. Only) | Storage Tariff Rates |
|---|---|---|---|
| Commingled | Bulk | | 0.0000000 ($/unit/day) |

Received By: Truck: **X**   Barge:    Rail:
Sent Via: Truck: **X**   Barge:    Rail:

**Warehouseman is not Depositor**

Grade Statement:   Grade determined by non-licensed grader
Inspection Cert No:

Vomitoxin(ppm)
Alflatoxin(ppb)

The undersigned warehouseman claims a lien on said grain for charges and liabilities as follows:

Comments

Remarks:
**View Profile (Term & Conditions)**

| Supplemental | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Test Wt. Lbs. | Moisture % | Protein %, Splits or Sounds | TD % | HD % | FM % | Shrunken & Broken % | Total Defects % | Other QF % | Other Special Qualities | Car Initial and No. |
| | | | | | | | | | | |

| Date Received | | | When Received | | | | Farm Info | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | Crop Yr | Moist % | Dock % | Gross Lbs. | Gross Bu. | State Code | County code | FSA Number |
| | | | | | | | | | | |

Load Time: 109.381 ms

Case 23-70028   Document 219-3   Filed in TXSB on 05/15/23   Page 4 of 9

## Electronic Warehouse Receipts Management

Welcome Brett Vuagniaux                                    FCStone Merchant Services, LLC

| Main Menu | Account Setup | Help | Logout |

**EWRs Held** | **EWR Reports**| **EWR Holder List**| **EWR Producer List**
**EWR History** | **Communication History**

## Warehouse Receipt Information NO: TX00002057          Issued By Villarreal,Everardo
## This is a printed copy of an electronic warehouse receipt

**Holder: FCStone Merchant Services, LLC**          **NOT LOANABLE**          **NEGOTIABLE**

| WH License | 0323878 | WH Code | 000 | | Issuing WH: Garcia Grain Trading Corp.-Progreso |
|---|---|---|---|---|---|
| Delivery WH: | City: Progreso | County: 215 | State: TX | **Authorized Signature:** Everardo Villarreal Jr. | |
| Storing WH: | City: Progreso | County: 215 | State: TX | | |

| For The Account Of: | | Garcia Grain Trading Corp. | | Of | Progreso Division | |
|---|---|---|---|---|---|---|

| Date Issued | Kind of Grain | Unit of Measure | Grade | Class | Sub Class | Variety | Sub-Variety |
|---|---|---|---|---|---|---|---|
| 7/2/2021 11:30:15 AM | SORGHUM | Bushels | #2 | SORGHUM | | | |

| Dock % | Gross Lbs of Dock | Gross Lbs Incl. Dock | Gross Bushels | Net Pounds | Net Bushels |
|---|---|---|---|---|---|
| | | 1120000.00 | 20000.00 | 1120000.00 | 20000.00 |

| Elevation Chgs Prepaid Per Bushels | In @ $  0.000000 Out @ $  0.000000 | Total Prepaid Elev Chgs | 0.00 | Receiving Charges Paid | Storage Start Date* (MM/DD/YYYY) 7/2/2021 Date Storage Pd. Through |
|---|---|---|---|---|---|

| Storage Type | Storage Method | Lot No (I.P. Only) | Storage Tariff Rates |
|---|---|---|---|
| Commingled | Bulk | | 0.0000000 ($/unit/day) |

Received By: Truck: **X**   Barge:    Rail:
Sent Via: Truck: **X**   Barge:    Rail:                              **Warehouseman is not Depositor**

Grade Statement:   Grade determined by non-licensed grader
Inspection Cert No:                                                    Vomitoxin(ppm)
                                                                       Alflatoxin(ppb)

| The undersigned warehouseman claims a lien on said grain for charges and liabilities as follows: | Comments |
|---|---|

Remarks:
**View Profile (Term & Conditions)**

| Supplemental | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Test Wt. Lbs. | Moisture % | Protein %, Splits or Sounds | TD % | HD % | FM % | Shrunken & Broken % | Total Defects % | Other QF % | Other Special Qualities | Car Initial and No. |
| | | | | | | | | | | |

| Date Received | | | When Received | | | | Farm Info | | |
|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | Crop Yr | Moist % | Dock % | Gross Lbs. | Gross Bu. | State Code | County code | FSA Number |
| | | | | | | | | | | |

Load Time: 109.3607 ms

Case 23-70028   Document 219-3   Filed in TXSB on 05/15/23   Page 6 of 9

# Wire Details



Generated By 20135098_KCROWLEY
Generated On 2023-02-20 01:07 PM EST

| Value Date | Funding Account | Funding Account Name | Amount | Currency | Beneficiary Name | Beneficiary Account or IBAN | Status | Approvals Received: |
|---|---|---|---|---|---|---|---|---|
| 2021-07-02 | ██0854 | StoneX Commodity Solutions LLC | 785,232.00 | USD | Garcia Grain Trading Corporation | ██1704 | Confirmed | 1 of 1 |

| | | | |
|---|---|---|---|
| **Ordering Customer Account:** | ██0854 | **Reason for Reject** | |
| **Ordering Customer Name:** | StoneX Financial Inc | **Beneficiary Address:** | |
| **Ordering Customer Address:** | 230 S Lasalle St, Suite 10-500,CHICAGO,IL,60604,US | | |
| **Primary Contact Number of Ordering Customer:** | | **Beneficiary Bank ID:** | ██0093 |
| **Primary Contact Name of Ordering Customer:** | | **Beneficiary Bank ID Type:** | FED |
| **Wire Type:** | Commercial | **Beneficiary Bank Name:** | Frost Bank |
| **Entry Type:** | Import | **Beneficiary Bank Address:** | 100 W Houston St,San Antonio,TX,78205,US |
| **Template Name:** | | **Account with Institution Bank ID:** | |
| **Charges:** | No charges | **Account with Institution Bank ID Type:** | |
| **Exchange Rate:** | 1.0 | **Account with Institution Bank Name:** | |
| **Revised Value Date:** | 2021-07-02 | **Account with Institution Bank Address:** | |
| **Converted Amount:** | 785,232.00 USD | **Intermediary Bank ID:** | |
| | | **Intermediary Bank ID Type:** | |
| | | **Intermediary Bank Name:** | |
| | | **Intermediary Bank Address:** | |
| **Purpose of wire:** | | | |
| **Reference Number:** | OLBB2021070252637465 - 210702311430 - 20210702G1QG750C005639 | **Sender To Receiver Information:** | |
| **Created By:** | SCORRIGAN | **Related Reference No:** | |
| **Create Date:** | 2021-07-02 02:44 PM | **IMAD Reference Number:** | 20210702G1QG750C005639 |
| **Last Approved By:** | KENDRAW | | |
| **Last Action Date:** | 2021-07-02 02:56 PM | | |

**StoneX Commodity Solutions LLC**
1251 NW Briarcliff Parkway, Suite 800
Kansas City, MO 64116

**07-02-2021**

**$ 785,232.00**

Seven Hundred Eighty-Five Thousand Two Hundred Thirty-Two and No/100 Dollars

Pay to the
order of:

**Garcia Grain Trading Corporation**
**101 N. Val Verde Road**
**DONNA,  TX  78537**

## *** VOID WIRE WIRE *

**99223**

| | | Settlement | | |
| --- | --- | --- | --- | --- |
| | | #2 YELLOW CORN | | 07-02-2021 |

**GARGRAIN**

Garcia Grain Trading Corporation
101 N. Val Verde Road
DONNA,  TX  78537

Contact:
StoneX Commodity Solutions LLC
1251 NW Briarcliff Pkwy, Ste 800
Kansas City, MO 64116

| Ticket #<br>Date | Gross Lbs<br>Dockage<br>Net Lbs | Gross Bu.<br>Net Bu.<br>Lading # | | Total<br>disc/prem | Amount |
| --- | --- | --- | --- | --- | --- |
| WHR2052 | 1120000.00 | 20000.00 | | 0.00 | 130,872.00 |
| | 0.00 | 20000.00 | | 0.0000 | |
| 07/02/21 | 1120000.00 | WHR2052 | 20000.00 Bu., Cont-KCT96494, $6.5436, Elev=PROG-GGC | | |
| WHR2053 | 1120000.00 | 20000.00 | | 0.00 | 130,872.00 |
| | 0.00 | 20000.00 | | 0.0000 | |
| 07/02/21 | 1120000.00 | WHR2053 | 20000.00 Bu., Cont-KCT96494, $6.5436, Elev=PROG-GGC | | |
| WHR2054 | 1120000.00 | 20000.00 | | 0.00 | 130,872.00 |
| | 0.00 | 20000.00 | | 0.0000 | |
| 07/02/21 | 1120000.00 | WHR2054 | 20000.00 Bu., Cont-KCT96494, $6.5436, Elev=PROG-GGC | | |
| WHR2055 | 1120000.00 | 20000.00 | | 0.00 | 130,872.00 |
| | 0.00 | 20000.00 | | 0.0000 | |
| 07/02/21 | 1120000.00 | WHR2055 | 20000.00 Bu., Cont-KCT96494, $6.5436, Elev=PROG-GGC | | |
| WHR2056 | 1120000.00 | 20000.00 | | 0.00 | 130,872.00 |
| | 0.00 | 20000.00 | | 0.0000 | |
| 07/02/21 | 1120000.00 | WHR2056 | 20000.00 Bu., Cont-KCT96494, $6.5436, Elev=PROG-GGC | | |
| WHR2057 | 1120000.00 | 20000.00 | | 0.00 | 130,872.00 |
| | 0.00 | 20000.00 | | 0.0000 | |
| 07/02/21 | 1120000.00 | WHR2057 | 20000.00 Bu., Cont-KCT96494, $6.5436, Elev=PROG-GGC | | |

<table>
<tr><td></td><td>Settlement</td><td></td><td>07-02-2021</td></tr>
</table>

|  | Settlement | | 07-02-2021 |
|---|---|---|---|
|  | #2 YELLOW CORN | | |

**GARGRAIN**

Garcia Grain Trading Corporation
101 N. Val Verde Road
DONNA, TX 78537

Page: 2

Contact:
StoneX Commodity Solutions LLC
1251 NW Briarcliff Pkwy, Ste 800
Kansas City, MO 64116

*Total*     Grs Lbs=6,720,000.00 Grs Bu.=120,000.00 Net Lbs=6,720,000.00 Net Bu.=120,000.00                          0.00      785,232.00

| | | Applications | | | | | | Bushels | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Contract | Price | Bushels | Amount | Rem. bal. | Adv. bal. | Total: | | 120,000.00 | 785,232.00 |
| KCT96494 | 6.5436 | 120000.00 | 785232.00 | 0.00 | 0.00 | Net Amount Due You | | | $ 785,232.00 |

Check Number - 99223

IN QFT