| Electronic Warehouse Receipts Management | |
|---|---|
| Welcome Jose Naveja | FCStone Merchant Services, LLC |

| Main Menu | Account Setup | Help | Logout |
|---|---|---|---|

**EWRs Held** | **EWR Reports** | **EWR Holder List** | **EWR Producer List**
**EWR History** | **Communication History**

## Warehouse Receipt Information NO: TX00002129    Issued By Villarreal,Everardo
## This is a printed copy of an electronic warehouse receipt

**Holder: FCStone Merchant Services, LLC**          **NOT LOANABLE**          **NEGOTIABLE**

| WH License | 0323878 | WH Code | 00000 | | Issuing WH: Garcia Grain Trading Corp.-Progreso | | |
|---|---|---|---|---|---|---|---|
| Delivery WH: | City: Progreso | | County: 215 | State: TX | **Authorized Signature:** | | |
| Storing WH: | City: Progreso | | County: 215 | State: TX | Everardo Villarreal Jr. | | |

| For The Account Of: | | Garcia Grain Trading Corp. | | | Of | Progreso Division | |
|---|---|---|---|---|---|---|---|
| Date Issued | | Kind of Grain | Unit of Measure | Grade | Class | Sub Class | Variety | Sub-Variety |
| 1/13/2022 11:14:04 AM | | CORN | Bushels | #2 | YELLOW | | | |

| **Special Grades** | Flint Flint: | | Flint and Dent FlintDent: | | | Waxy Waxy: | |
|---|---|---|---|---|---|---|---|

| Dock % | Gross Lbs of Dock | Gross Lbs Incl. Dock | Gross Bushels | Net Pounds | Net Bushels |
|---|---|---|---|---|---|
| | | 1120000.00 | 20000.00 | 1120000.00 | 20000.00 |

| Elevation Chgs Prepaid Per Bushels | In @ $  0.000000 Out @ $  0.000000 | Total Prepaid Elev Chgs | 0.00 | Receiving Charges Paid | Storage Start Date* (MM/DD/YYYY) Date Storage Pd. Through | 1/13/2022 |
|---|---|---|---|---|---|---|

| Storage Type | Storage Method | Lot No (I.P. Only) | Storage Tariff Rates |
|---|---|---|---|
| Commingled | Bulk | | 0.0000000 ($/unit/day) |

| Received By: Truck: **X**  Barge:    Rail: Sent Via: Truck:    Barge:    Rail: | **Warehouseman is not Depositor** |
|---|---|
| Grade Statement:   Grade determined by non-licensed grader Inspection Cert No: | Vomitoxin(ppm) Alflatoxin(ppb) |
| The undersigned warehouseman claims a lien on said grain for charges and liabilities as follows: | Comments |

Remarks:
**View Profile (Term & Conditions)**

| Supplemental | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Test Wt. Lbs. | Moisture % | Protein %, Splits or Sounds | TD % | HD % | FM % | Shrunken & Broken % | Total Defects % | Other QF % | Other Special Qualities | Car Initial and No. |
| | | | | | | | | | | |

| Date Received | | | When Received | | | | Farm Info | | |
|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | Crop Yr | Moist % | Dock % | Gross Lbs. | Gross Bu. | State Code | County code | FSA Number |
| | | | | | | | | | | |

Load Time: 109.8512 ms

Case 23-70028   Document 219-7   Filed in TXSB on 05/15/23   Page 2 of 10

## Electronic Warehouse Receipts Management

Welcome Brett Vuagniaux                    StoneX Commodity Solutions, LLC

| Main Menu | Account Setup | Help | Logout |

**EWRs Held** | **EWR Reports**| **EWR Holder List**| **EWR Producer List**
**EWR History** | **Communication History**

## Warehouse Receipt Information NO: TX00002130          Issued By Villarreal,Everardo
## This is a printed copy of an electronic warehouse receipt

**Holder: FCStone Merchant Services, LLC**                **NOT LOANABLE**                **NEGOTIABLE**

| WH License | 0323878 | WH Code | 00000 | | Issuing WH: Garcia Grain Trading Corp.-Progreso | | |
|---|---|---|---|---|---|---|---|
| Delivery WH: | City: Progreso | | County: 215 | State: TX | **Authorized Signature:** | | |
| Storing WH: | City: Progreso | | County: 215 | State: TX | Everardo Villarreal Jr. | | |

| For The Account Of: | | Garcia Grain Trading Corp. | | Of | Progreso Division | | |
|---|---|---|---|---|---|---|---|
| Date Issued | | Kind of Grain | Unit of Measure | Grade | Class | Sub Class | Variety | Sub-Variety |
| 1/13/2022 11:14:04 AM | | CORN | Bushels BU | #2 | YELLOW | | | |

| **Special Grades** | | Flint Flint: | | Flint and Dent FlintDent: | | | Waxy Waxy: | |
|---|---|---|---|---|---|---|---|---|
| Dock % | Gross Lbs of Dock | | Gross Lbs Incl. Dock | | Gross Bushels | Net Pounds | | Net Bushels |
| | | | 1120000.00 | | 20000.00 | 1120000.00 | | 20000.00 |

| Elevation Chgs Prepaid Per Bushels | In @ $  0.000000 Out @ $  0.000000 | Total Prepaid Elev Chgs | 0.00 | Receiving Charges Paid | Storage Start Date* (MM/DD/YYYY) Date Storage Pd. Through | 1/13/2022 |
|---|---|---|---|---|---|---|

| Storage Type | Storage Method | Lot No (I.P. Only) | Storage Tariff Rates |
|---|---|---|---|
| Commingled | Bulk | | 0.0000000 ($/unit/day) |

| Received By: Truck: **X**  Barge:   Rail: Sent Via: Truck:   Barge:   Rail: | **Warehouseman is not Depositor** |
|---|---|
| Grade Statement:   Grade determined by non-licensed grader Inspection Cert No: | Vomitoxin(ppm) Alflatoxin(ppb) |
| The undersigned warehouseman claims a lien on said grain for charges and liabilities as follows: | Comments |
| Remarks: | |

**View Profile (Term & Conditions)**

| Supplemental | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Test Wt. Lbs. | Moisture % | Protein %, Splits or Sounds | TD % | HD % | FM % | Shrunken & Broken % | Total Defects % | Other QF % | Other Special Qualities | Car Initial and No. |
| | | | | | | | | | | |

| Date Received | | | When Received | | | | Farm Info | | |
|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | Crop Yr | Moist % | Dock % | Gross Lbs. | Gross Bu. | State Code | County code | FSA Number |
| | | | | | | | | | | |

Load Time: 124.9966 ms

Case 23-70028   Document 219-7   Filed in TXSB on 05/15/23   Page 4 of 10

| | |
|---|---|
| **Warehouse Name** | Garcia Grain Trading Corp.-Progreso |
| **WH Operator** | Everardo Villarreal Jr. |
| **WH License** | 0323878  **WH Code** 0-0000 |
| **Loc City, State** | Progreso, TX |
| **WH Type** | TX |
| **Merged WH** | NO |
| **Effective Date** | 5/31/2020     **INSURED** |
| **Authorized Receipt Signer(s)** | |

| Name |
|---|
| Everardo Villarreal Jr. |
| Rene Izaguirre |

**License Status**    <span style="color:red">**SUSPENDED**</span>   **Status Date**   7/16/2020

## Warehouse Rates ($/unit/day)

| Grain | UOM | BOT | Daily Storage Rate | In Chrg Truck | In Chrg Hopper | In Chrg Barge | Out Chrg Truck | Out Chrg Hopper | Out Chrg Barge |
|---|---|---|---|---|---|---|---|---|---|
| CORN | BU | _ | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SORGHUM | CW | _ | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**TERMS & CONDITIONS**

Grain of the amount, kind and grade described herein, for which this receipt is issued, is stored in the warehouse named and/or otherwise described on this receipt. The grain represented by this receipt is subject to the provisions of Chapter 14 of the Texas Agriculture code, the rules promulgated thereunder, and the terms of this receipt. By signing this receipt the warehouse operator represents that the grain is fully insured, for its full market value, against loss by or due to water or other fluid resulting from an insured peril, excluding flood and other rising waters resulting from natural causes, malicious mischief, vandalism, smoke, fire, internal explosion, lightning, hail, windstorm, hurricane, or tornado. Upon return of this receipt to the undersigned warehouse operator, properly endorsed and the payment of all storage and handling fees, tariffs, or other charges due the undersigned warehouse operator, as stated herein, said grain or grain of the same or better grade shall be delivered to the lawful owner of this receipt or to the lawful owner's order. It is expressly understood and agreed that the provisions of Chapter 14 and all rules promulgated thereunder are made a part of this receipt as though fully copied herein.

Close

# Wire Details



Generated By 20135098_KCROWLEY
Generated On 2023-02-20 01:12 PM EST

| Value Date | Funding Account | Funding Account Name | Amount | Currency | Beneficiary Name | Beneficiary Account or IBAN | Status | Approvals Received: |
|---|---|---|---|---|---|---|---|---|
| 2022-01-13 | ▮0854 | StoneX Commodity Solutions LLC | 691,600.00 | USD | Garcia Grain Trading Corporation | ▮1704 | Confirmed | 1 of 1 |

| | | | |
|---|---|---|---|
| **Ordering Customer Account:** | ▮0854 | **Reason for Reject** | |
| **Ordering Customer Name:** | StoneX Commodity Solutions LLC | **Beneficiary Address:** | |
| **Ordering Customer Address:** | 230 S Lasalle St, Suite 10-500,CHICAGO,IL,60604,US | | |
| **Primary Contact Number of Ordering Customer:** | | **Beneficiary Bank ID:** | ▮0093 |
| **Primary Contact Name of Ordering Customer:** | | **Beneficiary Bank ID Type:** | FED |
| **Wire Type:** | Commercial | **Beneficiary Bank Name:** | Frost Bank |
| **Entry Type:** | Import | **Beneficiary Bank Address:** | 100 W Houston St,San Antonio,TX,78205,US |
| **Template Name:** | | **Account with Institution Bank ID:** | |
| **Charges:** | No charges | **Account with Institution Bank ID Type:** | |
| **Exchange Rate:** | 1.0 | **Account with Institution Bank Name:** | |
| **Revised Value Date:** | 2022-01-13 | **Account with Institution Bank Address:** | |
| **Converted Amount:** | 691,600.00 USD | **Intermediary Bank ID:** | |
| | | **Intermediary Bank ID Type:** | |
| | | **Intermediary Bank Name:** | |
| | | **Intermediary Bank Address:** | |
| **Purpose of wire:** | | | |
| **Reference Number:** | OLBB2022011354306820 - 220113234431 - 20220113G1QG750C006624 | **Sender To Receiver Information:** | |
| **Created By:** | MALOISIO1 | **Related Reference No:** | |
| **Create Date:** | 2022-01-13 03:29 PM | **IMAD Reference Number:** | 20220113G1QG750C006624 |
| **Last Approved By:** | KENDRAW | | |
| **Last Action Date:** | 2022-01-13 03:31 PM | | |

**StoneX Commodity Solutions LLC**

1251 NW Briarcliff Parkway, Suite 800
Kansas City, MO 64116

**01-13-2022**

**$ 691,600.00**

Six Hundred Ninety-One Thousand Six Hundred and No/100 Dollars

Pay to the
order of:

**Garcia Grain Trading Corporation**
**101 N. Val Verde Road**
**DONNA,  TX  78537**

## *** VOID WIRE WIRE *

**102080**

|  | Settlement | |
|---|---|---|
|  | #2 YELLOW CORN | 01-13-2022 |

GARGRAIN

Garcia Grain Trading Corporation
101 N. Val Verde Road
DONNA,  TX  78537

Contact:
StoneX Commodity Solutions LLC
1251 NW Briarcliff Pkwy, Ste 800
Kansas City, MO 64116

| Ticket #<br>Date | Gross Lbs<br>Dockage<br>Net Lbs | Gross Bu.<br>Net Bu.<br>Lading # | | Total<br>disc/prem | Amount |
|---|---|---|---|---|---|
| WHR2126<br>01/13/22 | 1120000.00<br>0.00<br>1120000.00 | 20000.00<br>20000.00<br>WHR2126 | 20000.00 Bu., Cont-FIN_101148, $6.916, Elev=PROG-GGC | 0.00<br>0.0000 | 138,320.00 |
| WHR2127<br>01/13/22 | 1120000.00<br>0.00<br>1120000.00 | 20000.00<br>20000.00<br>WHR2127 | 20000.00 Bu., Cont-FIN_101148, $6.916, Elev=PROG-GGC | 0.00<br>0.0000 | 138,320.00 |
| WHR2128<br>01/13/22 | 1120000.00<br>0.00<br>1120000.00 | 20000.00<br>20000.00<br>WHR2128 | 20000.00 Bu., Cont-FIN_101148, $6.916, Elev=PROG-GGC | 0.00<br>0.0000 | 138,320.00 |
| WHR2129<br>01/13/22 | 1120000.00<br>0.00<br>1120000.00 | 20000.00<br>20000.00<br>WHR2129 | 20000.00 Bu., Cont-FIN_101148, $6.916, Elev=PROG-GGC | 0.00<br>0.0000 | 138,320.00 |
| WHR2130<br>01/13/22 | 1120000.00<br>0.00<br>1120000.00 | 20000.00<br>20000.00<br>WHR2130 | 20000.00 Bu., Cont-FIN_101148, $6.916, Elev=PROG-GGC | 0.00<br>0.0000 | 138,320.00 |

*Total*   Grs Lbs=5,600,000.00 Grs Bu.=100,000.00 Net Lbs=5,600,000.00 Net Bu.=100,000.00        0.00    691,600.00

Settlement
#2 YELLOW CORN

01-13-2022

Page: 2

**GARGRAIN**

Garcia Grain Trading Corporation
101 N. Val Verde Road
DONNA, TX 78537

Contact:
StoneX Commodity Solutions LLC
1251 NW Briarcliff Pkwy, Ste 800
Kansas City, MO 64116

| | | | Bushels | Amount |
|---|---|---|---|---|
| Total: | | | 100,000.00 | 691,600.00 |

| Applications | | | | Rem. bal. | Adv. bal. |
|---|---|---|---|---|---|
| Contract | Price | Bushels | Amount | | |
| FIN_101148 | 6.916 | 100000.00 | 691600.00 | 0.00 | 0.00 |

Net Amount Due You                    $ 691,600.00

Check Number - 102080

IN QFT

Stonex Commodity Solutions

Purchase Pre-Settlement report

GGC - Garcia Grain Corn - 5050

| Ticket #<br>Date | Contract /<br>Lading | G<br>D | Gross Bu.<br>Net Bu. | TW | Mst | | Freight | Discount | Price<br>Basis<br>Futures | Amount | WI |
|---|---|---|---|---|---|---|---|---|---|---|---|

GARGRAIN Garcia Grain Trading Corporation, *** WIRE ***

| WHR2126 | FIN_101148 | | 20000.00 | | | | 0.00 | 0.00 | 6.9160 | 138,320.00 | |
| | WHR2126 | | 20000.00 | 0.0 | 0.0 | | | | 1.0110 | | |
| 01/13/22 | | | 20000.00 Bu., Cont-FIN_101148, $6.9160, Elev=PROG-GGC | | | | | | 5.9050 | | |

| WHR2127 | FIN_101148 | | 20000.00 | | | | 0.00 | 0.00 | 6.9160 | 138,320.00 | |
| | WHR2127 | | 20000.00 | 0.0 | 0.0 | | | | 1.0110 | | |
| 01/13/22 | | | 20000.00 Bu., Cont-FIN_101148, $6.9160, Elev=PROG-GGC | | | | | | 5.9050 | | |

| WHR2128 | FIN_101148 | | 20000.00 | | | | 0.00 | 0.00 | 6.9160 | 138,320.00 | |
| | WHR2128 | | 20000.00 | 0.0 | 0.0 | | | | 1.0110 | | |
| 01/13/22 | | | 20000.00 Bu., Cont-FIN_101148, $6.9160, Elev=PROG-GGC | | | | | | 5.9050 | | |

| WHR2129 | FIN_101148 | | 20000.00 | | | | 0.00 | 0.00 | 6.9160 | 138,320.00 | |
| | WHR2129 | | 20000.00 | 0.0 | 0.0 | | | | 1.0110 | | |
| 01/13/22 | | | 20000.00 Bu., Cont-FIN_101148, $6.9160, Elev=PROG-GGC | | | | | | 5.9050 | | |

| WHR2130 | FIN_101148 | | 20000.00 | | | | 0.00 | 0.00 | 6.9160 | 138,320.00 | |
| | WHR2130 | | 20000.00 | 0.0 | 0.0 | | | | 1.0110 | | |
| 01/13/22 | | | 20000.00 Bu., Cont-FIN_101148, $6.9160, Elev=PROG-GGC | | | | | | 5.9050 | | |

| | ** Total ** | | 100000.00 | 0.0 | 0.0 | | 0.00 | 0.00 | 6.9160 $ | 691,600.00 | |

** Total Dockage Bu. ** = 0.00

Stone's Commodity Solutions, LLC

Purchase Pre-Settlement report

GGC - Garcia Grain Corn - 5050

| Ticket # Date | Contract / Lading | G D | Gross Bu. Net Bu. | TW | Mst | | | | Freight | Discount | Price Basis Futures | Amount | WI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

GGC - Garcia Grain Corn - 5050 Total

| | Bushels Received | Bushels Paid | Avg Price | Discount | CheckOff | Freight | Storage | Amount Paid | Net Checks |
|---|---|---|---|---|---|---|---|---|---|
| 1. Applied to Contract | | | | | | | | | |
| 2. Price/Later - Not Paid | | | | | | | | | |
| 3. Price/Later - Paid | | | | | | | | | |
| 4. Held - Not Paid | | | | | | | | | |
| 5. Held - Paid | | | | | | | | | |
| 6. Spot | | | | | | | | | |
| 7. Delay/Price - Not Paid | | | | | | | | | |
| 8. Delay/Price - Paid | | | | | | | | | |
| 9. Stored - Not Paid | | | | | | | | | |
| 10. Stored - Paid | | | | | | | | | |
| ** Total ** | 100000.00 | | 6.9160 | | | | | | |
| Direct (Contracted) | | | | | | | | | |

| | | Test Weight | Moisture | | | Others |
|---|---|---|---|---|---|---|
| Averages | Paid | | | | | |
| | Total | | | | | |
| Discounts | Paid | | | | | |
| | Unpaid | | | | | |
| | Delivered Today | | | | | |
| | Not Dlvd Today | | | | | |
| | Total | | | | | |

Total Dockage Bu.  =    0.00