## Contract No.: FIN101182

*(See attached.)*

50806145 v4



01/14/22 01:47 pm

# PURCHASE CONTRACT

(page #1)

| Seller | Buyer |
|---|---|
| Garcia Grain Trading Corporation | StoneX Commodity Solutions LLC |
| 101 N. Val Verde Road | 1251 NW Briarcliff Parkway, Suite 800 |
| Donna TX 78537 | Kansas City MO 64116 |
| | (816) 410-7120 |

|  |  |
|---|---|
| Date: | 01/14/2022 |
| Contract No: | FIN_101182 |

Contact: Jose Naveja/Octavio Garcia          Your Number:

| Commodity: | #2 Yellow Corn | | |
|---|---|---|---|
| Quantity/Units: | 100,000.00 Bushels | Pay terms: | Cash Upon Docs |
| Price: | $6.8096 Bu. CH22 | | |
| Delivered: | Progreso, TX - Truck | | |
| Grades: | Destination | | |
| Weights: | Destination | | |
| Shipment Period: | 01/14/2022 - 01/18/2022 | | |
| Expire Date: | 01/18/2022 | | |

By signing where indicated, I hereby acknowledge my agreement with the stated terms and conditions.  If manually signing this agreement, please sign and date the original and attached copy of this contract.  The original must be returned to StoneX Commodity Solutions LLC at the above referenced address, and a copy should be retained for your records.

Your failure to execute and return this contract or to notify StoneX Commodity Solutions LLC of its disagreement with any term of this contract within two (2) business days following the date of this contract will constitute your acceptance of all terms set forth herein.

*** See Terms and Conditions on last page for additional terms ***

Special instructions/Remarks:

It is agreed that the terms herein set forth the trading rules set forth hereto (to the extent that they are not in conflict with the terms stated herein) constitute the entire agreement between the parties, and there shall be no modifications or alterations except with the consent of both parties in writing. Notwithstanding the foregoing and except as otherwise expressly provided herein, each transaction shall be subject the Trade Rules of the National Grain and Feed Association ("NGFA") applicable on the date this contract is signed. (NGFA Trade Rules and Arbitration Rules are available upon request). The parties to this Contract agree that, the sole remedy for resolution of any and all disagreements or disputes arising under any transaction shall be through arbitration proceedings before the NGFA under NGFA arbitration rules. The decision and award determined through such arbitration shall be final and binding upon the parties. Judgment upon the arbitration award may be entered and enforced in any court having jurisdiction thereof. Upon the occurrence of an event of default, the non-defaulting party shall have the right to proceed with an action in a court of competent jurisdiction, and upon the filing of any such proceeding the foregoing agreement to arbitrate shall be of no force and effect. Delivery of grain is complete only after receipt by the Buyer of the last shipment under this contract.

| Accepted | _____ | StoneX Commodity Solutions LLC |
|---|---|---|

By: *Rene Izaguirre* (DocuSigned by, F86402C866CE401)          Signed: _____

Date:   January 27, 2022          Date: _____

The terms of this Contract include the Purchase Terms listed below, which form part of this Contract and are legally binding upon the parties.

The statements below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise Buyer immediately of any discrepancies, objections to or disagreements with such terms and conditions shall constitute acceptance of this Contract.

1. It is agreed that the terms herein set forth and the trading rules set from hereto (to the extent that they are not in conflict with the terms stated in the preceding contract Special instructions) constitute the entire contract between the parties, and there shall be no modifications or alterations except with the consent of both parties in writing. All disputes relating to this Contract shall be resolved by binding arbitration in accordance with the Rules of the association of the Governing Rules herein or the American Arbitration Association. The parties agree to be bound by the arbitration award and agree that judgment upon the award may be entered in any Court having jurisdiction.

2. Buyer shall make payment under the terms specified herein upon receipt of each shipment and supporting documentation hereunder.

3. If shipping instructions are not set forth herein, Seller will make delivery in a timely manner in accordance with Buyer's instructions.

4. If Seller (i) fails to comply with shipping instructions within the time specified, (ii) fails to supply any shipments therefore, (iii) refuses to execute any shipments as required hereunder, (iv) is otherwise in breach of Contract, Buyer may treat such default as a total breach of this Contract, or a partial breach of this Contract (i.e., a breach only as to the individual shipment or installment).

5a. If the financial condition of the Seller becomes impaired or unsatisfactory in the Buyer's judgment, or if the Seller fails to tender any shipments hereunder when due, the Buyer may require Seller to pay cash Mark to Market value on any remaining deliveries under this Contract. Buyer may also demand, from time to time, and Seller must, within forty-eight (48) hours after receipt of such demand, deliver to Buyer a margin deposit not to exceed the difference between the contract price of the undelivered goods subject to this Contract and the market price of such goods on the day upon which such demand is sent. Buyer, at its sole discretion, may treat failure to remit such margin deposit within the time specified as a partial or total breach of this contract and all other open contracts between Buyer and Seller. Buyer may also pursue, alternatively or in conjunction with any of the above, any of Buyer's other legal and equitable remedies.

5b. For contracts that establish price by reference to a futures contract, the contract must be priced prior to First Notice Date of the reference futures contract. If price is not established prior to First Notice date Buyer will have the right to establish price in their sole discretion.

6. Buyer shall not be liable in any respect for failure or delay in the fulfillment or performance of this Contract, including but not limited to obligation to take deliveries, if performance is hindered or prevented, directly or indirectly, by war, riots, embargo or national emergency; shortage or inability to obtain transportation or transfer facilities; plant breakdown, inability to secure fuel, power, material or labor; fire, flood, windstorm, or other acts of God; strikes, lockouts or other labor disturbances (whether among employees of Buyer or others); orders or acts of any government or governmental agency or authority; or any other cause of like or different kind beyond Buyer's reasonable control. In the event Buyer is unable to take the total requirement of its suppliers Buyer may allocate its available demand among its suppliers in a manner determined by Buyer to be fair and equitable.

7. This agreement is based on current freight rates and any freight rates and any increases in such freight rates shall be for Buyer's account regardless of price basis. All demurrage or detention charges that are the direct result of Seller shall be for Seller's account.

8. Seller WARRANTS that the goods sold hereunder conform to the description on the face of this Contract, are free from defects, are free from liens and encumbrances, are suited for their intended use and are merchantable.

9. Buyer may inspect and test all goods delivered, and Seller agrees to provide, without charge, reasonable assistance for such inspections and tests, whether before or after payment is made. If any goods are defective or do not conform to the terms of this Contract or the particular delivery, Buyer may, without limiting or restricting its other remedies, accept the goods at an equitably reduced price, cancel such delivery, or reject the defective goods and place them in storage at Seller's expense or return them to Seller, at Seller's expense, and require delivery of replacements, which must be delivered in the manner specified for the original delivery, unless otherwise directed by Buyer.

10. BUYER SHALL IN NO EVENT BE LIABLE TO SELLER FOR SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES WHETHER THE CLAIM IS BASED O CONTRACT, TORT, STRICT LIABILITY OR OTHER THEORY. BUYER'S LIABILITY FOR DAMAGES SHALL IN NO EVENT EXCEED THE PURCHASE PRICE OF THE PARTICULAR SHIPMENT WITH RESPECT TO WHICH A CLAIM IS MADE, WHETHER THE CLAIM IS BASED ON CONTRACT, TORT, STRICT LIABILITY O OTHER THEORY.

11. Seller agrees to indemnify and defend the Buyer (and its affiliates and their respective officers, directors, employees, representatives and agents) from all claims, liabilities, fines, interest, costs, expenses, and damages incurred by the Buyer, for any damage, injury death, loss, or destruction arising out of or related to the conduct, negligence, willful misconduct, misrepresentation, breach of warranty, or other breach of this Contract by the Seller.

12. Buyer's Weights are to govern settlement.

13. Risk of loss shall pass to Buyer upon the delivery of goods to common or contract carrier

14. In the event of any breach of this Contract by Seller, it is agreed that the damages of Buyer shall include the cost of replacement.

15. Seller represents and warrants that it is solvent as of the date of this Contract. Any delivery shall also constitute a representation and warranty of solvency by the Seller on the delivery date.

16. No terms or conditions in the Seller's quote, acknowledgement or other document issued by the Seller which conflict with the terms and conditions hereof or which increase the Buyer's obligations or reduce or limit the Seller's obligations or liability hereunder shall be binding on Buyer unless accepted in writing by the Buyer. None of the terms and conditions hereof may be amended or waived except as mutually agreed to between the parties in writing.

17. Buyer expressly reserves the right to cause the liquidation or cancellation of this contract because of (a) insolvency or financial condition of seller; (b) the commencement of a case or appointment of or a taking of possession by trustee or custodian under 11 U.S.C.§§ Sections 101 et seq., or successor legislation or any and all other defaults of the terms and conditions specified herein either directly or by reference.

18. Without limiting the Buyer's pursuit of any and all other rights and remedies available to it, it is expressly agreed that this Contract is subject to the Buyer's right to set off its obligations hereunder against any debts, claims or obligations owed by the Seller under or in connection with this Contract, or any other contracts between the parties, as provided in 11 U.S.C.§§ Section 362(b) (6) or successor legislation.

19. The rights and obligations of Seller under this contract are not assignable without the prior written consent of Buyer. If any part of this Contract is found to be void or unenforceable, the provisions shall be severable and those provisions which are lawful shall remain in full force and effect.

20. This Contract shall be governed by the laws of the State of Iowa.

### Electronic Warehouse Receipts Management

Welcome Jose Naveja            FCStone Merchant Services, LLC

Main Menu     Account Setup     Help     Logout

EWRs Held |   EWR Reports |   EWR Holder List |   EWR Producer List
EWR History |   Communication History

## Warehouse Receipt Information NO: TX00002131     Issued By Villarreal,Everardo
## This is a printed copy of an electronic warehouse receipt

**Holder: FCStone Merchant Services, LLC**       **NOT LOANABLE**       **NEGOTIABLE**

| **WH License** | 0323878 | **WH Code** | 00000 | | Issuing WH: Garcia Grain Trading Corp.-Progreso | | |
|---|---|---|---|---|---|---|---|
| Delivery WH: | City: Progreso | | County: 215 | State: TX | **Authorized Signature:** | | |
| Storing WH: | City: Progreso | | County: 215 | State: TX | Everardo Villarreal Jr. | | |

| For The Account Of: | | Garcia Grain Trading Corp. | | | Of | Progreso Division | |
|---|---|---|---|---|---|---|---|
| Date Issued | | Kind of Grain | Unit of Measure | Grade | Class | Sub Class | Variety | Sub-Variety |
| 1/14/2022 12:06:51 PM | | CORN | Bushels | #2 | YELLOW | | | |

| **Special Grades** | Flint Flint: | | Flint and Dent FlintDent: | | | Waxy Waxy: | |
|---|---|---|---|---|---|---|---|

| Dock % | Gross Lbs of Dock | Gross Lbs Incl. Dock | Gross Bushels | Net Pounds | Net Bushels |
|---|---|---|---|---|---|
| | | 1120000.00 | 20000.00 | 1120000.00 | 20000.00 |

| Elevation Chgs Prepaid Per Bushels | In @ $ 0.000000 Out @ $ 0.000000 | Total Prepaid Elev Chgs | 0.00 | Receiving Charges Paid | Storage Start Date* (MM/DD/YYYY) Date Storage Pd. Through | 1/14/2022 |
|---|---|---|---|---|---|---|

| Storage Type | Storage Method | Lot No (I.P. Only) | Storage Tariff Rates |
|---|---|---|---|
| Commingled | Bulk | | 0.0000000 ($/unit/day) |

Received By: Truck: **X**   Barge:   Rail:
Sent Via: Truck:   Barge:   Rail:        **Warehouseman is not Depositor**

Grade Statement:   Grade determined by non-licensed grader        Vomitoxin(ppm)
Inspection Cert No:                              Alflatoxin(ppb)

The undersigned warehouseman claims a lien on said grain for charges and liabilities as follows:       Comments

Remarks:
**View Profile (Term & Conditions)**

| Supplemental | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Test Wt. Lbs. | Moisture % | Protein %, Splits or Sounds | TD % | HD % | FM % | Shrunken & Broken % | Total Defects % | Other QF % | Other Special Qualities | Car Initial and No. |
| | | | | | | | | | | |

| Date Received | | | | When Received | | | | Farm Info | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | Crop Yr | Moist % | Dock % | Gross Lbs. | Gross Bu. | State Code | County code | FSA Number |
| | | | | | | | | | | |

Load Time: 156.2328 ms

Case 23-70028   Document 219-8   Filed in TXSB on 05/15/23   Page 5 of 7

| Electronic Warehouse Receipts Management | |
|---|---|
| Welcome Brett Vuagniaux | StoneX Commodity Solutions, LLC |

| Main Menu | Account Setup | Help | Logout |
|---|---|---|---|

**EWRs Held** | **EWR Reports**| **EWR Holder List**| **EWR Producer List**
**EWR History** | **Communication History**

# Warehouse Receipt Information NO: TX00002132    Issued By Villarreal,Everardo
## This is a printed copy of an electronic warehouse receipt

**Holder: FCStone Merchant Services, LLC**              **NOT LOANABLE**              **NEGOTIABLE**

| WH License | 0323878 | WH Code | 00000 | | Issuing WH: Garcia Grain Trading Corp.-Progreso | |
|---|---|---|---|---|---|---|
| Delivery WH: | City: Progreso | | County: 215 | State: TX | **Authorized Signature:** | |
| Storing WH: | City: Progreso | | County: 215 | State: TX | Everardo Villarreal Jr. | |

| For The Account Of: | | Garcia Grain Trading Corp. | | Of | Progreso Division | |
|---|---|---|---|---|---|---|

| Date Issued | Kind of Grain | Unit of Measure | Grade | Class | Sub Class | Variety | Sub-Variety |
|---|---|---|---|---|---|---|---|
| 1/14/2022 12:06:52 PM | CORN | Bushels BU | #2 | YELLOW | | | |

| **Special Grades** | Flint Flint: | | Flint and Dent FlintDent: | | Waxy Waxy: | |
|---|---|---|---|---|---|---|

| Dock % | Gross Lbs of Dock | Gross Lbs Incl. Dock | Gross Bushels | Net Pounds | Net Bushels |
|---|---|---|---|---|---|
| | | 1120000.00 | 20000.00 | 1120000.00 | 20000.00 |

| Elevation Chgs Prepaid Per Bushels | In @ $ 0.000000 Out @ $ 0.000000 | Total Prepaid Elev Chgs | 0.00 | Receiving Charges Paid | Storage Start Date* (MM/DD/YYYY) Date Storage Pd. Through | 1/14/2022 |
|---|---|---|---|---|---|---|

| Storage Type | Storage Method | Lot No (I.P. Only) | Storage Tariff Rates |
|---|---|---|---|
| Commingled | Bulk | | 0.0000000 ($/unit/day) |

| Received By: Truck: **X**   Barge:   Rail: Sent Via: Truck:   Barge:   Rail: | **Warehouseman is not Depositor** |
|---|---|
| Grade Statement:   Grade determined by non-licensed grader Inspection Cert No: | Vomitoxin(ppm) Alflatoxin(ppb) |
| The undersigned warehouseman claims a lien on said grain for charges and liabilities as follows: | Comments |
| Remarks: | |

**View Profile (Term & Conditions)**

| Supplemental | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Test Wt. Lbs. | Moisture % | Protein %, Splits or Sounds | TD % | HD % | FM % | Shrunken & Broken % | Total Defects % | Other QF % | Other Special Qualities | Car Initial and No. |
| | | | | | | | | | | |

| Date Received | | | | When Received | | | | Farm Info | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | Crop Yr | Moist % | Dock % | Gross Lbs. | Gross Bu. | State Code | County code | FSA Number |
| | | | | | | | | | | |

Load Time: 124.9889 ms

Case 23-70028   Document 219-8   Filed in TXSB on 05/15/23   Page 7 of 7