Welcome Jose Naveja                                     FCStone Merchant Services, LLC

| Main Menu | Account Setup | Help | Logout |
|---|---|---|---|

**EWRs Held** | **EWR Reports**| **EWR Holder List**| **EWR Producer List**
**EWR History** | **Communication History**

## Warehouse Receipt Information NO: TX00002133                Issued By Villarreal,Everardo

## This is a printed copy of an electronic warehouse receipt

Holder: FCStone Merchant Services, LLC                **NOT LOANABLE**                **NEGOTIABLE**

| WH License | 0323878 | WH Code | 00000 | | Issuing WH: Garcia Grain Trading Corp.-Progreso | | |
|---|---|---|---|---|---|---|---|
| Delivery WH: | City: Progreso | | County: 215 | State: TX | **Authorized Signature:** | | |
| Storing WH: | City: Progreso | | County: 215 | State: TX | Everardo Villarreal Jr. | | |

| For The Account Of: | | Garcia Grain Trading Corp. | | | Of | Progreso Division | |
|---|---|---|---|---|---|---|---|
| Date Issued | | Kind of Grain | Unit of Measure | Grade | Class | Sub Class | Variety | Sub-Variety |
| 1/14/2022 12:06:52 PM | | CORN | Bushels | #2 | YELLOW | | | |

| **Special Grades** | | Flint Flint: | | Flint and Dent FlintDent: | | | Waxy Waxy: | |
|---|---|---|---|---|---|---|---|---|

| Dock % | Gross Lbs of Dock | Gross Lbs Incl. Dock | Gross Bushels | Net Pounds | Net Bushels |
|---|---|---|---|---|---|
| | | 1120000.00 | 20000.00 | 1120000.00 | 20000.00 |

| Elevation Chgs Prepaid Per Bushels | In @ $  0.000000 Out @ $  0.000000 | Total Prepaid Elev Chgs | 0.00 | Receiving Charges Paid | Storage Start Date* (MM/DD/YYYY) Date Storage Pd. Through | 1/14/2022 |
|---|---|---|---|---|---|---|

| Storage Type | Storage Method | Lot No (I.P. Only) | Storage Tariff Rates |
|---|---|---|---|
| Commingled | Bulk | | 0.0000000 ($/unit/day) |

| Received By: Truck: **X**  Barge:   Rail: Sent Via: Truck:  Barge:   Rail: | **Warehouseman is not Depositor** |
|---|---|
| Grade Statement:   Grade determined by non-licensed grader Inspection Cert No: | Vomitoxin(ppm) Alflatoxin(ppb) |
| The undersigned warehouseman claims a lien on said grain for charges and liabilities as follows: | Comments |
| Remarks: | |
| **View Profile (Term & Conditions)** | |

| Supplemental | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Test Wt. Lbs. | Moisture % | Protein %, Splits or Sounds | TD % | HD % | FM % | Shrunken & Broken % | Total Defects % | Other QF % | Other Special Qualities | Car Initial and No. |
| | | | | | | | | | | |

| Date Received | | | When Received | | | | | Farm Info | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | Crop Yr | Moist % | Dock % | Gross Lbs. | Gross Bu. | State Code | County code | FSA Number |
| | | | | | | | | | | |

Load Time: 124.9755 ms

Case 23-70028   Document 219-9   Filed in TXSB on 05/15/23   Page 2 of 11

| Electronic Warehouse Receipts Management | |
|---|---|
| Welcome Jose Naveja | FCStone Merchant Services, LLC |

| Main Menu | Account Setup | Help | Logout |

**EWRs Held** |  **EWR Reports**|  **EWR Holder List**|  **EWR Producer List**
**EWR History** |  **Communication History**

## Warehouse Receipt Information NO: TX00002134

Issued By Villarreal,Everardo

## This is a printed copy of an electronic warehouse receipt

**Holder: FCStone Merchant Services, LLC**           **NOT LOANABLE**           **NEGOTIABLE**

| **WH License** | 0323878 | **WH Code** | 00000 | | Issuing WH: Garcia Grain Trading Corp.-Progreso | | | |
|---|---|---|---|---|---|---|---|---|
| Delivery WH: | City: Progreso | | County: 215 | State: TX | **Authorized Signature:** | | | |
| Storing WH: | City: Progreso | | County: 215 | State: TX | Everardo Villarreal Jr. | | | |

| For The Account Of: | | Garcia Grain Trading Corp. | | | Of | Progreso Division | | |
|---|---|---|---|---|---|---|---|---|
| Date Issued | | Kind of Grain | Unit of Measure | Grade | Class | Sub Class | Variety | Sub-Variety |
| 1/14/2022 12:06:52 PM | | CORN | Bushels | #2 | YELLOW | | | |

| **Special Grades** | | Flint Flint: | | Flint and Dent FlintDent: | | | Waxy Waxy: | |
|---|---|---|---|---|---|---|---|---|
| Dock % | | Gross Lbs of Dock | | Gross Lbs Incl. Dock | Gross Bushels | Net Pounds | | Net Bushels |
| | | | | 1120000.00 | 20000.00 | 1120000.00 | | 20000.00 |

| Elevation Chgs Prepaid Per Bushels | In @ $  0.000000 Out @ $  0.000000 | Total Prepaid Elev Chgs | 0.00 | Receiving Charges Paid | Storage Start Date* (MM/DD/YYYY) Date Storage Pd. Through | 1/14/2022 |
|---|---|---|---|---|---|---|

| Storage Type | Storage Method | Lot No (I.P. Only) | Storage Tariff Rates |
|---|---|---|---|
| Commingled | Bulk | | 0.0000000 ($/unit/day) |

| Received By: Truck: **X**  Barge:   Rail: Sent Via: Truck:   Barge:   Rail: | **Warehouseman is not Depositor** |
|---|---|
| Grade Statement:   Grade determined by non-licensed grader Inspection Cert No: | Vomitoxin(ppm) Alflatoxin(ppb) |

| The undersigned warehouseman claims a lien on said grain for charges and liabilities as follows: | Comments |
|---|---|
| | |

Remarks:

**View Profile (Term & Conditions)**

| Supplemental | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Test Wt. Lbs. | Moisture % | Protein %, Splits or Sounds | TD % | HD % | FM % | Shrunken & Broken % | Total Defects % | Other QF % | Other Special Qualities | Car Initial and No. |
| | | | | | | | | | | |

| Date Received | | | | When Received | | | | Farm Info | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | Crop Yr | Moist % | Dock % | Gross Lbs. | Gross Bu. | State Code | County code | FSA Number |
| | | | | | | | | | | |

Load Time: 109.3735 ms

| Electronic Warehouse Receipts Management | |
|---|---|
| Welcome Jose Naveja | FCStone Merchant Services, LLC |

**Main Menu**      **Account Setup**      **Help**      **Logout**

**EWRs Held** | **EWR Reports**| **EWR Holder List**| **EWR Producer List**
**EWR History** | **Communication History**

# Warehouse Receipt Information NO: TX00002135

Issued By Villarreal,Everardo

## This is a printed copy of an electronic warehouse receipt

**Holder: FCStone Merchant Services, LLC**         **NOT LOANABLE**         **NEGOTIABLE**

| WH License | 0323878 | WH Code | 00000 | | Issuing WH: Garcia Grain Trading Corp.-Progreso | | |
|---|---|---|---|---|---|---|---|
| Delivery WH: | City: Progreso | | County: 215 | State: TX | **Authorized Signature:** | | |
| Storing WH: | City: Progreso | | County: 215 | State: TX | Everardo Villarreal Jr. | | |

| For The Account Of: | | Garcia Grain Trading Corp. | | Of | Progreso Division | | |
|---|---|---|---|---|---|---|---|
| Date Issued | Kind of Grain | Unit of Measure | Grade | Class | Sub Class | Variety | Sub-Variety |
| 1/14/2022 12:06:52 PM | CORN | Bushels | #2 | YELLOW | | | |

| **Special Grades** | | Flint Flint: | | Flint and Dent FlintDent: | | Waxy Waxy: | |
|---|---|---|---|---|---|---|---|
| Dock % | Gross Lbs of Dock | | Gross Lbs Incl. Dock | | Gross Bushels | Net Pounds | Net Bushels |
| | | | 1120000.00 | | 20000.00 | 1120000.00 | 20000.00 |

| Elevation Chgs Prepaid Per Bushels | In @ $  0.000000 Out @ $   0.000000 | Total Prepaid Elev Chgs | 0.00 | Receiving Charges Paid | Storage Start Date* (MM/DD/YYYY) Date Storage Pd. Through | 1/14/2022 |
|---|---|---|---|---|---|---|
| Storage Type | Storage Method | Lot No (I.P. Only) | | Storage Tariff Rates | | |
| Commingled | Bulk | | | 0.0000000 ($/unit/day) | | |

| Received By: Truck: **X**   Barge:    Rail: Sent Via: Truck:   Barge:   Rail: | **Warehouseman is not Depositor** |
|---|---|
| Grade Statement:   Grade determined by non-licensed grader Inspection Cert No: | Vomitoxin(ppm) Alflatoxin(ppb) |
| The undersigned warehouseman claims a lien on said grain for charges and liabilities as follows: | Comments |

Remarks:

**View Profile (Term & Conditions)**

| Supplemental | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Test Wt. Lbs. | Moisture % | Protein %, Splits or Sounds | TD % | HD % | FM % | Shrunken & Broken % | Total Defects % | Other QF % | Other Special Qualities | Car Initial and No. | |
| | | | | | | | | | | | |

| Date Received | | | | When Received | | | | Farm Info | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | Crop Yr | Moist % | Dock % | Gross Lbs. | Gross Bu. | State Code | County code | FSA Number | |
| | | | | | | | | | | | |

Load Time: 109.3671 ms

Case 23-70028   Document 219-9   Filed in TXSB on 05/15/23   Page 6 of 11

# Wire Details



Generated By 20135098_KCROWLEY
Generated On 2023-02-20 01:13 PM EST

| Value Date | Funding Account | Funding Account Name | Amount | Currency | Beneficiary Name | Beneficiary Account or IBAN | Status | Approvals Received: |
|---|---|---|---|---|---|---|---|---|
| 2022-01-18 | ■■0854 | StoneX Commodity Solutions LLC | 680,960.00 | USD | Garcia Grain Trading Corporation | ■■1704 | Confirmed | 1 of 1 |

| | | | |
|---|---|---|---|
| **Ordering Customer Account:** | ■■0854 | **Reason for Reject** | |
| **Ordering Customer Name:** | StoneX Commodity Solutions LLC | **Beneficiary Address:** | |
| **Ordering Customer Address:** | 230 S Lasalle St, Suite 10-500,CHICAGO,IL,60604,US | | |
| **Primary Contact Number of Ordering Customer:** | | **Beneficiary Bank ID:** | ■■0093 |
| **Primary Contact Name of Ordering Customer:** | | **Beneficiary Bank ID Type:** | FED |
| **Wire Type:** | Commercial | **Beneficiary Bank Name:** | Frost Bank |
| **Entry Type:** | Import | **Beneficiary Bank Address:** | 100 W Houston St,San Antonio,TX,78205,US |
| **Template Name:** | | **Account with Institution Bank ID:** | |
| **Charges:** | No charges | **Account with Institution Bank ID Type:** | |
| **Exchange Rate:** | 1.0 | **Account with Institution Bank Name:** | |
| **Revised Value Date:** | 2022-01-18 | **Account with Institution Bank Address:** | |
| **Converted Amount:** | 680,960.00 USD | **Intermediary Bank ID:** | |
| | | **Intermediary Bank ID Type:** | |
| | | **Intermediary Bank Name:** | |
| | | **Intermediary Bank Address:** | |
| **Purpose of wire:** | | | |
| **Reference Number:** | OLBB2022011854339744 - 220118356543 - 20220118G1QG750C006503 | **Sender To Receiver Information:** | |
| **Created By:** | MALOISIO1 | **Related Reference No:** | |
| **Create Date:** | 2022-01-18 03:40 PM | **IMAD Reference Number:** | 20220118G1QG750C006503 |
| **Last Approved By:** | KENDRAW | | |
| **Last Action Date:** | 2022-01-18 03:44 PM | | |

**StoneX Commodity Solutions LLC**

1251 NW Briarcliff Parkway, Suite 800
Kansas City, MO 64116

**01-18-2022**

**$ 680,960.00**

Six Hundred Eighty Thousand Nine Hundred Sixty and No/100 Dollars

Pay to the
order of:

**Garcia Grain Trading Corporation**
**101 N. Val Verde Road**
**DONNA,  TX  78537**

# *** VOID WIRE WIRE *

**102123**

Settlement
#2 YELLOW CORN

01-18-2022

GARGRAIN

Garcia Grain Trading Corporation
101 N. Val Verde Road
DONNA,  TX  78537

Contact:
StoneX Commodity Solutions LLC
1251 NW Briarcliff Pkwy, Ste 800
Kansas City, MO 64116

| Ticket #<br>Date | Gross Lbs<br>Dockage<br>Net Lbs | Gross Bu.<br>Net Bu.<br>Lading # | | Total<br>disc/prem | Amount |
|---|---|---|---|---|---|
| WHR2131<br><br>01/18/22 | 1120000.00<br>0.00<br>1120000.00 | 20000.00<br>20000.00<br>WHR2131 | 20000.00 Bu., Cont-FIN_101182, $6.8096, Elev=PROG-GGC | 0.00<br>0.0000 | 136,192.00 |
| WHR2132<br><br>01/18/22 | 1120000.00<br>0.00<br>1120000.00 | 20000.00<br>20000.00<br>WHR2132 | 20000.00 Bu., Cont-FIN_101182, $6.8096, Elev=PROG-GGC | 0.00<br>0.0000 | 136,192.00 |
| WHR2133<br><br>01/18/22 | 1120000.00<br>0.00<br>1120000.00 | 20000.00<br>20000.00<br>WHR2133 | 20000.00 Bu., Cont-FIN_101182, $6.8096, Elev=PROG-GGC | 0.00<br>0.0000 | 136,192.00 |
| WHR2134<br><br>01/18/22 | 1120000.00<br>0.00<br>1120000.00 | 20000.00<br>20000.00<br>WHR2134 | 20000.00 Bu., Cont-FIN_101182, $6.8096, Elev=PROG-GGC | 0.00<br>0.0000 | 136,192.00 |
| WHR2135<br><br>01/18/22 | 1120000.00<br>0.00<br>1120000.00 | 20000.00<br>20000.00<br>WHR2135 | 20000.00 Bu., Cont-FIN_101182, $6.8096, Elev=PROG-GGC | 0.00<br>0.0000 | 136,192.00 |

| *Total* | Grs Lbs=5,600,000.00 Grs Bu.=100,000.00 Net Lbs=5,600,000.00 Net Bu.=100,000.00 | 0.00 | 680,960.00 |
|---|---|---|---|

Settlement
#2 YELLOW CORN

01-18-2022

Page: 2

**GARGRAIN**

Garcia Grain Trading Corporation
101 N. Val Verde Road
DONNA, TX 78537

Contact:
StoneX Commodity Solutions LLC
1251 NW Briarcliff Pkwy, Ste 800
Kansas City, MO 64116

| | | | | | | | Bushels | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Total: | 100,000.00 | 680,960.00 |

| Applications | | | | | | |
|---|---|---|---|---|---|---|
| Contract | Price | Bushels | Amount | Rem. bal. | Adv. bal. | |
| FIN_101182 | 6.8096 | 100000.00 | 680960.00 | 0.00 | 0.00 | |

Net Amount Due You     $ 680,960.00

Check Number - 102123

IN QFT

Stonex Commodity Solutions LLC

Purchase Pre-Settlement report

GGC - Garcia Grain Corn - 5050

| Ticket # Date | Contract / Lading | G D | Gross Bu. Net Bu. | TW | Mst | Freight | Discount | Price Basis Futures | Amount | WI |
|---|---|---|---|---|---|---|---|---|---|---|
| GARGRAIN Garcia Grain Trading Corporation, *** WIRE *** | | | | | | | | | | |
| WHR2131 | FIN_101182 WHR2131 | | 20000.00 20000.00 | 0.0 | 0.0 | 0.00 | 0.00 | 6.8096 0.8371 5.9725 | 136,192.00 | |
| 01/18/22 | 20000.00 Bu., Cont-FIN_101182, $6.8096, Elev=PROG-GGC | | | | | | | | | |
| WHR2132 | FIN_101182 WHR2132 | | 20000.00 20000.00 | 0.0 | 0.0 | 0.00 | 0.00 | 6.8096 0.8371 5.9725 | 136,192.00 | |
| 01/18/22 | 20000.00 Bu., Cont-FIN_101182, $6.8096, Elev=PROG-GGC | | | | | | | | | |
| WHR2133 | FIN_101182 WHR2133 | | 20000.00 20000.00 | 0.0 | 0.0 | 0.00 | 0.00 | 6.8096 0.8371 5.9725 | 136,192.00 | |
| 01/18/22 | 20000.00 Bu., Cont-FIN_101182, $6.8096, Elev=PROG-GGC | | | | | | | | | |
| WHR2134 | FIN_101182 WHR2134 | | 20000.00 20000.00 | 0.0 | 0.0 | 0.00 | 0.00 | 6.8096 0.8371 5.9725 | 136,192.00 | |
| 01/18/22 | 20000.00 Bu., Cont-FIN_101182, $6.8096, Elev=PROG-GGC | | | | | | | | | |
| WHR2135 | FIN_101182 WHR2135 | | 20000.00 20000.00 | 0.0 | 0.0 | 0.00 | 0.00 | 6.8096 0.8371 5.9725 | 136,192.00 | |
| 01/18/22 | 20000.00 Bu., Cont-FIN_101182, $6.8096, Elev=PROG-GGC | | | | | | | | | |
| | ** Total ** | | 100000.00 | 0.0 | 0.0 | 0.00 | 0.00 | 6.8096 | $ 680,960.00 | |

** Total Dockage Bu. ** = 0.00

Stone's Commodity Solutions, LLC

Purchase Pre-Settlement report

GGC - Garcia Grain Corn - 5050

| Ticket # Date | Contract / Lading | G D | Gross Bu. Net Bu. | TW | Mst | | | Freight | Discount | Price Basis Futures | Amount | WI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

GGC - Garcia Grain Corn - 5050 Total

| | Bushels Received | Bushels Paid | Avg Price | Discount | CheckOff | Freight | Storage | Amount Paid | Net Checks |
|---|---|---|---|---|---|---|---|---|---|
| 1. Applied to Contract | | | | | | | | | |
| 2. Price/Later - Not Paid | | | | | | | | | |
| 3. Price/Later - Paid | | | | | | | | | |
| 4. Held - Not Paid | | | | | | | | | |
| 5. Held - Paid | | | | | | | | | |
| 6. Spot | | | | | | | | | |
| 7. Delay/Price - Not Paid | | | | | | | | | |
| 8. Delay/Price - Paid | | | | | | | | | |
| 9. Stored - Not Paid | | | | | | | | | |
| 10. Stored - Paid | | | | | | | | | |
| ** Total ** | 100000.00 | | 6.8096 | | | | | | |
| Direct (Contracted) | | | | | | | | | |

| | Test Weight | Moisture | | | Others |
|---|---|---|---|---|---|
| Averages   Paid | | | | | |
| Total | | | | | |
| | | | | | |
| Discounts   Paid | | | | | |
| Unpaid | | | | | |
| Delivered Today | | | | | |
| Not Dlvd Today | | | | | |
| Total | | | | | |

Total Dockage Bu.  =   0.00