# Wire Details



Generated By 20135098_KCROWLEY
Generated On 2023-02-20 01:15 PM EST

| Value Date | Funding Account | Funding Account Name | Amount | Currency | Beneficiary Name | Beneficiary Account or IBAN | Status | Approvals Received: |
|---|---|---|---|---|---|---|---|---|
| 2022-01-27 | ▇0854 | StoneX Commodity Solutions LLC | 430,920.00 | USD | Garcia Grain Trading Corporation | ▇1704 | Confirmed | 1 of 1 |

| | | | |
|---|---|---|---|
| **Ordering Customer Account:** | ▇0854 | **Reason for Reject** | |
| **Ordering Customer Name:** | StoneX Commodity Solutions LLC | **Beneficiary Address:** | |
| **Ordering Customer Address:** | 230 S Lasalle St, Suite 10-500,CHICAGO,IL,60604,US | | |
| **Primary Contact Number of Ordering Customer:** | | **Beneficiary Bank ID:** | ▇0093 |
| **Primary Contact Name of Ordering Customer:** | | **Beneficiary Bank ID Type:** | FED |
| **Wire Type:** | Commercial | **Beneficiary Bank Name:** | Frost Bank |
| **Entry Type:** | Import | **Beneficiary Bank Address:** | 100 W Houston St,San Antonio,TX,78205,US |
| **Template Name:** | | **Account with Institution Bank ID:** | |
| **Charges:** | No charges | **Account with Institution Bank ID Type:** | |
| **Exchange Rate:** | 1.0 | **Account with Institution Bank Name:** | |
| **Revised Value Date:** | 2022-01-27 | **Account with Institution Bank Address:** | |
| **Converted Amount:** | 430,920.00 USD | **Intermediary Bank ID:** | |
| | | **Intermediary Bank ID Type:** | |
| | | **Intermediary Bank Name:** | |
| | | **Intermediary Bank Address:** | |
| **Purpose of wire:** | | | |
| **Reference Number:** | OLBB2022012754423755 - 220127667922 - 20220127G1QG750C005257 | **Sender To Receiver Information:** | |
| **Created By:** | MCOULTER | **Related Reference No:** | |
| **Create Date:** | 2022-01-27 03:29 PM | **IMAD Reference Number:** | 20220127G1QG750C005257 |
| **Last Approved By:** | KENDRAW | | |
| **Last Action Date:** | 2022-01-27 03:32 PM | | |

**StoneX Commodity Solutions LLC**

1251 NW Briarcliff Parkway, Suite 800
Kansas City, MO 64116

**01-27-2022**

**$ 430,920.00**

Four Hundred Thirty Thousand Nine Hundred Twenty and No/100 Dollars

Pay to the
order of:

**Garcia Grain Trading Corporation**
**101 N. Val Verde Road**
**DONNA,  TX  78537**

## *** VOID WIRE WIRE *

**102287**

Settlement
#2 YELLOW CORN

01-27-2022

GARGRAIN

Garcia Grain Trading Corporation
101 N. Val Verde Road
DONNA,  TX  78537

Contact:
StoneX Commodity Solutions LLC
1251 NW Briarcliff Pkwy, Ste 800
Kansas City, MO 64116

| Ticket #<br>Date | Gross Lbs<br>Dockage<br>Net Lbs | Gross Bu.<br>Net Bu.<br>Lading # | | Total<br>disc/prem | Amount |
|---|---|---|---|---|---|
| WHR2136 | 1120000.00 | 20000.00 | | 0.00 | 143,640.00 |
|  | 0.00 | 20000.00 | | 0.0000 | |
| 01/27/22 | 1120000.00 | WHR2136 | 20000.00 Bu., Cont-FIN_101410, $7.182, Elev=PROG-GGC | | |
| WHR2137 | 1120000.00 | 20000.00 | | 0.00 | 143,640.00 |
|  | 0.00 | 20000.00 | | 0.0000 | |
| 01/27/22 | 1120000.00 | WHR2137 | 20000.00 Bu., Cont-FIN_101410, $7.182, Elev=PROG-GGC | | |
| WHR2138 | 1120000.00 | 20000.00 | | 0.00 | 143,640.00 |
|  | 0.00 | 20000.00 | | 0.0000 | |
| 01/27/22 | 1120000.00 | WHR2138 | 20000.00 Bu., Cont-FIN_101410, $7.182, Elev=PROG-GGC | | |
| *Total* | Grs Lbs=3,360,000.00 Grs Bu.=60,000.00 Net Lbs=3,360,000.00 Net Bu.=60,000.00 | | | 0.00 | 430,920.00 |

| Applications | | | | | | | Bushels | Amount |
|---|---|---|---|---|---|---|---|---|
| Contract | Price | Bushels | Amount | Rem. bal. | Adv. bal. | Total: | 60,000.00 | 430,920.00 |
| FIN_101410 | 7.182 | 60000.00 | 430920.00 | 0.00 | 0.00 | Net Amount Due You | | $ 430,920.00 |

Check Number - 102287

IN QFT

Case 23-70028  Document 19-11  Filed in TXSB on 05/15/23  Page 3 of 3

Purchase Pre-Settlement report

GGC - Garcia Grain Corn - 5050

| Ticket # Date | Contract / Lading | G D | Gross Bu. Net Bu. | TW | Mst | Freight | Discount | Price Basis Futures | Amount | WI |
|---|---|---|---|---|---|---|---|---|---|---|
| GARGRAIN Garcia Grain Trading Corporation, *** WIRE *** | | | | | | | | | | |
| WHR2136 | FIN_101410 | | 20000.00 | | | 0.00 | 0.00 | 7.1820 | 143,640.00 | |
| | WHR2136 | | 20000.00 | 0.0 | 0.0 | | | 0.9670 | | |
| 01/27/22 | 20000.00 Bu., Cont-FIN_101410, $7.1820, Elev=PROG-GGC | | | | | | | 6.2150 | | |
| WHR2137 | FIN_101410 | | 20000.00 | | | 0.00 | 0.00 | 7.1820 | 143,640.00 | |
| | WHR2137 | | 20000.00 | 0.0 | 0.0 | | | 0.9670 | | |
| 01/27/22 | 20000.00 Bu., Cont-FIN_101410, $7.1820, Elev=PROG-GGC | | | | | | | 6.2150 | | |
| WHR2138 | FIN_101410 | | 20000.00 | | | 0.00 | 0.00 | 7.1820 | 143,640.00 | |
| | WHR2138 | | 20000.00 | 0.0 | 0.0 | | | 0.9670 | | |
| 01/27/22 | 20000.00 Bu., Cont-FIN_101410, $7.1820, Elev=PROG-GGC | | | | | | | 6.2150 | | |
| | ** Total ** | | 60000.00 | 0.0 | 0.0 | 0.00 | 0.00 | 7.1820 | $ 430,920.00 | |
| | ** Total Dockage Bu. ** = 0.00 | | | | | | | | | |

GGC - Garcia Grain Corn - 5050 Total

| | Bushels Received | Bushels Paid | Avg Price | Discount | CheckOff | Freight | Storage | Amount Paid | Net Checks |
|---|---|---|---|---|---|---|---|---|---|
| 1. Applied to Contract | | | | | | | | | |
| 2. Price/Later - Not Paid | | | | | | | | | |
| 3. Price/Later - Paid | | | | | | | | | |
| 4. Held - Not Paid | | | | | | | | | |
| 5. Held - Paid | | | | | | | | | |
| 6. Spot | | | | | | | | | |
| 7. Delay/Price - Not Paid | | | | | | | | | |
| 8. Delay/Price - Paid | | | | | | | | | |
| 9. Stored - Not Paid | | | | | | | | | |
| 10. Stored - Paid | | | | | | | | | |
| ** Total ** | 60000.00 | | 7.1820 | | | | | | |
| Direct (Contracted) | | | | | | | | | |

| | | Test Weight | Moisture | | | | Others |
|---|---|---|---|---|---|---|---|
| Averages | Paid | | | | | | |
| | Total | | | | | | |
| Discounts | Paid | | | | | | |
| | Unpaid | | | | | | |
| | Delivered Today | | | | | | |
| | Not Dlvd Today | | | | | | |
| | Total | | | | | | |

Total Dockage Bu.  =  0.00