## Electronic Warehouse Receipts Management

Welcome Brett Vuagniaux                                       FCStone Merchant Services, LLC

| Main Menu | Account Setup | Help | Logout |
|---|---|---|---|

**EWRs Held** | **EWR Reports**| **EWR Holder List**| **EWR Producer List**
**EWR History** | **Communication History**

# Warehouse Receipt Information NO: TX00002144          Issued By Villarreal,Everardo
# This is a printed copy of an electronic warehouse receipt

**Holder: FCStone Merchant Services, LLC**                **NOT LOANABLE**                    **NEGOTIABLE**

| **WH License** | 0323878 | **WH Code** | 00000 | | Issuing WH: Garcia Grain Trading Corp.-Progreso | | |
|---|---|---|---|---|---|---|---|
| Delivery WH: | City: Progreso | | County: 215 | State: TX | **Authorized Signature:** | | |
| Storing WH: | City: Progreso | | County: 215 | State: TX | Everardo Villarreal Jr. | | |

| For The Account Of: | | Garcia Grain Trading Corp. | | | Of | Progreso Division | |
|---|---|---|---|---|---|---|---|

| Date Issued | Kind of Grain | Unit of Measure | Grade | Class | Sub Class | Variety | Sub-Variety |
|---|---|---|---|---|---|---|---|
| 8/2/2022 2:23:39 PM | CORN | Bushels | #2 | YELLOW | | | |

| **Special Grades** | Flint Flint: | | Flint and Dent FlintDent: | | | Waxy Waxy: | |
|---|---|---|---|---|---|---|---|

| Dock % | Gross Lbs of Dock | Gross Lbs Incl. Dock | Gross Bushels | Net Pounds | Net Bushels |
|---|---|---|---|---|---|
| | | 1120000.00 | 20000.00 | 1120000.00 | 20000.00 |

| Elevation Chgs Prepaid Per Bushels | In @ $ 0.000000 Out @ $ 0.000000 | Total Prepaid Elev Chgs | 0.00 | Receiving Charges Paid | Storage Start Date* (MM/DD/YYYY) Date Storage Pd. Through | 8/2/2022 8/2/2022 |
|---|---|---|---|---|---|---|

| Storage Type | Storage Method | Lot No (I.P. Only) | Storage Tariff Rates |
|---|---|---|---|
| Commingled | Bulk | | 0.0000000 ($/unit/day) |

| Received By: Truck: **X**   Barge:   Rail: Sent Via: Truck:   Barge:   Rail: | **Warehouseman is not Depositor** |
|---|---|

| Grade Statement:   Grade determined by non-licensed grader Inspection Cert No: | Vomitoxin(ppm) Alflatoxin(ppb) |
|---|---|

| The undersigned warehouseman claims a lien on said grain for charges and liabilities as follows: | Comments |
|---|---|
| | |

Remarks:
**View Profile (Term & Conditions)**

| Supplemental | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Test Wt. Lbs. | Moisture % | Protein %, Splits or Sounds | TD % | HD % | FM % | Shrunken & Broken % | Total Defects % | Other QF % | Other Special Qualities | Car Initial and No. |
| | | | | | | | | | | |

| Date Received | | | | When Received | | | | Farm Info | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | Crop Yr | Moist % | Dock % | Gross Lbs. | Gross Bu. | State Code | County code | FSA Number |
| | | | | | | | | | | |

Load Time: 109.3607 ms

**Electronic Warehouse Receipts Management**

Welcome Brett Vuagniaux               FCStone Merchant Services, LLC

Main Menu      Account Setup      Help      Logout

**EWRs Held** | **EWR Reports**| **EWR Holder List**| **EWR Producer List**
**EWR History** | **Communication History**

## Warehouse Receipt Information NO: TX00002145     Issued By Villarreal,Everardo
## This is a printed copy of an electronic warehouse receipt

**Holder: FCStone Merchant Services, LLC**       **NOT LOANABLE**        **NEGOTIABLE**

| WH License | 0323878 | WH Code | 00000 | | Issuing WH: Garcia Grain Trading Corp.-Progreso | | | |
|---|---|---|---|---|---|---|---|---|
| Delivery WH: | City: Progreso | | County: 215 | State: TX | **Authorized Signature:** | | | |
| Storing WH: | City: Progreso | | County: 215 | State: TX | Everardo Villarreal Jr. | | | |

| For The Account Of: | | Garcia Grain Trading Corp. | | | | Of | Progreso Division | |
|---|---|---|---|---|---|---|---|---|
| Date Issued | | Kind of Grain | Unit of Measure | Grade | Class | Sub Class | Variety | Sub-Variety |
| 8/2/2022 2:23:39 PM | | CORN | Bushels | #2 | YELLOW | | | |

| **Special Grades** | | Flint Flint: | | Flint and Dent FlintDent: | | | Waxy Waxy: | |
|---|---|---|---|---|---|---|---|---|
| Dock % | Gross Lbs of Dock | | Gross Lbs Incl. Dock | | Gross Bushels | | Net Pounds | Net Bushels |
| | | | 1120000.00 | | 20000.00 | | 1120000.00 | 20000.00 |

| Elevation Chgs<br>Prepaid Per Bushels | In @ $ 0.000000<br>Out @ $ 0.000000 | Total Prepaid<br>Elev Chgs | 0.00 | Receiving Charges Paid | Storage Start Date*   8/2/2022<br>(MM/DD/YYYY)   8/2/2022<br>Date Storage Pd. Through |
|---|---|---|---|---|---|

| Storage Type | Storage Method | Lot No (I.P. Only) | Storage Tariff Rates |
|---|---|---|---|
| Commingled | Bulk | | 0.0000000 ($/unit/day) |

| Received By: Truck: **X**   Barge:   Rail:<br>Sent Via: Truck:   Barge:   Rail: | **Warehouseman is not Depositor** |
|---|---|
| Grade Statement:   Grade determined by non-licensed grader<br>Inspection Cert No: | Vomitoxin(ppm)<br>Alflatoxin(ppb) |

| The undersigned warehouseman claims a lien on said grain for charges and liabilities as follows: | Comments |
|---|---|
| | |

Remarks:

**View Profile (Term & Conditions)**

| Supplemental | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Test Wt.<br>Lbs. | Moisture<br>% | Protein %, Splits or<br>Sounds | TD<br>% | HD<br>% | FM<br>% | Shrunken &<br>Broken % | Total<br>Defects % | Other QF<br>% | Other Special<br>Qualities | Car Initial and<br>No. |
| | | | | | | | | | | |

| Date Received | | | | When Received | | | | Farm Info | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | Crop Yr | Moist % | Dock % | Gross Lbs. | Gross Bu. | State Code | County code | FSA Number |
| | | | | | | | | | | |

Load Time: 124.9768 ms

| Electronic Warehouse Receipts Management | |
| --- | --- |
| Welcome Brett Vuagniaux | FCStone Merchant Services, LLC |

Main Menu    Account Setup    Help    Logout

**EWRs Held** |   **EWR Reports**|   **EWR Holder List**|   **EWR Producer List**
**EWR History** |   **Communication History**

# Warehouse Receipt Information NO: TX00002146          Issued By Villarreal,Everardo
# This is a printed copy of an electronic warehouse receipt

**Holder: FCStone Merchant Services, LLC**               **NOT LOANABLE**               **NEGOTIABLE**

| WH License | 0323878 | WH Code | 00000 | | Issuing WH: Garcia Grain Trading Corp.-Progreso | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Delivery WH: | City: Progreso | | County: 215 | State: TX | **Authorized Signature:** | | |
| Storing WH: | City: Progreso | | County: 215 | State: TX | Everardo Villarreal Jr. | | |

| For The Account Of: | | Garcia Grain Trading Corp. | | | Of | Progreso Division | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Date Issued | Kind of Grain | Unit of Measure | Grade | Class | Sub Class | Variety | Sub-Variety |
| 8/2/2022 2:23:39 PM | CORN | Bushels | #2 | YELLOW | | | |

| **Special Grades** | | Flint Flint: | | Flint and Dent FlintDent: | | Waxy Waxy: | |
| --- | --- | --- | --- | --- | --- | --- | --- |

| Dock % | Gross Lbs of Dock | Gross Lbs Incl. Dock | Gross Bushels | Net Pounds | Net Bushels |
| --- | --- | --- | --- | --- | --- |
| | | 1120000.00 | 20000.00 | 1120000.00 | 20000.00 |

| Elevation Chgs Prepaid Per Bushels | In @ $  0.000000 Out @ $  0.000000 | Total Prepaid Elev Chgs | 0.00 | Receiving Charges Paid | Storage Start Date* (MM/DD/YYYY) Date Storage Pd. Through | 8/2/2022 8/2/2022 |
| --- | --- | --- | --- | --- | --- | --- |

| Storage Type | Storage Method | Lot No (I.P. Only) | Storage Tariff Rates |
| --- | --- | --- | --- |
| Commingled | Bulk | | 0.0000000 ($/unit/day) |

| Received By: Truck: **X**  Barge:    Rail: Sent Via: Truck:    Barge:    Rail: | **Warehouseman is not Depositor** |
| --- | --- |
| Grade Statement:   Grade determined by non-licensed grader Inspection Cert No: | Vomitoxin(ppm) Alflatoxin(ppb) |
| The undersigned warehouseman claims a lien on said grain for charges and liabilities as follows: | Comments |

Remarks:
**View Profile (Term & Conditions)**

| Supplemental | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Test Wt. Lbs. | Moisture % | Protein %, Splits or Sounds | TD % | HD % | FM % | Shrunken & Broken % | Total Defects % | Other QF % | Other Special Qualities | Car Initial and No. |
| | | | | | | | | | | |

| Date Received | | | | When Received | | | | | Farm Info | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Month | Day | Year | Crop Yr | Moist % | Dock % | Gross Lbs. | Gross Bu. | State Code | County code | FSA Number | |
| | | | | | | | | | | | |

Load Time: 145.1506 ms



# Wire Details

Generated By 20135098_KCROWLEY
Generated On 2023-02-20 01:17 PM EST

| Value Date | Funding Account | Funding Account Name | Amount | Currency | Beneficiary Name | Beneficiary Account or IBAN | Status | Approvals Received: |
|---|---|---|---|---|---|---|---|---|
| 2022-08-03 | ██0854 | StoneX Commodity Solutions LLC | 694,687.50 | USD | Garcia Grain Trading Corporation | ██1704 | Confirmed | 1 of 1 |

| | | | |
|---|---|---|---|
| **Ordering Customer Account:** | ██0854 | **Reason for Reject** | |
| **Ordering Customer Name:** | StoneX Commodity Solutions LLC | **Beneficiary Address:** | |
| **Ordering Customer Address:** | 230 S Lasalle St, Suite 10-500,CHICAGO,IL,60604,US | | |
| **Primary Contact Number of Ordering Customer:** | | **Beneficiary Bank ID:** | ██0093 |
| **Primary Contact Name of Ordering Customer:** | | **Beneficiary Bank ID Type:** | FED |
| **Wire Type:** | Commercial | **Beneficiary Bank Name:** | Frost Bank |
| **Entry Type:** | Import | **Beneficiary Bank Address:** | 100 W Houston St,San Antonio,TX,78205,US |
| **Template Name:** | | **Account with Institution Bank ID:** | |
| **Charges:** | No charges | **Account with Institution Bank ID Type:** | |
| **Exchange Rate:** | 1.0 | **Account with Institution Bank Name:** | |
| **Revised Value Date:** | 2022-08-03 | **Account with Institution Bank Address:** | |
| **Converted Amount:** | 694,687.50 USD | **Intermediary Bank ID:** | |
| | | **Intermediary Bank ID Type:** | |
| | | **Intermediary Bank Name:** | |
| | | **Intermediary Bank Address:** | |
| **Purpose of wire:** | | | |
| **Reference Number:** | OLBB2022080356108596 - 220803776991 - 20220803G1QG750C005565 | **Sender To Receiver Information:** | |
| **Created By:** | MALOISIO1 | **Related Reference No:** | |
| **Create Date:** | 2022-08-03 02:50 PM | **IMAD Reference Number:** | 20220803G1QG750C005565 |
| **Last Approved By:** | KENDRAW | | |
| **Last Action Date:** | 2022-08-03 03:02 PM | | |

**StoneX Commodity Solutions LLC**

1251 NW Briarcliff Parkway, Suite 800
Kansas City, MO 64116

**08-03-2022**

**$ 694,687.50**

Six Hundred Ninety-Four Thousand Six Hundred Eighty-Seven and 50/100 Dollars

Pay to the
order of:

**Garcia Grain Trading Corporation**
**101 N. Val Verde Road**
**DONNA,  TX  78537**

## *** VOID WIRE WIRE *

**104676**

|  | Settlement | 08-03-2022 |
|---|---|---|
|  | #2 YELLOW CORN |  |

GARGRAIN

Garcia Grain Trading Corporation
101 N. Val Verde Road
DONNA,  TX  78537

Contact:
StoneX Commodity Solutions LLC
1251 NW Briarcliff Pkwy, Ste 800
Kansas City, MO 64116

| Ticket #<br>Date | Gross Lbs<br>Dockage<br>Net Lbs | Gross Bu.<br>Net Bu.<br>Lading # |  | Total<br>disc/prem | Amount |
|---|---|---|---|---|---|
| WHR2142<br>08/03/22 | 1120000.00<br>0.00<br>1120000.00 | 20000.00<br>20000.00<br>WHR2142 | 20000.00 Bu., Cont-SCS_104637, $6.946875, Elev=PROG-GGC | 0.00<br>0.0000 | 138,937.50 |
| WHR2143<br>08/03/22 | 1120000.00<br>0.00<br>1120000.00 | 20000.00<br>20000.00<br>WHR2143 | 20000.00 Bu., Cont-SCS_104637, $6.946875, Elev=PROG-GGC | 0.00<br>0.0000 | 138,937.50 |
| WHR2144<br>08/03/22 | 1120000.00<br>0.00<br>1120000.00 | 20000.00<br>20000.00<br>WHR2144 | 20000.00 Bu., Cont-SCS_104637, $6.946875, Elev=PROG-GGC | 0.00<br>0.0000 | 138,937.50 |
| WHR2145<br>08/03/22 | 1120000.00<br>0.00<br>1120000.00 | 20000.00<br>20000.00<br>WHR2145 | 20000.00 Bu., Cont-SCS_104637, $6.946875, Elev=PROG-GGC | 0.00<br>0.0000 | 138,937.50 |
| WHR2146<br>08/03/22 | 1120000.00<br>0.00<br>1120000.00 | 20000.00<br>20000.00<br>WHR2146 | 20000.00 Bu., Cont-SCS_104637, $6.946875, Elev=PROG-GGC | 0.00<br>0.0000 | 138,937.50 |

| *Total* | Grs Lbs=5,600,000.00 Grs Bu.=100,000.00 Net Lbs=5,600,000.00 Net Bu.=100,000.00 | 0.00 | 694,687.50 |
|---|---|---|---|

Settlement
#2 YELLOW CORN

08-03-2022

Page: 2

GARGRAIN

Garcia Grain Trading Corporation
101 N. Val Verde Road
DONNA, TX 78537

Contact:
StoneX Commodity Solutions LLC
1251 NW Briarcliff Pkwy, Ste 800
Kansas City, MO 64116

|  |  | Bushels | Amount |
|---|---|---|---|
| Total: |  | 100,000.00 | 694,687.50 |

| | Applications | | | | | | |
|---|---|---|---|---|---|
| Contract | Price | Bushels | Amount | Rem. bal. | Adv. bal. |
| SCS_104637 | 6.946875 | 100000.00 | 694687.50 | 0.00 | 0.00 |

Net Amount Due You        $ 694,687.50

Check Number - 104676

IN QFT-SPLIT PMT

Stone X Commodity Solutions

Purchase Pre-Settlement report

GGC - Garcia Grain Corn - 5050

| Ticket # Date | Contract / Lading | G D | Gross Bu. Net Bu. | TW | Mst | Freight | Discount | Price Basis Futures | Amount | WI |
|---|---|---|---|---|---|---|---|---|---|---|
| GARGRAIN Garcia Grain Trading Corporation, *** WIRE *** | | | | | | | | | | |
| WHR2142 | SCS_104637 WHR2142 | | 20000.00 20000.00 | 0.0 | 0.0 | 0.00 | 0.00 | 6.9469 1.0019 5.9450 | 138,937.50 | |
| 08/03/22 | 20000.00 Bu., Cont-SCS_104637, $6.9469, Elev=PROG-GGC | | | | | | | | | |
| WHR2143 | SCS_104637 WHR2143 | | 20000.00 20000.00 | 0.0 | 0.0 | 0.00 | 0.00 | 6.9469 1.0019 5.9450 | 138,937.50 | |
| 08/03/22 | 20000.00 Bu., Cont-SCS_104637, $6.9469, Elev=PROG-GGC | | | | | | | | | |
| WHR2144 | SCS_104637 WHR2144 | | 20000.00 20000.00 | 0.0 | 0.0 | 0.00 | 0.00 | 6.9469 1.0019 5.9450 | 138,937.50 | |
| 08/03/22 | 20000.00 Bu., Cont-SCS_104637, $6.9469, Elev=PROG-GGC | | | | | | | | | |
| WHR2145 | SCS_104637 WHR2145 | | 20000.00 20000.00 | 0.0 | 0.0 | 0.00 | 0.00 | 6.9469 1.0019 5.9450 | 138,937.50 | |
| 08/03/22 | 20000.00 Bu., Cont-SCS_104637, $6.9469, Elev=PROG-GGC | | | | | | | | | |
| WHR2146 | SCS_104637 WHR2146 | | 20000.00 20000.00 | 0.0 | 0.0 | 0.00 | 0.00 | 6.9469 1.0019 5.9450 | 138,937.50 | |
| 08/03/22 | 20000.00 Bu., Cont-SCS_104637, $6.9469, Elev=PROG-GGC | | | | | | | | | |
| | ** Total ** | | 100000.00 | 0.0 | 0.0 | 0.00 | 0.00 | 6.9469 | $ 694,687.50 | |

** Total Dockage Bu. ** = 0.00

Storage Commodity Solutions, LLC

Purchase Pre-Settlement report

GGC - Garcia Grain Corn - 5050

| Ticket #<br>Date | Contract /<br>Lading | G<br>D | Gross Bu.<br>Net Bu. | TW | Mst | | | | Freight | Discount | Price<br>Basis<br>Futures | Amount | WI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

GGC - Garcia Grain Corn - 5050 Total

| | Bushels<br>Received | Bushels<br>Paid | Avg<br>Price | Discount | CheckOff | Freight | Storage | Amount<br>Paid | Net<br>Checks |
|---|---|---|---|---|---|---|---|---|---|
| 1.  Applied to Contract | | | | | | | | | |
| 2.  Price/Later  -  Not Paid | | | | | | | | | |
| 3.  Price/Later - Paid | | | | | | | | | |
| 4.  Held  -  Not Paid | | | | | | | | | |
| 5.  Held  -  Paid | | | | | | | | | |
| 6.  Spot | | | | | | | | | |
| 7.  Delay/Price  -  Not Paid | | | | | | | | | |
| 8.  Delay/Price  -  Paid | | | | | | | | | |
| 9.  Stored  -  Not Paid | | | | | | | | | |
| 10. Stored  -  Paid | | | | | | | | | |
| ** Total ** | 100000.00 | | 6.9469 | | | | | | |
| Direct (Contracted) | | | | | | | | | |

| | | Test Weight | Moisture | | | | Others |
|---|---|---|---|---|---|---|---|
| Averages | Paid | | | | | | |
| | Total | | | | | | |
| Discounts | Paid | | | | | | |
| | Unpaid | | | | | | |
| | Delivered Today | | | | | | |
| | Not Dlvd Today | | | | | | |
| | Total | | | | | | |

Total Dockage Bu.   =    0.00