| **Elevator Section** | **Transport Section** | **Customer Section** |
|---|---|---|
| Garcia Grain Trading | ALEJO TRANSPORTS | FCSTONE MERCHANT |
| PROGRESO DIVISION | JUAN ALEJO | SERVICES |
| Tel. No.: 956-565-2674 | 065C144 | NA |

## Ticket In | 79035 | v.2.7

| | IN | OUT |
|---|---|---|
| | 11/09/2022 12:43 | 11/09/2022 12:57 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE, TX | 00030889 | 53680 |

| Moisture | 12.600 |
|---|---|
| Test Weight | 59.500 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,600.00 |

### WEIGHTS

| GROSS | 81,280.00 |
|---|---|
| TARE | 27,680.00 |
| NET | 53,600.00 |
| METRIC TONS | 24.313 |

_Driver Signature_

Weigher Signature: Everardo Villarreal

# West Plains LLC-Brownsville Elevator

9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

Ticket Number
**00030889**

## Yellow Corn - Outbound

FCSTOMA                          WN=000050406          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | | 11/09/2022 |
|---|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 958.57 | 100.00 % | FC STONE MERCHANT SERVICES LLC | | |
| | | | FCSTOMA | | |
| | | | 1251 NW BRIARCLIFF PKWY STE 80 | | |
| | | | KANSAS CITY MO 64116 | | |
| * Splits subject to change based on final application * | | | Driver  - ALEJO TRANSPORT | | ON |

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 11:28 **Gross** | **81500** | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 11:18 **Tare** | **27820** | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| **Net** | **53680** | | BC | | |
| | | | BCFM | 3.0 | |
| | | OPEN STORAGE #12 | Aflatoxin | | |
| Grs Bu. | 958.57 | Brownsville, TX | | | |
| Net Bu. | 958.57 | OMH114179-309 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**COPY - Not Negotiable**

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | BAUTISTA TRANSPORT MARGARITO BAUTISTA 015C836 | FCSTONE MERCHANT SERVICES NA |

## Ticket In  | 79036 | v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/09/2022 12:51 | 11/09/2022 13:08 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE, TX | 00030890 | 53860 |

| | |
|---|---|
| Moisture | 12.600 |
| Test Weight | 59.700 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,720.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 83,340.00 |
| TARE | 29,620.00 |
| NET | 53,720.00 |
| METRIC TONS | 24.367 |

_Driver Signature_

Weigher Signature: Everardo Villarreal

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd     Brownsville, TX 78521     Ph. (956) 620-2020

**Ticket Number**
**00030890**

## Yellow Corn - Outbound

FCSTOMA                    WN=000050407            Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 961.79 | 100.00 % |

FCSTOM                                           11/09/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - BAUTISTA WHITE                          ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 11:34 **Gross** | **83700** | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 11:26 **Tare** | **29840** | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| | | | BC | | |
| **Net** | **53860** | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 961.79 | OPEN STORAGE #12 Brownsville, TX | | | |
| Net Bu. | 961.79 | OMH114179-301 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**COPY - Not Negotiable**

| **Elevator Section**<br>**Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | **Transport Section**<br>BAUCON TRANSPORT<br>ERASMO CONTRERAS<br>219B688 | **Customer Section**<br>FCSTONE MERCHANT<br>SERVICES<br>NA |
|---|---|---|

## **Ticket In** | **79037** *v.2.7*

|  | IN | OUT |
|---|---|---|
|  | 11/09/2022 13:10 | 11/09/2022 13:24 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 12.700 |
| Test Weight | 59.800 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,880.00 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE, TX | 00030891 | 53860 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 81,320.00 |
| TARE | 27,440.00 |
| NET | 53,880.00 |
| METRIC TONS | 24.440 |

Driver Signature

Weigher Signature: Everardo Villarreal

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00030891**

# Yellow Corn - Outbound
FCSTOMA                                     WN=000050408            Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/09/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 961.79 | 100.00 % | FC STONE MERCHANT SERVICES LLC<br>FCSTOMA<br>1251 NW BRIARCLIFF PKWY STE 80<br>KANSAS CITY MO 64116 | |
| * Splits subject to change based on final application * | | | Driver  - BAUCON TRUCKING | ON |

| Weights  -  YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 11:40<br>**Gross** | **81580** | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam<br>BC<br>BCFM<br>Aflatoxin | 15.0<br>56.0<br>3.0<br><br><br>3.0 | |
| 11:26<br>**Tare** | **27720** | | | | |
| **Net** | **53860** | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114179-305 | | | |
| Grs Bu. | 961.79 | | | | |
| Net Bu. | 961.79 | | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**

## Elevator Section
**Garcia Grain Trading**
PROGRESO DIVISION
Tel. No.: 956-565-2674

## Transport Section
BAUTISTA TRANSPORT
JACOB BAUTISTA
150C123

## Customer Section
FCSTONE MERCHANT
SERVICES
NA

## Ticket In | 79038 | *v.2.7*

| | IN | OUT |
|---|---|---|
| | 11/09/2022 13:21 | 11/09/2022 14:06 |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE, TX | 00030892 | 54300 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 12.300 |
| Test Weight | 60.300 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,320.00 |

### WEIGHTS
| | |
|---|---|
| GROSS | 82,580.00 |
| TARE | 28,260.00 |
| NET | 54,320.00 |
| METRIC TONS | 24.639 |

_____
Driver Signature

_____
Weigher Signature: Everardo Villarreal

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
**00030892**

# Yellow Corn - Outbound
FCSTOMA                          WN=000050409          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | | |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 969.64 | 100.00 % | FCSTOM | 11/09/2022 |
| | | | FC STONE MERCHANT SERVICES LLC | |
| | | | FCSTOMA | |
| | | | 1251 NW BRIARCLIFF PKWY STE 80 | |
| | | | KANSAS CITY MO 64116 | |
| * Splits subject to change based on final application * | | | Driver  - BAUTISTA BLACK | ON |

| Weights  -  YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 12:02 **Gross** | **82820** | | Moisture | 15.0 | |
| 11:52 **Tare** | **28520** | | TestWeight | 56.0 | |
| **Net** | **54300** | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| | | | BC | | |
| | | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 969.64 | OPEN STORAGE #12 Brownsville, TX | | | |
| Net Bu. | 969.64 | OMH114179-302 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | JR BARBIS RAUL PEREZ 154C338 | FCSTONE MERCHANT SERVICES NA |

## Ticket In  79039  v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/09/2022 13:44 | 11/09/2022 14:12 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

|  | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
|  | BROWNSVILLE, TX | 00030893 | 50960 |

| | |
|---|---|
| Moisture | 12.600 |
| Test Weight | 59.400 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 51,060.00 |

### WEIGHTS

| | |
|---|---|
| GROSS | 79,740.00 |
| TARE | 28,680.00 |
| NET | 51,060.00 |
| METRIC TONS | 23.161 |

_____ Driver Signature

_____ Weigher Signature: J. ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number 00030893**

## Yellow Corn - Outbound

FCSTOMA                          WN=000050411              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 910.00 | 100.00 % |

* Splits subject to change based on final application *

FCSTOM                                                11/09/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

Driver  - JR BARBIS WHITE                          ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 12:18 Gross | 79980 | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 12:04 Tare | 29020 | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| Net | 50960 | | BC | | |
| | | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 910.00 | OPEN STORAGE #12 Brownsville, TX | | | |
| Net Bu. | 910.00 | OMH114179-307 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher:    YVONNE CALZADA

**COPY - Not Negotiable**

## Elevator Section
**Garcia Grain Trading**
PROGRESO DIVISION
Tel. No.: 956-565-2674

## Transport Section
JR BARBIS
JOHAN HERNANDEZ
215C939

## Customer Section
FCSTONE MERCHANT
SERVICES
NA

**Ticket In** | **79040** v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/09/2022 13:47 | 11/09/2022 14:14 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE, TX | 00030895 | 55660 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 12.900 |
| Test Weight | 60.000 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 55,600.00 |

### WEIGHTS

| | |
|---|---|
| GROSS | 82,400.00 |
| TARE | 26,800.00 |
| NET | 55,600.00 |
| METRIC TONS | 25.220 |

Driver Signature

Weigher Signature: J. ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number**
**00030895**

## Yellow Corn - Outbound
FCSTOMA

WN=000050410         Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 993.93 | 100.00 % |

FCSTOM                                                11/09/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - JR BARBIS                                   ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 12:29 **Gross** | **82660** | | Moisture | 15.0 | |
| 12:03 **Tare** | **27000** | | TestWeight | 56.0 | |
| | | | Total Dam | 3.0 | |
| **Net** | **55660** | | Heat Dam | | |
| | | | BC | | |
| | | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 993.93 | OPEN STORAGE #12 | | | |
| Net Bu. | 993.93 | Brownsville, TX OMH114179-306 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**COPY - Not Negotiable**

## Elevator Section
**Garcia Grain Trading**
PROGRESO DIVISION
**Tel. No.:** 956-565-2674

## Transport Section
TC TRUCKING
GUSTAVO CAVAZOS
131C863

## Customer Section
FCSTONE MERCHANT
SERVICES
NA

**Ticket In** | **79041** | v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/09/2022 13:49 | 11/09/2022 14:33 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE, TX | 00030894 | 53080 |

| | |
|---|---|
| Moisture | 12.500 |
| Test Weight | 59.900 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,040.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 80,220.00 |
| TARE | 27,180.00 |
| NET | 53,040.00 |
| METRIC TONS | 24.059 |

_____
Driver Signature

_____
Weigher Signature: Everardo Villarreal

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00030894**

## Yellow Corn - Outbound
FCSTOMA                                      WN=000050412          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 947.86 | 100.00 % |

FCSTOM                                      11/09/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - TC TRUCKING                      ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 12:24 **Gross** 80420 | | Moisture | 15.0 | |
| 12:05 **Tare** 27340 | | TestWeight | 56.0 | |
| | | Total Dam | 3.0 | |
| **Net** 53080 | | Heat Dam | | |
| | | BC | | |
| | OPEN STORAGE #12 | BCFM | 3.0 | |
| Grs Bu. 947.86 | Brownsville, TX | Aflatoxin | | |
| Net Bu. 947.86 | OMH114179-304 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

**CERTIFICATION: This certificate is issued by an Inspector/weigher licensed**
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____YVONNE CALZADA_____

**COPY - Not Negotiable**

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** | R. SAENZ TRUCKING | FCSTONE MERCHANT |
| PROGRESO DIVISION | RICARDO SAENZ | SERVICES |
| Tel. No.: 956-565-2674 | Y59767 | NA |

**Ticket In 79042** *v.2.7*

| | IN | OUT |
|---|---|---|
| | 11/09/2022 13:54 | 11/09/2022 14:29 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE, TX | 00030896 | 55560 |

| | | | **WEIGHTS** |
|---|---|---|---|
| Moisture | 12.900 | **GROSS** | 83,860.00 |
| Test Weight | 59.500 | **TARE** | 28,340.00 |
| PPB | .0 | | |
| Dry Weight % | 100.00 | **NET** | 55,520.00 |
| Discount/100 LB | $0.00 | **METRIC TONS** | 25.184 |
| Dry Weight | 55,520.00 | | |

Driver Signature

Weigher Signature: J. ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
**00030896**

## Yellow Corn - Outbound
FCSTOMA                                    WN=000050413         Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/09/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 992.14 | 100.00 % | | |
| | | | FC STONE MERCHANT SERVICES LLC | |
| | | | FCSTOMA | |
| | | | 1251 NW BRIARCLIFF PKWY STE 80 | |
| | | | KANSAS CITY MO 64116 | |
| * Splits subject to change based on final application * | | | Driver   - R SAENZ 04 | ON |

| Weights  -  YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 12:38 **Gross** | **84120** | | Moisture | 15.0 | |
| 12:21 **Tare** | **28560** | | TestWeight | 56.0 | |
| | | | Total Dam | 3.0 | |
| **Net** | **55560** | | Heat Dam | | |
| | | OPEN STORAGE #12 | BC | | |
| | | Brownsville, TX | BCFM | 3.0 | |
| Grs Bu. | 992.14 | OMH114179-311 | Aflatoxin | | |
| Net Bu. | 992.14 | | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.      Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**COPY - Not Negotiable**

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION **Tel. No.:** 956-565-2674 | BETANCOURT TRUCKING LUIS FERNANDEZ 033B024 | FCSTONE MERCHANT SERVICES NA |

## Ticket In | 79043 | v.2.7

| | IN | OUT |
|---|---|---|
| | 11/09/2022 14:04 | 11/09/2022 14:35 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE, TX | 00030897 | 51260 |

| | | |
|---|---|
| Moisture | 12.800 |
| Test Weight | 59.500 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 51,260.00 |

**WEIGHTS**

| | |
|---|---|
| **GROSS** | 79,120.00 |
| **TARE** | 27,860.00 |
| **NET** | 51,260.00 |
| **METRIC TONS** | 23.251 |

Driver Signature

Weigher Signature: Everardo Villarreal

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number 00030897**

## Yellow Corn - Outbound
FCSTOMA                                WN=000050414          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 915.36 | 100.00 % |

FCSTOM                                          11/09/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

033B024

\* Splits subject to change based on final application \*

Driver  - BETANCOURT 07                          ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 12:55 **Gross** | **79220** | | Moisture | 15.0 | |
| 12:45 **Tare** | **27960** | | TestWeight | 56.0 | |
| | | | Total Dam | 3.0 | |
| **Net** | **51260** | | Heat Dam | | |
| | | | BC | | |
| | | OPEN STORAGE #12 | BCFM | 3.0 | |
| | | Brownsville, TX | Aflatoxin | | |
| Grs Bu. | 915.36 | OMH114179-216 | | | |
| Net Bu. | 915.36 | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.          Licensed Inspector and/or Weigher:    YVONNE CALZADA

**COPY - Not Negotiable**

## Elevator Section
**Garcia Grain Trading**
PROGRESO DIVISION
Tel. No.: 956-565-2674

## Transport Section
JST TRUCKING
JESUS SANCHEZ
Y33640

## Customer Section
FCSTONE MERCHANT SERVICES
NA

**Ticket In** | **79044** | v.2.7

| | IN | OUT |
|---|---|---|
| | 11/09/2022 14:21 | 11/09/2022 14:38 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 13.100 |
| Test Weight | 60.000 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 52,440.00 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE, TX | 00030899 | 52440 |

### WEIGHTS
| | |
|---|---|
| GROSS | 80,120.00 |
| TARE | 27,680.00 |
| NET | 52,440.00 |
| METRIC TONS | 23.787 |

Driver Signature

Weigher Signature: Everardo Villarreal

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
**00030899**

## Yellow Corn - Outbound
FCSTOMA                                    WN=000050416                    Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/09/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 936.43 | 100.00 % | FC STONE MERCHANT SERVICES LLC FCSTOMA 1251 NW BRIARCLIFF PKWY STE 80 KANSAS CITY MO 64116 | |
| * Splits subject to change based on final application * | | | Driver  - JST | ON |

| Weights – YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 13:08 Gross | 80500 | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 12:46 Tare | 28060 | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| Net | 52440 | | BC | | |
| | | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 936.43 | OPEN STORAGE #12 Brownsville, TX OMH114179-310 | | | |
| Net Bu. | 936.43 | | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**COPY - Not Negotiable**

## Elevator Section
**Garcia Grain Trading**
PROGRESO DIVISION
Tel. No.: 956-565-2674

## Transport Section
OZUNA TRUCKING
ROY OZUNA
005B516

## Customer Section
FCSTONE MERCHANT
SERVICES
NA

**Ticket In** | **79045** | v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/09/2022 14:26 | 11/09/2022 14:45 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE, TX | 00030900 | 56180 |

| | |
|---|---|
| Moisture | 13.200 |
| Test Weight | 58.900 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 56,160.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 84,520.00 |
| TARE | 28,360.00 |
| NET | 56,160.00 |
| METRIC TONS | 25.474 |

Driver Signature

Weigher Signature: Everardo Villarreal

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
**00030900**

## Yellow Corn - Outbound
FCSTOMA                                    WN=000050417          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 1003.21 | 100.00 % |

FCSTOM                                             11/09/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver   - OZUNA 02                                ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 13:14 Gross | 84920 | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| | | | Total Dam | 3.0 | |
| 12:46 Tare | 28740 | | Heat Dam | | |
| | | | BC | | |
| Net | 56180 | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 1,003.21 | OPEN STORAGE #12 Brownsville, TX | | | |
| Net Bu. | 1,003.21 | OMH114179-313 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher:    YVONNE CALZADA

**COPY - Not Negotiable**

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>**Tel. No.:** 956-565-2674 | OZUNA TRUCKING<br>ROGELIO OZUNA<br>X44274 | FCSTONE MERCHANT<br>SERVICES<br>NA |

## Ticket In | 79046   *v.2.7*

|  | IN | OUT |
|---|---|---|
|  | 11/09/2022 14:29 | 11/09/2022 14:51 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE, TX | 00030898 | 54260 |

| | |
|---|---|
| Moisture | 12.900 |
| Test Weight | 59.700 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,180.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 82,500.00 |
| TARE | 28,320.00 |
| NET | 54,180.00 |
| METRIC TONS | 24.576 |

Driver Signature

Weigher Signature: Everardo Villarreal

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00030898**

## Yellow Corn - Outbound
FCSTOMA                                         WN=000050415        Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 968.93 | 100.00 % |

FCSTOM                                  11/09/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

\* Splits subject to change based on final application \*

Driver   - OZUNA TRUCKING 07              ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 13:02<br>**Gross** | **82820** | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 12:45<br>**Tare** | **28560** | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| **Net** | **54260** | | BC | | |
| | | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 968.93 | OPEN STORAGE #12<br>Brownsville, TX | | | |
| Net Bu. | 968.93 | OMH114179-312 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

**CERTIFICATION:** This certificate is issued by an Inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**COPY - Not Negotiable**

| **Elevator Section** | **Transport Section** | **Customer Section** |
|---|---|---|
| **Garcia Grain Trading** | BETANCOURT TRUCKING | FCSTONE MERCHANT |
| PROGRESO DIVISION | FELIPE BETANCOURT SR | SERVICES |
| Tel. No.: 956-565-2674 | X20107 | NA |

## Ticket In  79047  v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/09/2022 14:31 | 11/09/2022 15:03 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

|  | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
|  | BROWNSVILLE, TX | 00030901 | 53920 |

| Moisture | 13.100 |
|---|---|
| Test Weight | 59.600 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,940.00 |

### WEIGHTS

| GROSS | 82,460.00 |
|---|---|
| TARE | 28,520.00 |
| NET | 53,940.00 |
| METRIC TONS | 24.467 |

_Felipe Betancourt_
Driver Signature

Weigher Signature: Everardo Villarreal

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
**00030901**

## Yellow Corn - Outbound
FCSTOMA                          WN=000050418          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 962.86 | 100.00 % |
| | | |
| * Splits subject to change based on final application * | | |

FCSTOM                                              11/09/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

Driver   - BETANCOURT RED                          ON

| Weights  -  YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 13:21 **Gross** 82660 | | Moisture | 15.0 | |
| 12:47 **Tare** 28740 | | TestWeight | 56.0 | |
| | | Total Dam | 3.0 | |
| **Net** 53920 | | Heat Dam | | |
| | | BC | | |
| | | BCFM | 3.0 | |
| | OPEN STORAGE #12 | Aflatoxin | | |
| Grs Bu. 962.86 | Brownsville, TX | | | |
| Net Bu. 962.86 | OMH114179-314 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: __YVONNE CALZADA__

**ORIGINAL - Not Negotiable**

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | F & A EXPRESS JAIME GARZA 187C179 | FCSTONE MERCHANT SERVICES NA |

## Ticket In | 79049 | v.2.7

| | IN | OUT |
|---|---|---|
| | 11/09/2022 14:43 | 11/09/2022 15:14 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE, TX | 00030902 | 53800 |

| Moisture | 12.800 |
|---|---|
| Test Weight | 59.700 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,840.00 |

### WEIGHTS

| | |
|---|---|
| **GROSS** | 82,220.00 |
| **TARE** | 28,380.00 |
| **NET** | 53,840.00 |
| **METRIC TONS** | 24.422 |

Driver Signature

Weigher Signature: Everardo Villarreal

---

# West Plains LLC-Brownsville Elevator

9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number** *00030902*

## Yellow Corn - Outbound

FCSTOMA                    WN=000050419              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 960.71 | 100.00 % |

FCSTOM                              11/09/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

\* Splits subject to change based on final application \*

Driver  - F&A BLUE                          ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 13:28 **Gross** | **82480** | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 12:57 **Tare** | **28680** | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| | | | BC | | |
| **Net** | **53800** | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 960.71 | OPEN STORAGE #12 Brownsville, TX | | | |
| Net Bu. | 960.71 | OMH114179-315 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT**, Grain Inspection and Weight Certificate (Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher:   YVONNE CALZADA

**ORIGINAL - Not Negotiable**

## Elevator Section
**Garcia Grain Trading**
PROGRESO DIVISION
**Tel. No.:** 956-565-2674

## Transport Section
F & A EXPRESS
ALEX CASTILLO
78005Y

## Customer Section
FCSTONE MERCHANT
SERVICES
NA

**Ticket In** | **79050** | *v.2.7*

| | IN | OUT |
|---|---|---|
| | 11/09/2022 14:48 | 11/09/2022 15:06 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE, TX | 00030904 | 53320 |

| | |
|---|---|
| Moisture | 13.100 |
| Test Weight | 60.800 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,260.00 |

### WEIGHTS
| | |
|---|---|
| GROSS | 81,920.00 |
| TARE | 28,660.00 |
| NET | 53,260.00 |
| METRIC TONS | 24.159 |

Driver Signature

Weigher Signature: Everardo Villarreal

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number**
**00030904**

## Yellow Corn - Outbound
FCSTOMA                                          WN=000050421          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 952.14 | 100.00 % |

FCSTOM                                          11/09/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

\* Splits subject to change based on final application \*

Driver   - F&A GREEN                             ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 13:39 **Gross** 82260 | | Moisture | 15.0 | |
| | | TestWeight | 56.0 | |
| 13:14 **Tare** 28940 | | Total Dam | 3.0 | |
| | | Heat Dam | | |
| **Net** 53320 | | BC | | |
| | | BCFM | 3.0 | |
| | OPEN STORAGE #12 | Aflatoxin | | |
| Grs Bu. 952.14 | Brownsville, TX | | | |
| Net Bu. 952.14 | OMH114179-318 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

**CERTIFICATION:** This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____ YVONNE CALZADA

**COPY - Not Negotiable**

## Elevator Section
**Garcia Grain Trading**
PROGRESO DIVISION
Tel. No.: 956-565-2674

## Transport Section
F & A EXPRESS
MARGARITO PONCE
W44007

## Customer Section
FCSTONE MERCHANT
SERVICES
NA

| Ticket In | 79051 | v.2.7 |
|---|---|---|

| | IN | OUT |
|---|---|---|
| | 11/09/2022 14:53 | 11/09/2022 15:26 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE, TX | 00030905 | 50200 |

| Moisture | 13.200 |
|---|---|
| Test Weight | 59.900 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 50,260.00 |

### WEIGHTS

| GROSS | 79,800.00 |
|---|---|
| TARE | 29,540.00 |
| NET | 50,260.00 |
| METRIC TONS | 22.798 |

_Margarit_
Driver Signature

Weigher Signature: Everardo Villarreal

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

Ticket Number
**00030905**

## Yellow Corn - Outbound
FCSTOMA

WN=000050422                    Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 896.43 | 100.00 % |

FCSTOM                                        11/09/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - F&A 06                              ON

| Weights – YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 13:46 Gross | 80000 | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| | | | Total Dam | 3.0 | |
| 13:35 Tare | 29800 | | Heat Dam | | |
| | | | BC | | |
| Net | 50200 | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 896.43 | OPEN STORAGE #12 | | | |
| Net Bu. | 896.43 | Brownsville, TX OMH114179-287 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

**CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.**

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**COPY - Not Negotiable**

## Elevator Section
**Garcia Grain Trading**
PROGRESO DIVISION
**Tel. No.:** 956-565-2674

## Transport Section
BETANCOURT TRUCKING
FELIPE BETANCOURT JR
109C980

## Customer Section
FCSTONE MERCHANT
SERVICES
NA

### Ticket In  79052  v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/09/2022 15:02 | 11/09/2022 15:18 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE, TX | 00030906 | 54720 |

| Moisture | 13.200 |
|---|---|
| Test Weight | 60.200 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,720.00 |

**WEIGHTS**

| GROSS | 81,260.00 |
|---|---|
| TARE | 26,540.00 |
| NET | 54,720.00 |
| METRIC TONS | 24.821 |

Driver Signature

Weigher Signature: Everardo Villarreal

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number**
**00030906**

## Yellow Corn - Outbound
FCSTOMA                              WN=000050423          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 977.14 | 100.00 % |



* Splits subject to change based on final application *

FCSTOM                                        11/09/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

Driver  - BETANCOURT 05                          ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 13:53 **Gross** 81540 | | Moisture | 15.0 | |
| 13:41 **Tare** 26820 | | TestWeight | 56.0 | |
| **Net** 54720 | | Total Dam | 3.0 | |
| | | Heat Dam | | |
| | OPEN STORAGE #12 | BC | | |
| **Grs Bu.** 977.14 | Brownsville, TX | BCFM | 3.0 | |
| **Net Bu.** 977.14 | OMH114179-319 | Aflatoxin | | |
| | | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
**(Inspection not valid for the purposes of the U.S. Grain Standards Act)**

**CERTIFICATION:** This certificate is issued by an Inspector/weigher licensed under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher:   **YVONNE CALZADA**

**COPY - Not Negotiable**

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | J. TREVINO JOSE TREVINO 170C384 | FCSTONE MERCHANT SERVICES NA |

**Ticket In** | **79053** *v.2.7*

| | IN | OUT |
|---|---|---|
| | 11/09/2022 15:13 | 11/09/2022 15:41 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE, TX | 00030903 | 53600 |

| | |
|---|---|
| Moisture | 12.900 |
| Test Weight | 59.600 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,640.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 82,840.00 |
| TARE | 29,200.00 |
| NET | 53,640.00 |
| METRIC TONS | 24.331 |

_____
Driver Signature

_____
Weigher Signature: Everardo Villarreal

---

# West Plains LLC-Brownsville Elevator

9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

Ticket Number
**00030903**

## Yellow Corn - Outbound

FCSTOMA                                      WN=000050420              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 957.14 | 100.00 % |

FCSTOM                                                11/09/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - J. TREVINO 2                          ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 13:33 **Gross** 82680 | | Moisture | 15.0 | |
| 13:03 **Tare** 29080 | | TestWeight | 56.0 | |
| **Net** 53600 | | Total Dam | 3.0 | |
| | | Heat Dam | | |
| | OPEN STORAGE #12 | BC | | |
| Grs Bu. 957.14 | Brownsville, TX | BCFM | 3.0 | |
| Net Bu. 957.14 | OMH114179-317 | Aflatoxin | | |
| | | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**COPY - Not Negotiable**

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** | ALEJO TRANSPORTS | FCSTONE MERCHANT |
| PROGRESO DIVISION | PEDRO VILLARREAL | SERVICES |
| Tel. No.:  956-565-2674 | 063C006 | NA |

## Ticket In  79055  *v.2.7*

| | IN | OUT |
|---|---|---|
| | 11/09/2022 15:40 | 11/09/2022 15:56 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 13.000 |
| Test Weight | 60.300 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 55,120.00 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE, TX | 00030907 | 55080 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 81,820.00 |
| TARE | 26,700.00 |
| NET | 55,120.00 |
| METRIC TONS | 25.002 |

Driver Signature

Weigher Signature: Everardo Villarreal

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
## 00030907

## Yellow Corn - Outbound
FCSTOMA                                WN=000050424          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 983.57 | 100.00 % |

FCSTOM                                            11/09/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - BLUE TRANSPORT                    ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 14:26 Gross | 82000 | | Moisture | 15.0 | |
| 14:16 Tare | 26920 | | TestWeight | 56.0 | |
| Net | 55080 | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| | | OPEN STORAGE #12 | BC | | |
| Grs Bu. | 983.57 | Brownsville, TX | BCFM | 3.0 | |
| Net Bu. | 983.57 | OMH114179-320 | Aflatoxin | | |
| | | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.        Licensed Inspector and/or Weigher:    YVONNE CALZADA

**ORIGINAL - Not Negotiable**

| **Elevator Section** | **Transport Section** | **Customer Section** |
|---|---|---|
| **Garcia Grain Trading** | ALEJO TRANSPORTS | FCSTONE MERCHANT |
| PROGRESO DIVISION | JUAN ALEJO | SERVICES |
| Tel. No.: 956-565-2674 | 065C144 | NA |

## Ticket In | 79056 | v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/09/2022 15:44 | 11/09/2022 16:04 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE, TX | 00030908 | 54740 |

| | |
|---|---|
| Moisture | 13.200 |
| Test Weight | 60.800 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,740.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 82,200.00 |
| TARE | 27,460.00 |
| NET | 54,740.00 |
| METRIC TONS | 24.830 |

Driver Signature

Weigher Signature: Everardo Villarreal

---

# West Plains LLC-Brownsville Elevator

9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00030908**

## Yellow Corn - Outbound

FCSTOMA                                WN=000050425            Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 977.50 | 100.00 % |

| FCSTOM | 11/09/2022 |
|---|---|

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - ALEJO TRANSPORT                    ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 14:31 **Gross** 82440 | | Moisture | 15.0 | |
| 14:17 **Tare** 27700 | | TestWeight | 56.0 | |
| | | Total Dam | 3.0 | |
| **Net** 54740 | | Heat Dam | | |
| | | BC | | |
| | OPEN STORAGE #12 | BCFM | 3.0 | |
| Grs Bu. 977.50 | Brownsville, TX | Aflatoxin | | |
| Net Bu. 977.50 | OMH114179-321 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: __YVONNE CALZADA__

**ORIGINAL - Not Negotiable**

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.:  956-565-2674 | BETANCOURT TRUCKING<br>LUIS FERNANDEZ<br>033B-024 | FCSTONE MERCHANT<br>SERVICES<br>NA |

**Ticket In  79058**  *v.2.7*

|  | IN | OUT |
|---|---|---|
|  | 11/10/2022 08:32 | 11/10/2022 08:48 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 00030910 | 54060 |

| | |
|---|---|
| Moisture | 12.900 |
| Test Weight | 60.300 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,040.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 82,080.00 |
| TARE | 28,040.00 |
| NET | 54,040.00 |
| METRIC TONS | 24.512 |

_____ Driver Signature

_____ Weigher Signature: J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
**00030910**

## Yellow Corn - Outbound
FCSTOMA

WN=000050427          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 965.36 | 100.00 % |

FCSTOM                                          11/10/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

12.9
60.3

* Splits subject to change based on final application *

Driver   - BETANCOURT 07                    ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 07:29<br>**Gross**   82260 | | Moisture | 15.0 | |
| 07:04<br>**Tare**   28200 | | TestWeight | 56.0 | |
| | | Total Dam | 3.0 | |
| **Net**   54060 | | Heat Dam | | |
| | | BC | | |
| Grs Bu.   965.36 | OPEN STORAGE #12 | BCFM | 3.0 | |
| Net Bu.   965.36 | Brownsville, TX<br>OMH114179-330 | Aflatoxin | | |
| | | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT,** Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | BETANCOURT TRUCKING<br>FELIPE BETANCOURT SR<br>X20-107 | FCSTONE MERCHANT<br>SERVICES<br>NA |

**Ticket In** | **79059**   v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/10/2022 08:37 | 11/10/2022 08:55 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 13.100 |
| Test Weight | 60.700 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,340.00 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 00030911 | 54380 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 83,160.00 |
| TARE | 28,820.00 |
| NET | 54,340.00 |
| METRIC TONS | 24.648 |

_____ Driver Signature

_____ Weigher Signature: J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number**
*00030911*

## Yellow Corn - Outbound
FCSTOMA                                    WN=000050428                    Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/10/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 971.07 | 100.00 % | FC STONE MERCHANT SERVICES LLC<br>FCSTOMA<br>1251 NW BRIARCLIFF PKWY STE 80<br>KANSAS CITY MO 64116 | |
| * Splits subject to change based on final application * | | | Driver  - BETANCOURT 06 | ON |

| Weights  -  YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 07:34<br>**Gross** | **83420** | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam<br>BC<br>BCFM<br>Aflatoxin | 15.0<br>56.0<br>3.0<br><br><br>3.0 | |
| 07:05<br>**Tare** | **29040** | | | | |
| **Net** | **54380** | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114179-331 | | | |
| Grs Bu. | 971.07 | | | | |
| Net Bu. | 971.07 | | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

**CERTIFICATION:** This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____ YVONNE CALZADA _____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| **Elevator Section**<br>**Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.:  956-565-2674 | **Transport Section**<br>F & A EXPRESS<br>ALEX CASTILLO<br>780-05Y | **Customer Section**<br>FCSTONE MERCHANT<br>SERVICES<br>NA |
|---|---|---|

**Ticket In** **79060** *v.2.7*

|  | IN | OUT |
|---|---|---|
|  | 11/10/2022 08:40 | 11/10/2022 08:59 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

|  |  |
|---|---|
| Moisture | 13.500 |
| Test Weight | 60.800 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,720.00 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 00030909 | 54740 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 83,900.00 |
| TARE | 29,180.00 |
| NET | 54,720.00 |
| METRIC TONS | 24.821 |

_____
Driver Signature

_____
Weigher Signature: J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00030909**

## Yellow Corn - Outbound
FCSTOMA                                    WN=000050426              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 977.50 | 100.00 % |

FCSTOM                                                 11/10/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

\* Splits subject to change based on final application \*

Driver  - F&A 4                                      ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 07:24<br>**Gross** | **84220** |  | Moisture | 15.0 | |
| 07:03<br>**Tare** | **29480** |  | TestWeight<br>Total Dam | 56.0<br>3.0 | |
| **Net** | **54740** | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114179-322 | Heat Dam<br>BC<br>BCFM<br>Aflatoxin | 3.0 | |
| Grs Bu. | 977.50 | | | | |
| Net Bu. | 977.50 | | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____YVONNE CALZADA_____

**COPY - Not Negotiable**

Scanned with CamScanner

| **Elevator Section**<br>**Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.:  956-565-2674 | **Transport Section**<br>J. TREVINO TRUCKING<br>JOSE TREVINO<br>170C-384 | **Customer Section**<br>FCSTONE MERCHANT<br>SERVICES<br>NA |
|---|---|---|

### Ticket In  79061  v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/10/2022 08:58 | 11/10/2022 09:13 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 00030912 | 53800 |

| | |
|---|---|
| Moisture | 13.300 |
| Test Weight | 59.200 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,740.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 82,860.00 |
| TARE | 29,120.00 |
| NET | 53,740.00 |
| METRIC TONS | 24.376 |

_Driver Signature_

Weigher Signature: J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00030912**

# Yellow Corn - Outbound
FCSTOMA                                         WN=000050429              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 960.71 | 100.00 % |

FCSTOM                                              11/10/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - J. TREVINO 2                      ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 07:41<br>**Gross**   **83200** | | Moisture | 15.0 | |
| | | TestWeight | 56.0 | |
| 07:07<br>**Tare**   **29400** | | Total Dam | 3.0 | |
| | | Heat Dam | | |
| | | BC | | |
| **Net**   **53800** | | BCFM | 3.0 | |
| | | Aflatoxin | | |
| Grs Bu.   960.71 | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114179-344 | | | |
| Net Bu.   960.71 | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____ YVONNE CALZADA _____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | F & A EXPRESS JAIME GARZA 187C-179 | FCSTONE MERCHANT SERVICES NA |

**Ticket In** **79062** v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/10/2022 09:01 | 11/10/2022 09:16 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 00030913 | 54560 |

| Moisture | 13.200 |
|---|---|
| Test Weight | 61.000 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,540.00 |

**WEIGHTS**

| GROSS | 83,500.00 |
|---|---|
| TARE | 28,960.00 |
| NET | 54,540.00 |
| METRIC TONS | 24.739 |

_____
Driver Signature

_____
Weigher Signature: J. ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00030913**

## Yellow Corn - Outbound
FCSTOMA                                          WN=000050430          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM |  | 11/10/2022 |
|---|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 974.29 | 100.00 % | FC STONE MERCHANT SERVICES LLC FCSTOMA 1251 NW BRIARCLIFF PKWY STE 80 KANSAS CITY MO 64116 | | |
| * Splits subject to change based on final application * | | | Driver   - F&A 05 | | ON |

| Weights   -   YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 07:47 **Gross** | **83900** | | Moisture | 15.0 | |
| 07:08 **Tare** | **29340** | | TestWeight | 56.0 | |
| | | | Total Dam | 3.0 | |
| **Net** | **54560** | | Heat Dam | | |
| | | | BC | | |
| Grs Bu. | 974.29 | OPEN STORAGE #12 | BCFM | 3.0 | |
| Net Bu. | 974.29 | Brownsville, TX OMH114179-323 | Aflatoxin | | |
| | | | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___ YVONNE CALZADA ___

**COPY - Not Negotiable**

Scanned with CamScanner