| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | F & A EXPRESS<br>MARGARITO PONCE<br>W44-007 | FCSTONE MERCHANT SERVICES<br>NA |

**Ticket In 79063** *v.2.7*

|  | IN | OUT |
|---|---|---|
|  | 11/10/2022 09:04 | 11/10/2022 09:28 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

|  |  |
|---|---|
| Moisture | 13.600 |
| Test Weight | 60.100 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 52,900.00 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 00030914 | 52980 |

**WEIGHTS**

|  |  |
|---|---|
| GROSS | 82,320.00 |
| TARE | 29,420.00 |
| NET | 52,900.00 |
| METRIC TONS | 23.995 |

_____
Driver Signature

_____
Weigher Signature: J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number**
**00030914**

# Yellow Corn - Outbound
FCSTOMA

WN=000050431                    Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 946.07 | 100.00 % |

FCSTOM                                        11/10/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver   - F&A 06                               ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 07:52<br>**Gross    82660** |  | Moisture | 15.0 |  |
|  |  | TestWeight | 56.0 |  |
| 07:09<br>**Tare    29680** |  | Total Dam | 3.0 |  |
|  |  | Heat Dam |  |  |
| **Net    52980** |  | BC |  |  |
|  |  | BCFM | 3.0 |  |
| Grs Bu.    946.07 | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114179-324 | Aflatoxin |  |  |
| Net Bu.    946.07 |  | Grade U.S. | No. 2 |  |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

**CERTIFICATION: This certificate is issued by an inspector/weigher licensed**
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher:    YVONNE CALZADA

**COPY - Not Negotiable**

Scanned with CamScanner

| **Elevator Section** | **Transport Section** | **Customer Section** |
|---|---|---|
| **Garcia Grain Trading** | R. SAENZ TRUCKING | FCSTONE MERCHANT |
| PROGRESO DIVISION | RICARDO SAENZ | SERVICES |
| Tel. No.: 956-565-2674 | Y59-767 | NA |

| **Ticket In** | **79064** | v.2.7 |
|---|---|---|

|  | IN | OUT |
|---|---|---|
|  | 11/10/2022 09:43 | 11/10/2022 09:59 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 00030916 | 55820 |

| Moisture | 13.300 |
|---|---|
| Test Weight | 60.200 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 55,820.00 |

| **WEIGHTS** | |
|---|---|
| GROSS | 84,040.00 |
| TARE | 28,220.00 |
| NET | 55,820.00 |
| METRIC TONS | 25.320 |

Driver Signature

Weigher Signature: J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
**00030916**

# Yellow Corn - Outbound
FCSTOMA                                         WN=000050433        Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/10/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 996.79 | 100.00 % | FC STONE MERCHANT SERVICES LLC FCSTOMA 1251 NW BRIARCLIFF PKWY STE 80 KANSAS CITY MO 64116 | |
| * Splits subject to change based on final application * | | | Driver   - R SAENZ 04 | ON |

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 08:35 Gross | 84320 | | Moisture | 15.0 | |
|  |  | | TestWeight | 56.0 | |
| 08:17 Tare | 28500 | | Total Dam | 3.0 | |
|  |  | | Heat Dam | | |
| Net | 55820 | | BC | | |
|  |  | | BCFM | 3.0 | |
|  |  | | Aflatoxin | | |
| Grs Bu. | 996.79 | OPEN STORAGE #12 Brownsville, TX | | | |
| Net Bu. | 996.79 | OMH114179-338 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | **BAUCON TRANSPORT** ERASMO CONTRERAS 219B-688 | FCSTONE MERCHANT SERVICES NA |

**Ticket In** | **79065** *v.2.7*

| | IN | OUT |
|---|---|---|
| | 11/10/2022 09:48 | 11/10/2022 10:06 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | | Origin | OrgTicket | OrgWeight |
|---|---|---|---|---|
| | | BROWNSVILLE | 00030915 | 56240 |

| | | | WEIGHTS |
|---|---|---|---|
| Moisture | 13.200 | GROSS | 83,700.00 |
| Test Weight | 60.500 | | |
| PPB | .0 | TARE | 27,500.00 |
| Dry Weight % | 100.00 | NET | 56,200.00 |
| Discount/100 LB | $0.00 | | |
| Dry Weight | 56,200.00 | METRIC TONS | 25.492 |

Driver Signature

Weigher Signature: J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator

9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

Ticket Number

**00030915**

## Yellow Corn - Outbound

FCSTOMA

WN=000050432   Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 1004.29 | 100.00 % |

FCSTOM   11/10/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - BAUCON TRUCKING   ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 08:29 **Gross** 84100 | | Moisture | 15.0 | |
| | | TestWeight | 56.0 | |
| 08:15 **Tare** 27860 | | Total Dam | 3.0 | |
| | | Heat Dam | | |
| **Net** 56240 | OPEN STORAGE #12 Brownsville, TX OMH114179-329 | BC | | |
| | | BCFM | 3.0 | |
| Grs Bu. 1,004.29 | | Aflatoxin | | |
| Net Bu. 1,004.29 | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher:   YVONNE CALZADA

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | BAUTISTA TRANSPORT MARGARITO BAUTISTA 015C-836 | FCSTONE MERCHANT SERVICES NA |

**Ticket In  79068**  v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/10/2022 10:16 | 11/10/2022 10:31 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE | 00030918 | 52120 |

| | |
|---|---|
| Moisture | 13.200 |
| Test Weight | 60.500 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 52,060.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 82,640.00 |
| TARE | 30,580.00 |
| NET | 52,060.00 |
| METRIC TONS | 23.614 |

_____
Driver Signature

Weigher Signature: J. ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator

9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00030918**

## Yellow Corn - Outbound

FCSTOMA                              WN=000050435          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | | 11/10/2022 |
|---|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 930.71 | 100.00 % | FC STONE MERCHANT SERVICES LLC FCSTOMA 1251 NW BRIARCLIFF PKWY STE 80 KANSAS CITY MO 64116 | | |
| * Splits subject to change based on final application * | | | Driver  - BAUTISTA WHITE | | ON |

| Weights  -  YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 08:57 **Gross** | **83000** | | Moisture TestWeight Total Dam Heat Dam BC BCFM Aflatoxin | 15.0 56.0 3.0 3.0 | |
| 08:22 **Tare** | **30880** | | | | |
| **Net** | **52120** | OPEN STORAGE #12 Brownsville, TX OMH114179-335 | | | |
| Grs Bu. | 930.71 | | | | |
| Net Bu. | 930.71 | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____YVONNE CALZADA_____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| **Elevator Section** | **Transport Section** | **Customer Section** |
|---|---|---|
| Garcia Grain Trading | BETANCOURT TRUCKING | FCSTONE MERCHANT |
| PROGRESO DIVISION | FELIPE BETANCOURT JR | SERVICES |
| Tel. No.: 956-565-2674 | 109C-980 | NA |

**Ticket In** | **79066** *v.2.7*

|  | IN | OUT |
|---|---|---|
|  | 11/10/2022 10:09 | 11/10/2022 10:44 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 00030920 | 54720 |

| | |
|---|---|
| Moisture | 12.900 |
| Test Weight | 59.800 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,700.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 81,620.00 |
| TARE | 26,920.00 |
| NET | 54,700.00 |
| METRIC TONS | 24.812 |

_____ Driver Signature

Weigher Signature: J. ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

Ticket Number
**00030920**

## Yellow Corn - Outbound
FCSTOMA                     WN=000050437                 Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/10/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 977.14 | 100.00 % | | |
| | | | FC STONE MERCHANT SERVICES LLC | |
| | | | FCSTOMA | |
| | | | 1251 NW BRIARCLIFF PKWY STE 80 | |
| | | | KANSAS CITY MO 64116 | |
| * Splits subject to change based on final application * | | | Driver - BETANCOURT 05 | ON |

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 09:02 Gross | 81940 | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 08:29 Tare | 27220 | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| Net | 54720 | | BC | | |
| | | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 977.14 | OPEN STORAGE #12 | | | |
| Net Bu. | 977.14 | Brownsville, TX OMH114179-332 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** <br> PROGRESO DIVISION <br> Tel. No.: 956-565-2674 | ALEJO TRANSPORT <br> JUAN ALEJO <br> 065C-144 | FCSTONE MERCHANT <br> SERVICES <br> NA |

## Ticket In   79067   v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/10/2022 10:11 | 11/10/2022 10:55 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE | 00030917 | 55020 |

| | |
|---|---|
| Moisture | 13.500 |
| Test Weight | 60.300 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,940.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 82,480.00 |
| TARE | 27,540.00 |
| NET | 54,940.00 |
| METRIC TONS | 24.921 |

Driver Signature

Weigher Signature: J. ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number**
**00030917**

## Yellow Corn - Outbound
FCSTOMA

WN=000050434        Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/10/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 982.50 | 100.00 % | FC STONE MERCHANT SERVICES LLC <br> FCSTOMA <br> 1251 NW BRIARCLIFF PKWY STE 80 <br> KANSAS CITY MO 64116 | |

\* Splits subject to change based on final application \*

Driver  - ALEJO TRANSPORT                ON

| Weights  -  YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 08:41 <br> **Gross** | **82820** | | Moisture <br> TestWeight <br> Total Dam <br> Heat Dam <br> BC <br> BCFM <br> Aflatoxin | 15.0 <br> 56.0 <br> 3.0 <br><br><br> 3.0 | |
| 08:20 <br> **Tare** | **27800** | | | | |
| **Net** | **55020** | OPEN STORAGE #12 <br> Brownsville, TX <br> OMH114179-325 | | | |
| Grs Bu. | 982.50 | | | | |
| Net Bu. | 982.50 | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| **Elevator Section**<br>**Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | **Transport Section**<br>BAUTISTA TRANSPORT<br>JACOB BAUTISTA<br>150C-123 | **Customer Section**<br>FCSTONE MERCHANT<br>SERVICES<br>NA |
|---|---|---|

**Ticket In** | **79069** v.2.7

| | IN | OUT |
|---|---|---|
| | 11/10/2022 10:19 | 11/10/2022 11:11 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | | | Origin | OrgTicket | OrgWeight |
|---|---|---|---|---|---|
| | | | BROWNSVILLE | 00030919 | 54380 |

**WEIGHTS**

| Moisture | 13.300 |
|---|---|
| Test Weight | 59.100 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,400.00 |

| GROSS | 83,300.00 |
|---|---|
| TARE | 28,900.00 |
| NET | 54,400.00 |
| METRIC TONS | 24.676 |

Driver Signature

Weigher Signature: J. ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator

9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00030919**

## Yellow Corn - Outbound

FCSTOMA                          WN=000050436              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | | 11/10/2022 |
|---|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 971.07 | 100.00 % | FC STONE MERCHANT SERVICES LLC<br>FCSTOMA<br>1251 NW BRIARCLIFF PKWY STE 80<br>KANSAS CITY MO 64116 | | |
| * Splits subject to change based on final application * | | | Driver  - BAUTISTA BLACK | | ON |

| Weights  -  YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 09:01<br>**Gross** | **83600** | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam<br>BC<br>BCFM<br>Aflatoxin | 15.0<br>56.0<br>3.0<br><br><br>3.0 | |
| 08:26<br>**Tare** | **29220** | | | | |
| **Net** | **54380** | OPEN STORAGE #12 | | | |
| Grs Bu. | 971.07 | Brownsville, TX | | | |
| Net Bu. | 971.07 | OMH114179-336 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**COPY - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | ALEJO TRANSPORT<br>PEDRO VILLARREAL<br>063C-006 | FCSTONE MERCHANT<br>SERVICES<br>NA |

## Ticket In  79070  v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/10/2022 10:24 | 11/10/2022 11:26 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 00030921 | 53380 |

| Moisture | 13.000 |
|---|---|
| Test Weight | 59.100 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,360.00 |

**WEIGHTS**

| GROSS | 80,440.00 |
|---|---|
| TARE | 27,080.00 |
| NET | 53,360.00 |
| METRIC TONS | 24.204 |

Driver Signature

Weigher Signature: J. ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator

9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

Ticket Number
**00030921**

## Yellow Corn - Outbound

FCSTOMA                                    WN=000050439          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 953.21 | 100.00 % |

FCSTOM                                                        11/10/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

\* Splits subject to change based on final application \*

Driver   - BLUE TRANSPORT                          ON

| Weights - YC |  | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 09:15<br>**Gross** | **80720** |  | Moisture | 15.0 |  |
|  |  |  | TestWeight | 56.0 |  |
|  |  |  | Total Dam | 3.0 |  |
| 08:47<br>**Tare** | **27340** |  | Heat Dam |  |  |
|  |  |  | BC |  |  |
|  |  |  | BCFM | 3.0 |  |
| **Net** | **53380** |  | Aflatoxin |  |  |
|  |  | OPEN STORAGE #12 |  |  |  |
| Grs Bu. | 953.21 | Brownsville, TX |  |  |  |
| Net Bu. | 953.21 | OMH114179-326 | Grade U.S. | No. 2 |  |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| **Elevator Section** | **Transport Section** | **Customer Section** |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | EXPRESS TRANSPORT ROBERT PINEDA Y59-801 | FCSTONE MERCHANT SERVICES NA |

## Ticket In  79071  *v.2.7*

| | IN | OUT |
|---|---|---|
| | 11/10/2022 10:39 | 11/10/2022 11:40 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 00030922 | 52880 |

| | |
|---|---|
| Moisture | 13.200 |
| Test Weight | 59.800 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 52,840.00 |

**WEIGHTS**

| | |
|---|---|
| **GROSS** | 83,580.00 |
| **TARE** | 30,740.00 |
| **NET** | 52,840.00 |
| **METRIC TONS** | 23.968 |

Driver Signature

Weigher Signature: J. ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
*00030922*

## Yellow Corn - Outbound
FCSTOMA                          WN=000050438          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 944.29 | 100.00 % |

FCSTOM                                              11/10/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - EXPRESS TRANS 09          ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 09:16 Gross **83900** | | Moisture | 15.0 | |
| 08:38 Tare **31020** | | TestWeight | 56.0 | |
| Net **52880** | | Total Dam | 3.0 | |
| | | Heat Dam | | |
| | OPEN STORAGE #12 | BC | | |
| Grs Bu. 944.29 | Brownsville, TX | BCFM | 3.0 | |
| Net Bu. 944.29 | OMH114179-337 | Aflatoxin | | |
| | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____ YVONNE CALZADA ____

**COPY - Not Negotiable**

Scanned with CamScanner

| **Elevator Section**<br>**Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | **Transport Section**<br>BARBIS TRANSPORT<br>JOHAN HERNANDEZ<br>215C-939 | **Customer Section**<br>FCSTONE MERCHANT<br>SERVICES<br>NA |
|---|---|---|

**Ticket In** | **79072** | v.2.7

|  | **IN**<br>11/10/2022 10:51 | **OUT**<br>11/10/2022 11:42 |
|---|---|---|

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE | 00030924 | 54420 |

| Moisture | 13.000 |
|---|---|
| Test Weight | 59.600 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,260.00 |

**WEIGHTS**

| GROSS | 81,240.00 |
|---|---|
| TARE | 26,980.00 |
| NET | 54,260.00 |
| METRIC TONS | 24.612 |

_____ Driver Signature

_____ Weigher Signature: J. ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator

9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00030924**

## Yellow Corn - Outbound

FCSTOMA                    WN=000050441          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 971.79 | 100.00 % |

FCSTOM                                         11/10/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

\* Splits subject to change based on final application \*

Driver  - JR BARBIS                          ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 09:29<br>**Gross** | **81520** | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam<br>BC<br>BCFM<br>Aflatoxin | 15.0<br>56.0<br>3.0<br><br><br>3.0 | |
| 08:56<br>**Tare** | **27100** | | | | |
| **Net** | **54420** | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114179-341 | | | |
| Grs Bu. | 971.79 | | | | |
| Net Bu. | 971.79 | | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___ YVONNE CALZADA ___

**ORIGINAL - Not Negotiable**

Scanned with CamScanner