| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>**Tel. No.:** 956-565-2674 | TC TRUCKING<br>GUSTAVO CAVAZOS<br>131C-863 | FCSTONE MERCHANT<br>SERVICES<br>NA |

**Ticket In** | **79074**  v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/10/2022 10:58 | 11/10/2022 11:52 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 00030923 | 55400 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 13.000 |
| Test Weight | 59.700 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 55,400.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 82,540.00 |
| TARE | 27,140.00 |
| NET | 55,400.00 |
| METRIC TONS | 25.129 |

_____
Driver Signature

_____
Weigher Signature: J. ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator

9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00030923**

## Yellow Corn - Outbound

FCSTOMA                                      WN=000050440              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | | 11/10/2022 |
|---|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 989.29 | 100.00 % | FC STONE MERCHANT SERVICES LLC<br>FCSTOMA<br>1251 NW BRIARCLIFF PKWY STE 80<br>KANSAS CITY MO 64116 | | |
| * Splits subject to change based on final application * | | | Driver  - TC TRUCKING | | ON |

| Weights  -  YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 09:20<br>**Gross** | **82580** | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam<br>BC<br>BCFM<br>Aflatoxin | 15.0<br>56.0<br>3.0<br><br><br>3.0 | |
| 08:49<br>**Tare** | **27180** | | | | |
| **Net** | **55400** | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114179-334 | | | |
| Grs Bu. | 989.29 | | | | |
| Net Bu. | 989.29 | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher:  ____YVONNE CALZADA____

**COPY - Not Negotiable**

Scanned with CamScanner

| **Elevator Section** | **Transport Section** | **Customer Section** |
|---|---|---|
| **Garcia Grain Trading** | OZUNA TRUCKING | FCSTONE MERCHANT |
| PROGRESO DIVISION | ROGELIO OZUNA | SERVICES |
| Tel. No.: 956-565-2674 | X44-274 | NA |

**Ticket In** | **79076** | v.2.7

|  | **IN** | **OUT** |
|---|---|---|
|  | 11/10/2022 11:06 | 11/10/2022 11:58 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | | | Origin | OrgTicket | OrgWeight |
|---|---|---|---|---|---|
| Moisture | 12.500 | | BROWNSVILLE | 00030926 | 53360 |
| Test Weight | 60.100 | | | **WEIGHTS** | |
| PPB | .0 | | | | |
| Dry Weight % | 100.00 | | **GROSS** | 81,580.00 | |
| Discount/100 LB | $0.00 | | **TARE** | 28,160.00 | |
| Dry Weight | 53,420.00 | | **NET** | 53,420.00 | |
| | | | **METRIC TONS** | 24.231 | |

_____ Driver Signature

_____ Weigher Signature: J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator

9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00030926**

## Yellow Corn - Outbound

FCSTOMA                          WN=000050444              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/10/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 952.86 | 100.00 % | FC STONE MERCHANT SERVICES LLC | |
| | | | FCSTOMA | |
| | | | 1251 NW BRIARCLIFF PKWY STE 80 | |
| | | | KANSAS CITY MO 64116 | |
| * Splits subject to change based on final application * | | | Driver  - OZUNA TRUCKING 07            ON | |

| Weights  -  YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 09:45 **Gross** | **81840** | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 09:29 **Tare** | **28480** | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| | | | BC | | |
| **Net** | **53360** | | BCFM | 3.0 | |
| | | OPEN STORAGE #12 | Aflatoxin | | |
| Grs Bu. | 952.86 | Brownsville, TX | | | |
| Net Bu. | 952.86 | OMH114179-340 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____ YVONNE CALZADA _____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| **Elevator Section** | **Transport Section** | **Customer Section** |
|---|---|---|
| Garcia Grain Trading | BARBIS TRANSPORT | FCSTONE MERCHANT |
| PROGRESO DIVISION | RAUL PEREZ | SERVICES |
| Tel. No.: 956-565-2674 | 154C-338 | NA |

### Ticket In  79073  v.2.7

| | IN | OUT |
|---|---|---|
| | 11/10/2022 10:53 | 11/10/2022 12:07 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 00030925 | 54300 |

| | |
|---|---|
| Moisture | 12.900 |
| Test Weight | 59.800 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,280.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 83,040.00 |
| TARE | 28,760.00 |
| NET | 54,280.00 |
| METRIC TONS | 24.621 |

Driver Signature

Weigher Signature: J. ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number**
**00030925**

## Yellow Corn - Outbound
FCSTOMA                                         WN=000050442              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/10/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 969.64 | 100.00 % | FC STONE MERCHANT SERVICES LLC | |
| | | | FCSTOMA | |
| | | | 1251 NW BRIARCLIFF PKWY STE 80 | |
| | | | KANSAS CITY MO 64116 | |
| * Splits subject to change based on final application * | | | Driver  - JR BARBIS WHITE | ON |

| Weights  -  YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 09:33 Gross | 83300 | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 08:57 Tare | 29000 | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| Net | 54300 | | BC | | |
| | | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 969.64 | OPEN STORAGE #12 Brownsville, TX | | | |
| Net Bu. | 969.64 | OMH114179-342 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| **Elevator Section** | **Transport Section** | **Customer Section** |
|---|---|---|
| Garcia Grain Trading<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | OZUNA TRUCKING<br>ROY OZUNA<br>005B-516 | FCSTONE MERCHANT<br>SERVICES<br>NA |

**Ticket In   79075**   v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/10/2022 11:03 | 11/10/2022 12:09 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE | 00030927 | 54040 |

| | |
|---|---|
| Moisture | 12.200 |
| Test Weight | 59.600 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,060.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 82,220.00 |
| TARE | 28,160.00 |
| NET | 54,060.00 |
| METRIC TONS | 24.521 |

Driver Signature

Weigher Signature: J. ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
**00030927**

## Yellow Corn - Outbound
FCSTOMA                          WN=000050443              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/10/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 965.00 | 100.00 % | FC STONE MERCHANT SERVICES LLC<br>FCSTOMA<br>1251 NW BRIARCLIFF PKWY STE 80<br>KANSAS CITY MO 64116 | |
| * Splits subject to change based on final application * | | | Driver   - OZUNA 02 | ON |

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 09:47<br>**Gross** | **82620** | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam<br>BC<br>BCFM<br>Aflatoxin | 15.0<br>56.0<br>3.0<br><br><br>3.0 | |
| 09:27<br>**Tare** | **28580** | | | | |
| **Net** | **54040** | OPEN STORAGE #12 | | | |
| Grs Bu. | 965.00 | Brownsville, TX | | | |
| Net Bu. | 965.00 | OMH114179-339 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**COPY - Not Negotiable**

Scanned with CamScanner

| **Elevator Section**<br>**Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | **Transport Section**<br>JST<br>JESSE SANCHEZ<br>Y33-640 | **Customer Section**<br>FCSTONE MERCHANT<br>SERVICES<br>NA |
| --- | --- | --- |

### Ticket In  79077   v.2.7

| | IN | OUT |
| --- | --- | --- |
| | 11/10/2022 11:08 | 11/10/2022 12:13 |

| Product | Lot # |
| --- | --- |
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
| --- | --- | --- |
| BROWNSVILLE | 00030928 | 53360 |

| | |
| --- | --- |
| Moisture | 12.600 |
| Test Weight | 59.400 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,340.00 |

**WEIGHTS**

| | |
| --- | --- |
| GROSS | 81,000.00 |
| TARE | 27,660.00 |
| NET | 53,340.00 |
| METRIC TONS | 24.195 |

_____
Driver Signature

_____
Weigher Signature: J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator

9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
*00030928*

## Yellow Corn - Outbound

FCSTOMA                    WN=000050445           Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
| --- | --- | --- |
| FC STONE MERCHANT SERVICES LLC | 952.86 | 100.00 % |

FCSTOM                                        11/10/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - JST                                        ON

| Weights – YC | Instructions | Factor | Grade | +Prem/-Disc |
| --- | --- | --- | --- | --- |
| 09:53<br>**Gross    81440** | | Moisture | 15.0 | |
| 09:43<br>**Tare     28080** | | TestWeight | 56.0 | |
| | | Total Dam | 3.0 | |
| **Net     53360** | | Heat Dam<br>BC | | |
| | OPEN STORAGE #12 | BCFM | 3.0 | |
| Grs Bu.   952.86 | Brownsville, TX | Aflatoxin | | |
| Net Bu.   952.86 | OMH114179-343 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT**, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| **Elevator Section**<br>**Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | **Transport Section**<br>BETANCOURT TRUCKING<br>LUIS FERNANDEZ<br>033B-024 | **Customer Section**<br>FCSTONE MERCHANT<br>SERVICES<br>NA |
|---|---|---|

### Ticket In  79078  v.2.7

|  | IN<br>11/10/2022 11:15 | OUT<br>11/10/2022 12:23 |
|---|---|---|

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 00030929 | 54040 |

| | |
|---|---|
| Moisture | 12.600 |
| Test Weight | 60.900 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,900.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 81,940.00 |
| TARE | 28,040.00 |
| NET | 53,900.00 |
| METRIC TONS | 24.449 |

Driver Signature

Weigher Signature: J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number**
***00030929***

## Yellow Corn - Outbound
FCSTOMA                              WN=000050446          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 965.00 | 100.00 % |

FCSTOM                                        11/10/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

\* Splits subject to change based on final application \*

Driver  - BETANCOURT 07                          ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 10:05<br>**Gross**   **82120** | | Moisture | 15.0 | |
| | | TestWeight | 56.0 | |
| 09:56 | | Total Dam | 3.0 | |
| **Tare**   **28080** | | Heat Dam | | |
| | | BC | | |
| **Net**   **54040** | | BCFM | 3.0 | |
| | | Aflatoxin | | |
| Grs Bu.   965.00 | OPEN STORAGE #12 | | | |
| Net Bu.   965.00 | Brownsville, TX<br>OMH114179-345 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher:  ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| **Elevator Section** | **Transport Section** | **Customer Section** |
|---|---|---|
| Garcia Grain Trading | BETANCOURT TRUCKING | FCSTONE MERCHANT |
| PROGRESO DIVISION | FELIPE BETANCOURT SR | SERVICES |
| Tel. No.: 956-565-2674 | X20-107 | NA |

**Ticket In  79079**  v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/10/2022 11:25 | 11/10/2022 12:23 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 00030930 | 53700 |

| | |
|---|---|
| Moisture | 12.500 |
| Test Weight | 60.400 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,740.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 82,400.00 |
| TARE | 28,660.00 |
| NET | 53,740.00 |
| METRIC TONS | 24.376 |

_Felipe Betancourt_
Driver Signature

Weigher Signature: J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator

9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
**00030930**

## Yellow Corn - Outbound

FCSTOMA                               WN=000050447              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 958.93 | 100.00 % |

FCSTOM                                            11/10/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver   - BETANCOURT RED                        ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 10:11 Gross | 82640 | | Moisture | 15.0 | |
| 10:00 Tare | 28940 | | TestWeight | 56.0 | |
| Net | 53700 | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| | | | BC | | |
| | | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 958.93 | OPEN STORAGE #12 | | | |
| Net Bu. | 958.93 | Brownsville, TX OMH114179-346 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.          Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** | J. TREVINO TRUCKING | FCSTONE MERCHANT |
| PROGRESO DIVISION | JOSE TREVINO | SERVICES |
| Tel. No.: 956-565-2674 | 170C-384 | NA |

**Ticket In** | **79080** | *v.2.7*

|  | IN | OUT |
|---|---|---|
|  | 11/10/2022 11:37 | 11/10/2022 12:29 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 00030931 | 54140 |

**WEIGHTS**

| Moisture | 12.700 |
|---|---|
| Test Weight | 60.200 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,100.00 |

| | |
|---|---|
| GROSS | 83,100.00 |
| TARE | 29,000.00 |
| NET | 54,100.00 |
| METRIC TONS | 24.540 |

_____
Driver Signature

_____
Weigher Signature: J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator

9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
**00030931**

## Yellow Corn - Outbound

FCSTOMA                                    WN=000050448          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 966.79 | 100.00 % |

FCSTOM                                    11/10/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - J. TREVINO 2                    ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 10:27 **Gross** | **83400** | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 10:17 **Tare** | **29260** | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| **Net** | **54140** | | BC | | |
| | | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 966.79 | OPEN STORAGE #12 | | | |
| Net Bu. | 966.79 | Brownsville, TX OMH114179-348 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**COPY - Not Negotiable**

Scanned with CamScanner

| **Elevator Section** | **Transport Section** | **Customer Section** |
|---|---|---|
| Garcia Grain Trading<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | F & A EXPRESS<br>JAIME GARZA<br>187C-179 | FCSTONE MERCHANT<br>SERVICES<br>NA |

**Ticket In   79081**   v.2.7

| | IN | OUT |
|---|---|---|
| | 11/10/2022 11:46 | 11/10/2022 12:37 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE | 00030932 | 55580 |

| | | **WEIGHTS** |
|---|---|---|
| Moisture | 12.600 | |
| Test Weight | 59.800 | **GROSS** 84,380.00 |
| PPB | .0 | |
| Dry Weight % | 100.00 | **TARE** 28,800.00 |
| Discount/100 LB | $0.00 | |
| Dry Weight | 55,580.00 | **NET** 55,580.00 |
| | | **METRIC TONS** 25.211 |

_____
Driver Signature

_____
Weigher Signature: J. ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number**
**00030932**

## Yellow Corn - Outbound
FCSTOMA                              WN=000050449          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/10/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 992.50 | 100.00 % | | |

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver   - F&A BLUE                                              ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 10:34<br>**Gross** | **84740** | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam | 15.0<br>56.0<br>3.0 | |
| 10:24<br>**Tare** | **29160** | | BC<br>BCFM<br>Aflatoxin | <br>3.0 | |
| **Net** | **55580** | OPEN STORAGE #12<br>Brownsville, TX | | | |
| Grs Bu. | 992.50 | OMH114179-347 | | | |
| Net Bu. | 992.50 | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____ YVONNE CALZADA _____

**COPY - Not Negotiable**

Scanned with CamScanner

| **Elevator Section**<br>**Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | **Transport Section**<br>F & A EXPRESS<br>MARGARITO PONCE<br>W44-007 | **Customer Section**<br>FCSTONE MERCHANT<br>SERVICES<br>NA |
|---|---|---|

**Ticket In  79083**  v.2.7

| | IN | OUT |
|---|---|---|
| | 11/10/2022 11:51 | 11/10/2022 12:38 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 00030933 | 51420 |

| | |
|---|---|
| Moisture | 12.700 |
| Test Weight | 59.800 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 51,420.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 80,660.00 |
| TARE | 29,240.00 |
| NET | 51,420.00 |
| METRIC TONS | 23.324 |

_Morgan_
Driver Signature

Weigher Signature: J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
**00030933**

## Yellow Corn - Outbound
FCSTOMA                                    WN=000050450              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 918.21 | 100.00 % |

FCSTOM                                    11/10/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

\* Splits subject to change based on final application \*

Driver  - F&A 06                                ON

| Weights  -  YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 10:42<br>**Gross** | **80960** | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam<br>BC<br>BCFM<br>Aflatoxin | 15.0<br>56.0<br>3.0<br><br><br>3.0 | |
| 10:33<br>**Tare** | **29540** | | | | |
| **Net** | **51420** | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114179-349 | | | |
| Grs Bu. | 918.21 | | | | |
| Net Bu. | 918.21 | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____ YVONNE CALZADA _____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner