## Elevator Section
**Garcia Grain Trading**
PROGRESO DIVISION
Tel. No.: 956-565-2674

## Transport Section
R. SAENZ TRUCKING
RICARDO SAENZ
Y59-767

## Customer Section
FCSTONE MERCHANT
SERVICES
NA

**Ticket In** | **79085** | *v.2.7*

| | IN | OUT |
|---|---|---|
| | 11/10/2022 12:29 | 11/10/2022 12:50 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 00030934 | 55220 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | | |
|---|---|---|
| Moisture | 12.600 | |
| Test Weight | 59.900 | |
| PPB | .0 | |
| Dry Weight % | 100.00 | |
| Discount/100 LB | $0.00 | |
| Dry Weight | 55,240.00 | |

**WEIGHTS**

| | |
|---|---|
| GROSS | 83,340.00 |
| TARE | 28,100.00 |
| NET | 55,240.00 |
| METRIC TONS | 25.057 |

_____
Driver Signature

_____
Weigher Signature: J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00030934**

## Yellow Corn - Outbound
FCSTOMA                                        WN=000050451                    Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/10/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 986.07 | 100.00 % | | |

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

\* Splits subject to change based on final application \*

Driver  - R SAENZ 04                                      ON

| Weights  -  YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 11:17 **Gross**  83580 | | Moisture | 15.0 | |
| | | TestWeight | 56.0 | |
| 11:07 **Tare**  28360 | | Total Dam | 3.0 | |
| | | Heat Dam | | |
| **Net**  55220 | | BC | | |
| | | BCFM | 3.0 | |
| | OPEN STORAGE #12 | Aflatoxin | | |
| Grs Bu.  986.07 | Brownsville, TX | | | |
| Net Bu.  986.07 | OMH114179-350 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher:  __YVONNE CALZADA__

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | BAUCON TRANSPORT ERASMO CONTRERAS 219B-688 | FCSTONE MERCHANT SERVICES NA |

**Ticket In  79087**  v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/10/2022 12:53 | 11/10/2022 13:08 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 00030955 | 54720 |

| | |
|---|---|
| Moisture | 12.500 |
| Test Weight | 60.500 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,660.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 82,120.00 |
| TARE | 27,460.00 |
| NET | 54,660.00 |
| METRIC TONS | 24.794 |

Driver Signature

Weigher Signature: ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
**00030935**

## Yellow Corn - Outbound
FCSTOMA                                          WN=000050452          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 977.14 | 100.00 % |

FCSTOM                                          11/10/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver   - BAUCON TRUCKING                          ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 11:23 Gross | 82440 | | Moisture | 15.0 | |
| 11:09 Tare | 27720 | | TestWeight | 56.0 | |
| | | | Total Dam | 3.0 | |
| Net | 54720 | | Heat Dam | | |
| | | | BC | 3.0 | |
| Grs Bu. | 977.14 | OPEN STORAGE #12 | BCFM | | |
| Net Bu. | 977.14 | Brownsville, TX OMH114179-333 | Aflatoxin | | |
| | | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____ YVONNE CALZADA ____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | BETANCOURT TRUCKING<br>FELIPE BETANCOURT JR<br>109C-980 | FCSTONE MERCHANT<br>SERVICES<br>NA |

**Ticket In** | **79089** | *v.2.7*

|  | IN | OUT |
|---|---|---|
|  | 11/10/2022 13:11 | 11/10/2022 13:35 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 00030937 | 53220 |

| | | **WEIGHTS** |
|---|---|---|
| Moisture | 12.000 | |
| Test Weight | 59.600 | |
| PPB | .0 | |
| Dry Weight % | 100.00 | |
| Discount/100 LB | $0.00 | |
| Dry Weight | 53,220.00 | |

| | |
|---|---|
| GROSS | 80,020.00 |
| TARE | 26,800.00 |
| NET | 53,220.00 |
| METRIC TONS | 24.140 |

_____
Driver Signature

_____
Weigher Signature: ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
*00030937*

## Yellow Corn - Outbound
FCSTOMA                                    WN=000050454        Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 950.36 | 100.00 % |

FCSTOM                                    11/10/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  -                                                ON

| Weights  -  YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 12:04<br>**Gross**   80320 | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam | 15.0<br>56.0<br>3.0 | |
| 11:46<br>**Tare**   27100 | | BC<br>BCFM<br>Aflatoxin | <br>3.0 | |
| **Net**   53220 | OPEN STORAGE #12 | | | |
| Grs Bu.   950.36 | Brownsville, TX | | | |
| Net Bu.   950.36 | OMH114179-352 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____YVONNE CALZADA_____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | BAUTISTA TRANSPORT<br>MARGARITO BAUTISTA<br>015C-836 | FCSTONE MERCHANT<br>SERVICES<br>NA |

**Ticket In** | **79090** *v.2.7*

|  | IN | OUT |
|---|---|---|
|  | 11/10/2022 13:14 | 11/10/2022 13:54 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 00030936 | 53600 |

| | |
|---|---|
| Moisture | 12.500 |
| Test Weight | 60.500 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,620.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 84,060.00 |
| TARE | 30,440.00 |
| NET | 53,620.00 |
| METRIC TONS | 24.322 |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
**00030936**

## Yellow Corn - Outbound
FCSTOMA                                          WN=000050453                    Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 957.14 | 100.00 % |

FCSTOM                                          11/10/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - BAUTISTA WHITE                          ON

| Weights  -  YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 11:52<br>**Gross**    84320 | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam<br>BC<br>BCFM<br>Aflatoxin | 15.0<br>56.0<br>3.0<br><br><br>3.0 | |
| 11:43<br>**Tare**    30720 | | | | |
| **Net**    53600 | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114179-351 | | | |
| Grs Bu.    957.14 | | | | |
| Net Bu.    957.14 | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | ALEJO TRANSPORT JUAN ALEJO 065C-144 | FCSTONE MERCHANT SERVICES NA |

**Ticket In** **79093** v.2.7

| | IN | OUT |
|---|---|---|
| | 11/10/2022 13:57 | 11/10/2022 13:57 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | | Origin | OrgTicket | OrgWeight |
|---|---|---|---|---|
| | | BROWNSVILLE | 00030928 | 57100 |

| Moisture | 12.400 |
|---|---|
| Test Weight | 60.100 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 57,100.00 |

**WEIGHTS**

| GROSS | 85,180.00 |
|---|---|
| TARE | 28,080.00 |
| NET | 57,100.00 |
| METRIC TONS | 25.900 |

Driver Signature

Weigher Signature: ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator

9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number** *00030938*

## Yellow Corn - Outbound

FCSTOMA                                    WN=000050455              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/10/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 1019.64 | 100.00 % | FC STONE MERCHANT SERVICES LLC FCSTOMA 1251 NW BRIARCLIFF PKWY STE 80 KANSAS CITY MO 64116 | |
| * Splits subject to change based on final application * | | | Driver  - ALEJO TRANSPORT | ON |

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 12:16 **Gross** | **84780** | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 12:01 **Tare** | **27680** | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| **Net** | **57100** | OPEN STORAGE #12 | BC | | |
| | | Brownsville, TX | BCFM | 3.0 | |
| Grs Bu. | 1,019.64 | OMH114179-357 | Aflatoxin | | |
| Net Bu. | 1,019.64 | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>**Tel. No.:**  956-565-2674 | ALEJO TRANSPORT<br>PEDRO VILLARREAL<br>063C-006 | FCSTONE MERCHANT<br>SERVICES<br>NA |

## Ticket In  79094  v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/10/2022 14:01 | 11/10/2022 14:02 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 12.700 |
| Test Weight | 59.600 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,920.00 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 00030940 | 53920 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 80,740.00 |
| TARE | 26,820.00 |
| NET | 53,920.00 |
| METRIC TONS | 24.458 |

_____ Driver Signature

_____ Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd     Brownsville, TX 78521     Ph. (956) 620-2020

Ticket Number
**00030940**

## Yellow Corn - Outbound
FCSTOMA                              WN=000050457              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 962.86 | 100.00 % |

FCSTOM                                                              11/10/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - BLUE TRANSPORT                    ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 12:48<br>**Gross** | **81040** | | Moisture | 15.0 | |
| 12:38<br>**Tare** | **27120** | | TestWeight | 56.0 | |
| | | | Total Dam | 3.0 | |
| **Net** | **53920** | | Heat Dam | | |
| | | | BC | | |
| Grs Bu. | 962.86 | OPEN STORAGE #12 | BCFM | 3.0 | |
| Net Bu. | 962.86 | Brownsville, TX<br>OMH114179-358 | Aflatoxin | | |
| | | | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT,** Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| **Elevator Section**<br>**Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | **Transport Section**<br>BAUTISTA TRANSPORT<br>JACOB BAUTISTA<br>150C-123 | **Customer Section**<br>FCSTONE MERCHANT<br>SERVICES<br>NA |
|---|---|---|

**Ticket In  79092**  *v.2.7*

|  |  |  | IN | OUT |
|---|---|---|---|---|
|  |  |  | 11/10/2022 13:54 | 11/10/2022 14:22 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 12.500 |
| Test Weight | 60.000 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,700.00 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 00030939 | 54680 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 83,480.00 |
| TARE | 28,780.00 |
| NET | 54,700.00 |
| METRIC TONS | 24.812 |

_____
Driver Signature

_____
Weigher Signature: ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

Ticket Number
**00030939**

## Yellow Corn - Outbound
FCSTOMA                                    WN=000050456          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/10/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 976.43 | 100.00 % | | |

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

\* Splits subject to change based on final application \*

Driver  - BAUTISTA BLACK                          ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 12:36<br>**Gross**   **83680** | | Moisture | 15.0 | |
| | | TestWeight | 56.0 | |
| 12:26<br>**Tare**   **29000** | | Total Dam | 3.0 | |
| | | Heat Dam | | |
| | | BC | | |
| **Net**   **54680** | | BCFM | 3.0 | |
| | | Aflatoxin | | |
| Grs Bu.   976.43 | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114179-353 | | | |
| Net Bu.   976.43 | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| **Elevator Section**<br>**Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | **Transport Section**<br>EXPRESS TRANSPORT<br>ROBERT PINEDA<br>Y59-801 | **Customer Section**<br>FCSTONE MERCHANT<br>SERVICES<br>NA |
|---|---|---|

**Ticket In** | **79096** _v.2.7_

| | IN | OUT |
|---|---|---|
| | 11/10/2022 14:24 | 11/10/2022 14:42 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 00030941 | 53740 |

| Moisture | 12.600 |
|---|---|
| Test Weight | 59.200 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,740.00 |

**WEIGHTS**

| GROSS | 84,300.00 |
|---|---|
| TARE | 30,560.00 |
| NET | 53,740.00 |
| METRIC TONS | 24.376 |

Driver Signature

Weigher Signature: ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
**00030941**

## Yellow Corn - Outbound

FCSTOMA                          WN=000050458          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 959.64 | 100.00 % |

FCSTOM                                                              11/10/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - EXPRESS TRANS 09                    ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 13:04<br>**Gross** | **84600** | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam<br>BC<br>BCFM<br>Aflatoxin | 15.0<br>56.0<br>3.0<br><br><br>3.0 | |
| 12:54<br>**Tare** | **30860** | | | | |
| **Net** | **53740** | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114179-354 | | | |
| Grs Bu. | 959.64 | | | | |
| Net Bu. | 959.64 | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher:     YVONNE CALZADA

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** | TC TRUCKING | FCSTONE MERCHANT |
| PROGRESO DIVISION | GUSTAVO CAVAZOS | SERVICES |
| Tel. No.: 956-565-2674 | 181C-863 | NA |

### Ticket In | 79097 | v.2.7

| | IN | OUT |
|---|---|---|
| | 11/10/2022 14:27 | 11/10/2022 14:55 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE | 00030942 | 54580 |

| | | | **WEIGHTS** |
|---|---|---|---|
| Moisture | 12.500 | GROSS | 81,580.00 |
| Test Weight | 59.600 | TARE | 27,000.00 |
| PPB | .0 | NET | 54,580.00 |
| Dry Weight % | 100.00 | | |
| Discount/100 LB | $0.00 | METRIC TONS | 24.757 |
| Dry Weight | 54,580.00 | | |

_____
Driver Signature

_____
Weigher Signature: ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
## 00030942

## Yellow Corn - Outbound
FCSTOMA                    WN=000050459              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/10/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 974.64 | 100.00 % | FC STONE MERCHANT SERVICES LLC<br>FCSTOMA<br>1251 NW BRIARCLIFF PKWY STE 80<br>KANSAS CITY MO 64116 | |
| * Splits subject to change based on final application * | | | Driver  - TC TRUCKING | ON |

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 13:14<br>**Gross** | **81820** | | Moisture | 15.0 | |
| 13:03<br>**Tare** | **27240** | | TestWeight | 56.0 | |
| | | | Total Dam | 3.0 | |
| **Net** | **54580** | | Heat Dam | | |
| | | OPEN STORAGE #12 | BC | | |
| Grs Bu. | 974.64 | Brownsville, TX | BCFM | 3.0 | |
| Net Bu. | 974.64 | OMH114179-359 | Aflatoxin | | |
| | | | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**COPY - Not Negotiable**

Scanned with CamScanner

| **Elevator Section** | **Transport Section** | **Customer Section** |
|---|---|---|
| Garcia Grain Trading PROGRESO DIVISION Tel. No.: 956-565-2674 | BETANCOURT TRUCKING LUIS FERNANDEZ 033B-024 | FCSTONE MERCHANT SERVICES NA |

### Ticket In  79098  v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/10/2022 14:43 | 11/10/2022 15:15 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE | 00030945 | 53940 |

| Moisture | 12.300 |
|---|---|
| Test Weight | 59.900 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,920.00 |

**WEIGHTS**

| GROSS | 81,740.00 |
|---|---|
| TARE | 27,820.00 |
| NET | 53,920.00 |
| METRIC TONS | 24.458 |

Driver Signature

Weigher Signature: J. ALFREDO TORRES

---

## West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number 00030945**

## Yellow Corn - Outbound
FCSTOMA                          WN=000050462              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 963.21 | 100.00 % |

FCSTOM                                         11/10/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver   - BETANCOURT 07                          ON

| Weights  -  YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 13:40 Gross **81840** | | Moisture | 15.0 | |
| | | TestWeight | 56.0 | |
| 13:19 Tare **27900** | | Total Dam | 3.0 | |
| | | Heat Dam | | |
| Net **53940** | | BC | | |
| | | BCFM | 3.0 | |
| | OPEN STORAGE #12 | Aflatoxin | | |
| Grs Bu.  963.21 | Brownsville, TX | | | |
| Net Bu.  963.21 | OMH114179-356 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner