| **Elevator Section** | **Transport Section** | **Customer Section** |
|---|---|---|
| Garcia Grain Trading | OZUNA TRUCKING | FCSTONE MERCHANT |
| PROGRESO DIVISION | ROGELIIO OZUNA | SERVICES |
| Tel. No.: 956-565-2674 | X44-274 | NA |

**Ticket In  79099**  *v.2.7*

|  | IN | OUT |
|---|---|---|
|  | 11/10/2022 14:45 | 11/10/2022 15:25 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 00030943 | 55140 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 12.400 |
| Test Weight | 59.400 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 55,140.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 83,140.00 |
| TARE | 28,000.00 |
| NET | 55,140.00 |
| METRIC TONS | 25.011 |

_____
Driver Signature

Weigher Signature: ALFREDO TORRES

---

# west Plains LLC-Brownsville Elevator

9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00030943**

## Yellow Corn - Outbound

FCSTOMA                                      WN=000050460            Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | | 11/10/2022 |
|---|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 984.64 | 100.00 % | | | |
| | | | FC STONE MERCHANT SERVICES LLC | | |
| | | | FCSTOMA | | |
| | | | 1251 NW BRIARCLIFF PKWY STE 80 | | |
| | | | KANSAS CITY MO 64116 | | |
| * Splits subject to change based on final application * | | | Driver  - OZUNA TRUCKING 07 | | ON |

| Weights | - | YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|---|
| 13:27 Gross | | 83420 | | Moisture | 15.0 | |
| | | | | TestWeight | 56.0 | |
| 13:17 Tare | | 28280 | | Total Dam | 3.0 | |
| | | | | Heat Dam | | |
| Net | | 55140 | | BC | | |
| | | | | BCFM | 3.0 | |
| | | | | Aflatoxin | | |
| Grs Bu. | | 984.64 | OPEN STORAGE #12 | | | |
| Net Bu. | | 984.64 | Brownsville, TX OMH114179-363 | | | |
| | | | | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

## Elevator Section
**Garcia Grain Trading**
PROGRESO DIVISION
Tel. No.: 956-565-2674

## Transport Section
BETANCOURT TRUCKING
FELIPE BETANCOURT SR
X20-107

## Customer Section
FCSTONE MERCHANT
SERVICES
NA

**Ticket In  79102**  v.2.7

| | IN | OUT |
|---|---|---|
| | 11/10/2022 14:57 | 11/10/2022 15:24 |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE | 00030946 | 54760 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 12.300 |
| Test Weight | 59.400 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,760.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 83,300.00 |
| TARE | 28,540.00 |
| NET | 54,760.00 |
| METRIC TONS | 24.839 |

_____
Driver Signature

_____
Weigher Signature: ALFREDO TORRES

## West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number**
**00030946**

## Yellow Corn - Outbound
FCSTOMA

WN=000050463           Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 977.86 | 100.00 % |

FCSTOM                           11/10/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

\* Splits subject to change based on final application \*

Driver   - BETANCOURT RED            ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 13:46 Gross  83540 | | Moisture | 15.0 | |
| 13:32 Tare  28780 | | TestWeight | 56.0 | |
| Net  54760 | | Total Dam | 3.0 | |
| | | Heat Dam | | |
| | | BC | | |
| | OPEN STORAGE #12 | BCFM | 3.0 | |
| Grs Bu.  977.86 | Brownsville, TX | Aflatoxin | | |
| Net Bu.  977.86 | OMH114179-364 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

**CERTIFICATION:** This certificate is issued by an inspector/weigher licensed under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**COPY - Not Negotiable**

Scanned with CamScanner

| **Elevator Section**<br>**Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | **Transport Section**<br>OZUNA TRUCKING<br>ROY OZUNA<br>005B-516 | **Customer Section**<br>FCSTONE MERCHANT<br>SERVICES<br>NA |
|---|---|---|

**Ticket In** | **79100** | v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/10/2022 14:47 | 11/10/2022 15:37 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 00030944 | 55500 |

| Moisture | 12.400 |
|---|---|
| Test Weight | 59.800 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 55,480.00 |

**WEIGHTS**

| GROSS | 83,500.00 |
|---|---|
| TARE | 28,020.00 |
| NET | 55,480.00 |
| METRIC TONS | 25.166 |

Driver Signature

Weigher Signature: ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator

9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00030944**

## Yellow Corn - Outbound

FCSTOMA                                        WN=000050461              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM |  | 11/10/2022 |
|---|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 991.07 | 100.00 % | FC STONE MERCHANT SERVICES LLC<br>FCSTOMA<br>1251 NW BRIARCLIFF PKWY STE 80<br>KANSAS CITY MO 64116 |  |  |

* Splits subject to change based on final application *        Driver  - OZUNA 02                          ON

| Weights - YC |  | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 13:34<br>**Gross** | **83900** |  | Moisture | 15.0 |  |
|  |  |  | TestWeight | 56.0 |  |
| 13:17<br>**Tare** | **28400** |  | Total Dam | 3.0 |  |
|  |  |  | Heat Dam |  |  |
| **Net** | **55500** |  | BC |  |  |
|  |  | OPEN STORAGE #12 | BCFM | 3.0 |  |
| Grs Bu. | 991.07 | Brownsville, TX | Aflatoxin |  |  |
| Net Bu. | 991.07 | OMH114179-355 | Grade U.S. | No. 2 |  |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.        Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**COPY - Not Negotiable**

Scanned with CamScanner

| **Elevator Section** | **Transport Section** | **Customer Section** |
|---|---|---|
| Garcia Grain Trading<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | F & A EXPRESS<br>JAIME GARZA<br>187C-179 | FCSTONE MERCHANT<br>SERVICES<br>NA |

**Ticket In** **79103** *v.2.7*

|  |  |  | IN | OUT |
|---|---|---|---|---|
|  |  |  | 11/10/2022 15:13 | 11/10/2022 15:40 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 00030948 | 54580 |

| Moisture | 12.400 |
|---|---|
| Test Weight | 58.200 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,600.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 83,240.00 |
| TARE | 28,640.00 |
| NET | 54,600.00 |
| METRIC TONS | 24.766 |

_Driver Signature_

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00030948**

## Yellow Corn - Outbound
FCSTOMA                                              WN=000050465                    Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 974.64 | 100.00 % |

FCSTOM                                      11/10/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

\* Splits subject to change based on final application \*

Driver  - F&A BLUE                              ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 13:59<br>**Gross** | **83580** | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam<br>BC<br>BCFM<br>Aflatoxin | 15.0<br>56.0<br>3.0<br><br><br>3.0 | |
| 13:44<br>**Tare** | **29000** | | | | |
| **Net** | **54580** | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114179-361 | | | |
| Grs Bu. | 974.64 | | | | |
| Net Bu. | 974.64 | | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.          Licensed Inspector and/or Weigher: _____YVONNE CALZADA_____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| **Elevator Section** | **Transport Section** | **Customer Section** |
|---|---|---|
| Garcia Grain Trading<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | J. TREVINO TRUCKING<br>JOSE TREVINO<br>170C-384 | FCSTONE MERCHANT<br>SERVICES<br>NA |

**Ticket In  79104**  *v.2.7*

|  | IN | OUT |
|---|---|---|
|  | 11/10/2022 15:21 | 11/10/2022 15:48 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 00030947 | 53660 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 12.500 |
| Test Weight | 59.000 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,600.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 82,460.00 |
| TARE | 28,860.00 |
| NET | 53,600.00 |
| METRIC TONS | 24.313 |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00030947**

## Yellow Corn - Outbound
FCSTOMA                                          WN=000050464              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/10/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 958.21 | 100.00 % | FC STONE MERCHANT SERVICES LLC<br>FCSTOMA<br>1251 NW BRIARCLIFF PKWY STE 80<br>KANSAS CITY MO 64116 | |
| * Splits subject to change based on final application * | | | Driver  - J. TREVINO 2 | ON |

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 13:52<br>Gross | 82740 | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam<br>BC<br>BCFM<br>Aflatoxin | 15.0<br>56.0<br>3.0<br><br><br>3.0 | |
| 13:37<br>Tare | 29080 | | | | |
| Net | 53660 | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114179-362 | | | |
| Grs Bu. | 958.21 | | | | |
| Net Bu. | 958.21 | | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher:  ___YVONNE CALZADA___

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | F & A EXPRESS MARGARITO PONCE W44-007 | FCSTONE MERCHANT SERVICES NA |

**Ticket In** | **79105**   v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/10/2022 15:23 | 11/10/2022 16:01 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE | 00030949 | 52680 |

| Moisture | 12.700 |
|---|---|
| Test Weight | 58.500 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 52,700.00 |

**WEIGHTS**

| GROSS | 81,840.00 |
|---|---|
| TARE | 29,140.00 |
| NET | 52,700.00 |
| METRIC TONS | 23.905 |

_____
Driver Signature

Weigher Signature: ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

Ticket Number
**00030949**

## Yellow Corn - Outbound

FCSTOMA

WN=000050466          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 940.71 | 100.00 % |

FCSTOM                              11/10/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - F&A 06                              ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 14:06 Gross | 82080 | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 13:49 Tare | 29400 | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| Net | 52680 | | BC | | |
| | | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 940.71 | OPEN STORAGE #12 Brownsville, TX OMH114179-360 | | | |
| Net Bu. | 940.71 | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___**YVONNE CALZADA**___

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

## Elevator Section
**Garcia Grain Trading**
PROGRESO DIVISION
Tel. No.: 956-565-2674

## Transport Section
BETANCOURT TRUCKING
FELIPE BETANCOURT SR
X20-107

## Customer Section
FCSTONE MERCHANT
SERVICES
NA

**Ticket In** | **79114** | v.2.7

| | IN | OUT |
|---|---|---|
| | 11/11/2022 08:36 | 11/11/2022 08:56 |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE | 00030951 | 53980 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 12.800 |
| Test Weight | 59.800 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,920.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 82,580.00 |
| TARE | 28,660.00 |
| NET | 53,920.00 |
| METRIC TONS | 24.458 |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

Ticket Number
**00030951**

## Yellow Corn - Outbound
FCSTOMA

WN=000050468

Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 963.93 | 100.00 % |

FCSTOM    11/11/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver   - BETANCOURT 06    ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| Gross | 07:27 82880 | | Moisture | 15.0 | |
| Tare | 07:12 28900 | | TestWeight | 56.0 | |
| Net | 53980 | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| | | | BC | | |
| Grs Bu. | 963.93 | OPEN STORAGE #12 | BCFM | 3.0 | |
| Net Bu. | 963.93 | Brownsville, TX OMH114179-377 | Aflatoxin | | |
| | | | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____ YVONNE CALZADA ____

**COPY - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | BETANCOURT TRUCKING<br>LUIS FERNANDEZ<br>033B-024 | FCSTONE MERCHANT<br>SERVICES<br>NA |

## Ticket In  79115  v.2.7

| | IN | OUT |
|---|---|---|
| | 11/11/2022 08:42 | 11/11/2022 09:08 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | | Origin | OrgTicket | OrgWeight |
|---|---|---|---|---|
| | | BROWNSVILLE | 00030950 | 51340 |

| | | **WEIGHTS** | |
|---|---|---|---|
| Moisture | 12.700 | GROSS | 79,440.00 |
| Test Weight | 59.600 | TARE | 28,080.00 |
| PPB | .0 | NET | 51,360.00 |
| Dry Weight % | 100.00 | | |
| Discount/100 LB | $0.00 | METRIC TONS | 23.297 |
| Dry Weight | 51,360.00 | | |

_Driver Signature_

Weigher Signature: J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
**00030950**

## Yellow Corn - Outbound
FCSTOMA                                        WN=000050467              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/11/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 916.79 | 100.00 % | FC STONE MERCHANT SERVICES LLC<br>FCSTOMA<br>1251 NW BRIARCLIFF PKWY STE 80<br>KANSAS CITY MO 64116 | |
| * Splits subject to change based on final application * | | | Driver  - BETANCOURT 07 | ON |

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 07:24<br>Gross | 79620 | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 07:11<br>Tare | 28280 | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| Net | 51340 | | BC | | |
| | | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 916.79 | OPEN STORAGE #12 | | | |
| Net Bu. | 916.79 | Brownsville, TX<br>OMH114179-372 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

## Elevator Section
**Garcia Grain Trading**
PROGRESO DIVISION
Tel. No.: 956-565-2674

## Transport Section
F&A EXPRESS
JAIME
187C179

## Customer Section
FCSTONE MERCHANT
SERVICES
NA

| Ticket In | 79116 | v.2.7 |
|---|---|---|

|  | IN | OUT |
|---|---|---|
|  | 11/11/2022 08:51 | 11/11/2022 09:09 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE | 30952 | 30952 |

| Moisture | 12.800 |
|---|---|
| Test Weight | 59.900 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,240.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 81,700.00 |
| TARE | 28,460.00 |
| NET | 53,240.00 |
| METRIC TONS | 24.150 |

_____
Driver Signature

_____
Weigher Signature: J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00030952**

# Yellow Corn - Outbound
FCSTOMA

WN=000050469                    Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 951.07 | 100.00 % |

FCSTOM                    11/11/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - F&A 05                    ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 07:33 Gross | 82100 | | Moisture | 15.0 | |
| 07:13 Tare | 28840 | | TestWeight | 56.0 | |
| Net | 53260 | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| | | OPEN STORAGE #12 | BC | | |
| Grs Bu. | 951.07 | Brownsville, TX | BCFM | 3.0 | |
| Net Bu. | 951.07 | OMH114179-327 | Aflatoxin | | |
| | | | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| **Elevator Section**<br>**Garcia Grain Trading**<br>PROGRESO DIVISION<br>**Tel. No.:** 956-565-2674 | **Transport Section**<br>F & A EXPRESS<br>MARGARITO PONCE<br>W44-007 | **Customer Section**<br>FCSTONE MERCHANT<br>SERVICES<br>NA |
|---|---|---|

**Ticket In** | **79117** | *v.2.7*

| | IN | OUT |
|---|---|---|
| | 11/11/2022 09:06 | 11/11/2022 09:20 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE | 30953 | 52340 |

| | | | **WEIGHTS** |
|---|---|---|---|
| Moisture | 12.200 | **GROSS** | 82,200.00 |
| Test Weight | 60.400 | | |
| PPB | .0 | **TARE** | 29,900.00 |
| Dry Weight % | 100.00 | | |
| Discount/100 LB | $0.00 | **NET** | 52,300.00 |
| Dry Weight | 52,300.00 | **METRIC TONS** | 23.723 |

_Morgorit_
Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
**00030953**

## Yellow Corn - Outbound
FCSTOMA

WN=000050470

Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 934.64 | 100.00 % |

FCSTOM                                         11/11/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - F&A 06                                    ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 07:38<br>**Gross** | **82520** | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam<br>BC<br>BCFM<br>Aflatoxin | 15.0<br>56.0<br>3.0<br><br><br>3.0 | |
| 07:15<br>**Tare** | **30180** | | | | |
| **Net** | **52340** | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114179-328 | | | |
| Grs Bu. | 934.64 | | | | |
| Net Bu. | 934.64 | | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner