**Elevator Section**
**Garcia Grain Trading**
PROGRESO DIVISION
Tel. No.: 956-565-2674

**Transport Section**
BAUCON TRANSPORT
ERASMO CONTRERAS
219B-688

**Customer Section**
FCSTONE MERCHANT
SERVICES
NA

**Ticket In** **79118** v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/11/2022 09:26 | 11/11/2022 09:45 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE | 30955 | 53800 |

| Moisture | 12.300 |
|---|---|
| Test Weight | 59.900 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,840.00 |

**WEIGHTS**

| GROSS | 81,360.00 |
|---|---|
| TARE | 27,520.00 |
| NET | 53,840.00 |
| METRIC TONS | 24.422 |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

Ticket Number
**00030955**

## Yellow Corn - Outbound
FCSTOMA

WN=000050472          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 960.71 | 100.00 % |

FCSTOM          11/11/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver   - BAUCON TRUCKING          ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 08:15 **Gross** **81680** | | Moisture | 15.0 | |
| 08:05 **Tare** **27880** | | TestWeight | 56.0 | |
| | | Total Dam | 3.0 | |
| | | Heat Dam | | |
| **Net** **53800** | OPEN STORAGE #12 | BC | | |
| Grs Bu.  960.71 | Brownsville, TX | BCFM | 3.0 | |
| Net Bu.  960.71 | OMH114179-380 | Aflatoxin | | |
| | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| **Elevator Section**<br>**Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | **Transport Section**<br>R. SAENZ TRUCKING<br>RICARDO SAENZ<br>Y59-767 | **Customer Section**<br>FCSTONE MERCHANT<br>SERVICES<br>NA |
|---|---|---|

**Ticket In** **79119** *v.2.7*

| | IN | OUT |
|---|---|---|
| | 11/11/2022 09:29 | 11/11/2022 09:47 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 30956 | 54560 |

| | |
|---|---|
| Moisture | 12.300 |
| Test Weight | 59.300 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,540.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 82,940.00 |
| TARE | 28,400.00 |
| NET | 54,540.00 |
| METRIC TONS | 24.739 |

_____
Driver Signature

_____
Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00030956**

## Yellow Corn - Outbound
FCSTOMA                                        WN=000050473          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 974.29 | 100.00 % |

FCSTOM                                        11/11/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver   - R SAENZ 04                          ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 08:23<br>**Gross** | **83220** | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam<br>BC<br>BCFM<br>Aflatoxin | 15.0<br>56.0<br>3.0<br><br><br>3.0 | |
| 08:11<br>**Tare** | **28660** | | | | |
| **Net** | **54560** | | | | |
| Grs Bu. | 974.29 | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114179-379 | | | |
| Net Bu. | 974.29 | | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.          Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

**Elevator Section**
Garcia Grain Trading
PROGRESO DIVISION
Tel. No.: 956-565-2674

**Transport Section**
NAJERA TRANSPORTATION
JOSE MARTINEZ
081C-259

**Customer Section**
FCSTONE MERCHANT
SERVICES
NA

| Ticket In | 79122 | v.2.7 |
|---|---|---|

| | IN | OUT |
|---|---|---|
| | 11/11/2022 09:44 | 11/11/2022 10:01 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 30954 | 52080 |

| | | **WEIGHTS** |
|---|---|---|
| Moisture | 12.200 | |
| Test Weight | 59.600 | |
| PPB | .0 | |
| Dry Weight % | 100.00 | |
| Discount/100 LB | $0.00 | |
| Dry Weight | 52,360.00 | |

| | WEIGHTS | |
|---|---|---|
| GROSS | 81,600.00 |
| TARE | 29,240.00 |
| NET | 52,360.00 |
| METRIC TONS | 23.750 |

_Jose mtz_
Driver Signature

Weigher Signature: J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number**
**00030954**

## Yellow Corn - Outbound
FCSTOMA

WN=000050471          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 930.00 | 100.00 % |

FCSTOM                                       11/11/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

\* Splits subject to change based on final application \*

Driver  - NAJERA TRUCKING
                                                ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 07:59 Gross **81600** | | Moisture | 15.0 | |
| 07:16 Tare **29520** | | TestWeight | 56.0 | |
| | | Total Dam | 3.0 | |
| Net **52080** | | Heat Dam | | |
| | | BC | | |
| Grs Bu. 930.00 | OPEN STORAGE #12 | BCFM | 3.0 | |
| Net Bu. 930.00 | Brownsville, TX | Aflatoxin | | |
| | OMH114179-366 | | | |
| | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)
CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

### Elevator Section
**Garcia Grain Trading**
PROGRESO DIVISION
Tel. No.: 956-565-2674

### Transport Section
ALEJO TRANSPORT
JERRY RUIZ
065C-144

### Customer Section
FCSTONE MERCHANT
SERVICES
NA

**Ticket In 79121** v.2.7

| | IN | OUT |
|---|---|---|
| | 11/11/2022 09:40 | 11/11/2022 10:03 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 30957 | 53180 |

| | | **WEIGHTS** |
|---|---|---|
| Moisture | 12.400 | |
| Test Weight | 59.800 | |
| PPB | .0 | **GROSS** 80,920.00 |
| Dry Weight % | 100.00 | **TARE** 27,780.00 |
| Discount/100 LB | $0.00 | **NET** 53,140.00 |
| Dry Weight | 53,140.00 | **METRIC TONS** 24.104 |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number**
**00030957**

## Yellow Corn - Outbound
FCSTOMA

WN=000050474                     Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 949.64 | 100.00 % |

FCSTOM                                          11/11/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - ALEJO TRANSPORT                    ON

| Weights – YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 08:27 **Gross** 81180 | | Moisture | 15.0 | |
| | | TestWeight | 56.0 | |
| 08:14 **Tare** 28000 | | Total Dam | 3.0 | |
| | | Heat Dam | | |
| | | BC | | |
| **Net** 53180 | | BCFM | 3.0 | . |
| | | Aflatoxin | | |
| Grs Bu. 949.64 | OPEN STORAGE #12 | | | |
| Net Bu. 949.64 | Brownsville, TX OMH114179-374 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| **Elevator Section**<br>**Garcia Grain Trading**<br>PROGRESO DIVISION<br>**Tel. No.:** 956-565-2674 | **Transport Section**<br>ALEJO TRANSPORT<br>PEDRO VILLARREAL<br>063C-006 | **Customer Section**<br>FCSTONE MERCHANT<br>SERVICES<br>NA |
|---|---|---|

## Ticket In  79123  v.2.7

|  | **IN** | **OUT** |
|---|---|---|
|  | 11/11/2022 09:45 | 11/11/2022 10:11 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 30958 | 53740 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 12.300 |
| Test Weight | 60.100 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,700.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 80,500.00 |
| TARE | 26,800.00 |
| NET | 53,700.00 |
| METRIC TONS | 24.358 |



Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number**
**00030958**

## Yellow Corn - Outbound
FCSTOMA

WN=000050475                    Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 959.64 | 100.00 % |
| | | |
| * Splits subject to change based on final application * | | |

FCSTOM                                                   11/11/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

Driver   - BLUE TRANSPORT                    ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 08:33<br>**Gross**  **80820** | | Moisture | 15.0 | |
| | | TestWeight | 56.0 | |
| 08:15<br>**Tare**  **27080** | | Total Dam | 3.0 | |
| | | Heat Dam | | |
| | | BC | | |
| **Net**  **53740** | | BCFM | 3.0 | |
| | | Aflatoxin | | |
| Grs Bu.  959.64 | OPEN STORAGE #12 | | | |
| Net Bu.  959.64 | Brownsville, TX<br>OMH114179-373 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | D & O TRUCKING FERNANDO MUNOZ 170C-483 | FCSTONE MERCHANT SERVICES NA |

**Ticket In** **79124** v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/11/2022 09:53 | 11/11/2022 10:14 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

|  | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
|  | BROWNSVILLE | 30959 | 55020 |

| | |
|---|---|
| Moisture | 12.200 |
| Test Weight | 60.500 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 55,100.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 83,720.00 |
| TARE | 28,620.00 |
| NET | 55,100.00 |
| METRIC TONS | 24.993 |

Driver Signature

Weigher Signature: J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

Ticket Number
**00030959**

## Yellow Corn - Outbound
FCSTOMA                         WN=000050476          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 982.50 | 100.00 % |

FCSTOM                                          11/11/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

*170C-483*

* Splits subject to change based on final application *

Driver   - D&O TRUCKING 1                ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 08:39 Gross | 83860 | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 08:26 Tare | 28840 | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| Net | 55020 | | BC | | |
| | | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 982.50 | OPEN STORAGE #12 | | | |
| Net Bu. | 982.50 | Brownsville, TX OMH114179-381 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | BAUTISTA TRANSPORT<br>JACOB BAUTISTA<br>150C-123 | FCSTONE MERCHANT<br>SERVICES<br>NA |

**Ticket In** | **79126** | *v.2.7*

|  | IN | OUT |
|---|---|---|
|  | 11/11/2022 10:11 | 11/11/2022 10:29 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 12.400 |
| Test Weight | 59.900 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 56,060.00 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 30960 | 55980 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 84,640.00 |
| TARE | 28,580.00 |
| NET | 56,060.00 |
| METRIC TONS | 25.429 |

_____ Driver Signature

_____ Weigher Signature: J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number**
**00030960**

## Yellow Corn - Outbound
FCSTOMA

WN=000050477     Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 999.64 | 100.00 % |

FCSTOM     11/11/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver   - BAUTISTA BLACK     ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 08:47<br>**Gross** | **84880** | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 08:33<br>**Tare** | **28900** | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| | | | BC | | |
| **Net** | **55980** | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 999.64 | OPEN STORAGE #12 | | | |
| Net Bu. | 999.64 | Brownsville, TX<br>OMH114179-375 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | EXPRESS TRANSPORT<br>ROBERT PINEDA<br>Y59-801 | FCSTONE MERCHANT<br>SERVICES<br>NA |

**Ticket In** **79127** v.2.7

| | IN | OUT |
|---|---|---|
| | 11/11/2022 10:15 | 11/11/2022 10:32 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 12.500 |
| Test Weight | 60.300 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,080.00 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 30961 | 53140 |

| WEIGHTS | |
|---|---|
| GROSS | 83,520.00 |
| TARE | 30,440.00 |
| NET | 53,080.00 |
| METRIC TONS | 24.077 |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number**
**00030961**

## Yellow Corn - Outbound
FCSTOMA

WN=000050478            Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 948.93 | 100.00 % |

FCSTOM                                    11/11/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver   - EXPRESS TRANS 09            ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 08:57<br>**Gross** | **83840** | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam | 15.0<br>56.0<br>3.0 | |
| 08:45<br>**Tare** | **30700** | | BC<br>BCFM<br>Aflatoxin | 3.0 | |
| **Net** | **53140** | OPEN STORAGE #12 | | | |
| Grs Bu. | 948.93 | Brownsville, TX | | | |
| Net Bu. | 948.93 | OMH114179-367 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT**, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| **Elevator Section**<br>**Garcia Grain Trading**<br>PROGRESO DIVISION<br>**Tel. No.:**  956-565-2674 | **Transport Section**<br>BAUTISTA TRANSPORT<br>MARGARITO BAUTISTA<br>015C-836 | **Customer Section**<br>FCSTONE MERCHANT<br>SERVICES<br>NA |
|---|---|---|

**Ticket In** **79128** *v.2.7*

|  | IN | OUT |
|---|---|---|
|  | 11/11/2022 10:40 | 11/11/2022 10:57 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 30962 | 53600 |

| | |
|---|---|
| Moisture | 12.600 |
| Test Weight | 59.800 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,560.00 |

**WEIGHTS**

| | |
|---|---|
| **GROSS** | 83,840.00 |
| **TARE** | 30,280.00 |
| **NET** | 53,560.00 |
| **METRIC TONS** | 24.295 |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

Ticket Number
*00030962*

## Yellow Corn - Outbound
FCSTOMA                                    WN=000050479            Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 957.14 | 100.00 % |

FCSTOM                                         11/11/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - BAUTISTA WHITE                    ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 09:23<br>**Gross** | **84120** | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 09:14<br>**Tare** | **30520** | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| **Net** | **53600** | | BC | | |
| | | | BCFM | 3.0 | |
| | | OPEN STORAGE #12 | Aflatoxin | | |
| Grs Bu. | 957.14 | Brownsville, TX | | | |
| Net Bu. | 957.14 | OMH114179-376 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher:   YVONNE CALZADA

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

## Elevator Section
**Garcia Grain Trading**
PROGRESO DIVISION
Tel. No.: 956-565-2674

## Transport Section
BETANCOURT TRUCKING
FELIPE BETANCOURT JR
109C-980

## Customer Section
FCSTONE MERCHANT
SERVICES
NA

**Ticket In** | **79129**   v.2.7

|        | IN                | OUT               |
|--------|-------------------|-------------------|
|        | 11/11/2022 10:53  | 11/11/2022 11:08  |

|           | Origin       | OrgTicket | OrgWeight |
|-----------|--------------|-----------|-----------|
|           | BROWNSVILLE  | 30963     | 52840     |

| Product | Lot # |
|---------|-------|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 12.200 |
| Test Weight | 59.900 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 52,900.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 79,900.00 |
| TARE | 27,000.00 |
| NET | 52,900.00 |
| METRIC TONS | 23.995 |

_____
Driver Signature

_____
Weigher Signature: J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00030963**

## Yellow Corn - Outbound
FCSTOMA

WN=000050480                                    Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|-------------|----------|---------|
| FC STONE MERCHANT SERVICES LLC | 943.57 | 100.00 % |

FCSTOM                                          11/11/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver   - BETANCOURT 05                        ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 09:31 **Gross** 80180 | | Moisture | 15.0 | |
| | | TestWeight | 56.0 | |
| 09:22 **Tare** 27340 | | Total Dam | 3.0 | |
| | | Heat Dam | | |
| **Net** 52840 | | BC | | |
| | | BCFM | 3.0 | |
| | OPEN STORAGE #12 | Aflatoxin | | |
| Grs Bu. 943.57 | Brownsville, TX | | | |
| Net Bu. 943.57 | OMH114179-370 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____ YVONNE CALZADA

**ORIGINAL - Not Negotiable**

Scanned with CamScanner