| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | OZUNA TRUCKING ROY OZUNA SR X44-274 | FCSTONE MERCHANT SERVICES NA |

**Ticket In 79130** v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/11/2022 11:08 | 11/11/2022 11:28 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 30965 | 53180 |

| | |
|---|---|
| Moisture | 13.000 |
| Test Weight | 60.400 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,260.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 81,740.00 |
| TARE | 28,480.00 |
| NET | 53,260.00 |
| METRIC TONS | 24.159 |

_Driver Signature_

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number**
**00030965**

## Yellow Corn - Outbound
FCSTOMA                                    WN=000050482            Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 949.64 | 100.00 % |

FCSTOM                                          11/11/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver   - OZUNA TRUCKING 07            ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 09:45 **Gross** **81960** | | Moisture | 15.0 | |
| | | TestWeight | 56.0 | |
| 09:29 **Tare** **28780** | | Total Dam | 3.0 | |
| | | Heat Dam | | |
| **Net** **53180** | | BC | | |
| | | BCFM | 3.0 | |
| | | Aflatoxin | | |
| Grs Bu.   949.64 | OPEN STORAGE #12 Brownsville, TX OMH114179-368 | | | |
| Net Bu.   949.64 | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| **Elevator Section**<br>**Garcia Grain Trading**<br>PROGRESO DIVISION<br>**Tel. No.:** 956-565-2674 | **Transport Section**<br>OZUNA TRUCKING<br>ROY OZUNA<br>005B-516 | **Customer Section**<br>FCSTONE MERCHANT<br>SERVICES<br>NA |
|---|---|---|

**Ticket In** | **79131** | *v.2.7*

|  | IN | OUT |
|---|---|---|
|  | 11/11/2022 11:11 | 11/11/2022 11:30 |

|  | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
|  | BROWNSVILLE | 30966 | 54400 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 13.700 |
| Test Weight | 60.100 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,520.00 |

**WEIGHTS**

| | |
|---|---|
| **GROSS** | 82,680.00 |
| **TARE** | 28,160.00 |
| **NET** | 54,520.00 |
| **METRIC TONS** | 24.730 |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator

9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
***00030966***

## Yellow Corn - Outbound

FCSTOMA | WN=000050483 | Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 971.43 | 100.00 % |

FCSTOM                                    11/11/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

\* Splits subject to change based on final application \*

Driver  - OZUNA 02                         ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 09:51<br>**Gross** | **83020** | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 09:30<br>**Tare** | **28620** | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| | | | BC | | |
| **Net** | **54400** | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 971.43 | OPEN STORAGE #12 | | | |
| Net Bu. | 971.43 | Brownsville, TX<br>OMH114179-369 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

**CERTIFICATION: This certificate is issued by an inspector/weigher licensed**
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____ YVONNE CALZADA _____

**COPY - Not Negotiable**

Scanned with CamScanner

**Elevator Section**
Garcia Grain Trading
PROGRESO DIVISION
Tel. No.: 956-565-2674

**Transport Section**
TC TRUCKING
GUSTAVO CAVAZOS
131C-863

**Customer Section**
FCSTONE MERCHANT
SERVICES
NA

**Ticket In  79132**  v.2.7

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 13.300 |
| Test Weight | 59.400 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,600.00 |

| | IN | OUT |
|---|---|---|
| | 11/11/2022 11:21 | 11/11/2022 11:38 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 30964 | 53600 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 80,940.00 |
| TARE | 27,340.00 |
| NET | 53,600.00 |
| METRIC TONS | 24.313 |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number 00030964**

## Yellow Corn - Outbound
FCSTOMA                                WN=000050481           Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 957.14 | 100.00 % |

FCSTOM                                           11/11/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - TC TRUCKING                            ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| Gross 09:38 | 80720 | | Moisture | 15.0 | |
| Tare 09:22 | 27120 | | TestWeight | 56.0 | |
| | | | Total Dam | 3.0 | |
| Net | 53600 | | Heat Dam | | |
| | | | BC | | |
| Grs Bu. | 957.14 | OPEN STORAGE #12 | BCFM | 3.0 | |
| Net Bu. | 957.14 | Brownsville, TX OMH114179-382 | Aflatoxin | | |
| | | | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT**, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**COPY - Not Negotiable**

Scanned with CamScanner

**Elevator Section**
**Garcia Grain Trading**
PROGRESO DIVISION
Tel. No.: 956-565-2674

**Transport Section**
BETANCOURT TRUCKING
FELIPE BETANCOURT SR
X20-107

**Customer Section**
FCSTONE MERCHANT
SERVICES
NA

**Ticket In** | **79134**  v.2.7

| | IN | OUT |
|---|---|---|
| | 11/11/2022 11:29 | 11/11/2022 11:46 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE | 30967 | 54100 |

| Moisture | 13.400 |
|---|---|
| Test Weight | 60.200 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,040.00 |

**WEIGHTS**

| GROSS | 82,560.00 |
|---|---|
| TARE | 28,520.00 |
| NET | 54,040.00 |
| METRIC TONS | 24.512 |

Driver Signature

Weigher Signature: J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd     Brownsville, TX 78521     Ph. (956) 620-2020

Ticket Number
**00030967**

## Yellow Corn - Outbound
FCSTOMA                                     WN=000050484          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 966.07 | 100.00 % |

FCSTOM                                              11/11/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver   - BETANCOURT RED                    ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 10:17 **Gross** 82780 | | Moisture | 15.0 | |
| | | TestWeight | 56.0 | |
| 10:07 **Tare** 28680 | | Total Dam | 3.0 | |
| | | Heat Dam | | |
| **Net** 54100 | | BC | | |
| | | BCFM | 3.0 | |
| | | Aflatoxin | | |
| Grs Bu. 966.07 | OPEN STORAGE #12 | | | |
| Net Bu. 966.07 | Brownsville, TX OMH114179-378 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | BETANCOURT TRUCKING LUIS FERNANDEZ 033B-024 | FCSTONE MERCHANT SERVICES NA |

**Ticket In  79136**  v. 2.7

| | IN | OUT |
|---|---|---|
| | 11/11/2022 11:39 | 11/11/2022 11:57 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Moisture | 13.200 |
|---|---|
| Test Weight | 59.900 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 52,680.00 |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE | 30968 | 52840 |

**WEIGHTS**

| GROSS | 80,660.00 |
|---|---|
| TARE | 27,980.00 |
| NET | 52,680.00 |
| METRIC TONS | 23.895 |

_____ Driver Signature

Weigher Signature: J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00030968**

## Yellow Corn - Outbound
FCSTOMA                                          WN=000050485              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/11/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 943.57 | 100.00 % | FC STONE MERCHANT SERVICES LLC FCSTOMA 1251 NW BRIARCLIFF PKWY STE 80 KANSAS CITY MO 64116 | |
| * Splits subject to change based on final application * | | | Driver   - BETANCOURT 07 | ON |

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 10:27 **Gross** | **80800** | | Moisture | 15.0 | |
| 10:16 **Tare** | **27960** | | TestWeight | 56.0 | |
| | | | Total Dam | 3.0 | |
| **Net** | **52840** | | Heat Dam | | |
| | | | BC | | |
| | | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 943.57 | OPEN STORAGE #12 | | | |
| Net Bu. | 943.57 | Brownsville, TX OMH114179-383 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____ **YVONNE CALZADA** _____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| **Elevator Section**<br>**Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | **Transport Section**<br>F & A EXPRESS<br>JAIME GARZA<br>187C-179 | **Customer Section**<br>FCSTONE MERCHANT<br>SERVICES<br>NA |
|---|---|---|

**Ticket In** | **79137** | v.2.7

| | IN | OUT |
|---|---|---|
| | 11/11/2022 11:44 | 11/11/2022 12:03 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 30969 | 53880 |

| | |
|---|---|
| Moisture | 13.700 |
| Test Weight | 60.000 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,860.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 82,160.00 |
| TARE | 28,300.00 |
| NET | 53,860.00 |
| METRIC TONS | 24.431 |

_____
Driver Signature

_____
Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00030969**

## Yellow Corn - Outbound
FCSTOMA

WN=000050486          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 962.14 | 100.00 % |

FCSTOM                                   11/11/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver   - F&A 05                                    ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 10:33<br>**Gross**  82500 | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam<br>BC<br>BCFM<br>Aflatoxin | 15.0<br>56.0<br>3.0<br><br><br>3.0 | |
| 10:19<br>**Tare**  28620 | | | | |
| **Net**  53880 | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114179-384 | | | |
| Grs Bu.  962.14<br>Net Bu.  962.14 | | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT**, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____ YVONNE CALZADA _____

**COPY - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | BARBIS TRANSPORT RAUL PEREZ 154C-338 | FCSTONE MERCHANT SERVICES NA |

## Ticket In  79138  v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/11/2022 11:54 | 11/11/2022 12:07 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | | Origin | OrgTicket | OrgWeight |
|---|---|---|---|---|
| | | BROWNSVILLE | 30970 | 51720 |

| | | | |
|---|---|---|---|
| Moisture | 13.800 | | **WEIGHTS** |
| Test Weight | 60.000 | | |
| PPB | .0 | **GROSS** | 80,760.00 |
| Dry Weight % | 100.00 | **TARE** | 29,000.00 |
| Discount/100 LB | $0.00 | **NET** | 51,760.00 |
| Dry Weight | 51,760.00 | **METRIC TONS** | 23.478 |

_____
Driver Signature

_____
Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number**
*00030970*

## Yellow Corn - Outbound
FCSTOMA                                WN=000050487              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/11/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 923.57 | 100.00 % | | |
| | | | FC STONE MERCHANT SERVICES LLC FCSTOMA 1251 NW BRIARCLIFF PKWY STE 80 KANSAS CITY MO 64116 | |
| * Splits subject to change based on final application * | | | Driver   - JR BARBIS WHITE | ON |

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 10:40 **Gross** | **80980** | | Moisture TestWeight Total Dam | 15.0 56.0 3.0 | |
| 10:26 **Tare** | **29260** | | Heat Dam BC BCFM Aflatoxin | 3.0 | |
| **Net** | **51720** | | | | |
| Grs Bu. | 923.57 | OPEN STORAGE #12 Brownsville, TX OMH114179-365 | | | |
| Net Bu. | 923.57 | | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.     Licensed Inspector and/or Weigher: _____YVONNE CALZADA_____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | F & A EXPRESS<br>MARGARITO PONCE<br>W44-007 | FCSTONE MERCHANT<br>SERVICES<br>NA |

### Ticket In 79139 *v.2.7*

| | IN | OUT |
|---|---|---|
| | 11/11/2022 12:00 | 11/11/2022 12:21 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | | Origin | OrgTicket | OrgWeight |
|---|---|---|---|---|
| | | BROWNSVILLE | 30971 | 52000 |

| Moisture | 13.700 |
|---|---|
| Test Weight | 59.900 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 52,060.00 |

**WEIGHTS**

| GROSS | 81,860.00 |
|---|---|
| TARE | 29,800.00 |
| NET | 52,060.00 |
| METRIC TONS | 23.614 |

_Morgan_
Driver Signature

Weigher Signature: J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

Ticket Number
**00030971**

## Yellow Corn - Outbound

FCSTOMA                           WN=000050488           Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | | 11/11/2022 |
|---|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 928.57 | 100.00 % | FC STONE MERCHANT SERVICES LLC<br>FCSTOMA<br>1251 NW BRIARCLIFF PKWY STE 80<br>KANSAS CITY MO 64116 | | |
| * Splits subject to change based on final application * | | | Driver  - F&A 06 | | ON |

| Weights  -  YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 10:49<br>**Gross** | **81980** | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam<br>BC<br>BCFM<br>Aflatoxin | 15.0<br>56.0<br>3.0<br><br><br>3.0 | |
| 10:35<br>**Tare** | **29980** | | | | |
| **Net** | **52000** | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114179-386 | | | |
| Grs Bu. | 928.57 | | | | |
| Net Bu. | 928.57 | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| **Elevator Section** | **Transport Section** | **Customer Section** |
|---|---|---|
| Garcia Grain Trading<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | R. SAENZ TRUCKING<br>RICARDO SAENZ<br>Y59-767 | FCSTONE MERCHANT SERVICES<br>NA |

**Ticket In  79141**  v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/11/2022 12:18 | 11/11/2022 12:43 |

|  | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
|  | BROWNSVILLE | 30972 | 53360 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 13.800 |
| Test Weight | 60.100 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,400.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 81,640.00 |
| TARE | 28,240.00 |
| NET | 53,400.00 |
| METRIC TONS | 24.222 |

_____
Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC–Brownsville Elevator

9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

Ticket Number
**00030972**

## Yellow Corn – Outbound

FCSTOMA                              WN=000050489              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 952.86 | 100.00 % |

FCSTOM                                              11/11/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - R SAENZ 04                              ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 11:07<br>Gross | 81860 | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam<br>BC<br>BCFM<br>Aflatoxin | 15.0<br>56.0<br>3.0<br><br><br>3.0 | |
| 10:57<br>Tare | 28500 | | | | |
| Net | 53360 | | | | |
| Grs Bu.<br>Net Bu. | 952.86<br>952.86 | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114179-388 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____YVONNE CALZADA_____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

## Elevator Section
**Garcia Grain Trading**
PROGRESO DIVISION
**Tel. No.:** 956-565-2674

## Transport Section
BAUCON TRANSPORT
ERASMO CONTRERAS
219B-688

## Customer Section
FCSTONE MERCHANT
SERVICES
NA

### Ticket In  79142  v.2.7

| | IN | OUT |
|---|---|---|
| | 11/11/2022 12:25 | 11/11/2022 12:47 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 30973 | 53440 |

| | |
|---|---|
| Moisture | 13.900 |
| Test Weight | 59.400 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,400.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 80,880.00 |
| TARE | 27,480.00 |
| NET | 53,400.00 |
| METRIC TONS | 24.222 |

_____
Driver Signature

Weigher Signature: ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00030973**

## Yellow Corn - Outbound
FCSTOMA                                    WN=000050490              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 954.29 | 100.00 % |

FCSTOM                                    11/11/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver   - BAUCON TRUCKING                    ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 11:13 Gross | 81200 | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 11:01 Tare | 27760 | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| | | | BC | | |
| Net | 53440 | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 954.29 | OPEN STORAGE #12 Brownsville, TX | | | |
| Net Bu. | 954.29 | OMH114179-387 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner