| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | ALEJO TRANSPORT<br>JERRY RUIZ<br>065C-144 | FCSTONE MERCHANT<br>SERVICES<br>NA |

**Ticket In  79143**  v.2.7

| | IN | OUT |
|---|---|---|
| | 11/11/2022 12:38 | 11/11/2022 12:56 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 30974 | 52000 |

| | |
|---|---|
| Moisture | 13.700 |
| Test Weight | 60.400 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 51,960.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 79,560.00 |
| TARE | 27,600.00 |
| NET | 51,960.00 |
| METRIC TONS | 23.569 |

Driver Signature

Weigher Signature: J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
**00030974**

## Yellow Corn - Outbound
FCSTOMA                                    WN=000050491              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 928.57 | 100.00 % |

FCSTOM                                    11/11/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  – ALEJO TRANSPORT                    ON

| Weights – YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 11:21<br>Gross | 79760 | | Moisture | 15.0 | |
| 11:11<br>Tare | 27760 | | TestWeight | 56.0 | |
| | | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| Net | 52000 | | BC | | |
| | | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 928.57 | OPEN STORAGE #12 | | | |
| Net Bu. | 928.57 | Brownsville, TX<br>OMH114179-385 | | | |
| | | | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____ YVONNE CALZADA ____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| **Elevator Section**<br>**Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | **Transport Section**<br>D & O TRUCKING<br>FERNANDO MUNOZ<br>170C-483 | **Customer Section**<br>FCSTONE MERCHANT<br>SERVICES<br>NA |
|---|---|---|

**Ticket In** **79144** *v.2.7*

|  | IN | OUT |
|---|---|---|
|  | 11/11/2022 12:47 | 11/11/2022 13:04 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 30976 | 53220 |

| | |
|---|---|
| Moisture | 13.700 |
| Test Weight | 60.100 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,220.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 81,720.00 |
| TARE | 28,500.00 |
| NET | 53,220.00 |
| METRIC TONS | 24.140 |

_Driver Signature_

Weigher Signature: ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

Ticket Number
**00030976**

## Yellow Corn - Outbound

FCSTOMA

WN=000050493          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 950.36 | 100.00 % |

FCSTOM                                11/11/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - D&O TRUCKING 1                ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 11:35<br>Gross **81920** | | Moisture | 15.0 | |
| | | TestWeight | 56.0 | |
| 11:18<br>Tare **28700** | | Total Dam | 3.0 | |
| | | Heat Dam | | |
| Net **53220** | | BC | | |
| | | BCFM | 3.0 | |
| Grs Bu. 950.36 | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114179-391 | Aflatoxin | | |
| Net Bu. 950.36 | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**COPY - Not Negotiable**

Scanned with CamScanner

**Elevator Section**
Garcia Grain Trading
PROGRESO DIVISION
Tel. No.: 956-565-2674

**Transport Section**
NAJERA TRANSPORTATION
JOSE MARTINEZ
081C-259

**Customer Section**
FCSTONE MERCHANT
SERVICES
NA

**Ticket In** | **79145** | v.2.7

| | IN | OUT |
|---|---|---|
| | 11/11/2022 12:51 | 11/11/2022 13:10 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 30975 | 55080 |

| | | **WEIGHTS** |
|---|---|---|
| Moisture | 13.900 | |
| Test Weight | 59.000 | GROSS | 84,060.00 |
| PPB | .0 | |
| Dry Weight % | 100.00 | TARE | 29,100.00 |
| Discount/100 LB | $0.00 | NET | 54,960.00 |
| Dry Weight | 54,960.00 | METRIC TONS | 24.930 |

*Josi Mtr*
Driver Signature

Weigher Signature: ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number**
**00030975**

## Yellow Corn - Outbound

FCSTOMA                WN=000050492              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/11/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 983.57 | 100.00 % | | |

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - NAJERA TRUCKING          ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 11:29 Gross | 84360 | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 11:12 Tare | 29280 | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| Net | 55080 | OPEN STORAGE #12 | BC | | |
| | | Brownsville, TX | BCFM | 3.0 | |
| | | OMH114179-390 | Aflatoxin | | |
| Grs Bu. | 983.57 | | | | |
| Net Bu. | 983.57 | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____ YVONNE CALZADA

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.:  956-565-2674 | BAUTISTA TRANSPORT<br>JACOB BAUTISTA<br>150C-123 | FCSTONE MERCHANT<br>SERVICES<br>NA |

**Ticket In  79146**  v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/11/2022 13:14 | 11/11/2022 13:41 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 30977 | 55200 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 13.800 |
| Test Weight | 59.700 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 55,340.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 83,800.00 |
| TARE | 28,460.00 |
| NET | 55,340.00 |
| METRIC TONS | 25.102 |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00030977**

## Yellow Corn - Outbound
FCSTOMA                                          WN=000050494          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 985.71 | 100.00 % |

FCSTOM                                          11/11/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver   - BAUTISTA BLACK                              ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 11:53<br>**Gross** | **83920** | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam<br>BC<br>BCFM<br>Aflatoxin | 15.0<br>56.0<br>3.0<br><br><br>3.0<br> | |
| 11:42<br>**Tare** | **28720** | | | | |
| **Net** | **55200** | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114179-392 | | | |
| Grs Bu. | 985.71 | | | | |
| Net Bu. | 985.71 | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.         Licensed Inspector and/or Weigher: _____ YVONNE CALZADA _____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

## Elevator Section

**Garcia Grain Trading**
PROGRESO DIVISION
Tel. No.: 956-565-2674

## Transport Section

EXPRESS TRANSPORT
ROBERT PINEDA
Y59-801

## Customer Section

FCSTONE MERCHANT
SERVICES
NA

**Ticket In** **79152** *v.2.7*

|  | IN | OUT |
|---|---|---|
|  | 11/11/2022 13:34 | 11/11/2022 14:15 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 30978 | 51880 |

| Moisture | 13.700 |
|---|---|
| Test Weight | 59.600 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 51,840.00 |

**WEIGHTS**

| GROSS | 82,460.00 |
|---|---|
| TARE | 30,620.00 |
| NET | 51,840.00 |
| METRIC TONS | 23.514 |

Driver Signature

Weigher Signature: ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator

9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
*00030978*

## Yellow Corn - Outbound

FCSTOMA                                    WN=000050495              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 926.43 | 100.00 % |

FCSTOM                                              11/11/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - EXPRESS TRANS 09                ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 12:12 **Gross** 82720 |  | Moisture | 15.0 |  |
| 11:54 **Tare** 30840 |  | TestWeight | 56.0 |  |
| **Net** 51880 |  | Total Dam | 3.0 |  |
|  |  | Heat Dam |  |  |
|  | OPEN STORAGE #12 | BC |  |  |
| Grs Bu. 926.43 | Brownsville, TX | BCFM | 3.0 |  |
| Net Bu. 926.43 | OMH114179-389 | Aflatoxin |  |  |
|  |  | Grade U.S. | No. 2 |  |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**COPY - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | BETANCOURT TRUCKING<br>FELIPE BETANCOURT JR<br>109C-980 | FCSTONE MERCHANT<br>SERVICES<br>NA |

### Ticket In | 79153  *v.2.7*

| | IN | OUT |
|---|---|---|
| | 11/11/2022 13:37 | 11/11/2022 14:18 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 13.900 |
| Test Weight | 59.500 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,160.00 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 30979 | 54220 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 81,080.00 |
| TARE | 26,920.00 |
| NET | 54,160.00 |
| METRIC TONS | 24.567 |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number**
**00030979**

## Yellow Corn - Outbound
FCSTOMA                                   WN=000050496          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/11/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 968.21 | 100.00 % | FC STONE MERCHANT SERVICES LLC<br>FCSTOMA<br>1251 NW BRIARCLIFF PKWY STE 80<br>KANSAS CITY MO 64116 | |

* Splits subject to change based on final application *

Driver  - BETANCOURT 05                     ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 12:31<br>**Gross** | **81340** | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| | | | Total Dam | 3.0 | |
| 12:13<br>**Tare** | **27120** | | Heat Dam | | |
| | | | BC | | |
| | | | BCFM | 3.0 | |
| **Net** | **54220** | | Aflatoxin | | |
| Grs Bu. | 968.21 | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114179-393 | | | |
| Net Bu. | 968.21 | | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____YVONNE CALZADA_____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>**Tel. No.:** 956-565-2674 | OZUNA TRUCKING<br>ROY OZUNA SR<br>X44-274 | FCSTONE MERCHANT<br>SERVICES<br>NA |

**Ticket In** 79154  v.2.7

| | IN | OUT |
|---|---|---|
| | 11/11/2022 14:03 | 11/11/2022 14:29 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | | | Origin | OrgTicket | OrgWeight |
|---|---|---|---|---|---|
| | | | BROWNSVILLE | 30981 | 53160 |

| | |
|---|---|
| Moisture | 12.800 |
| Test Weight | 59.700 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,100.00 |

**WEIGHTS**

| | |
|---|---|
| **GROSS** | 81,420.00 |
| **TARE** | 28,320.00 |
| **NET** | 53,100.00 |
| **METRIC TONS** | 24.086 |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

Ticket Number
**00030981**

## Yellow Corn - Outbound
FCSTOMA                                WN=000050498            Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | | 11/11/2022 |
|---|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 949.29 | 100.00 % | FC STONE MERCHANT SERVICES LLC<br>FCSTOMA<br>1251 NW BRIARCLIFF PKWY STE 80<br>KANSAS CITY MO 64116 | | |
| * Splits subject to change based on final application * | | | Driver   - OZUNA TRUCKING 07 | | ON |

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 12:55<br>**Gross** | **81660** | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam<br>BC<br>BCFM<br>Aflatoxin | 15.0<br>56.0<br>3.0<br><br><br>3.0 | |
| 12:36<br>**Tare** | **28500** | | | | |
| **Net** | **53160** | OPEN STORAGE #12 | | | |
| Grs Bu. | 949.29 | Brownsville, TX | | | |
| Net Bu. | 949.29 | OMH114179-397 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____ YVONNE CALZADA _____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | OZUNA TRUCKING<br>ROY OZUNA<br>005B-516 | FCSTONE MERCHANT<br>SERVICES<br>NA |

**Ticket In** | **79155** *v.2.7*

|  | IN | OUT |
|---|---|---|
|  | 11/11/2022 14:07 | 11/11/2022 14:34 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 13.100 |
| Test Weight | 59.400 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 56,240.00 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 30980 | 56180 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 84,260.00 |
| TARE | 28,020.00 |
| NET | 56,240.00 |
| METRIC TONS | 25.510 |

_____
Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
**00030980**

## Yellow Corn - Outbound
FCSTOMA                                    WN=000050497            Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/11/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 1003.21 | 100.00 % | | |
| | | | FC STONE MERCHANT SERVICES LLC<br>FCSTOMA<br>1251 NW BRIARCLIFF PKWY STE 80<br>KANSAS CITY MO 64116 | |
| * Splits subject to change based on final application * | | | Driver  - OZUNA 02 | ON |

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 12:48<br>**Gross** | **84580** | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam<br>BC<br>BCFM<br>Aflatoxin | 15.0<br>56.0<br>3.0<br><br><br>3.0 | |
| 12:36<br>**Tare** | **28400** | | | | |
| **Net** | **56180** | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114179-396 | | | |
| Grs Bu. | 1,003.21 | | | | |
| Net Bu. | 1,003.21 | | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____YVONNE CALZADA_____

**COPY - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | BETANCOURT TRUCKING<br>FELIPE BETANCOURT SR<br>X20-107 | FCSTONE MERCHANT<br>SERVICES<br>NA |

**Ticket In** | **79156** | v.2.7

| | IN | OUT |
|---|---|---|
| | 11/11/2022 14:17 | 11/11/2022 14:41 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE | 30983 | 52480 |

| | | |
|---|---|---|
| Moisture | 13.400 |
| Test Weight | 59.600 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 52,480.00 |

| | WEIGHTS |
|---|---|
| GROSS | 80,880.00 |
| TARE | 28,400.00 |
| NET | 52,480.00 |
| METRIC TONS | 23.805 |

Driver Signature

Weigher Signature: J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
**00030983**

## Yellow Corn - Outbound
FCSTOMA                                   WN=000050500          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 937.14 | 100.00 % |

FCSTOM                                    11/11/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - BETANCOURT RED                  ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 13:09<br>**Gross** | **81020** | | Moisture | 15.0 | |
| 12:55<br>**Tare** | **28540** | | TestWeight | 56.0 | |
| | | | Total Dam | 3.0 | |
| **Net** | **52480** | | Heat Dam | | |
| | | | BC | | |
| | | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 937.14 | OPEN STORAGE #12<br>Brownsville, TX | | | |
| Net Bu. | 937.14 | OMH114179-395 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**ORIGINAL** - Not Negotiable

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | TC TRUCKING GUSTAVO CAVAZOS 181C-863 | FCSTONE MERCHANT SERVICES NA |

## Ticket In | 79157 | v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/11/2022 14:20 | 11/11/2022 14:48 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 30982 | 55260 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

|  | | **WEIGHTS** |
|---|---|---|
| Moisture | 13.000 | |
| Test Weight | 59.700 | GROSS | 82,300.00 |
| PPB | .0 | |
| Dry Weight % | 100.00 | TARE | 27,160.00 |
| Discount/100 LB | $0.00 | NET | 55,140.00 |
| Dry Weight | 55,140.00 | METRIC TONS | 25.011 |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number**
**00030982**

## Yellow Corn - Outbound

FCSTOMA                         WN=000050499          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 986.79 | 100.00 % |

FCSTOM                                    11/11/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - TC TRUCKING                          ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 13:03 Gross | 82460 | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 12:51 Tare | 27200 | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| Net | 55260 | | BC | | |
| | | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 986.79 | OPEN STORAGE #12 Brownsville, TX | | | |
| Net Bu. | 986.79 | OMH114179-394 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____ YVONNE CALZADA _____

**ORIGINAL - Not Negotiable**


Scanned with CamScanner