| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | BETANCOURT TRUCKING<br>LUIS FERNANDEZ<br>033B-024 | FCSTONE MERCHANT SERVICES<br>NA |

**Ticket In  79158**  v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/11/2022 14:22 | 11/11/2022 14:53 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 30984 | 52160 |

| | |
|---|---|
| Moisture | 13.400 |
| Test Weight | 59.800 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 52,080.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 79,900.00 |
| TARE | 27,820.00 |
| NET | 52,080.00 |
| METRIC TONS | 23.623 |



Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number**
**00030984**

## Yellow Corn - Outbound
FCSTOMA                                    WN=000050501           Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 931.43 | 100.00 % |

FCSTOM                                                11/11/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

\* Splits subject to change based on final application \*

Driver  - BETANCOURT 07                    ON

| Weights  -  YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 13:14<br>**Gross     80020** | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam<br>BC<br>BCFM<br>Aflatoxin | 15.0<br>56.0<br>3.0<br><br><br>3.0 | |
| 13:04<br>**Tare     27860** | | | | |
| **Net     52160** | | | | |
| Grs Bu.     931.43<br>Net Bu.     931.43 | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114179-400 | Grade U.S.     No. 2 | | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____ YVONNE CALZADA _____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | F & A EXPRESS JAIME GARZA 187C-179 | FCSTONE MERCHANT SERVICES NA |

**Ticket In | 79159** v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/11/2022 14:36 | 11/11/2022 14:57 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 30985 | 55320 |

| Moisture | 12.500 |
|---|---|
| Test Weight | 60.400 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 55,300.00 |

**WEIGHTS**

| GROSS | 83,460.00 |
|---|---|
| TARE | 28,160.00 |
| NET | 55,300.00 |
| METRIC TONS | 25.084 |

_____
Driver Signature

_____
Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
**00030985**

# Yellow Corn - Outbound
FCSTOMA

WN=000050502

Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 987.86 | 100.00 % |

FCSTOM

11/11/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - F&A 05

ON

| Weights - YC |  | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 13:22 Gross | 83720 |  | Moisture | 15.0 |  |
|  |  |  | TestWeight | 56.0 |  |
| 13:12 Tare | 28400 |  | Total Dam | 3.0 |  |
|  |  |  | Heat Dam |  |  |
| Net | 55320 |  | BC |  |  |
|  |  | OPEN STORAGE #12 | BCFM | 3.0 |  |
| Grs Bu. | 987.86 | Brownsville, TX | Aflatoxin |  |  |
| Net Bu. | 987.86 | OMH114179-399 | Grade U.S. | No. 2 |  |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____YVONNE CALZADA_____

**COPY - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | BARBIS TRANSPORT RAUL PEREZ 154C-338 | FCSTONE MERCHANT SERVICES NA |

**Ticket In**  **79160**  v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/11/2022 14:44 | 11/11/2022 15:06 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE | 30986 | 53260 |

| | |
|---|---|
| Moisture | 12.300 |
| Test Weight | 59.900 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,260.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 82,180.00 |
| TARE | 28,920.00 |
| NET | 53,260.00 |
| METRIC TONS | 24.159 |

_____
Driver Signature

_____
Weigher Signature: J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
**00030986**

## Yellow Corn - Outbound
FCSTOMA                    WN=000050503            Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 951.07 | 100.00 % |

FCSTOM                                          11/11/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver   - JR BARBIS WHITE                          ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 13:29 Gross | 82320 | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 13:14 Tare | 29060 | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| Net | 53260 | | BC | | |
| | | | BCFM | 3.0 | |
| | | OPEN STORAGE #12 | Aflatoxin | | |
| Grs Bu. | 951.07 | Brownsville, TX | | | |
| Net Bu. | 951.07 | OMH114179-402 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | D&O TRK<br>FERNANDO<br>170C483 | FCSTONE MERCHANT<br>SERVICES<br>NA |

**Ticket In  79162**  v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/11/2022 15:45 | 11/11/2022 16:05 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE | 30987 | 55240 |

| | | **WEIGHTS** |
|---|---|---|
| Moisture | 12.700 | |
| Test Weight | 60.000 | **GROSS**  83,600.00 |
| PPB | .0 | |
| Dry Weight % | 100.00 | **TARE**  28,380.00 |
| Discount/100 LB | $0.00 | |
| Dry Weight | 55,220.00 | **NET**  55,220.00 |
| | | **METRIC TONS**  25.048 |

_____
Driver Signature

_____
Weigher Signature: ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00030987**

## Yellow Corn - Outbound
FCSTOMA                                    WN=000050504                    Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 986.43 | 100.00 % |

FCSTOM                                    11/11/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - D&O TRUCKING 1                    ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 14:25<br>**Gross** | **83740** | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam<br>BC<br>BCFM<br>Aflatoxin | 15.0<br>56.0<br>3.0<br><br><br>3.0 | |
| 14:11<br>**Tare** | **28500** | | | | |
| **Net** | **55240** | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114179-401 | | | |
| Grs Bu. | 986.43 | | | | |
| Net Bu. | 986.43 | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____ YVONNE CALZADA _____

**COPY - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | NAJERA  TRK<br>JOSE<br>081C259 | FCSTONE MERCHANT<br>SERVICES<br>NA |

**Ticket In** | **79163**   *v.2.7*

| | IN | OUT |
|---|---|---|
| | 11/11/2022 15:58 | 11/11/2022 16:15 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROS | 30988 | 54000 |

| | |
|---|---|
| Moisture | 13.700 |
| Test Weight | 59.300 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,060.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 83,200.00 |
| TARE | 29,140.00 |
| NET | 54,060.00 |
| METRIC TONS | 24.521 |

_____
Driver Signature

_____
Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

Ticket Number
*00030988*

## Yellow Corn - Outbound
FCSTOMA                WN=000050505        Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 964.29 | 100.00 % |

*13.7*
*59.3*

* Splits subject to change based on final application *

FCSTOM                                         11/11/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

Driver  - NAJERA TRUCKING                      ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| **Gross** 14:35 | **83460** | | Moisture | 15.0 | |
| **Tare** 14:26 | **29460** | | TestWeight | 56.0 | |
| | | | Total Dam | 3.0 | |
| **Net** | **54000** | | Heat Dam | | |
| | | | BC | | |
| | | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 964.29 | OPEN STORAGE #12 | | | |
| Net Bu. | 964.29 | Brownsville, TX<br>OMH114179-401 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**COPY - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | BETANCOURT TRUCKING<br>LUIS FERNANDEZ<br>03BB-024 | FCSTONE MERCHANT<br>SERVICES<br>NA |

**Ticket In   79176**   v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/14/2022 08:35 | 11/14/2022 08:52 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 30989 | 51420 |

| | |
|---|---|
| Moisture | 14.100 |
| Test Weight | 57.400 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 51,340.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 80,220.00 |
| TARE | 28,880.00 |
| NET | 51,340.00 |
| METRIC TONS | 23.288 |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00030989**

## Yellow Corn - Outbound
FCSTOMA                                    WN=000050506        Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 918.21 | 100.00 % |

FCSTOM                                    11/14/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver   - BETANCOURT 07                    ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 07:27<br>Gross | 80440 | | Moisture | 15.0 | |
| 07:14<br>Tare | 29020 | | TestWeight | 56.0 | |
| | | | Total Dam | 3.0 | |
| Net | 51420 | | Heat Dam | | |
| | | | BC | | |
| | | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 918.21 | OPEN STORAGE #12 | | | |
| Net Bu. | 918.21 | Brownsville, TX<br>OMH114179-405 | | | |
| | | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.:  956-565-2674 | BETANCOURT TRUCKING<br>FELIPE BETANCOURT SR<br>X20-107 | FCSTONE MERCHANT<br>SERVICES<br>NA |

## Ticket In  79177  *v.2.7*

| | IN | OUT |
|---|---|---|
| | 11/14/2022 08:39 | 11/14/2022 09:12 |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE | 30990 | 54360 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | | | WEIGHTS | |
|---|---|---|---|---|
| Moisture | 13.600 | | | |
| Test Weight | 60.000 | | | |
| PPB | .0 | GROSS | 83,120.00 | |
| Dry Weight % | 100.00 | TARE | 28,780.00 | |
| Discount/100 LB | $0.00 | NET | 54,340.00 | |
| Dry Weight | 54,340.00 | METRIC TONS | 24.648 | |

_____
Driver Signature

_____
Weigher Signature: J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
*00030990*

## Yellow Corn - Outbound
FCSTOMA                                WN=000050507              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/14/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 970.71 | 100.00 % | FC STONE MERCHANT SERVICES LLC<br>FCSTOMA<br>1251 NW BRIARCLIFF PKWY STE 80<br>KANSAS CITY MO 64116 | |
| * Splits subject to change based on final application * | | | Driver   - BETANCOURT 06 | ON |

| Weights  -  YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 07:35<br>**Gross** | **83400** | | Moisture | 15.0 | |
| 07:16<br>**Tare** | **29040** | | TestWeight | 56.0 | |
| | | | Total Dam | 3.0 | |
| **Net** | **54360** | | Heat Dam<br>BC | | |
| | | | BCFM | 3.0 | |
| Grs Bu. | 970.71 | OPEN STORAGE #12 | Aflatoxin | | |
| Net Bu. | 970.71 | Brownsville, TX<br>OMH114179-406 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____ YVONNE CALZADA

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | J. TREVINO TRUCKING JOSE TREVINO 170C-384 | FCSTONE MERCHANT SERVICES NA |

## Ticket In  79179  v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/14/2022 08:59 | 11/14/2022 09:18 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 30992 | 54780 |

| Moisture | 13.200 |
|---|---|
| Test Weight | 59.600 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,740.00 |

**WEIGHTS**

| GROSS | 84,080.00 |
|---|---|
| TARE | 29,340.00 |
| NET | 54,740.00 |
| METRIC TONS | 24.830 |

_____ Driver Signature

_____ Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number**
**00030992**

# Yellow Corn - Outbound
FCSTOMA

WN=000050508            Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 978.21 | 100.00 % |

FCSTOM                                    11/14/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - J. TREVINO 02              ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| **Gross** 07:47  **84400** |  | Moisture | 15.0 |  |
| **Tare** 07:19  **29620** |  | TestWeight | 56.0 |  |
| **Net**  **54780** |  | Total Dam | 3.0 |  |
|  |  | Heat Dam |  |  |
|  |  | BC |  |  |
| Grs Bu.  978.21 | OPEN STORAGE #12 Brownsville, TX OMH114179-416 | BCFM | 3.0 |  |
| Net Bu.  978.21 |  | Aflatoxin |  |  |
|  |  | Grade U.S. | No. 2 |  |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | BETANCOURT TRUCKING FELIPE BETANCOURT JR 109C-980 | FCSTONE MERCHANT SERVICES NA |

### Ticket In 79178 *v.2.7*

| | IN | OUT |
|---|---|---|
| | 11/14/2022 08:49 | 11/14/2022 09:22 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 30991 | 52900 |

| Moisture | 13.400 |
|---|---|
| Test Weight | 59.800 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 52,920.00 |

**WEIGHTS**

| GROSS | 79,940.00 |
|---|---|
| TARE | 27,020.00 |
| NET | 52,920.00 |
| METRIC TONS | 24.004 |

Driver Signature

Weigher Signature: ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number**
**00030991**

## Yellow Corn - Outbound
FCSTOMA

WN=000050509          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 944.64 | 100.00 % |

FCSTOM                                             11/14/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver   - BETANCOURT 05                    ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 07:41 **Gross** **80300** | | Moisture | 15.0 | |
| | | TestWeight | 56.0 | |
| 07:18 **Tare** **27400** | | Total Dam | 3.0 | |
| | | Heat Dam | | |
| **Net** **52900** | | BC | | |
| | | BCFM | 3.0 | |
| | | Aflatoxin | | |
| Grs Bu. 944.64 | Brownsville, TX | | | |
| Net Bu. 944.64 | OMH114179-407 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____ YVONNE CALZADA _____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| **Elevator Section** | **Transport Section** | **Customer Section** |
|---|---|---|
| Garcia Grain Trading | BARBIS TRUCKING | FCSTONE MERCHANT |
| PROGRESO DIVISION | RAUL PEREZ | SERVICES |
| Tel. No.: 956-565-2674 | 154C-338 | NA |

**Ticket In** **79180** *v.2.7*

| | IN | OUT |
|---|---|---|
| | 11/14/2022 09:10 | 11/14/2022 09:38 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 30993 | 51580 |

| | | **WEIGHTS** |
|---|---|---|
| Moisture | 12.700 | |
| Test Weight | 60.500 | **GROSS** 81,040.00 |
| PPB | .0 | **TARE** 29,420.00 |
| Dry Weight % | 100.00 | **NET** 51,620.00 |
| Discount/100 LB | $0.00 | |
| Dry Weight | 51,620.00 | **METRIC TONS** 23.415 |

_____ Driver Signature

_____ Weigher Signature. J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number**
*00030993*

## Yellow Corn - Outbound
FCSTOMA

WN=000050511                Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/14/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 921.07 | 100.00 % | | |
| | | | FC STONE MERCHANT SERVICES LLC | |
| | | | FCSTOMA | |
| | | | 1251 NW BRIARCLIFF PKWY STE 80 | |
| | | | KANSAS CITY MO 64116 | |
| * Splits subject to change based on final application * | | | Driver  - JR BARBIS WHITE | ON |

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 08:00 **Gross** | **81260** | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 07:44 **Tare** | **29680** | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| **Net** | **51580** | | BC | | |
| | | | BCFM | 3.0 | |
| Grs Bu. | 921.07 | OPEN STORAGE #12 | Aflatoxin | | |
| Net Bu. | 921.07 | Brownsville, TX | | | |
| | | OMH114179-410 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher:   YVONNE CALZADA

**COPY - Not Negotiable**

Scanned with CamScanner