| **Elevator Section**<br>**Garcia Grain Trading**<br>PROGRESO DIVISION<br>**Tel. No.:** 956-565-2674 | **Transport Section**<br>NAJERA TRANSPORTATION<br>JOSE MARTINEZ<br>081C-259 | **Customer Section**<br>FCSTONE MERCHANT<br>SERVICES<br>NA |
|---|---|---|

**Ticket In** | **79181** *v.2.7*

| | IN | OUT |
|---|---|---|
| | 11/14/2022 09:27 | 11/14/2022 09:50 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE | 30994 | 53280 |

| | |
|---|---|
| Moisture | 12.900 |
| Test Weight | 60.300 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,200.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 82,900.00 |
| TARE | 29,700.00 |
| NET | 53,200.00 |
| METRIC TONS | 24.131 |

*Jose M Tz*
Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

Ticket Number
**00030994**

## Yellow Corn - Outbound

FCSTOMA

WN=000050510

Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | | 11/14/2022 |
|---|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 951.43 | 100.00 % | | | |
| | | | FC STONE MERCHANT SERVICES LLC<br>FCSTOMA<br>1251 NW BRIARCLIFF PKWY STE 80<br>KANSAS CITY MO 64116 | | |
| * Splits subject to change based on final application * | | | Driver   - NAJERA | | ON |

| Weights  -  YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 08:09<br>**Gross** | **83260** | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam<br>BC | 15.0<br>56.0<br>3.0 | |
| 07:21<br>**Tare** | **29980** | | | | |
| **Net** | **53280** | | BCFM<br>Aflatoxin | 3.0 | |
| Grs Bu. | 951.43 | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114179-415 | | | |
| Net Bu. | 951.43 | | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher:   YVONNE CALZADA

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| **Elevator Section**<br>**Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | **Transport Section**<br>ALEJO TRANSPORT<br>JERRY RUIZ<br>065C-144 | **Customer Section**<br>FCSTONE MERCHANT<br>SERVICES<br>NA |
|---|---|---|

**Ticket In** | **79182** v.2.7

| | IN | OUT |
|---|---|---|
| | 11/14/2022 09:57 | 11/14/2022 10:11 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | | | Origin | OrgTicket | OrgWeight |
|---|---|---|---|---|---|
| | | | BROWNSVILLE | 30995 | 50260 |

| Moisture | 13.100 |
|---|---|
| Test Weight | 59.800 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 50,240.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 78,080.00 |
| TARE | 27,840.00 |
| NET | 50,240.00 |
| METRIC TONS | 22.789 |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator

9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
*00030995*

## Yellow Corn - Outbound

FCSTOMA

WN=000050512

Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | | 11/14/2022 |
|---|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 897.50 | 100.00 % | | | |

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

\* Splits subject to change based on final application \*

Driver   - ALEJO TRANSPORT          ON

| Weights  - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 08:47<br>**Gross** | **78400** | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam<br>BC<br>BCFM<br>Aflatoxin | 15.0<br>56.0<br>3.0<br><br><br>3.0 | |
| 08:30<br>**Tare** | **28140** | | | | |
| **Net** | **50260** | OPEN STORAGE #12 | | | |
| Grs Bu. | 897.50 | Brownsville, TX | | | |
| Net Bu. | 897.50 | OMH114179-404 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**COPY - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | **BAUTISTA TRANSPORT** MARGARITO BAUTISTA 015C-836 | **FCSTONE MERCHANT** SERVICES NA |

## Ticket In   79184   v.2.7

| | IN | OUT |
|---|---|---|
| | 11/14/2022 10:15 | 11/14/2022 10:34 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 30996 | 50780 |

| | |
|---|---|
| Moisture | 12.900 |
| Test Weight | 59.600 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 50,660.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 81,380.00 |
| TARE | 30,720.00 |
| NET | 50,660.00 |
| METRIC TONS | 22.979 |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
**00030996**

## Yellow Corn - Outbound
FCSTOMA                                    WN=000050513              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | | 11/14/2022 |
|---|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 906.79 | 100.00 % | | | |
| | | | FC STONE MERCHANT SERVICES LLC FCSTOMA 1251 NW BRIARCLIFF PKWY STE 80 KANSAS CITY MO 64116 | | |
| * Splits subject to change based on final application * | | | Driver  - BAUTISTA WHITE | | ON |

| Weights   -   YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 08:59 **Gross** | **81700** | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 08:39 **Tare** | **30920** | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| **Net** | **50780** | | BC | | |
| | | OPEN STORAGE #12 | BCFM | 3.0 | |
| Grs Bu. | 906.79 | Brownsville, TX | Aflatoxin | | |
| Net Bu. | 906.79 | OMH114179-398 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher:   YVONNE CALZADA

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | BAUTISTA TRANSPORT JACOB BAUTISTA 150C-123 | FCSTONE MERCHANT SERVICES NA |

**Ticket In** | **79185**  v.2.7

| | IN | OUT |
|---|---|---|
| | 11/14/2022 10:41 | 11/14/2022 11:00 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE | 30997 | 53580 |

| | | | **WEIGHTS** |
|---|---|---|---|
| Moisture | 13.000 | **GROSS** | 82,640.00 |
| Test Weight | 59.700 | **TARE** | 29,040.00 |
| PPB | .0 | **NET** | 53,600.00 |
| Dry Weight % | 100.00 | **METRIC TONS** | 24.313 |
| Discount/100 LB | $0.00 | | |
| Dry Weight | 53,600.00 | | |

_Driver Signature_

Weigher Signature: ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
**00030997**

## Yellow Corn - Outbound
FCSTOMA                                  WN=000050514              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/14/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 956.79 | 100.00 % | FC STONE MERCHANT SERVICES LLC FCSTOMA 1251 NW BRIARCLIFF PKWY STE 80 KANSAS CITY MO 64116 | |
| * Splits subject to change based on final application * | | | Driver  - BAUTISTA BLACK | ON |

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 09:11 **Gross** | **82900** | | Moisture TestWeight Total Dam Heat Dam BC BCFM Aflatoxin | 15.0 56.0 3.0   3.0 | |
| 08:50 **Tare** | **29320** | | | | |
| **Net** | **53580** | OPEN STORAGE #12 Brownsville, TX OMH114179-428 | | | |
| Grs Bu. | 956.79 | | | | |
| Net Bu. | 956.79 | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.       Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**COPY - Not Negotiable**

Scanned with CamScanner

| **Elevator Section** | **Transport Section** | **Customer Section** |
|---|---|---|
| Garcia Grain Trading<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | OZUNA TRUCKING<br>ROY OZUNA SR<br>X44-274 | FCSTONE MERCHANT<br>SERVICES<br>NA |

**Ticket In  79189**  v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/14/2022 11:17 | 11/14/2022 11:34 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 30999 | 54280 |

| | |
|---|---|
| Moisture | 12.700 |
| Test Weight | 60.300 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,260.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 82,820.00 |
| TARE | 28,560.00 |
| NET | 54,260.00 |
| METRIC TONS | 24.612 |

_____ Driver Signature

_____ Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00030999**

## Yellow Corn - Outbound
FCSTOMA                              WN=000050516              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 969.29 | 100.00 % |

FCSTOM                              11/14/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

\* Splits subject to change based on final application \*

Driver  - OZUNA TRUCKING 07              ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 09:45<br>**Gross**  **83160** | | Moisture | 15.0 | |
| 09:27<br>**Tare**  **28880** | | TestWeight<br>Total Dam | 56.0<br>3.0 | |
| | | Heat Dam | | |
| **Net**  **54280** | | BC<br>BCFM | 3.0 | |
| | | Aflatoxin | | |
| Grs Bu.  969.29 | OPEN STORAGE #12<br>Brownsville, TX | | | |
| Net Bu.  969.29 | OMH114179-413 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____ YVONNE CALZADA _____

**COPY - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | **OZUNA TRUCKING** ROY OZUNA 005B-516 | **FCSTONE MERCHANT** **SERVICES** NA |

**Ticket In  79190** _v.2.7_

|  | IN | OUT |
|---|---|---|
|  | 11/14/2022 11:19 | 11/14/2022 11:43 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

|  |  | | Origin | OrgTicket | OrgWeight |
|---|---|---|---|---|---|
| Moisture | 12.700 | | BROWNSVILLE | 31000 | 54840 |
| Test Weight | 60.300 | | | | |
| PPB | .0 | | | **WEIGHTS** | |
| Dry Weight % | 100.00 | | GROSS | 83,200.00 | |
| Discount/100 LB | $0.00 | | TARE | 28,380.00 | |
| Dry Weight | 54,820.00 | | NET | 54,820.00 | |
| | | | METRIC TONS | 24.866 | |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
*00031000*

## Yellow Corn - Outbound
FCSTOMA                          WN=000050517              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM |  | 11/14/2022 |
|---|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 979.29 | 100.00 % | | | |
| | | | FC STONE MERCHANT SERVICES LLC FCSTOMA 1251 NW BRIARCLIFF PKWY STE 80 KANSAS CITY MO 64116 | | |
| * Splits subject to change based on final application * | | | Driver  - OZUNA 02 | | ON |

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 09:58 **Gross** | **83600** | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 09:28 **Tare** | **28760** | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| **Net** | **54840** | | BC | | |
| | | | BCFM | 3.0 | |
| Grs Bu. | 979.29 | OPEN STORAGE #12 | Aflatoxin | | |
| Net Bu. | 979.29 | Brownsville, TX OMH114179-414 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**



## Elevator Section
**Garcia Grain Trading**
PROGRESO DIVISION
**Tel. No.:** 956-565-2674

## Transport Section
EXPRESS TRANSPORT
ROBERT PINEDA
Y59-801

## Customer Section
FCSTONE MERCHANT
SERVICES
NA

| **Ticket In** | **79187** | v.2.7 |
|---|---|---|

| | IN | OUT |
|---|---|---|
| | 11/14/2022 10:46 | 11/14/2022 11:47 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 30998 | 52400 |

| | |
|---|---|
| Moisture | 12.600 |
| Test Weight | 59.100 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 52,400.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 82,880.00 |
| TARE | 30,480.00 |
| NET | 52,400.00 |
| METRIC TONS | 23.768 |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00030998**

## Yellow Corn - Outbound
FCSTOMA

WN=000050515          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 935.71 | 100.00 % |

FCSTOM                                    11/14/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - EXPRESS TRANS 09          ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 09:16 **Gross** | **83180** | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 09:00 **Tare** | **30780** | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| | | | BC | | |
| **Net** | **52400** | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 935.71 | OPEN STORAGE #12 | | | |
| Net Bu. | 935.71 | Brownsville, TX OMH114179-412 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**COPY - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | BETANCOURT TRUCKING<br>LUIS FERNANDEZ<br>033B-024 | FCSTONE MERCHANT SERVICES<br>NA |

**Ticket In** **79191** *v.2.7*

|  | IN | OUT |
|---|---|---|
|  | 11/14/2022 11:24 | 11/14/2022 11:59 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 12.800 |
| Test Weight | 59.700 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,860.00 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31001 | 53880 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 82,600.00 |
| TARE | 28,740.00 |
| NET | 53,860.00 |
| METRIC TONS | 24.431 |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number**
**00031001**

## Yellow Corn - Outbound
FCSTOMA                    WN=000050518          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/14/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 962.14 | 100.00 % | FC STONE MERCHANT SERVICES LLC<br>FCSTOMA<br>1251 NW BRIARCLIFF PKWY STE 80<br>KANSAS CITY MO 64116 | |
| * Splits subject to change based on final application * | | | Driver   - BETANCOURT 07 | ON |

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| **Gross** 10:12 | **82780** | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| **Tare** 10:01 | **28900** | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| **Net** | **53880** | | BC | | |
| | | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 962.14 | OPEN STORAGE #12 | | | |
| Net Bu. | 962.14 | Brownsville, TX<br>OMH114179-417 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT**, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>**Tel. No.:** 956-565-2674 | BETANCOURT TRUCKING<br>FELIPE BETANCOURT SR<br>X20-107 | FCSTONE MERCHANT<br>SERVICES<br>NA |

## Ticket In | 79193 | v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/14/2022 11:46 | 11/14/2022 12:06 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31002 | 52980 |

| Moisture | 12.900 |
|---|---|
| Test Weight | 59.500 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 52,940.00 |

**WEIGHTS**

| GROSS | 81,600.00 |
|---|---|
| TARE | 28,660.00 |
| NET | 52,940.00 |
| METRIC TONS | 24.013 |

_Driver Signature_

Weigher Signature: J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator

9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
**00031002**

## Yellow Corn - Outbound

FCSTOMA                                    WN=000050519              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 946.07 | 100.00 % |

FCSTOM                                    11/14/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver   - BETANCOURT RED                    ON

| Weights  -  YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 10:36<br>**Gross**    81860 | | Moisture | 15.0 | |
| 10:26<br>**Tare**    28880 | | TestWeight | 56.0 | |
| | | Total Dam | 3.0 | |
| **Net**    52980 | | Heat Dam | | |
| | | BC | | |
| Grs Bu.    946.07 | OPEN STORAGE #12<br>Brownsville, TX | BCFM | 3.0 | |
| Net Bu.    946.07 | OMH114179-419 | Aflatoxin | | |
| | | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| **Elevator Section**<br>**Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | **Transport Section**<br>J. TREVINO TRUCKING<br>JOSE TREVINO<br>170C-384 | **Customer Section**<br>FCSTONE MERCHANT<br>SERVICES<br>NA |
|---|---|---|

**Ticket In** **79196** *v.2.7*

|  | IN | OUT |
|---|---|---|
|  | 11/14/2022 11:58 | 11/14/2022 12:16 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31003 | 54780 |

| | |
|---|---|
| Moisture | 13.200 |
| Test Weight | 58.900 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,720.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 83,940.00 |
| TARE | 29,220.00 |
| NET | 54,720.00 |
| METRIC TONS | 24.821 |

_____
Driver Signature

_____
Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator

9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00031003**

## Yellow Corn - Outbound

FCSTOMA                              WN=000050520          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/14/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 978.21 | 100.00 % | FC STONE MERCHANT SERVICES LLC<br>FCSTOMA<br>1251 NW BRIARCLIFF PKWY STE 80<br>KANSAS CITY MO 64116 | |

* Splits subject to change based on final application *

Driver  - J. TREVINO 2                    ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 10:43<br>**Gross** | **84260** | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam | 15.0<br>56.0<br>3.0 | |
| 10:30<br>**Tare** | **29480** | | BC<br>BCFM<br>Aflatoxin | 3.0 | |
| **Net** | **54780** | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114179-421 | | | |
| Grs Bu. | 978.21 | | | | |
| Net Bu. | 978.21 | | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT**, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___**YVONNE CALZADA**___

**COPY - Not Negotiable**

Scanned with CamScanner