| **Elevator Section** | **Transport Section** | **Customer Section** |
|---|---|---|
| Garcia Grain Trading | BETANCOURT TRUCKING | FCSTONE MERCHANT |
| PROGRESO DIVISION | FELIPE BETANCOURT JR | SERVICES |
| Tel. No.: 956-565-2674 | 109C-980 | NA |

**Ticket In 79197** v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/14/2022 12:02 | 11/14/2022 12:25 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31004 | 52420 |

| | |
|---|---|
| Moisture | 13.000 |
| Test Weight | 59.500 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 52,420.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 79,300.00 |
| TARE | 26,880.00 |
| NET | 52,420.00 |
| METRIC TONS | 23.778 |

_____
Driver Signature

_____
Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number**
**_00031004_**

## Yellow Corn - Outbound
FCSTOMA                    WN=000050521            Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/14/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 936.07 | 100.00 % | FC STONE MERCHANT SERVICES LLC FCSTOMA 1251 NW BRIARCLIFF PKWY STE 80 KANSAS CITY MO 64116 | |
| * Splits subject to change based on final application * | | | Driver  - BETANCOURT 05 | ON |

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 10:53 **Gross** 79600 | | Moisture | 15.0 | |
| 10:33 **Tare** 27180 | | TestWeight | 56.0 | |
| **Net** 52420 | | Total Dam | 3.0 | |
| | | Heat Dam | | |
| | OPEN STORAGE #12 | BC | | |
| | Brownsville, TX | BCFM | 3.0 | |
| Grs Bu. 936.07 | OMH114179-420 | Aflatoxin | | |
| Net Bu. 936.07 | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | **BARBIS TRUCKING** RAUL PEREZ 154C-338 | **FCSTONE MERCHANT SERVICES** NA |

**Ticket In** | **79198**  v.2.7

| | IN | OUT |
|---|---|---|
| | 11/14/2022 12:20 | 11/14/2022 12:40 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 12.600 |
| Test Weight | 60.200 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 50,140.00 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31006 | 50120 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 79,480.00 |
| TARE | 29,340.00 |
| NET | 50,140.00 |
| METRIC TONS | 22.743 |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator

9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00031006**

## Yellow Corn - Outbound

FCSTOMA

WN=000050523          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 895.00 | 100.00 % |

FCSTOM                                              11/14/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - JR BARBIS WHITE                    ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 11:04 Gross | 79660 | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 10:49 Tare | 29540 | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| Net | 50120 | | BC | | |
| | | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 895.00 | OPEN STORAGE #12 | | | |
| Net Bu. | 895.00 | Brownsville, TX OMH114179-411 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____YVONNE CALZADA_____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

## Elevator Section
**Garcia Grain Trading**
PROGRESO DIVISION
Tel. No.: 956-565-2674

## Transport Section
TC TRUCKING
GUSTAVO CAVAZOS
131C-863

## Customer Section
FCSTONE MERCHANT
SERVICES
NA

**Ticket In** | **79201** | v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/14/2022 12:37 | 11/14/2022 12:58 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31005 | 55860 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 13.200 |
| Test Weight | 59.700 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 55,800.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 82,980.00 |
| TARE | 27,180.00 |
| NET | 55,800.00 |
| METRIC TONS | 25.311 |

Driver Signature

Weigher Signature: ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
**00031005**

## Yellow Corn - Outbound
FCSTOMA                          WN=000050522              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/14/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 997.50 | 100.00 % | | |

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - TC TRUCKING                                    ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| Gross | 10:58 83220 | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| | | | Total Dam | 3.0 | |
| Tare | 10:35 27360 | | Heat Dam | | |
| | | | BC | | |
| Net | 55860 | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 997.50 | OPEN STORAGE #12 | | | |
| Net Bu. | 997.50 | Brownsville, TX OMH114179-408 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____ YVONNE CALZADA _____

**COPY - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** | ALEJO TRANSPORT | FCSTONE MERCHANT |
| PROGRESO DIVISION | JERRY RUIZ | SERVICES |
| **Tel. No.:** 956-565-2674 | 065C-144 | NA |

**Ticket In** **79205** *v.2.7*

| | IN | OUT |
|---|---|---|
| | 11/14/2022 12:50 | 11/14/2022 13:09 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31008 | 53700 |

| | | **WEIGHTS** |
|---|---|---|
| Moisture | 12.500 | |
| Test Weight | 60.000 | |
| PPB | .0 | |
| Dry Weight % | 100.00 | |
| Discount/100 LB | $0.00 | |
| Dry Weight | 53,720.00 | |

| | |
|---|---|
| **GROSS** | 81,440.00 |
| **TARE** | 27,720.00 |
| **NET** | 53,720.00 |
| **METRIC TONS** | 24.367 |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator

9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

Ticket Number
*00031008*

## Yellow Corn - Outbound

FCSTOMA                                WN=000050525              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | | 11/14/2022 |
|---|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 958.93 | 100.00 % | FC STONE MERCHANT SERVICES LLC | | |
| | | | FCSTOMA | | |
| | | | 1251 NW BRIARCLIFF PKWY STE 80 | | |
| | | | KANSAS CITY MO 64116 | | |
| * Splits subject to change based on final application * | | | Driver  - ALEJO TRANSPORT | | ON |

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 11:27 **Gross** | **81680** | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 11:17 **Tare** | **27980** | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| **Net** | **53700** | | BC | | |
| | | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 958.93 | OPEN STORAGE #12 | | | |
| Net Bu. | 958.93 | Brownsville, TX OMH114179-423 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

**CERTIFICATION: This certificate is issued by an inspector/weigher licensed**
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**COPY - Not Negotiable**

Scanned with CamScanner

**Elevator Section**
Garcia Grain Trading
PROGRESO DIVISION
Tel. No.: 956-565-2674

**Transport Section**
NAJERA TRANSPORTATION
JOSE MARTINEZ
081C-259

**Customer Section**
FCSTONE MERCHANT
SERVICES
NA

| Ticket In | 79204 | v.2.7 |
|---|---|---|

|  | IN | OUT |
|---|---|---|
|  | 11/14/2022 12:49 | 11/14/2022 13:25 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31007 | 50720 |

| Moisture | 12.300 |
|---|---|
| Test Weight | 60.400 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 50,740.00 |

**WEIGHTS**

| GROSS | 80,280.00 |
|---|---|
| TARE | 29,540.00 |
| NET | 50,740.00 |
| METRIC TONS | 23.016 |

Driver Signature: Jose M?

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

Ticket Number
**00031007**

## Yellow Corn - Outbound
FCSTOMA                    WN=000050524          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 905.71 | 100.00 % |

FCSTOM                                          11/14/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

\* Splits subject to change based on final application \*

Driver  - NAJERA TRUCKING                ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 11:09 Gross **80560** | | Moisture | 15.0 | |
| | | TestWeight | 56.0 | |
| 10:59 Tare **29840** | | Total Dam | 3.0 | |
| | | Heat Dam | | |
| Net **50720** | | BC | | |
| | | BCFM | 3.0 | |
| | | Aflatoxin | | |
| Grs Bu. 905.71 | OPEN STORAGE #12 Brownsville, TX | | | |
| Net Bu. 905.71 | OMH114179-422 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

ORIGINAL - Not Negotiable

Scanned with CamScanner

| **Elevator Section**<br>Garcia Grain Trading<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | **Transport Section**<br>BAUTISTA TRANSPORT<br>MARGARITO BAUTISTA<br>015C-836 | **Customer Section**<br>FCSTONE MERCHANT<br>SERVICES<br>NA |
|---|---|---|

**Ticket In  79211**  v.2.7

| | IN | OUT |
|---|---|---|
| | 11/14/2022 13:19 | 11/14/2022 13:56 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE | 31009 | 52700 |

| Moisture | 12.900 |
|---|---|
| Test Weight | 59.100 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 52,540.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 83,240.00 |
| TARE | 30,700.00 |
| NET | 52,540.00 |
| METRIC TONS | 23.832 |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
**00031009**

## Yellow Corn - Outbound
FCSTOMA                     WN=000050526          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 941.07 | 100.00 % |

FCSTOM                                           11/14/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver   - BAUTISTA WHITE                ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 11:58<br>**Gross**    **83480** | | Moisture | 15.0 | |
| | | TestWeight | 56.0 | |
| 11:48<br>**Tare**    **30780** | | Total Dam | 3.0 | |
| | | Heat Dam | | |
| | | BC | | |
| **Net**    **52700** | | BCFM | 3.0 | |
| | | Aflatoxin | | |
| Grs Bu.    941.07 | OPEN STORAGE #12 | | | |
| Net Bu.    941.07 | Brownsville, TX<br>OMH114179-418 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | BAUTISTA TRANSPORT<br>JACOB BAUTISTA<br>150C-123 | FCSTONE MERCHANT<br>SERVICES<br>NA |

**Ticket In   79217**   v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/14/2022 13:56 | 11/14/2022 14:30 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 12.600 |
| Test Weight | 60.800 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,240.00 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31010 | 53180 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 82,160.00 |
| TARE | 28,920.00 |
| NET | 53,240.00 |
| METRIC TONS | 24.150 |

_____   Driver Signature

_____   Weigher Signature: ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number**
**00031010**

## Yellow Corn - Outbound
FCSTOMA

WN=000050527          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 949.64 | 100.00 % |

* Splits subject to change based on final application *

FCSTOM                                    11/14/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

Driver  - BAUTISTA BLACK                    ON

| Weights - YC | Instructions |
|---|---|
| 12:34 **Gross** 82300 | |
| 12:14 **Tare** 29120 | |
| **Net** 53180 | |
| Grs Bu. 949.64 | OPEN STORAGE #12 |
| Net Bu. 949.64 | Brownsville, TX<br>OMH114179-425 |

| Factor | Grade | +Prem/-Disc |
|---|---|---|
| Moisture | 15.0 | |
| TestWeight | 56.0 | |
| Total Dam | 3.0 | |
| Heat Dam | | |
| BC | | |
| BCFM | 3.0 | |
| Aflatoxin | | |
| Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

COPY - Not Negotiable

Licensed Inspector and/or Weigher: _____ YVONNE CALZADA _____

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | EXPRESS TRANSPORT ROBERT PINEDA Y59-801 | FCSTONE MERCHANT SERVICES NA |

## Ticket In  79219  v.2.7

| | IN | OUT |
|---|---|---|
| | 11/14/2022 14:06 | 11/14/2022 14:46 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31011 | 53060 |

| | |
|---|---|
| Moisture | 12.900 |
| Test Weight | 59.400 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,000.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 83,660.00 |
| TARE | 30,660.00 |
| NET | 53,000.00 |
| METRIC TONS | 24.041 |

Driver Signature

Weigher Signature: ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number** **00031011**

## Yellow Corn - Outbound
FCSTOMA                                      WN=000050528              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 947.50 | 100.00 % |

FCSTOM                                                  11/14/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver   - EXPRESS TRANS 09                    ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 12:44 **Gross** 83980 | | Moisture | 15.0 | |
| | | TestWeight | 56.0 | |
| 12:35 **Tare** 30920 | | Total Dam | 3.0 | |
| | | Heat Dam | | |
| **Net** 53060 | | BC | | |
| | | BCFM | 3.0 | |
| | | Aflatoxin | | |
| Grs Bu. 947.50 | OPEN STORAGE #12 Brownsville, TX OMH114179-424 | | | |
| Net Bu. 947.50 | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**COPY - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** | OZUNA TRUCKING | FCSTONE MERCHANT |
| PROGRESO DIVISION | ROY OZUNA SR | SERVICES |
| Tel. No.: 956-565-2674 | X44-274 | NA |

**Ticket In** **79223** *v.2.7*

| | IN | OUT |
|---|---|---|
| | 11/14/2022 14:20 | 11/14/2022 14:59 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 12.500 |
| Test Weight | 60.000 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,360.00 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31012 | 54400 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 82,760.00 |
| TARE | 28,400.00 |
| NET | 54,360.00 |
| METRIC TONS | 24.658 |

_____ Driver Signature

_____ Weigher Signature: J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00031012**

## Yellow Corn - Outbound
FCSTOMA

WN=000050529          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 971.43 | 100.00 % |

FCSTOM                                    11/14/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - OZUNA TRUCKING 07          ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 12:57 Gross | 83080 | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 12:46 Tare | 28680 | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| Net | 54400 | | BC | | |
| | | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 971.43 | OPEN STORAGE #12 | | | |
| Net Bu. | 971.43 | Brownsville, TX OMH114179-426 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT**, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____ YVONNE CALZADA _____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | OZUNA TRUCKING<br>ROY OZUNA<br>005B-516 | FCSTONE MERCHANT<br>SERVICES<br>NA |

**Ticket In** | **79224**   v.2.7

| | IN | OUT |
|---|---|---|
| | 11/14/2022 14:22 | 11/14/2022 15:09 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

|  | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
|  | BROWNSVILLE | 31013 | 55940 |

| Moisture | 12.500 |
|---|---|
| Test Weight | 59.700 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 55,880.00 |

**WEIGHTS**

| GROSS | 84,120.00 |
|---|---|
| TARE | 28,240.00 |
| NET | 55,880.00 |
| METRIC TONS | 25.347 |

_Driver Signature_

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00031013**

## Yellow Corn - Outbound
FCSTOMA                                    WN=000050530          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/14/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 998.93 | 100.00 % | FC STONE MERCHANT SERVICES LLC<br>FCSTOMA<br>1251 NW BRIARCLIFF PKWY STE 80<br>KANSAS CITY MO 64116 | |
| * Splits subject to change based on final application * | | | Driver  - OZUNA 02 | ON |

| Weights  -  YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 13:04<br>**Gross** | **84460** | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam<br>BC<br>BCFM<br>Aflatoxin | 15.0<br>56.0<br>3.0<br><br><br>3.0 | |
| 12:47<br>**Tare** | **28520** | | | | |
| **Net** | **55940** | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114179-427 | | | |
| Grs Bu. | 998.93 | | | | |
| Net Bu. | 998.93 | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher:    YVONNE CALZADA

**ORIGINAL - Not Negotiable**

Scanned with CamScanner