| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | BETANCOURT TRUCKING<br>FELIPE BETANCOURT SR<br>X20-107 | FCSTONE MERCHANT<br>SERVICES<br>NA |

**Ticket In** | **79227**   v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/14/2022 14:54 | 11/14/2022 15:21 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | | Origin | OrgTicket | OrgWeight |
|---|---|---|---|---|
| | | BROWNSVILLE | 31014 | 54940 |

**WEIGHTS**

| Moisture | 12.600 |
|---|---|
| Test Weight | 60.000 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,920.00 |

| GROSS | 83,420.00 |
|---|---|
| TARE | 28,500.00 |
| NET | 54,920.00 |
| METRIC TONS | 24.912 |

Driver Signature

Weigher Signature: ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number**
**00031014**

## Yellow Corn - Outbound

FCSTOMA                              WN=000050531          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | | 11/14/2022 |
|---|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 981.07 | 100.00 % | FC STONE MERCHANT SERVICES LLC<br>FCSTOMA<br>1251 NW BRIARCLIFF PKWY STE 80<br>KANSAS CITY MO 64116 | | |
| * Splits subject to change based on final application * | | | Driver   - BETANCOURT RED | | ON |

| Weights  -  YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 13:32<br>**Gross** | **83680** | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam<br>BC<br>BCFM<br>Aflatoxin | 15.0<br>56.0<br>3.0<br><br><br>3.0 | |
| 13:21<br>**Tare** | **28740** | | | | |
| **Net** | **54940** | OPEN STORAGE #12 | | | |
| Grs Bu. | 981.07 | Brownsville, TX | | | |
| Net Bu. | 981.07 | OMH114179-430 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>**Tel. No.:** 956-565-2674 | BETANCOURT TRUCKING<br>FELIPE BETANCOURT JR<br>109C-980 | FCSTONE MERCHANT<br>SERVICES<br>NA |

## Ticket In  | 79226 | *v.2.7*

|  | IN | OUT |
|---|---|---|
|  | 11/14/2022 14:51 | 11/14/2022 15:34 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE | 31015 | 53640 |

| Moisture | 12.600 |
|---|---|
| Test Weight | 60.000 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,620.00 |

**WEIGHTS**

| GROSS | 80,400.00 |
|---|---|
| TARE | 26,780.00 |
| NET | 53,620.00 |
| METRIC TONS | 24.322 |

_____
Driver Signature

_____
Weigher Signature: J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020



Ticket Number
**00031015**

## Yellow Corn - Outbound

FCSTOMA                               WN=000050532           Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | | 11/14/2022 |
|---|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 957.86 | 100.00 % | FC STONE MERCHANT SERVICES LLC<br>FCSTOMA<br>1251 NW BRIARCLIFF PKWY STE 80<br>KANSAS CITY MO 64116 | | |
| * Splits subject to change based on final application * | | | Driver   - BETANCOURT 05 | | ON |

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 13:39<br>**Gross** | **80700** | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam<br>BC<br>BCFM<br>Aflatoxin | 15.0<br>56.0<br>3.0<br><br><br>3.0 | |
| 13:28<br>**Tare** | **27060** | | | | |
| **Net** | **53640** | OPEN STORAGE #12<br>Brownsville, TX<br>0MH114179-4.33 | | | |
| Grs Bu. | 957.86 | | | | |
| Net Bu. | 957.86 | | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.      Licensed Inspector and/or Weigher: _____YVONNE CALZADA_____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | BARBIS TRUCKING RAUL PEREZ 154C-338 | FCSTONE MERCHANT SERVICES NA |

**Ticket In** **79230** v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/14/2022 15:18 | 11/14/2022 15:45 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 12.400 |
| Test Weight | 60.100 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 52,580.00 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31016 | 52600 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 81,820.00 |
| TARE | 29,240.00 |
| NET | 52,580.00 |
| METRIC TONS | 23.850 |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator

9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00031016**

## Yellow Corn - Outbound

FCSTOMA                               WN=000050533              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 939.29 | 100.00 % |

FCSTOM                                    11/14/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver   - JR BARBIS WHITE                    ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 14:02 Gross | 82000 | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 13:50 Tare | 29400 | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| Net | 52600 | | BC | | |
| | | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 939.29 | OPEN STORAGE #12 | | | |
| Net Bu. | 939.29 | Brownsville, TX OMH114179-436 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| **Elevator Section**<br>**Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.:  956-565-2674 | **Transport Section**<br>NAJERA TRANSPORTATION<br>JOSE MARTINEZ<br>081C-259 | **Customer Section**<br>FCSTONE MERCHANT<br>SERVICES<br>NA |
|---|---|---|

## Ticket In  79242  v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/14/2022 17:35 | 11/14/2022 17:36 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Moisture | 12.800 |
|---|---|
| Test Weight | 59.400 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 52,580.00 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31017 | 52580 |

| | WEIGHTS |
|---|---|
| GROSS | 82,260.00 |
| TARE | 29,680.00 |
| NET | 52,580.00 |
| METRIC TONS | 23.850 |

Driver Signature

Weigher Signature: ALFREDO TORRES

---

## West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020                   00031017

## Yellow Corn - Outbound
FCSTOMA                                        WN=000050534          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | | 11/14/2022 |
|---|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 938.93 | 100.00 % | FC STONE MERCHANT SERVICES LLC<br>FCSTOMA<br>1251 NW BRIARCLIFF PKWY STE 80<br>KANSAS CITY MO 64116 | | |

\* Splits subject to change based on final application \*          Driver  - NAJERA TRUCKING            ON

| Weights  -  YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 14:47<br>Gross | 82260 | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam | 15.0<br>56.0<br>3.0 | |
| 14:38<br>Tare | 29680 | | BC<br>BCFM<br>Aflatoxin | <br>3.0 | |
| Net | 52580 | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114179-434 | | | |
| Grs Bu. | 938.93 | | | | |
| Net Bu. | 938.93 | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
Inspection not valid for the purposes of the U.S. Grain Standards Act)

TIFICATION: This certificate is issued by an inspector/weigher licensed
der the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher:_____ YVONNE CALZADA

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| **Elevator Section**<br>**Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.:  956-565-2674 | **Transport Section**<br>BENTACUR TRP<br>FELIPE<br>X20107 | **Customer Section**<br>FCSTONE MERCHANT<br>SERVICES<br>NA |
|---|---|---|

| Ticket In | 79246 | v.2.7 |
|---|---|---|

|  | IN | OUT |
|---|---|---|
|  | 11/15/2022 08:26 | 11/15/2022 08:49 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31018 | 53840 |

| Moisture | 14.100 |
|---|---|
| Test Weight | 58.000 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,880.00 |

**WEIGHTS**

| GROSS | 82,400.00 |
|---|---|
| TARE | 28,520.00 |
| NET | 53,880.00 |
| METRIC TONS | 24.440 |

_____
Driver Signature

_____
Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsvill[e] [eleva]tor
9155 RL Ostos Rd    Brownsville, TX 78521   (956) 620-2020

**Ticket Number**
**_00031018_**

## Yellow Corn - Outbound
FCSTOMA                                          WN=000050535              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 961.43 | 100.00 % |

| FCSTOM | · | 11/15/2022 |
|---|---|---|

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

\* Splits subject to change based on final application \*

Driver   - BETANCOURT 06                    ON

| Weights  -  YC |  | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 07:16<br>**Gross** | **82880** |  | Moisture | 15.0 |  |
|  |  |  | TestWeight | 56.0 |  |
| 07:03<br>**Tare** | **29040** |  | Total Dam | 3.0 |  |
|  |  |  | Heat Dam |  |  |
| **Net** | **53840** |  | BC |  |  |
|  |  |  | BCFM | 3.0 |  |
|  |  |  | Aflatoxin |  |  |
| Grs Bu. | 961.43 | OPEN STORAGE #12 |  |  |  |
| Net Bu. | 961.43 | Brownsville, TX<br>OMH114179-438 | Grade U.S. | No. 2 |  |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____YVONNE CALZADA_____

**COPY - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | F & A EXPRESS JAIME GARZA 78005Y | FCSTONE MERCHANT SERVICES NA |

**Ticket In** | **79247** v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/15/2022 08:44 | 11/15/2022 09:01 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 14.200 |
| Test Weight | 58.200 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,460.00 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31019 | 54820 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 83,320.00 |
| TARE | 28,860.00 |
| NET | 54,460.00 |
| METRIC TONS | 24.703 |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
**00031019**

## Yellow Corn - Outbound
FCSTOMA                          WN=000050536                Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 978.93 | 100.00 % |

FCSTOM                                    11/15/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - F&A 04                              ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 07:24 **Gross** | **84020** | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 07:05 **Tare** | **29200** | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| **Net** | **54820** | | BC | | |
| | | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 978.93 | OPEN STORAGE #12 Brownsville, TX | | | |
| Net Bu. | 978.93 | OMH114179-443 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____ YVONNE CALZADA _____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | **F & A EXPRESS**<br>MARGARITO PONCE<br>W44-007 | **FCSTONE MERCHANT<br>SERVICES**<br>NA |

**Ticket In** **79248** *v.2.7*

| | IN | OUT |
|---|---|---|
| | 11/15/2022 08:47 | 11/15/2022 09:12 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 14.000 |
| Test Weight | 58.500 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 52,940.00 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31020 | 53020 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 82,160.00 |
| TARE | 29,220.00 |
| NET | 52,940.00 |
| METRIC TONS | 24.013 |

_____
Driver Signature

_____
Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

Ticket Number
**00031020**

## Yellow Corn - Outbound
FCSTOMA

WN=000050537          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/15/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 946.79 | 100.00 % | FC STONE MERCHANT SERVICES LLC<br>FCSTOMA<br>1251 NW BRIARCLIFF PKWY STE 80<br>KANSAS CITY MO 64116 | |
| * Splits subject to change based on final application * | | | Driver   - F&A 06 | ON |

| Weights  -  YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 07:29<br>**Gross** | **82660** | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam<br>BC<br>BCFM<br>Aflatoxin | 15.0<br>56.0<br>3.0<br><br><br>3.0 | |
| 07:06<br>**Tare** | **29640** | | | | |
| **Net** | **53020** | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114179-444 | | | |
| Grs Bu. | 946.79 | | | | |
| Net Bu. | 946.79 | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____YVONNE CALZADA_____

**COPY - Not Negotiable**

Scanned with CamScanner

| **Elevator Section** | **Transport Section** | **Customer Section** |
|---|---|---|
| Garcia Grain Trading | BETANCOURT TRUCKING | FCSTONE MERCHANT |
| PROGRESO DIVISION | LUIS FERNANDEZ | SERVICES |
| Tel. No.: 956-565-2674 | 0333B024 | NA |

**Ticket In** | **79250** v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/15/2022 09:39 | 11/15/2022 09:56 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31021 | 55780 |

| Moisture | 14.200 |
|---|---|
| Test Weight | 58.700 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 55,740.00 |

**WEIGHTS**

| GROSS | 84,040.00 |
|---|---|
| TARE | 28,300.00 |
| NET | 55,740.00 |
| METRIC TONS | 25.284 |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020



**Ticket Number**
**00031021**

# Yellow Corn - Outbound
FCSTOMA                                         WN=000050538            Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | | 11/15/2022 |
|---|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 996.07 | 100.00 % | FC STONE MERCHANT SERVICES LLC | | |
| | | | FCSTOMA | | |
| | | | 1251 NW BRIARCLIFF PKWY STE 80 | | |
| | | | KANSAS CITY MO 64116 | | |
| * Splits subject to change based on final application * | | | Driver   - BETANCOURT 07 | | ON |

| Weights  -  YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 08:23 **Gross** 84180 | | Moisture | 15.0 | |
| | | TestWeight | 56.0 | |
| 07:59 **Tare** 28400 | | Total Dam | 3.0 | |
| | | Heat Dam | | |
| **Net** 55780 | | BC | | |
| | OPEN STORAGE #12 | BCFM | 3.0 | |
| Grs Bu. 996.07 | Brownsville, TX | Aflatoxin | | |
| Net Bu. 996.07 | OMH114179-437 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | BAUCON TRANSPORT<br>ERASMO CONTRERAS<br>028B-688 | FCSTONE MERCHANT<br>SERVICES<br>NA |

**Ticket In  79253**  v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/15/2022 10:08 | 11/15/2022 10:27 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31022 | 53080 |

| | |
|---|---|
| Moisture | 14.600 |
| Test Weight | 58.300 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,040.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 80,680.00 |
| TARE | 27,640.00 |
| NET | 53,040.00 |
| METRIC TONS | 24.059 |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator

9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00031022**

## Yellow Corn - Outbound

FCSTOMA                                                    WN=000050539          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 947.86 | 100.00 % |

FCSTOM                                          11/15/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - BAUCON TRUCKING                    ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 08:51<br>**Gross** | **81040** | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 08:28<br>**Tare** | **27960** | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| | | | BC | | |
| **Net** | **53080** | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 947.86 | OPEN STORAGE #12 | | | |
| Net Bu. | 947.86 | Brownsville, TX<br>OMH114179-439 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** | **ALEJO TRANSPORT** | **FCSTONE MERCHANT** |
| PROGRESO DIVISION | JERRY RUIZ | SERVICES |
| Tel. No.: 956-565-2674 | 065C-144 | NA |

### Ticket In | 79254   v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/15/2022 10:18 | 11/15/2022 10:41 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE | 31023 | 54160 |

| | | | **WEIGHTS** |
|---|---|---|---|
| Moisture | 14.900 | | |
| Test Weight | 57.000 | GROSS | 81,680.00 |
| PPB | .0 | TARE | 27,480.00 |
| Dry Weight % | 100.00 | | |
| Discount/100 LB | $0.00 | NET | 54,200.00 |
| Dry Weight | 54,200.00 | METRIC TONS | 24.585 |



Driver Signature

Weigher Signature ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number**
**00031023**

## Yellow Corn - Outbound
FCSTOMA

WN=000050540          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/15/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 967.14 | 100.00 % | FC STONE MERCHANT SERVICES LLC | |
| | | | FCSTOMA | |
| | | | 1251 NW BRIARCLIFF PKWY STE 80 | |
| | | | KANSAS CITY MO 64116 | |

\* Splits subject to change based on final application \*

Driver  - ALEJO TRANSPORT                    ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 08:57 Gross | 81900 | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 08:38 Tare | 27740 | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| | | | BC | | |
| Net | 54160 | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 967.14 | OPEN STORAGE #12 | | | |
| Net Bu. | 967.14 | Brownsville, TX OMH114179-442 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT,** Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

**CERTIFICATION:** This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**COPY - Not Negotiable**

Scanned with CamScanner