| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | BAUTISTA TRANSPORT JACOB BAUTISTA 150C-123 | FCSTONE MERCHANT SERVICES NA |

**Ticket In | 79256**  v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/15/2022 10:55 | 11/15/2022 11:30 |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE | 31024 | 51520 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 13.300 |
| Test Weight | 58.900 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 51,540.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 80,240.00 |
| TARE | 28,700.00 |
| NET | 51,540.00 |
| METRIC TONS | 23.378 |

_____ Driver Signature

Weigher Signature: J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
**_00031024_**

## Yellow Corn - Outbound
FCSTOMA

WN=000050541            Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 920.00 | 100.00 % |

FCSTOM                                        11/15/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - BAUTISTA BLACK                ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 09:41 **Gross** 80500 | | Moisture | 15.0 | |
| 09:00 **Tare** 28980 | | TestWeight | 56.0 | |
| | | Total Dam | 3.0 | |
| **Net** 51520 | | Heat Dam | | |
| | | BC | | |
| Grs Bu. 920.00 | OPEN STORAGE #12 | BCFM | 3.0 | |
| Net Bu. 920.00 | Brownsville, TX OMH114179-440 | Aflatoxin | | |
| | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____ YVONNE CALZADA ____

**COPY - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | BARBIS TRANSPORT RAUL PEREZ 154C-338 | FCSTONE MERCHANT SERVICES NA |

**Ticket In** | **79259** *v.2.7*

| | IN | OUT |
|---|---|---|
| | 11/15/2022 11:14 | 11/15/2022 11:50 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 12.600 |
| Test Weight | 59.200 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,280.00 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31025 | 54180 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 83,380.00 |
| TARE | 29,100.00 |
| NET | 54,280.00 |
| METRIC TONS | 24.621 |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator

9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

Ticket Number
**00031025**

## Yellow Corn - Outbound

FCSTOMA

WN=000050542           Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 967.50 | 100.00 % |

FCSTOM                                      11/15/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver   - JR BARBIS WHITE                ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 09:55 **Gross** 83460 | | Moisture | 15.0 | |
| | | TestWeight | 56.0 | |
| 09:39 **Tare** 29280 | | Total Dam | 3.0 | |
| | | Heat Dam | | |
| **Net** 54180 | | BC | | |
| | | BCFM | 3.0 | |
| | OPEN STORAGE #12 | Aflatoxin | | |
| Grs Bu. 967.50 | Brownsville, TX | | | |
| Net Bu. 967.50 | OMH114179-435 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher:   YVONNE CALZADA

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | BETANCOURT TRUCKING<br>FELIPE BETANCOURT SR<br>X20-107 | FCSTONE MERCHANT<br>SERVICES<br>NA |

**Ticket In** **79261**  *v.2.7*

|  | IN | OUT |
|---|---|---|
|  | 11/15/2022 11:24 | 11/15/2022 12:15 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31026 | 54700 |

| Moisture | 13.000 |
|---|---|
| Test Weight | 59.000 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,640.00 |

**WEIGHTS**

| GROSS | 83,240.00 |
|---|---|
| TARE | 28,600.00 |
| NET | 54,640.00 |
| METRIC TONS | 24.785 |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00031026**

## Yellow Corn - Outbound
FCSTOMA                                      WN=000050543              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 976.79 | 100.00 % |

FCSTOM                                                11/15/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

\* Splits subject to change based on final application \*

Driver  - BETANCOURT RED                          ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 10:08<br>**Gross** | **83580** | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam<br>BC<br>BCFM<br>Aflatoxin | 15.0<br>56.0<br>3.0<br><br><br>3.0 | |
| 09:57<br>**Tare** | **28880** | | | | |
| **Net** | **54700** | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114179-448 | | | |
| Grs Bu. | 976.79 | | | | |
| Net Bu. | 976.79 | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher:  ___YVONNE CALZADA___

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | TC TRUCKING<br>GUSTAVO CAVAZOS<br>081C-836 | FCSTONE MERCHANT<br>SERVICES<br>NA |

**Ticket In** | **79266**   v.2.7

| | IN | OUT |
|---|---|---|
| | 11/15/2022 11:45 | 11/15/2022 12:26 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | | Origin | OrgTicket | OrgWeight |
|---|---|---|---|---|
| | | BROWNSVILLE | 31027 | 52680 |

| | | **WEIGHTS** | |
|---|---|---|---|
| Moisture | 13.400 | | |
| Test Weight | 59.100 | | |
| PPB | .0 | | |
| Dry Weight % | 100.00 | **GROSS** | 79,800.00 |
| Discount/100 LB | $0.00 | **TARE** | 27,160.00 |
| Dry Weight | 52,640.00 | **NET** | 52,640.00 |
| | | **METRIC TONS** | 23.877 |

_____
Driver Signature

_____
Weigher Signature: ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
*00031027*

## Yellow Corn - Outbound
FCSTOMA                                    WN=000050544            Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 940.71 | 100.00 % |

FCSTOM                                                11/15/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

\* Splits subject to change based on final application \*

Driver  - TC TRUCKING                          ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 10:20<br>**Gross** | **80080** | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam<br>BC<br>BCFM<br>Aflatoxin | 15.0<br>56.0<br>3.0<br><br><br>3.0 | |
| 10:07<br>**Tare** | **27400** | | | | |
| **Net** | **52680** | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114179-450 | | | |
| Grs Bu. | 940.71 | | | | |
| Net Bu. | 940.71 | | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT**, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher:   __YVONNE CALZADA__

**COPY - Not Negotiable**

Scanned with CamScanner

| **Elevator Section** | **Transport Section** | **Customer Section** |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>**Tel. No.:** 956-565-2674 | F & A EXPRESS<br>JAIME GARZA<br>780-05Y | FCSTONE MERCHANT<br>SERVICES<br>NA |

## Ticket In   79267   *v.2.7*

|  | IN | OUT |
|---|---|---|
|  | 11/15/2022 11:47 | 11/15/2022 12:40 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31028 | 54100 |

| Moisture | 13.600 |
|---|---|
| Test Weight | 59.100 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,080.00 |

**WEIGHTS**

| GROSS | 82,800.00 |
|---|---|
| TARE | 28,720.00 |
| NET | 54,080.00 |
| METRIC TONS | 24.531 |

_____
Driver Signature

_____
Weigher Signature: ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
*00031028*

## Yellow Corn - Outbound

FCSTOMA                                WN=000050545            Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 966.07 | 100.00 % |

FCSTOM                                11/15/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

\* Splits subject to change based on final application \*

Driver  - F&A GREEN                              ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 10:27<br>**Gross** | **83200** |  | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam<br>BC<br>BCFM<br>Aflatoxin | 15.0<br>56.0<br>3.0<br><br><br>3.0 |  |
| 10:10<br>**Tare** | **29100** |  |  |  |  |
| **Net** | **54100** | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114179-445 |  |  |  |
| Grs Bu. | 966.07 |  |  |  |  |
| Net Bu. | 966.07 |  | Grade U.S. | No. 2 |  |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.          Licensed Inspector and/or Weigher: _____YVONNE CALZADA_____

**COPY - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** <br> PROGRESO DIVISION <br> Tel. No.:  956-565-2674 | F & A EXPRESS <br> MARGARITO PONCE <br> W44-007 | FCSTONE MERCHANT <br> SERVICES <br> NA |

**Ticket In  79268**  v.2.7

| | IN | OUT |
|---|---|---|
| | 11/15/2022 11:50 | 11/15/2022 12:52 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 13.800 |
| Test Weight | 59.100 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,880.00 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31029 | 54860 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 84,060.00 |
| TARE | 29,180.00 |
| NET | 54,880.00 |
| METRIC TONS | 24.893 |

_____
Driver Signature

_____
Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00031029**

## Yellow Corn - Outbound
FCSTOMA                                     WN=000050546              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/15/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 979.64 | 100.00 % | FC STONE MERCHANT SERVICES LLC <br> FCSTOMA <br> 1251 NW BRIARCLIFF PKWY STE 80 <br> KANSAS CITY MO 64116 | |
| * Splits subject to change based on final application * | | | Driver  - F&A 06 | ON |

| Weights  -  YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 10:34 <br> **Gross** | **84380** | | Moisture <br> TestWeight <br> Total Dam <br> Heat Dam <br> BC <br> BCFM <br> Aflatoxin | 15.0 <br> 56.0 <br> 3.0 <br><br><br> 3.0 | |
| 10:18 <br> **Tare** | **29520** | | | | |
| **Net** | **54860** | OPEN STORAGE #12 <br> Brownsville, TX <br> OMH114179-447 | | | |
| Grs Bu. <br> Net Bu. | 979.64 <br> 979.64 | | Grade U.S. | No.  2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.      Licensed Inspector and/or Weigher: _____YVONNE CALZADA_____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | BETANCOURT TRUCKING LUIS FERNANDEZ 033B-024 | FCSTONE MERCHANT SERVICES NA |

**Ticket In** | **79275** | v.2.7

| | IN | OUT |
|---|---|---|
| | 11/15/2022 12:37 | 11/15/2022 13:33 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31030 | 53320 |

| | | **WEIGHTS** |
|---|---|---|
| Moisture | 13.300 | |
| Test Weight | 58.800 | **GROSS** 81,400.00 |
| PPB | .0 | **TARE** 28,100.00 |
| Dry Weight % | 100.00 | **NET** 53,300.00 |
| Discount/100 LB | $0.00 | **METRIC TONS** 24.177 |
| Dry Weight | 53,300.00 | |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC–Brownsville Elevator

9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
*00031030*

## Yellow Corn – Outbound

FCSTOMA                          WN=000050547          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/15/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 952.14 | 100.00 % | FC STONE MERCHANT SERVICES LLC FCSTOMA 1251 NW BRIARCLIFF PKWY STE 80 KANSAS CITY MO 64116 | |
| * Splits subject to change based on final application * | | | Driver  - BETANCOURT 07 | ON |

| Weights  -  YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 11:23 **Gross** | **81600** | | Moisture TestWeight Total Dam Heat Dam BC BCFM Aflatoxin | 15.0 56.0 3.0 | |
| 11:11 **Tare** | **28280** | | | | |
| **Net** | **53320** | | | 3.0 | |
| Grs Bu. | 952.14 | OPEN STORAGE #12 Brownsville, TX OMH114179-449 | | | |
| Net Bu. | 952.14 | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| **Elevator Section**<br>**Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | **Transport Section**<br>BAUCON TRANSPORT<br>ERASMO CONTRERAS<br>219B-688 | **Customer Section**<br>FCSTONE MERCHANT<br>SERVICES<br>NA |
|---|---|---|

## Ticket In  79279  v.2.7

| | IN | OUT |
|---|---|---|
| | 11/15/2022 12:56 | 11/15/2022 13:46 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 13.800 |
| Test Weight | 59.800 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 55,980.00 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31031 | 56060 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 83,380.00 |
| TARE | 27,400.00 |
| NET | 55,980.00 |
| METRIC TONS | 25.392 |

Driver Signature

Weigher Signature: ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00031031**

## Yellow Corn - Outbound
FCSTOMA

WN=000050548          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 1001.07 | 100.00 % |

FCSTOM                                    11/15/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - BAUCON TRUCKING          ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 11:44<br>**Gross**  83920 | | Moisture | 15.0 | |
| | | TestWeight | 56.0 | |
| 11:31<br>**Tare**  27860 | | Total Dam | 3.0 | |
| | | Heat Dam | | |
| **Net**  56060 | | BC | | |
| | | BCFM | 3.0 | |
| | OPEN STORAGE #12 | Aflatoxin | | |
| Grs Bu.  1,001.07 | Brownsville, TX | | | |
| Net Bu.  1,001.07 | OMH114179-451 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____ YVONNE CALZADA _____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

## Elevator Section
**Garcia Grain Trading**
PROGRESO DIVISION
Tel. No.: 956-565-2674

## Transport Section
ALEJO TRANSPORT
JERRY RUIZ
065C-144

## Customer Section
FCSTONE MERCHANT SERVICES
NA

**Ticket In  79285**   v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/15/2022 14:06 | 11/15/2022 14:20 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31032 | 53040 |

| | |
|---|---|
| Moisture | 12.100 |
| Test Weight | 59.200 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,040.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 80,940.00 |
| TARE | 27,900.00 |
| NET | 53,040.00 |
| METRIC TONS | 24.059 |

Driver Signature

Weigher Signature: ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number**
*00031032*

## Yellow Corn - Outbound

FCSTOMA

WN=000050549

Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 947.14 | 100.00 % |

FCSTOM                                              11/15/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver   - ALEJO TRANSPORT                         ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 12:43 Gross | 81240 | | Moisture | 15.0 | |
| 12:28 Tare | 28200 | | TestWeight | 56.0 | |
| Net | 53040 | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| | | | BC | | |
| Grs Bu. | 947.14 | OPEN STORAGE #12 | BCFM | 3.0 | |
| Net Bu. | 947.14 | Brownsville, TX OMH114179-452 | Aflatoxin | | |
| | | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____YVONNE CALZADA_____

**COPY - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | BAUTISTA TRANSPORT<br>JACOB BAUTISTA<br>150C-123 | FCSTONE MERCHANT<br>SERVICES<br>NA |

**Ticket In** | **79287** v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/15/2022 14:15 | 11/15/2022 14:37 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | | Origin | OrgTicket | OrgWeight |
|---|---|---|---|---|
| | | BROWNSVILLE | 31033 | 55460 |

| | | **WEIGHTS** |
|---|---|---|
| Moisture | 12.900 | |
| Test Weight | 59.800 | **GROSS** | 83,900.00 |
| PPB | .0 | |
| Dry Weight % | 100.00 | **TARE** | 29,640.00 |
| Discount/100 LB | $0.00 | |
| Dry Weight | 54,260.00 | **NET** | 54,260.00 |
| | | **METRIC TONS** | 24.612 |

_____
Driver Signature

_____
Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
*00031033*

## Yellow Corn - Outbound
FCSTOMA                                    WN=000050550        Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/15/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 990.36 | 100.00 % | | |

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - BAUTISTA BLACK                              ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 12:53<br>Gross | 84240 | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam<br>BC<br>BCFM<br>Aflatoxin | 15.0<br>56.0<br>3.0<br><br><br>3.0 | |
| 12:43<br>Tare | 28780 | | | | |
| Net | 55460 | | | | |
| Grs Bu. | 990.36 | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114179-441 | | | |
| Net Bu. | 990.36 | | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner