| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | BARBIS TRUCKING RAUL PEREZ 154C-338 | FCSTONE MERCHANT SERVICES NA |

**Ticket In** | **79291** | v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/15/2022 14:34 | 11/15/2022 14:49 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31034 | 50740 |

| | |
|---|---|
| Moisture | 12.800 |
| Test Weight | 58.600 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 50,640.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 79,640.00 |
| TARE | 29,000.00 |
| NET | 50,640.00 |
| METRIC TONS | 22.970 |

_Driver Signature_

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00031034**

## Yellow Corn - Outbound
FCSTOMA                                    WN=000050551              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/15/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 906.07 | 100.00 % | FC STONE MERCHANT SERVICES LLC FCSTOMA 1251 NW BRIARCLIFF PKWY STE 80 KANSAS CITY MO 64116 | |

* Splits subject to change based on final application *

Driver  - JR BARBIS WHITE                          ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 13:08 **Gross** 79900 | | Moisture | 15.0 | |
| | | TestWeight | 56.0 | |
| 12:58 **Tare** 29160 | | Total Dam | 3.0 | |
| | | Heat Dam | | |
| **Net** 50740 | | BC | | |
| | | BCFM | 3.0 | |
| | | Aflatoxin | | |
| Grs Bu. 906.07 | OPEN STORAGE #12 Brownsville, TX OMH114179-453 | | | |
| Net Bu. 906.07 | | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | BETANCOURT TRUCKING<br>FELIPE BETANCOURT SR<br>X20-107 | FCSTONE MERCHANT<br>SERVICES<br>NA |

**Ticket In** | **79295**  *v.2.7*

|  | IN | OUT |
|---|---|---|
|  | 11/15/2022 15:00 | 11/15/2022 15:15 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31035 | 55460 |

| Moisture | 12.800 |
|---|---|
| Test Weight | 59.600 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 55,400.00 |

**WEIGHTS**

| GROSS | 83,940.00 |
|---|---|
| TARE | 28,540.00 |
| NET | 55,400.00 |
| METRIC TONS | 25.129 |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
**00031035**

## Yellow Corn - Outbound
FCSTOMA                                         WN=000050552                    Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 990.36 | 100.00 % |

FCSTOM                                    11/15/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - BETANCOURT RED                    ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 13:39<br>**Gross**    84220 |  | Moisture | 15.0 |  |
| 13:26<br>**Tare**    28760 |  | TestWeight | 56.0 |  |
| **Net**    55460 |  | Total Dam<br>Heat Dam | 3.0 |  |
| Grs Bu.    990.36 | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114179-455 | BC<br>BCFM<br>Aflatoxin | 3.0 |  |
| Net Bu.    990.36 |  | Grade U.S. | No. 2 |  |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**COPY - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | BETANCOURT TRUCKING<br>FELIPE BETANCOURT JR<br>109C-980 | FCSTONE MERCHANT<br>SERVICES<br>NA |

## Ticket In   79296   *v.2.7*

| | IN | OUT |
|---|---|---|
| | 11/15/2022 15:25 | 11/15/2022 15:27 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 12.900 |
| Test Weight | 59.700 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 55,100.00 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31037 | 55100 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 81,860.00 |
| TARE | 26,760.00 |
| NET | 55,100.00 |
| METRIC TONS | 24.993 |

Driver Signature

Weigher Signature: ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number **00031037**

## Yellow Corn - Outbound
FCSTOMA

WN=000050555          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 983.93 | 100.00 % |

FCSTOM                                    11/15/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - BETANCOURT 05          ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 15:02<br>**Gross** | **81860** | | Moisture | 15.0 | |
| 14:46<br>**Tare** | **26760** | | TestWeight<br>Total Dam | 56.0<br>3.0 | |
| **Net** | **55100** | | Heat Dam<br>BC<br>BCFM<br>Aflatoxin | 3.0 | |
| Grs Bu. | 983.93 | OPEN STORAGE #12 | | | |
| Net Bu. | 983.93 | Brownsville, TX<br>OMH114179-457 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| **Elevator Section**<br>Garcia Grain Trading<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | **Transport Section**<br>BETANCOURT TRUCKING<br>LUIS FERNANDEZ<br>033B-024 | **Customer Section**<br>FCSTONE MERCHANT<br>SERVICES<br>NA |
|---|---|---|

**Ticket In   79297**   *v.2.7*

| | IN | OUT |
|---|---|---|
| | 11/15/2022 15:29 | 11/15/2022 15:36 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 12.700 |
| Test Weight | 59.600 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,480.00 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31038 | 53480 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 81,660.00 |
| TARE | 28,180.00 |
| NET | 53,480.00 |
| METRIC TONS | 24.258 |

Driver Signature

Weigher Signature: ALFREDO TORRES

# Plains LLC-Brownsville Elevator

. Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020   **31038**   Ticket N 0003

## ɔw Corn - Outbound

1A                                        WN=000050554         Fed Lic No:3·

| Splits | Quantity | Percent | FCSTOM | 11/15/. |
|---|---|---|---|---|
| IE MERCHANT SERVICES LLC | 955.00 | 100.00 % | | |

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

ts subject to change based on final application *

Driver   - BETANCOURT 07

| hts - YC | Instructions | Factor | Grade | +Prem/-Di |
|---|---|---|---|---|
| 81660 | | Moisture | 15.0 | |
| 28180 | | TestWeight | 56.0 | |
| 53480 | | Total Dam | 3.0 | |
| | | Heat Dam | | |
| | | BC | | |
| 955.00 | OPEN STORAGE #12 | BCFM | 3.0 | |
| 955.00 | Brownsville, TX<br>OMH114179-456 | Aflatoxin | | |
| | | Grade U.S. | No. 2 | |

'AREHOUSE ACT, Grain Inspection and Weight Certificate
ıld for the purposes of the U.S. Grain Standards Act)

ɛ certificate is issued by an inspector/weigher licensed
states Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___ YVONNE CALZADA

**COPY - Not Negotiable**

Scanned with CamScanner

| **Elevator Section** | **Transport Section** | **Customer Section** |
|---|---|---|
| **Garcia Grain Trading** | TC TRUCKING | FCSTONE MERCHANT |
| PROGRESO DIVISION | GUSTAVO CAVAZOS | SERVICES |
| Tel. No.: 956-565-2674 | 131C-863 | NA |

| **Ticket In** | **79298** | v.2.7 |
|---|---|---|

|  | IN | OUT |
|---|---|---|
|  | 11/15/2022 15:34 | 11/15/2022 15:55 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31036 | 54920 |

| Moisture | 12.900 |
|---|---|
| Test Weight | 60.000 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,860.00 |

**WEIGHTS**

| GROSS | 81,880.00 |
|---|---|
| TARE | 27,020.00 |
| NET | 54,860.00 |
| METRIC TONS | 24.884 |

_____
Driver Signature

_____
Weigher Signature: J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00031036**

## Yellow Corn - Outbound
FCSTOMA                                    WN=000050553              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/15/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 980.71 | 100.00 % | | |

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - TC TRUCKING                                  ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 14:00 **Gross** | **82160** | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 13:44 **Tare** | **27240** | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| **Net** | **54920** | | BC | | |
| | | | BCFM | 3.0 | |
| | | OPEN STORAGE #12 | Aflatoxin | | |
| Grs Bu. | 980.71 | Brownsville, TX | | | |
| Net Bu. | 980.71 | OMH114179-454 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| **Elevator Section** | **Transport Section** | **Customer Section** |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | BETANCOURT TRUCKING FELIPE BETANCOURT SR X20-107 | FCSTONE MERCHANT SERVICES NA |

## Ticket In   79303   v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/16/2022 08:48 | 11/16/2022 08:48 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31040 | 54640 |

| | |
|---|---|
| Moisture | 12.900 |
| Test Weight | 60.000 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,640.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 83,600.00 |
| TARE | 28,960.00 |
| NET | 54,640.00 |
| METRIC TONS | 24.785 |

Driver Signature

Weigher Signature: ALFREDO TORRES

## West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

Ticket Number **00031040**

### Yellow Corn - Outbound
FCSTOMA

WN=000050557          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 975.71 | 100.00 % |

FCSTOM                                    11/16/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

\* Splits subject to change based on final application \*

Driver  - BETANCOURT 06                ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 07:30 Gross | 83600 | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 07:04 Tare | 28960 | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| Net | 54640 | | BC | | |
| | | OPEN STORAGE #12 | BCFM | 3.0 | |
| | | Brownsville, TX | Aflatoxin | | |
| Grs Bu. | 975.71 | OMH114179-463 | | | |
| Net Bu. | 975.71 | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.          Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**COPY - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | BETANCOURT TRUCKING LUIS FERNANDEZ 033B-024 | FCSTONE MERCHANT SERVICES NA |

**Ticket In** **79312** *v.2.7*

| | IN | OUT |
|---|---|---|
| | 11/16/2022 11:50 | 11/16/2022 11:50 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | | Origin | OrgTicket | OrgWeight |
|---|---|---|---|---|
| | | BROWNSVILLE | 31039 | 53420 |

| | |
|---|---|
| Moisture | 12.800 |
| Test Weight | 59.470 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,420.00 |

| **WEIGHTS** | |
|---|---|
| **GROSS** | 82,040.00 |
| **TARE** | 28,620.00 |
| **NET** | 53,420.00 |
| **METRIC TONS** | 24.231 |

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number 00031039**

## Yellow Corn - Outbound
FCSTOMA                                     WN=000050556            Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 953.93 | 100.00 % |

FCSTOM                                                        11/16/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - BETANCOURT 07                          ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 07:21 **Gross** 82040 | | Moisture | 15.0 | |
| | | TestWeight | 56.0 | |
| 07:02 **Tare** 28620 | | Total Dam | 3.0 | |
| | | Heat Dam | | |
| **Net** 53420 | | BC | | |
| | | BCFM | 3.0 | |
| | OPEN STORAGE #12 | Aflatoxin | | |
| Grs Bu. 953.93 | Brownsville, TX | | | |
| Net Bu. 953.93 | OMH114179-462 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

Scanned with CamScanner

| **Elevator Section** | **Transport Section** | **Customer Section** |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION **Tel. No.:** 956-565-2674 | BETANCOURT TRUCKING FELIPE BETANCOURT JR 109C-980 | FCSTONE MERCHANT SERVICES NA |

**Ticket In** | **79313** | v.2.7

|  | **IN** | **OUT** |
|---|---|---|
|  | 11/16/2022 11:51 | 11/16/2022 11:52 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | | Origin | OrgTicket | OrgWeight |
|---|---|---|---|---|
| | | BROWNSVILLE | 31041 | 54540 |

| Moisture | 13.000 |
|---|---|
| Test Weight | 60.100 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,540.00 |

| | **WEIGHTS** |
|---|---|
| **GROSS** | 81,200.00 |
| **TARE** | 26,660.00 |
| **NET** | 54,540.00 |
| **METRIC TONS** | 24.739 |

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number** 00031041

## Yellow Corn - Outbound
FCSTONA

WN-000050558          Fed Lic No: 1-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 973.93 | 100.00 % |

FCSTON                                    11/16/2022

FC STONE MERCHANT SERVICES LLC
FCSTONA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Values subject to change based on final application *

Driver - BETANCOURT 05

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| Gross | 81200 | Moisture | 13.0 | |
| Tare | 26660 | Test Weight | 56.0 | |
| Net | 54540 | Total Dam | 1.0 | |
| | | Heat Dam | | |
| | | DC | | |
| | | BCFM | 3.0 | |
| | | Aflatoxin | | |
| Grs Bu. | 973.93 | | | |
| Net Bu. | 973.93 | | Grade U.S. | No. 2 |

ORIGINAL - Not Negotiable

Scanned with CamScanner

## Elevator Section
**Garcia Grain Trading**
PROGRESO DIVISION
Tel. No.: 956-565-2674

## Transport Section
BAUTISTA TRANSPORT
JACOB BAUTISTA
150C-123

## Customer Section
FCSTONE MERCHANT SERVICES
NA

**Ticket In** | **79314** v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/16/2022 11:53 | 11/16/2022 11:54 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31042 | 55440 |

| | |
|---|---|
| Moisture | 12.500 |
| Test Weight | 58.600 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 55,440.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 84,140.00 |
| TARE | 28,700.00 |
| NET | 55,440.00 |
| METRIC TONS | 25.147 |

West Plains LLC Brownsville Elevator

00031042

Yellow Corn   Outbound

Gross  84140
Tare  28700
Net  55440

COPY - Non Negotiable

Scanned with CamScanner