Electronic Warehouse Receipts Management

Welcome Jose Naveja FCStone Merchant Services, LLC

Main Menu Account Setup Help Logout

EWRs Held | EWR Reports| EWR Holder List| EWR Producer List
EWR History | Communication History

## Warehouse Receipt Information NO: TX00002169

Issued By Villarreal,Everardo

## This is a printed copy of an electronic warehouse receipt

**Holder: FCStone Merchant Services, LLC** **NOT LOANABLE** **NEGOTIABLE**

| **WH License** | 0323878 | **WH Code** | 00000 | | Issuing WH: Garcia Grain Trading Corp.-Progreso |
|---|---|---|---|---|---|
| Delivery WH: | City: Progreso | | County: 215 | State: TX | **Authorized Signature:** Everardo Villarreal Jr. |
| Storing WH: | City: Progreso | | County: 215 | State: TX | |

| For The Account Of: | Garcia Grain Trading Corp. | Of | Progreso Division |
|---|---|---|---|

| Date Issued | Kind of Grain | Unit of Measure | Grade | Class | Sub Class | Variety | Sub-Variety |
|---|---|---|---|---|---|---|---|
| 11/7/2022 8:58:03 AM | CORN | Bushels BU | #2 | YELLOW | | | |

| **Special Grades** | Flint Flint: | Flint and Dent FlintDent: | Waxy Waxy: |
|---|---|---|---|

| Dock % | Gross Lbs of Dock | Gross Lbs Incl. Dock | Gross Bushels | Net Pounds | Net Bushels |
|---|---|---|---|---|---|
| | | 1120000.00 | 20000.00 | 1120000.00 | 20000.00 |

| Elevation Chgs Prepaid Per Bushels | In @ $ 0.000000<br>Out @ $ 0.000000 | Total Prepaid Elev Chgs | 0.00 | Receiving Charges Paid | Storage Start Date* (MM/DD/YYYY)<br>Date Storage Pd. Through | 11/7/2022<br>11/7/2022 |
|---|---|---|---|---|---|---|

| Storage Type | Storage Method | Lot No (I.P. Only) | Storage Tariff Rates |
|---|---|---|---|
| Commingled | Bulk | | 0.0000000 ($/unit/day) |

| Received By: Truck: **X** Barge: Rail:<br>Sent Via: Truck: Barge: Rail: | **Warehouseman is not Depositor** |
|---|---|
| Grade Statement: Grade determined by non-licensed grader<br>Inspection Cert No: | Vomitoxin(ppm)<br>Alflatoxin(ppb) |

| The undersigned warehouseman claims a lien on said grain for charges and liabilities as follows: | Comments |
|---|---|
| | |

Remarks:

View Profile (Term & Conditions)

Supplemental

| Test Wt. Lbs. | Moisture % | Protein %, Splits or Sounds | TD % | HD % | FM % | Shrunken & Broken % | Total Defects % | Other QF % | Other Special Qualities | Car Initial and No. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Date Received | | | | When Received | | | | Farm Info | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | Crop Yr | Moist % | Dock % | Gross Lbs. | Gross Bu. | State Code | County code | FSA Number |
| | | | | | | | | | | |

Load Time: 109.3509 ms

Electronic Warehouse Receipts Management

Welcome Jose Naveja FCStone Merchant Services, LLC

Main Menu Account Setup Help Logout

EWRs Held | EWR Reports| EWR Holder List| EWR Producer List
EWR History | Communication History

**Warehouse Receipt Information** NO: **TX00002170** Issued By Villarreal,Everardo

**This is a printed copy of an electronic warehouse receipt**

**Holder: FCStone Merchant Services, LLC** **NOT LOANABLE** **NEGOTIABLE**

| **WH License** | 0323878 | **WH Code** | 00000 | | Issuing WH: Garcia Grain Trading Corp.-Progreso |
|---|---|---|---|---|---|
| Delivery WH: | City: Progreso | | County: 215 | State: TX | **Authorized Signature:** Everardo Villarreal Jr. |
| Storing WH: | City: Progreso | | County: 215 | State: TX | |

| For The Account Of: | Garcia Grain Trading Corp. | Of | Progreso Division |
|---|---|---|---|

| Date Issued | Kind of Grain | Unit of Measure | Grade | Class | Sub Class | Variety | Sub-Variety |
|---|---|---|---|---|---|---|---|
| 11/7/2022 8:59:30 AM | CORN | Bushels BU | #2 | YELLOW | | | |

| **Special Grades** | Flint Flint: | Flint and Dent FlintDent: | Waxy Waxy: |
|---|---|---|---|

| Dock % | Gross Lbs of Dock | Gross Lbs Incl. Dock | Gross Bushels | Net Pounds | Net Bushels |
|---|---|---|---|---|---|
| | | 211512.00 | 3777.00 | 211512.00 | 3777.00 |

| Elevation Chgs Prepaid Per Bushels | In @ $ 0.000000 Out @ $ 0.000000 | Total Prepaid Elev Chgs | 0.00 | Receiving Charges Paid | Storage Start Date* (MM/DD/YYYY) Date Storage Pd. Through | 11/7/2022 11/7/2022 |
|---|---|---|---|---|---|---|

| Storage Type | Storage Method | Lot No (I.P. Only) | Storage Tariff Rates |
|---|---|---|---|
| Commingled | Bulk | | 0.0000000 ($/unit/day) |

| Received By: Truck: **X** Barge: Rail:<br>Sent Via: Truck: Barge: Rail: | **Warehouseman is not Depositor** |
|---|---|
| Grade Statement: Grade determined by non-licensed grader<br>Inspection Cert No: | Vomitoxin(ppm)<br>Alflatoxin(ppb) |
| The undersigned warehouseman claims a lien on said grain for charges and liabilities as follows: | Comments |
| | |

Remarks:

View Profile (Term & Conditions)

Supplemental

| Test Wt. Lbs. | Moisture % | Protein %, Splits or Sounds | TD % | HD % | FM % | Shrunken & Broken % | Total Defects % | Other QF % | Other Special Qualities | Car Initial and No. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Date Received | | | | When Received | | | | Farm Info | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | Crop Yr | Moist % | Dock % | Gross Lbs. | Gross Bu. | State Code | County code | FSA Number |
| | | | | | | | | | | |

Load Time: 126.0132 ms

Case 23-70028   Document 219-42   Filed in TXSB on 05/15/23   Page 4 of 8

Electronic Warehouse Receipts Management

Welcome Jose Naveja FCStone Merchant Services, LLC

Main Menu Account Setup Help Logout

EWRs Held | EWR Reports | EWR Holder List | EWR Producer List
EWR History | Communication History

**Warehouse Receipt Information** NO: **TX00002171** Issued By Villarreal,Everardo

**This is a printed copy of an electronic warehouse receipt**

**Holder: FCStone Merchant Services, LLC** **NOT LOANABLE** **NEGOTIABLE**

| **WH License** | 0323878 | **WH Code** | 00000 | | Issuing WH: Garcia Grain Trading Corp.-Progreso |
|---|---|---|---|---|---|
| Delivery WH: | City: Progreso | | County: 215 | State: TX | **Authorized Signature:** Everardo Villarreal Jr. |
| Storing WH: | City: Progreso | | County: 215 | State: TX | |

| For The Account Of: | Garcia Grain Trading Corp. | Of | Progreso Division |
|---|---|---|---|

| Date Issued | Kind of Grain | Unit of Measure | Grade | Class | Sub Class | Variety | Sub-Variety |
|---|---|---|---|---|---|---|---|
| 11/7/2022 12:43:35 PM | CORN | Bushels BU | #2 | YELLOW | | | |

| **Special Grades** | Flint Flint: | Flint and Dent FlintDent: | Waxy Waxy: |
|---|---|---|---|

| Dock % | Gross Lbs of Dock | Gross Lbs Incl. Dock | Gross Bushels | Net Pounds | Net Bushels |
|---|---|---|---|---|---|
| | | 1083208.00 | 19343.00 | 1083208.00 | 19343.00 |

| Elevation Chgs Prepaid Per Bushels | In @ $ 0.000000<br>Out @ $ 0.000000 | Total Prepaid Elev Chgs | 0.00 | Receiving Charges Paid | Storage Start Date* (MM/DD/YYYY)<br>Date Storage Pd. Through | 11/7/2022<br>11/7/2022 |
|---|---|---|---|---|---|---|

| Storage Type | Storage Method | Lot No (I.P. Only) | Storage Tariff Rates |
|---|---|---|---|
| Commingled | Bulk | | 0.0000000 ($/unit/day) |

| Received By: Truck: **X** Barge: Rail:<br>Sent Via: Truck: Barge: Rail: | **Warehouseman is not Depositor** |
|---|---|
| Grade Statement: Grade determined by non-licensed grader<br>Inspection Cert No: | Vomitoxin(ppm)<br>Alflatoxin(ppb) |

| The undersigned warehouseman claims a lien on said grain for charges and liabilities as follows: | Comments |
|---|---|
| | |

Remarks:

View Profile (Term & Conditions)

Supplemental

| Test Wt. Lbs. | Moisture % | Protein %, Splits or Sounds | TD % | HD % | FM % | Shrunken & Broken % | Total Defects % | Other QF % | Other Special Qualities | Car Initial and No. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Date Received | | | | When Received | | | | Farm Info | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | Crop Yr | Moist % | Dock % | Gross Lbs. | Gross Bu. | State Code | County code | FSA Number |
| | | | | | | | | | | |

Load Time: 123.7774 ms

Electronic Warehouse Receipts Management

Welcome Jose Naveja FCStone Merchant Services, LLC

Main Menu Account Setup Help Logout

EWRs Held | EWR Reports| EWR Holder List| EWR Producer List
EWR History | Communication History

# Warehouse Receipt Information NO: TX00002172

Issued By Villarreal,Everardo

## This is a printed copy of an electronic warehouse receipt

**Holder: FCStone Merchant Services, LLC** **NOT LOANABLE** **NEGOTIABLE**

| **WH License** | 0323878 | **WH Code** | 00000 | Issuing WH: Garcia Grain Trading Corp.-Progreso |
|---|---|---|---|---|
| Delivery WH: | City: Progreso | County: 215 | State: TX | **Authorized Signature:** Everardo Villarreal Jr. |
| Storing WH: | City: Progreso | County: 215 | State: TX | |

| For The Account Of: | Garcia Grain Trading Corp. | Of | Progreso Division |
|---|---|---|---|

| Date Issued | Kind of Grain | Unit of Measure | Grade | Class | Sub Class | Variety | Sub-Variety |
|---|---|---|---|---|---|---|---|
| 11/8/2022 8:41:34 AM | CORN | Bushels BU | #2 | YELLOW | | | |

| **Special Grades** | Flint Flint: | Flint and Dent FlintDent: | Waxy Waxy: |
|---|---|---|---|

| Dock % | Gross Lbs of Dock | Gross Lbs Incl. Dock | Gross Bushels | Net Pounds | Net Bushels |
|---|---|---|---|---|---|
| | | 1120000.00 | 20000.00 | 1120000.00 | 20000.00 |

| Elevation Chgs Prepaid Per Bushels | In @ $ 0.000000<br>Out @ $ 0.000000 | Total Prepaid Elev Chgs | 0.00 | Receiving Charges Paid | Storage Start Date* (MM/DD/YYYY)<br>Date Storage Pd. Through | 11/8/2022<br>11/8/2022 |
|---|---|---|---|---|---|---|

| Storage Type | Storage Method | Lot No (I.P. Only) | Storage Tariff Rates |
|---|---|---|---|
| Commingled | Bulk | | 0.0000000 ($/unit/day) |

| Received By: Truck: **X** Barge: Rail:<br>Sent Via: Truck: Barge: Rail: | **Warehouseman is not Depositor** |
|---|---|
| Grade Statement: Grade determined by non-licensed grader<br>Inspection Cert No: | Vomitoxin(ppm)<br>Alflatoxin(ppb) |

| The undersigned warehouseman claims a lien on said grain for charges and liabilities as follows: | Comments |
|---|---|
| | |

Remarks:

View Profile (Term & Conditions)

Supplemental

| Test Wt. Lbs. | Moisture % | Protein %, Splits or Sounds | TD % | HD % | FM % | Shrunken & Broken % | Total Defects % | Other QF % | Other Special Qualities | Car Initial and No. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Date Received | | | | When Received | | | | Farm Info | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | Crop Yr | Moist % | Dock % | Gross Lbs. | Gross Bu. | State Code | County code | FSA Number |
| | | | | | | | | | | |

Load Time: 109.4185 ms

Case 23-70028   Document 219-42   Filed in TXSB on 05/15/23   Page 8 of 8