**Electronic Warehouse Receipts Management**

Welcome Jose Naveja                                                        FCStone Merchant Services, LLC

| Main Menu | Account Setup | Help | Logout |
|---|---|---|---|

**EWRs Held** | **EWR Reports**| **EWR Holder List**| **EWR Producer List**
**EWR History** | **Communication History**

## Warehouse Receipt Information NO: TX00002177          Issued By Villarreal,Everardo
## This is a printed copy of an electronic warehouse receipt

**Holder: FCStone Merchant Services, LLC**          **NOT LOANABLE**          **NEGOTIABLE**

| WH License | 0323878 | WH Code | 00000 | | Issuing WH: Garcia Grain Trading Corp.-Progreso | |
|---|---|---|---|---|---|---|
| Delivery WH: | City: Progreso | | County: 215 | State: TX | **Authorized Signature:** | |
| Storing WH: | City: Progreso | | County: 215 | State: TX | Everardo Villarreal Jr. | |

| For The Account Of: | | Garcia Grain Trading Corp. | | Of | Progreso Division | |
|---|---|---|---|---|---|---|

| Date Issued | Kind of Grain | Unit of Measure | Grade | Class | Sub Class | Variety | Sub-Variety |
|---|---|---|---|---|---|---|---|
| 11/9/2022 12:46:48 PM | CORN | Bushels BU | #2 | YELLOW | | | |

| **Special Grades** | Flint Flint: | | Flint and Dent FlintDent: | | | Waxy Waxy: | |
|---|---|---|---|---|---|---|---|

| Dock % | Gross Lbs of Dock | Gross Lbs Incl. Dock | Gross Bushels | Net Pounds | Net Bushels |
|---|---|---|---|---|---|
| | | 1077720.00 | 19245.00 | 1077720.00 | 19245.00 |

| Elevation Chgs Prepaid Per Bushels | In @ $ 0.000000 Out @ $ 0.000000 | Total Prepaid Elev Chgs | 0.00 | Receiving Charges Paid | Storage Start Date* (MM/DD/YYYY) Date Storage Pd. Through | 11/9/2022 11/9/2022 |
|---|---|---|---|---|---|---|

| Storage Type | Storage Method | Lot No (I.P. Only) | Storage Tariff Rates |
|---|---|---|---|
| Commingled | Bulk | | 0.0000000 ($/unit/day) |

| Received By: Truck: **X**  Barge:   Rail: Sent Via: Truck:  Barge:   Rail: | **Warehouseman is not Depositor** |
|---|---|
| Grade Statement:   Grade determined by non-licensed grader Inspection Cert No: | Vomitoxin(ppm) Alflatoxin(ppb) |
| The undersigned warehouseman claims a lien on said grain for charges and liabilities as follows: | Comments |
| Remarks: | |

**View Profile (Term & Conditions)**

| Supplemental | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Test Wt. Lbs. | Moisture % | Protein %, Splits or Sounds | TD % | HD % | FM % | Shrunken & Broken % | Total Defects % | Other QF % | Other Special Qualities | Car Initial and No. |
| | | | | | | | | | | |

| Date Received | | | | When Received | | | | Farm Info | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | Crop Yr | Moist % | Dock % | Gross Lbs. | Gross Bu. | State Code | County code | FSA Number |
| | | | | | | | | | | |

Load Time: 109.4168 ms

Case 23-70028   Document 219-44   Filed in TXSB on 05/15/23   Page 2 of 8

| Electronic Warehouse Receipts Management | |
|---|---|
| Welcome Emily McMahon | FCStone Merchant Services, LLC |

Main Menu    Account Setup    Help    Logout

**EWRs Held** |  **EWR Reports**|  **EWR Holder List**|  **EWR Producer List**
**EWR History** |  **Communication History**

# Warehouse Receipt Information NO: TX00002178

Issued By Villarreal,Everardo

# This is a printed copy of an electronic warehouse receipt

**Holder: FCStone Merchant Services, LLC**      **NOT LOANABLE**      **NEGOTIABLE**

| WH License | 0323878 | WH Code | 00000 | Issuing WH: Garcia Grain Trading Corp.-Progreso | | |
|---|---|---|---|---|---|---|
| Delivery WH: | City: Progreso | County: 215 | State: TX | **Authorized Signature:** | | |
| Storing WH: | City: Progreso | County: 215 | State: TX | Everardo Villarreal Jr. | | |

| For The Account Of: | | Garcia Grain Trading Corp. | | Of | Progreso Division | |
|---|---|---|---|---|---|---|

| Date Issued | Kind of Grain | Unit of Measure | Grade | Class | Sub Class | Variety | Sub-Variety |
|---|---|---|---|---|---|---|---|
| 11/10/2022 8:39:51 AM | CORN | Bushels BU | #2 | YELLOW | | | |

| Special Grades | Flint Flint: | Flint and Dent FlintDent: | Waxy Waxy: |
|---|---|---|---|

| Dock % | Gross Lbs of Dock | Gross Lbs Incl. Dock | Gross Bushels | Net Pounds | Net Bushels |
|---|---|---|---|---|---|
| | | 1120000.00 | 20000.00 | 1120000.00 | 20000.00 |

| Elevation Chgs Prepaid Per Bushels | In @ $  0.000000 Out @ $  0.000000 | Total Prepaid Elev Chgs | 0.00 | Receiving Charges Paid | Storage Start Date* (MM/DD/YYYY) Date Storage Pd. Through | 11/10/2022 11/10/2022 |
|---|---|---|---|---|---|---|

| Storage Type | Storage Method | Lot No (I.P. Only) | Storage Tariff Rates |
|---|---|---|---|
| Commingled | Bulk | | 0.0000000 ($/unit/day) |

| Received By: Truck: **X**  Barge:   Rail: Sent Via: Truck:   Barge:   Rail: | **Warehouseman is not Depositor** |
|---|---|
| Grade Statement:   Grade determined by non-licensed grader Inspection Cert No: | Vomitoxin(ppm) Alflatoxin(ppb) |
| The undersigned warehouseman claims a lien on said grain for charges and liabilities as follows: | Comments |

Remarks:

**View Profile (Term & Conditions)**

| Supplemental | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Test Wt. Lbs. | Moisture % | Protein %, Splits or Sounds | TD % | HD % | FM % | Shrunken & Broken % | Total Defects % | Other QF % | Other Special Qualities | Car Initial and No. |

| Date Received | | | | When Received | | | | | Farm Info | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | Crop Yr | Moist % | Dock % | Gross Lbs. | Gross Bu. | | State Code | County code | FSA Number |
| | | | | | | | | | | | |

Load Time: 125.0093 ms

**Electronic Warehouse Receipts Management**

Welcome Emily McMahon                    FCStone Merchant Services, LLC

Main Menu     Account Setup     Help     Logout

**EWRs Held** | **EWR Reports**| **EWR Holder List**| **EWR Producer List**
**EWR History** | **Communication History**

## Warehouse Receipt Information NO: TX00002179
## This is a printed copy of an electronic warehouse receipt

Issued By Villarreal,Everardo

**Holder: FCStone Merchant Services, LLC**          **NOT LOANABLE**                    **NEGOTIABLE**

| WH License | 0323878 | WH Code | 00000 | Issuing WH: Garcia Grain Trading Corp.-Progreso | |
|---|---|---|---|---|---|
| Delivery WH: | City: Progreso | County: 215 | State: TX | **Authorized Signature:** | |
| Storing WH: | City: Progreso | County: 215 | State: TX | Everardo Villarreal Jr. | |

| For The Account Of: | | Garcia Grain Trading Corp. | | Of | Progreso Division | |
|---|---|---|---|---|---|---|

| Date Issued | Kind of Grain | Unit of Measure | Grade | Class | Sub Class | Variety | Sub-Variety |
|---|---|---|---|---|---|---|---|
| 11/10/2022 8:40:56 AM | CORN | Bushels BU | #2 | YELLOW | | | |

| **Special Grades** | Flint Flint: | Flint and Dent FlintDent: | Waxy Waxy: |
|---|---|---|---|

| Dock % | Gross Lbs of Dock | Gross Lbs Incl. Dock | Gross Bushels | Net Pounds | Net Bushels |
|---|---|---|---|---|---|
| | | 222824.00 | 3979.00 | 222824.00 | 3979.00 |

| Elevation Chgs Prepaid Per Bushels | In @ $ 0.000000 Out @ $ 0.000000 | Total Prepaid Elev Chgs | 0.00 | Receiving Charges Paid | Storage Start Date* (MM/DD/YYYY) Date Storage Pd. Through | 11/10/2022 11/10/2022 |
|---|---|---|---|---|---|---|

| Storage Type | Storage Method | Lot No (I.P. Only) | Storage Tariff Rates |
|---|---|---|---|
| Commingled | Bulk | | 0.0000000 ($/unit/day) |

| Received By: Truck: **X**  Barge:   Rail: Sent Via: Truck:   Barge:   Rail: | **Warehouseman is not Depositor** |
|---|---|
| Grade Statement:  Grade determined by non-licensed grader Inspection Cert No: | Vomitoxin(ppm) Alflatoxin(ppb) |
| The undersigned warehouseman claims a lien on said grain for charges and liabilities as follows: | Comments |

Remarks:
**View Profile (Term & Conditions)**

| Supplemental | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Test Wt. Lbs. | Moisture % | Protein %, Splits or Sounds | TD % | HD % | FM % | Shrunken & Broken % | Total Defects % | Other QF % | Other Special Qualities | Car Initial and No. |

| Date Received | | | | When Received | | | | | Farm Info | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | Crop Yr | Moist % | Dock % | Gross Lbs. | Gross Bu. | State Code | County code | | FSA Number |
| | | | | | | | | | | | |

Load Time: 125.7019 ms

| Electronic Warehouse Receipts Management | |
|---|---|
| Welcome Emily McMahon | FCStone Merchant Services, LLC |

Main Menu     Account Setup     Help     Logout

**EWRs Held** |  **EWR Reports**|  **EWR Holder List**|  **EWR Producer List**
**EWR History** |  **Communication History**

## Warehouse Receipt Information NO: TX00002180

## This is a printed copy of an electronic warehouse receipt

Issued By Villarreal,Everardo

**Holder: FCStone Merchant Services, LLC**          **NOT LOANABLE**          **NEGOTIABLE**

| WH License | 0323878 | WH Code | 00000 | Issuing WH: Garcia Grain Trading Corp.-Progreso | | |
|---|---|---|---|---|---|---|
| Delivery WH: | City: Progreso | County: 215 | State: TX | **Authorized Signature:** | | |
| Storing WH: | City: Progreso | County: 215 | State: TX | Everardo Villarreal Jr. | | |

| For The Account Of: | | Garcia Grain Trading Corp. | | Of | Progreso Division | |
|---|---|---|---|---|---|---|

| Date Issued | Kind of Grain | Unit of Measure | Grade | Class | Sub Class | Variety | Sub-Variety |
|---|---|---|---|---|---|---|---|
| 11/10/2022 1:13:14 PM | CORN | Bushels BU | #2 | YELLOW | | | |

| **Special Grades** | Flint Flint: | Flint and Dent FlintDent: | Waxy Waxy: |
|---|---|---|---|

| Dock % | Gross Lbs of Dock | Gross Lbs Incl. Dock | Gross Bushels | Net Pounds | Net Bushels |
|---|---|---|---|---|---|
| | | 1083320.00 | 19345.00 | 1083320.00 | 19345.00 |

| Elevation Chgs Prepaid Per Bushels | In @ $  0.000000 Out @ $  0.000000 | Total Prepaid Elev Chgs | 0.00 | Receiving Charges Paid | Storage Start Date* (MM/DD/YYYY) Date Storage Pd. Through | 11/10/2022 11/10/2022 |
|---|---|---|---|---|---|---|

| Storage Type | Storage Method | Lot No (I.P. Only) | Storage Tariff Rates |
|---|---|---|---|
| Commingled | Bulk | | 0.0000000 ($/unit/day) |

| Received By: Truck: **X**  Barge:   Rail: Sent Via: Truck:   Barge:   Rail: | **Warehouseman is not Depositor** |
|---|---|

| Grade Statement:   Grade determined by non-licensed grader Inspection Cert No: | Vomitoxin(ppm) Alflatoxin(ppb) |
|---|---|

| The undersigned warehouseman claims a lien on said grain for charges and liabilities as follows: | Comments |
|---|---|
| | |

Remarks:

**View Profile (Term & Conditions)**

| Supplemental | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Test Wt. Lbs. | Moisture % | Protein %, Splits or Sounds | TD % | HD % | FM % | Shrunken & Broken % | Total Defects % | Other QF % | Other Special Qualities | Car Initial and No. |

| Date Received | | | | When Received | | | | | Farm Info | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | Crop Yr | Moist % | Dock % | Gross Lbs. | Gross Bu. | State Code | County code | FSA Number |
| | | | | | | | | | | |

Load Time: 124.9894 ms