## Electronic Warehouse Receipts Management

Welcome Jose Naveja                    FCStone Merchant Services, LLC

| Main Menu | Account Setup | Help | Logout |

**EWRs Held** | **EWR Reports**| **EWR Holder List**| **EWR Producer List**
**EWR History** | **Communication History**

# Warehouse Receipt Information NO: TX00002185        Issued By Villarreal,Everardo
# This is a printed copy of an electronic warehouse receipt

**Holder: FCStone Merchant Services, LLC**          **NOT LOANABLE**          **NEGOTIABLE**

| **WH License** | 0323878 | **WH Code** | 00000 | | Issuing WH: Garcia Grain Trading Corp.-Progreso | | |
|---|---|---|---|---|---|---|---|
| Delivery WH: | City: Progreso | | County: 215 | State: TX | **Authorized Signature:** | | |
| Storing WH: | City: Progreso | | County: 215 | State: TX | Everardo Villarreal Jr. | | |

| For The Account Of: | | Garcia Grain Trading Corp. | | Of | Progreso Division | | |
|---|---|---|---|---|---|---|---|
| Date Issued | Kind of Grain | Unit of Measure | Grade | Class | Sub Class | Variety | Sub-Variety |
| 11/14/2022 1:51:36 PM | CORN | Bushels BU | #2 | YELLOW | | | |

| **Special Grades** | | Flint Flint: | | Flint and Dent FlintDent: | | | Waxy Waxy: | |
|---|---|---|---|---|---|---|---|---|
| Dock % | Gross Lbs of Dock | | Gross Lbs Incl. Dock | | Gross Bushels | Net Pounds | | Net Bushels |
| | | | 1058456.00 | | 18901.00 | 1058456.00 | | 18901.00 |

| Elevation Chgs Prepaid Per Bushels | In @ $  0.000000 Out @ $   0.000000 | Total Prepaid Elev Chgs | 0.00 | Receiving Charges Paid | Storage Start Date* (MM/DD/YYYY) Date Storage Pd. Through | 11/14/2022 11/14/2022 |
|---|---|---|---|---|---|---|
| Storage Type | Storage Method | Lot No (I.P. Only) | | Storage Tariff Rates | | |
| Commingled | Bulk | | | 0.0000000 ($/unit/day) | | |

Received By: Truck: **X**  Barge:    Rail:
Sent Via: Truck:    Barge:    Rail:                    **Warehouseman is not Depositor**

| Grade Statement:   Grade determined by non-licensed grader Inspection Cert No: | Vomitoxin(ppm) Alflatoxin(ppb) |
|---|---|
| The undersigned warehouseman claims a lien on said grain for charges and liabilities as follows: | Comments |

Remarks:
**View Profile (Term & Conditions)**

| Supplemental | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Test Wt. Lbs. | Moisture % | Protein %, Splits or Sounds | TD % | HD % | FM % | Shrunken & Broken % | Total Defects % | Other QF % | Other Special Qualities | Car Initial and No. | |
| | | | | | | | | | | | |

| Date Received | | | | When Received | | | | Farm Info | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | Crop Yr | Moist % | Dock % | Gross Lbs. | Gross Bu. | State Code | County code | FSA Number | |
| | | | | | | | | | | | |

Load Time: 124.9859 ms

**Electronic Warehouse Receipts Management**

Welcome Emily McMahon                    FCStone Merchant Services, LLC

| Main Menu | Account Setup | Help | Logout |

**EWRs Held** | **EWR Reports**| **EWR Holder List**| **EWR Producer List**
**EWR History** | **Communication History**

# Warehouse Receipt Information NO: TX00002186

Issued By Villarreal,Everardo

# This is a printed copy of an electronic warehouse receipt

**Holder: FCStone Merchant Services, LLC**        **NOT LOANABLE**        **NEGOTIABLE**

| WH License | 0323878 | WH Code | 00000 | Issuing WH: Garcia Grain Trading Corp.-Progreso | | |
|---|---|---|---|---|---|---|
| Delivery WH: | City: Progreso | County: 215 | State: TX | **Authorized Signature:** | | |
| Storing WH: | City: Progreso | County: 215 | State: TX | Everardo Villarreal Jr. | | |

| For The Account Of: | | Garcia Grain Trading Corp. | | Of | Progreso Division | |
|---|---|---|---|---|---|---|

| Date Issued | Kind of Grain | Unit of Measure | Grade | Class | Sub Class | Variety | Sub-Variety |
|---|---|---|---|---|---|---|---|
| 11/15/2022 8:20:03 AM | CORN | Bushels BU | #2 | YELLOW | | | |

| **Special Grades** | Flint Flint: | Flint and Dent FlintDent: | Waxy Waxy: |
|---|---|---|---|

| Dock % | Gross Lbs of Dock | Gross Lbs Incl. Dock | Gross Bushels | Net Pounds | Net Bushels |
|---|---|---|---|---|---|
| | | 482720.00 | 8620.00 | 482720.00 | 8620.00 |

| Elevation Chgs Prepaid Per Bushels | In @ $  0.000000 Out @ $  0.000000 | Total Prepaid Elev Chgs | 0.00 | Receiving Charges Paid | Storage Start Date* (MM/DD/YYYY) Date Storage Pd. Through | 11/15/2022 11/15/2022 |
|---|---|---|---|---|---|---|

| Storage Type | Storage Method | Lot No (I.P. Only) | Storage Tariff Rates |
|---|---|---|---|
| Commingled | Bulk | | 0.0000000 ($/unit/day) |

| Received By: Truck: **X**  Barge:    Rail: Sent Via: Truck:    Barge:    Rail: | **Warehouseman is not Depositor** |
|---|---|
| Grade Statement:   Grade determined by non-licensed grader Inspection Cert No: | Vomitoxin(ppm) Alflatoxin(ppb) |
| The undersigned warehouseman claims a lien on said grain for charges and liabilities as follows: | Comments |

Remarks:

**View Profile (Term & Conditions)**

| Supplemental | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Test Wt. Lbs. | Moisture % | Protein %, Splits or Sounds | TD % | HD % | FM % | Shrunken & Broken % | Total Defects % | Other QF % | Other Special Qualities | Car Initial and No. |

| Date Received | | | | When Received | | | | | Farm Info | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | Crop Yr | Moist % | Dock % | Gross Lbs. | Gross Bu. | State Code | County code | FSA Number |
| | | | | | | | | | | |

Load Time: 109.3661 ms

| Electronic Warehouse Receipts Management | |
| --- | --- |
| Welcome Jose Naveja | FCStone Merchant Services, LLC |

| Main Menu | Account Setup | Help | Logout |

**EWRs Held** | **EWR Reports**| **EWR Holder List**| **EWR Producer List**
**EWR History** | **Communication History**

# Warehouse Receipt Information NO: TX00002187          Issued By Villarreal,Everardo
## This is a printed copy of an electronic warehouse receipt

**Holder: FCStone Merchant Services, LLC**                    **NOT LOANABLE**                    **NEGOTIABLE**

| **WH License** | 0323878 | **WH Code** | 00000 | | Issuing WH: Garcia Grain Trading Corp.-Progreso | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Delivery WH: | City: Progreso | | County: 215 | State: TX | **Authorized Signature:** | | |
| Storing WH: | City: Progreso | | County: 215 | State: TX | Everardo Villarreal Jr. | | |

| For The Account Of: | | Garcia Grain Trading Corp. | | Of | Progreso Division | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Date Issued | Kind of Grain | Unit of Measure | Grade | Class | Sub Class | Variety | Sub-Variety |
| 11/16/2022 3:13:00 PM | CORN | Bushels BU | #2 | YELLOW | | | |

| **Special Grades** | | Flint Flint: | | Flint and Dent FlintDent: | | Waxy Waxy: | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Dock % | Gross Lbs of Dock | | Gross Lbs Incl. Dock | Gross Bushels | Net Pounds | Net Bushels |
| | | | 1120000.00 | 20000.00 | 1120000.00 | 20000.00 |

| Elevation Chgs Prepaid Per Bushels | In @ $   0.000000 Out @ $   0.000000 | Total Prepaid Elev Chgs | 0.00 | Receiving Charges Paid | Storage Start Date* (MM/DD/YYYY) Date Storage Pd. Through | 11/16/2022 11/16/2022 |
| --- | --- | --- | --- | --- | --- | --- |

| Storage Type | Storage Method | Lot No (I.P. Only) | Storage Tariff Rates |
| --- | --- | --- | --- |
| Commingled | Bulk | | 0.0000000 ($/unit/day) |

| Received By: Truck: **X**  Barge:   Rail: Sent Via: Truck:  Barge:   Rail: | **Warehouseman is not Depositor** |
| --- | --- |
| Grade Statement:   Grade determined by non-licensed grader Inspection Cert No: | Vomitoxin(ppm) Alflatoxin(ppb) |
| The undersigned warehouseman claims a lien on said grain for charges and liabilities as follows: | Comments |
| Remarks: | |
| **View Profile (Term & Conditions)** | |

| Supplemental | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Test Wt. Lbs. | Moisture % | Protein %, Splits or Sounds | TD % | HD % | FM % | Shrunken & Broken % | Total Defects % | Other QF % | Other Special Qualities | Car Initial and No. | |
| | | | | | | | | | | | |

| Date Received | | | | When Received | | | | Farm Info | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Month | Day | Year | Crop Yr | Moist % | Dock % | Gross Lbs. | Gross Bu. | State Code | County code | FSA Number | |
| | | | | | | | | | | | |

Load Time: 109.3891 ms

**Electronic Warehouse Receipts Management**

Welcome Jose Naveja                                    FCStone Merchant Services, LLC

| Main Menu | Account Setup | Help | Logout |

**EWRs Held** | **EWR Reports** | **EWR Holder List** | **EWR Producer List**
**EWR History** | **Communication History**

# Warehouse Receipt Information NO: TX00002188

Issued By Villarreal,Everardo

## This is a printed copy of an electronic warehouse receipt

Holder: FCStone Merchant Services, LLC              **NOT LOANABLE**              **NEGOTIABLE**

| WH License | 0323878 | WH Code | 00000 | | Issuing WH: Garcia Grain Trading Corp.-Progreso | | | |
|---|---|---|---|---|---|---|---|---|
| Delivery WH: | City: Progreso | | County: 215 | State: TX | **Authorized Signature:** | | | |
| Storing WH: | City: Progreso | | County: 215 | State: TX | Everardo Villarreal Jr. | | | |

| For The Account Of: | | Garcia Grain Trading Corp. | | | Of | Progreso Division | | |
|---|---|---|---|---|---|---|---|---|

| Date Issued | Kind of Grain | Unit of Measure | Grade | Class | Sub Class | Variety | Sub-Variety |
|---|---|---|---|---|---|---|---|
| 11/16/2022 3:14:08 PM | CORN | Bushels BU | #2 | YELLOW | | | |

| **Special Grades** | Flint Flint: | | Flint and Dent FlintDent: | | | Waxy Waxy: | |
|---|---|---|---|---|---|---|---|

| Dock % | Gross Lbs of Dock | Gross Lbs Incl. Dock | Gross Bushels | Net Pounds | Net Bushels |
|---|---|---|---|---|---|
| | | 304696.00 | 5441.00 | 304696.00 | 5441.00 |

| Elevation Chgs Prepaid Per Bushels | In @ $ 0.000000 Out @ $ 0.000000 | Total Prepaid Elev Chgs | 0.00 | Receiving Charges Paid | Storage Start Date* (MM/DD/YYYY) Date Storage Pd. Through | 11/16/2022 11/16/2022 |
|---|---|---|---|---|---|---|

| Storage Type | Storage Method | Lot No (I.P. Only) | Storage Tariff Rates |
|---|---|---|---|
| Commingled | Bulk | | 0.0000000 ($/unit/day) |

| Received By: Truck: **X**  Barge:  Rail: Sent Via: Truck:  Barge:  Rail: | **Warehouseman is not Depositor** |
|---|---|

| Grade Statement:  Grade determined by non-licensed grader Inspection Cert No: | Vomitoxin(ppm) Alflatoxin(ppb) |
|---|---|

| The undersigned warehouseman claims a lien on said grain for charges and liabilities as follows: | Comments |
|---|---|

Remarks:
**View Profile (Term & Conditions)**

| Supplemental | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Test Wt. Lbs. | Moisture % | Protein %, Splits or Sounds | TD % | HD % | FM % | Shrunken & Broken % | Total Defects % | Other QF % | Other Special Qualities | Car Initial and No. |
| | | | | | | | | | | |

| Date Received | | | When Received | | | | Farm Info | | |
|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | Crop Yr | Moist % | Dock % | Gross Lbs. | Gross Bu. | State Code | County code | FSA Number |
| | | | | | | | | | | |

Load Time: 125.0413 ms