| **Elevator Section** | **Transport Section** | **Customer Section** |
|---|---|---|
| Garcia Grain Trading | MAJO EXPRESS | FCSTONE MERCHANT |
| PROGRESO DIVISION | JOSE PRECIADO | SERVICES |
| Tel. No.: 956-565-2674 | 180B-787 | NA |

**Ticket In** | **79393** *v.2.7*

|  | IN | OUT |
|---|---|---|
|  | 11/29/2022 14:22 | 11/29/2022 14:52 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31050 | 54800 |

**WEIGHTS**

| Moisture | 12.000 |
|---|---|
| Test Weight | 57.000 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,840.00 |

| GROSS | 83,000.00 |
|---|---|
| TARE | 28,160.00 |
| NET | 54,840.00 |
| METRIC TONS | 24.875 |

Driver Signature

Weigher Signature: ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00031050**

## Yellow Corn - Outbound
FCSTOMA

WN=000050567          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 978.57 | 100.00 % |

FCSTOM                              11/29/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

\* Splits subject to change based on final application \*

Driver  - MAJO EXPRESS                    ON

| Weights  -  YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| **Gross** 12:58  **83100** |  | Moisture | 15.0 |  |
|  |  | TestWeight | 56.0 |  |
|  |  | Total Dam | 3.0 |  |
| **Tare** 12:41  **28300** |  | Heat Dam |  |  |
|  |  | BC |  |  |
|  |  | BCFM | 3.0 |  |
| **Net**  **54800** |  | Aflatoxin |  |  |
| Grs Bu.  978.57 | OPEN STORAGE #12 |  |  |  |
| Net Bu.  978.57 | Brownsville, TX  OMH114183-08 | Grade U.S. | No. 2 |  |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**COPY - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>**Tel. No.:** 956-565-2674 | R. SAENZ TRUCKING<br>RICARDO SAENZ<br>Y59-767 | FCSTONE MERCHANT<br>SERVICES<br>NA |

| **Ticket In** | **79394** | v.2.7 |
|---|---|---|

|  | IN | OUT |
|---|---|---|
|  | 11/29/2022 14:25 | 11/29/2022 15:05 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE | 31051 | 51920 |

| Moisture | 14.400 |
|---|---|
| Test Weight | 57.300 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 51,980.00 |

**WEIGHTS**

| GROSS | 80,340.00 |
|---|---|
| TARE | 28,360.00 |
| NET | 51,980.00 |
| METRIC TONS | 23.578 |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
**00031051**

## Yellow Corn - Outbound
FCSTOMA

WN=000050568

Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 927.14 | 100.00 % |

FCSTOM                                          11/29/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

\* Splits subject to change based on final application \*

Driver   - R SAENZ 04                          ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| **Gross** 13:07 **80480** |  | Moisture | 15.0 | |
| **Tare** 12:55 **28560** |  | TestWeight | 56.0 | |
| **Net** **51920** |  | Total Dam | 3.0 | |
| | | Heat Dam | | |
| | | BC | | |
| Grs Bu. 927.14 | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114183-09 | BCFM | 3.0 | |
| Net Bu. 927.14 | | Aflatoxin | | |
| | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____YVONNE CALZADA_____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

### Elevator Section
**Garcia Grain Trading**
PROGRESO DIVISION
Tel. No.: 956-565-2674

### Transport Section
F & A EXPRESS
ALEX CASTILLO
780-05Y

### Customer Section
FCSTONE MERCHANT
SERVICES
NA

**Ticket In** | **79396** | v.2.7

| | IN | OUT |
|---|---|---|
| | 11/29/2022 15:06 | 11/29/2022 15:34 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31053 | 53920 |

| | | **WEIGHTS** |
|---|---|---|
| Moisture | 14.400 | |
| Test Weight | 55.700 | |
| PPB | .0 | |
| Dry Weight % | 100.00 | |
| Discount/100 LB | $0.00 | |
| Dry Weight | 53,860.00 | |

| | |
|---|---|
| **GROSS** | 82,900.00 |
| **TARE** | 29,040.00 |
| **NET** | 53,860.00 |
| **METRIC TONS** | 24.431 |

_____
Driver Signature

_____
Weigher Signature: ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00031053**

## Yellow Corn - Outbound
FCSTOMA                              WN=000050571          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 962.86 | 100.00 % |

FCSTOM                              11/29/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - F&A GREEN                              ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 13:52 Gross | 83160 | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| | | | Total Dam | 3.0 | |
| 13:41 Tare | 29240 | | Heat Dam | | |
| | | | BC | | |
| | | | BCFM | 3.0 | |
| Net | 53920 | | Aflatoxin | | |
| Grs Bu. | 962.86 | OPEN STORAGE #12 | | | |
| Net Bu. | 962.86 | Brownsville, TX OMH114183-10 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____YVONNE CALZADA_____

**COPY - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | BARBIS TRUCKING<br>RAUL PEREZ<br>154C-340 | FCSTONE MERCHANT<br>SERVICES<br>NA |

**Ticket In** **79400**  *v.2.7*

| | IN | OUT |
|---|---|---|
| | 11/29/2022 15:29 | 11/29/2022 15:38 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31056 | 51460 |

| | |
|---|---|
| Moisture | 14.200 |
| Test Weight | 57.300 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 51,460.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 80,080.00 |
| TARE | 28,620.00 |
| NET | 51,460.00 |
| METRIC TONS | 23.342 |

_____
Driver Signature

_____
Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

Ticket Number
**00031056**

## Yellow Corn - Outbound
FCSTOMA

WN=000050573          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 918.93 | 100.00 % |

FCSTOM                                    11/29/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - JR BARBIS                        ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 14:12<br>**Gross** **80300** | | Moisture | 15.0 | |
| | | TestWeight | 56.0 | |
| 13:47<br>**Tare** **28840** | | Total Dam | 3.0 | |
| | | Heat Dam | | |
| | | BC | | |
| **Net** **51460** | | BCFM | 3.0 | |
| | | Aflatoxin | | |
| Grs Bu. 918.93 | OPEN STORAGE #12<br>Brownsville, TX | | | |
| Net Bu. 918.93 | OMH114183-03 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher:  ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | OZUNA TRUCKING ROY OZUNA SR X44-274 | FCSTONE MERCHANT SERVICES NA |

**Ticket In** | **79398** *v.2.7*

|  | IN | OUT |
|---|---|---|
|  | 11/29/2022 15:14 | 11/29/2022 15:48 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31052 | 52520 |

| Moisture | 14.200 |
|---|---|
| Test Weight | 57.900 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 52,480.00 |

**WEIGHTS**

| GROSS | 81,180.00 |
|---|---|
| TARE | 28,700.00 |
| NET | 52,480.00 |
| METRIC TONS | 23.805 |

_____
Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number**
**00031052**

## Yellow Corn - Outbound
FCSTOMA

WN=000050569          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 937.86 | 100.00 % |

FCSTOM                                    11/29/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - OZUNA TRUCKING 07          ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 13:39 Gross | 81480 | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 13:26 Tare | 28960 | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| Net | 52520 | | BC | | |
| | | | BCFM | 3.0 | |
| | | OPEN STORAGE #12 | Aflatoxin | | |
| Grs Bu. | 937.86 | Brownsville, TX | | | |
| Net Bu. | 937.86 | OMH114183-01 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | OZUNA TRUCKING ROY OZUNA 005B-516 | FCSTONE MERCHANT SERVICES NA |

## Ticket In 79397 *v.2.7*

| | IN | OUT |
|---|---|---|
| | 11/29/2022 15:13 | 11/29/2022 15:51 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 14.500 |
| Test Weight | 57.200 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,580.00 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31054 | 54540 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 82,880.00 |
| TARE | 28,300.00 |
| NET | 54,580.00 |
| METRIC TONS | 24.757 |

Driver Signature

Weigher Signature: ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number**
**00031054**

## Yellow Corn - Outbound
FCSTOMA                                     WN=000050570            Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/29/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 973.93 | 100.00 % | FC STONE MERCHANT SERVICES LLC FCSTOMA 1251 NW BRIARCLIFF PKWY STE 80 KANSAS CITY MO 64116 | |
| * Splits subject to change based on final application * | | | Driver   - OZUNA 02 | ON |

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 13:57 Gross | 83100 | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 13:27 Tare | 28560 | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| Net | 54540 | | BC | | |
| | | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 973.93 | OPEN STORAGE #12 | | | |
| Net Bu. | 973.93 | Brownsville, TX OMH114183-02 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**COPY - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | **F & A EXPRESS**<br>JAIME GARZA<br>187C-179 | **FCSTONE MERCHANT**<br>**SERVICES**<br>NA |

### Ticket In  79399  v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/29/2022 15:17 | 11/29/2022 16:01 |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE | 31055 | 54880 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 14.700 |
| Test Weight | 57.300 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,880.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 83,620.00 |
| TARE | 28,740.00 |
| NET | 54,880.00 |
| METRIC TONS | 24.893 |

_____
Driver Signature

_____
Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00031055**

## Yellow Corn - Outbound
FCSTOMA                                       WN=000050572          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 980.00 | 100.00 % |

FCSTOM                                              11/29/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

\* Splits subject to change based on final application \*

Driver   - A. CASTILLO                             ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 14:04<br>**Gross** | **83940** | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam<br>BC<br>BCFM<br>Aflatoxin | 15.0<br>56.0<br>3.0<br><br><br>3.0 | |
| 13:46<br>**Tare** | **29060** | | | | |
| **Net** | **54880** | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114183-11 | | | |
| Grs Bu. | 980.00 | | | | |
| Net Bu. | 980.00 | | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**COPY - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.: 956-565-2674 | J-9 TRUCKING CONCE 085C-459 | FCSTONE MERCHANT SERVICES NA |

**Ticket In** | **79407** v.27

| | IN | OUT |
|---|---|---|
| | 11/30/2022 08:38 | 11/30/2022 09:08 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | | | Origin | OrgTicket | OrgWeight |
|---|---|---|---|---|---|
| | | | BROWNSVILLE | 31057 | 53240 |

| | |
|---|---|
| Moisture | 14.500 |
| Test Weight | 56.600 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,220.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 79,760.00 |
| TARE | 26,540.00 |
| NET | 53,220.00 |
| METRIC TONS | 24.140 |

_Conce_ 
Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator

9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

Ticket Number **00031057**

## Yellow Corn - Outbound

FCSTOMA                       WN=000050574            Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 950.71 | 100.00 % |

FCSTOM                                              11/30/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

\* Splits subject to change based on final application \*

Driver  - TC TRUCKING                              ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 07:23 Gross | 80000 | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 07:04 Tare | 26760 | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| Net | 53240 | | BC | | |
| | | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 950.71 | Brownsville, TX | | | |
| Net Bu. | 950.71 | OMH114183-16 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

ORIGINAL - Not Negotiable

Scanned with CamScanner

| **Elevator Section**<br>**Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | **Transport Section**<br>F & A EXPRESS<br>MARGARITO PONCE<br>W44-007 | **Customer Section**<br>FCSTONE MERCHANT<br>SERVICES<br>NA |
|---|---|---|

### Ticket In  79408   v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/30/2022 08:47 | 11/30/2022 09:23 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31058 | 51180 |

| Moisture | 14.500 |
|---|---|
| Test Weight | 56.400 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 51,120.00 |

| **WEIGHTS** |  |
|---|---|
| GROSS | 80,880.00 |
| TARE | 29,760.00 |
| NET | 51,120.00 |
| METRIC TONS | 23.188 |

_Driver Signature_

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
**00031058**

## Yellow Corn - Outbound
FCSTOMA

WN=000050575                    Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 913.93 | 100.00 % |

FCSTOM                                11/30/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - F&A 6                          ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 07:28<br>**Gross    81120** |  | Moisture | 15.0 | |
| 07:05<br>**Tare    29940** |  | TestWeight | 56.0 | |
| **Net    51180** |  | Total Dam | 3.0 | |
|  |  | Heat Dam | | |
|  |  | BC | | |
| Grs Bu.    913.93 | Brownsville, TX | BCFM | 3.0 | |
| Net Bu.    913.93 | OMH114183-30 | Aflatoxin | | |
|  |  | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT,** Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

**CERTIFICATION:** This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____YVONNE CALZADA_____

**COPY - Not Negotiable**

Scanned with CamScanner

## Elevator Section
**Garcia Grain Trading**
PROGRESO DIVISION
Tel. No.: 956-565-2674

## Transport Section
F & A EXPRESS
ALEX CASTILLO
780-05Y

## Customer Section
FCSTONE MERCHANT SERVICES
NA

**Ticket In** | **79409** | v.2.7

| | IN | OUT |
|---|---|---|
| | 11/30/2022 08:49 | 11/30/2022 09:37 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31059 | 55360 |

| | | **WEIGHTS** |
|---|---|---|
| Moisture | 14.500 | |
| Test Weight | 56.300 | |
| PPB | .0 | |
| Dry Weight % | 100.00 | |
| Discount/100 LB | $0.00 | |
| Dry Weight | 55,280.00 | |

| | WEIGHTS | |
|---|---|---|
| GROSS | 84,180.00 |
| TARE | 28,900.00 |
| NET | 55,280.00 |
| METRIC TONS | 25.075 |

_____
Driver Signature

_____
Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number**
**00031059**

## Yellow Corn - Outbound
FCSTOMA

WN=000050576          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 988.57 | 100.00 % |

FCSTOM                                    11/30/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - F&A 4                                    ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 07:35 Gross | 84460 | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 07:07 Tare | 29100 | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| Net | 55360 | | BC | | |
| | | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 988.57 | Brownsville, TX | | | |
| Net Bu. | 988.57 | OMH114183-31 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**COPY - Not Negotiable**

Scanned with CamScanner