| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** PROGRESO DIVISION Tel. No.:  956-565-2674 | F & A EXPRESS JAIME GARZA 187C-159 | FCSTONE MERCHANT SERVICES NA |

**Ticket In    79410**    v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/30/2022 08:54 | 11/30/2022 09:50 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE | 31060 | 54360 |

| Moisture | 14.600 |
|---|---|
| Test Weight | 55.500 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,340.00 |

| **WEIGHTS** | |
|---|---|
| GROSS | 82,900.00 |
| TARE | 28,560.00 |
| NET | 54,340.00 |
| METRIC TONS | 24.648 |

_____
Driver Signature

_____
Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

Ticket Number
**00031060**

## Yellow Corn - Outbound
FCSTOMA

WN=000050577          Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 970.71 | 100.00 % |

FCSTOM                                           11/30/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver   - A CASTILLO 05                    ON

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 07:42 **Gross   83260** | | Moisture | 15.0 | |
| | | TestWeight | 56.0 | |
| 07:08 **Tare   28900** | | Total Dam | 3.0 | |
| | | Heat Dam | | |
| | | BC | | |
| **Net   54360** | | BCFM | 3.0 | |
| | | Aflatoxin | | |
| Grs Bu.   970.71 | OPEN STORAGE #12 | | | |
| Net Bu.   970.71 | Brownsville, TX OMH114183-32 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher:   YVONNE CALZADA

**COPY - Not Negotiable**

Scanned with CamScanner

| **Elevator Section** | **Transport Section** | **Customer Section** |
|---|---|---|
| Garcia Grain Trading | BETANCOURT TRUCKING | FCSTONE MERCHANT |
| PROGRESO DIVISION | FELIPE BETANCOURT JR | SERVICES |
| Tel. No.: 956-565-2674 | 109C-980 | NA |

**Ticket In** **79412** *v.2.7*

|  | IN | OUT |
|---|---|---|
|  | 11/30/2022 09:01 | 11/30/2022 09:51 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE | 31061 | 53400 |

| Moisture | 14.400 |
|---|---|
| Test Weight | 57.200 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,500.00 |

**WEIGHTS**

| GROSS | 80,640.00 |
|---|---|
| TARE | 27,140.00 |
| NET | 53,500.00 |
| METRIC TONS | 24.267 |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

Ticket Number
**00031061**

## Yellow Corn - Outbound
FCSTOMA                                    WN=000050578                    Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | | 11/30/2022 |
|---|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 953.57 | 100.00 % | FC STONE MERCHANT SERVICES LLC | | |
| | | | FCSTOMA | | |
| | | | 1251 NW BRIARCLIFF PKWY STE 80 | | |
| | | | KANSAS CITY MO 64116 | | |
| * Splits subject to change based on final application * | | | Driver  - BETANCOURT 5 | | ON |

| Weights  -  YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 07:49 **Gross** | **80940** | | Moisture | 15.0 | |
| 07:10 **Tare** | **27540** | | TestWeight | 56.0 | |
| | | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| | | | BC | | |
| **Net** | **53400** | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 953.57 | OPEN STORAGE #12 | | | |
| Net Bu. | 953.57 | Brownsville, TX OMH114183-20 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher:   YVONNE CALZADA

**COPY - Not Negotiable**

Scanned with CamScanner

### Elevator Section
**Garcia Grain Trading**
PROGRESO DIVISION
Tel. No.: 956-565-2674

### Transport Section
VILLANEVA TRANSPORT
GERARDO VILLAREAL
084B-585

### Customer Section
FCSTONE MERCHANT
SERVICES
NA

**Ticket In** | **79414** | *v.2.7*

|  | IN | OUT |
|---|---|---|
|  | 11/30/2022 09:19 | 11/30/2022 10:04 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31062 | 53280 |

| | |
|---|---|
| Moisture | 14.400 |
| Test Weight | 56.700 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,200.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 81,360.00 |
| TARE | 28,160.00 |
| NET | 53,200.00 |
| METRIC TONS | 24.131 |

Driver Signature

Weigher Signature: ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

Ticket Number
**00031062**

## Yellow Corn - Outbound
FCSTOMA                                     WN=000050579           Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 951.43 | 100.00 % |

FCSTOM                                      11/30/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

O84B-585

* Splits subject to change based on final application *     Driver  - VILLANUEVA 12          ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 07:56 Gross | 81600 | | Moisture | 15.0 | |
| 07:12 Tare | 28320 | | TestWeight | 56.0 | |
| Net | 53280 | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| | | | BC | | |
| | | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 951.43 | OPEN STORAGE #12 | | | |
| Net Bu. | 951.43 | Brownsville, TX OMH114183-25 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

**CERTIFICATION:** This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.       Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | VILLANUEVA TRANSPORT<br>RUBEN VILLANUEVA SR<br>155B-251 | FCSTONE MERCHANT<br>SERVICES<br>NA |

## Ticket In | 79413 | v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/30/2022 09:16 | 11/30/2022 10:07 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

|  | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
|  | BROWNSVILLE | 31063 | 54920 |

| Moisture | 14.400 |
|---|---|
| Test Weight | 56.000 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 54,880.00 |

**WEIGHTS**

| GROSS | 83,860.00 |
|---|---|
| TARE | 28,980.00 |
| NET | 54,880.00 |
| METRIC TONS | 24.893 |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

Ticket Number
**00031063**

## Yellow Corn - Outbound
FCSTOMA

WN=000050580        Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 980.71 | 100.00 % |

FCSTOM                                           11/30/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - VILLANUEVA 15                    ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 08:03<br>**Gross** | **84120** | | Moisture<br>TestWeight<br>Total Dam<br>Heat Dam<br>BC<br>BCFM<br>Aflatoxin | 15.0<br>56.0<br>3.0<br><br><br>3.0 | |
| 07:13<br>**Tare** | **29200** | | | | |
| **Net** | **54920** | | | | |
| Grs Bu. | 980.71 | OPEN STORAGE #12<br>Brownsville, TX<br>OMH114183-26 | | | |
| Net Bu. | 980.71 | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ___YVONNE CALZADA___

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | ROCKING A<br>NOE ACEVEDO<br>Y77-844 | FCSTONE MERCHANT<br>SERVICES<br>NA |

**Ticket In  79415**  v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/30/2022 09:36 | 11/30/2022 10:18 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31064 | 50460 |

| | |
|---|---|
| Moisture | 14.700 |
| Test Weight | 56.500 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 50,620.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 79,560.00 |
| TARE | 28,940.00 |
| NET | 50,620.00 |
| METRIC TONS | 22.961 |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
**00031064**

## Yellow Corn - Outbound
FCSTOMA                                           WN=000050581            Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | 11/30/2022 |
|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 901.07 | 100.00 % | FC STONE MERCHANT SERVICES LLC<br>FCSTOMA<br>1251 NW BRIARCLIFF PKWY STE 80<br>KANSAS CITY MO 64116 | |
| * Splits subject to change based on final application * | | | Driver  - ROCKING A | ON |

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 08:11<br>**Gross** | 79820 | | Moisture | 15.0 | |
| 07:14<br>**Tare** | 29360 | | TestWeight | 56.0 | |
| | | | Total Dam | 3.0 | |
| **Net** | 50460 | | Heat Dam | | |
| | | | BC | | |
| | | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 901.07 | OPEN STORAGE #12 | | | |
| Net Bu. | 901.07 | Brownsville, TX<br>OMH114183-15 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher:  YVONNE CALZADA

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** <br> PROGRESO DIVISION <br> Tel. No.: 956-565-2674 | JCS TRUCKING <br> JOSE CRUZ <br> 116B-528 | FCSTONE MERCHANT <br> SERVICES <br> NA |

### Ticket In   79417   v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/30/2022 09:43 | 11/30/2022 10:18 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 14.500 |
| Test Weight | 56.700 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 51,380.00 |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31066 | 51440 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 80,500.00 |
| TARE | 29,120.00 |
| NET | 51,380.00 |
| METRIC TONS | 23.306 |

_____
Driver Signature

_____
Weigher Signature: ALFREDO TORRES

---

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
**00031066**

## Yellow Corn - Outbound
FCSTOMA                                      WN=000050583           Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | | 11/30/2022 |
|---|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 918.57 | 100.00 % | FC STONE MERCHANT SERVICES LLC <br> FCSTOMA <br> 1251 NW BRIARCLIFF PKWY STE 80 <br> KANSAS CITY MO 64116 | | |
| * Splits subject to change based on final application * | | | Driver   - JCS 4 | | ON |

| Weights  -  YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 08:30 <br> **Gross** | **80800** | | Moisture <br> TestWeight <br> Total Dam <br> Heat Dam <br> BC <br> BCFM <br> Aflatoxin | 15.0 <br> 56.0 <br> 3.0 <br> <br> <br> 3.0 | |
| 07:42 <br> **Tare** | **29360** | | | | |
| **Net** | **51440** | OPEN STORAGE #12 <br> Brownsville, TX <br> OMH114183-29 | | | |
| Grs Bu. | 918.57 | | | | |
| Net Bu. | 918.57 | | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.       Licensed Inspector and/or Weigher: _____YVONNE CALZADA_____

**COPY - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading** | VILLANUEVA TRANSPORT | FCSTONE MERCHANT |
| PROGRESO DIVISION | RUBEN VILLANUEVA JR | SERVICES |
| Tel. No.: 956-565-2674 | X05-021 | NA |

**Ticket In  79416**  *v.2.7*

|  | IN | OUT |
|---|---|---|
|  | 11/30/2022 09:40 | 11/30/2022 10:29 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31065 | 55480 |

| Moisture | 14.600 |
|---|---|
| Test Weight | 56.700 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 55,480.00 |

**WEIGHTS**

| GROSS | 83,980.00 |
|---|---|
| TARE | 28,500.00 |
| NET | 55,480.00 |
| METRIC TONS | 25.166 |

Driver Signature

Weigher Signature: J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator

9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

**Ticket Number**
*00031065*

## Yellow Corn - Outbound

FCSTOMA                                    WN=000050582        Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 990.71 | 100.00 % |

FCSTOM                                      11/30/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - VILLANUEVA 16                     ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 08:19 **Gross** | **84220** | | Moisture | 15.0 | |
| 07:39 **Tare** | **28740** | | TestWeight | 56.0 | |
|  | | | Total Dam | 3.0 | |
| **Net** | **55480** | | Heat Dam | | |
|  | | | BC | | |
|  | | | BCFM | 3.0 | |
|  | | OPEN STORAGE #12 | Aflatoxin | | |
| Grs Bu. | 990.71 | Brownsville, TX | | | |
| Net Bu. | 990.71 | OMH114183-27 | Grade U.S. | No. 2 | |

**UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate**
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher:  ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>Tel. No.: 956-565-2674 | T & A LOGISTICS<br>ANTONIO VARELA<br>006B-028 | FCSTONE MERCHANT<br>SERVICES<br>NA |

**Ticket In** | **79419** | *v.2.7*

|  | IN | OUT |
|---|---|---|
|  | 11/30/2022 10:07 | 11/30/2022 10:45 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31067 | 49100 |

| | |
|---|---|
| Moisture | 14.500 |
| Test Weight | 57.200 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 49,340.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 78,320.00 |
| TARE | 28,980.00 |
| NET | 49,340.00 |
| METRIC TONS | 22.380 |



Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

Ticket Number
**00031067**

# Yellow Corn - Outbound
FCSTOMA                                  WN=000050584              Fed Lic No:3-10007

| Farm Splits | Quantity | Percent | FCSTOM | | 11/30/2022 |
|---|---|---|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 876.79 | 100.00 % | FC STONE MERCHANT SERVICES LLC<br>FCSTOMA<br>1251 NW BRIARCLIFF PKWY STE 80<br>KANSAS CITY MO 64116 | | |
| * Splits subject to change based on final application * | | | Driver  - T&A LOGISTICS 0605 | | ON |

| Weights - YC | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|
| 08:36<br>**Gross**   78600 | | Moisture | 15.0 | |
| 07:57<br>**Tare**    29500 | | TestWeight | 56.0 | |
| | | Total Dam | 3.0 | |
| **Net**     49100 | | Heat Dam | | |
| | | BC | | |
| Grs Bu.    876.79 | OPEN STORAGE #12 | BCFM | 3.0 | |
| Net Bu.    876.79 | Brownsville, TX<br>OMH114183-17 | Aflatoxin | | |
| | | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: _____ YVONNE CALZADA _____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

### Elevator Section
**Garcia Grain Trading**
PROGRESO DIVISION
Tel. No.: 956-565-2674

### Transport Section
TC TRUCKING
GUSTAVO CAVAZOS
131C-863

### Customer Section
FCSTONE MERCHANT
SERVICES
NA

**Ticket In  79421**  v.2.7

|  | IN | OUT |
|---|---|---|
|  | 11/30/2022 10:43 | 11/30/2022 11:02 |

| | Origin | OrgTicket | OrgWeight |
|---|---|---|---|
| | BROWNSVILLE | 31068 | 53100 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| | |
|---|---|
| Moisture | 14.400 |
| Test Weight | 57.700 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 53,100.00 |

**WEIGHTS**

| | |
|---|---|
| GROSS | 81,520.00 |
| TARE | 28,420.00 |
| NET | 53,100.00 |
| METRIC TONS | 24.086 |

_____
Driver Signature

_____
Weigher Signature: J. ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd   Brownsville, TX 78521   Ph. (956) 620-2020

**Ticket Number**
**00031068**

## Yellow Corn - Outbound
FCSTOMA

WN=000050585        Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 948.21 | 100.00 % |

FCSTOM                                   11/30/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - TC TRUCKING                           ON

| Weights - YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 09:02 Gross | 81480 | | Moisture | 15.0 | |
| | | | TestWeight | 56.0 | |
| 08:49 Tare | 28380 | | Total Dam | 3.0 | |
| | | | Heat Dam | | |
| Net | 53100 | | BC | | |
| | | | BCFM | 3.0 | |
| | | | Aflatoxin | | |
| Grs Bu. | 948.21 | OPEN STORAGE #12 | | | |
| Net Bu. | 948.21 | Brownsville, TX OMH114183-22 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner

| Elevator Section | Transport Section | Customer Section |
|---|---|---|
| **Garcia Grain Trading**<br>PROGRESO DIVISION<br>**Tel. No.:** 956-565-2674 | JCS TRUCKING<br>LUPE PEREZ<br>W60-961 | FCSTONE MERCHANT<br>SERVICES<br>NA |

**Ticket In** | **79422** *v.2.7*

| | IN | OUT |
|---|---|---|
| | 11/30/2022 10:53 | 11/30/2022 11:16 |

| Product | Lot # |
|---|---|
| Yellow Corn | NA |

| Origin | OrgTicket | OrgWeight |
|---|---|---|
| BROWNSVILLE | 31069 | 51500 |

| | |
|---|---|
| Moisture | 14.500 |
| Test Weight | 57.000 |
| PPB | .0 |
| Dry Weight % | 100.00 |
| Discount/100 LB | $0.00 |
| Dry Weight | 51,440.00 |

**WEIGHTS**

| | |
|---|---|
| **GROSS** | 79,940.00 |
| **TARE** | 28,500.00 |
| **NET** | 51,440.00 |
| **METRIC TONS** | 23.333 |

Driver Signature

Weigher Signature: ALFREDO TORRES

# West Plains LLC-Brownsville Elevator
9155 RL Ostos Rd    Brownsville, TX 78521    Ph. (956) 620-2020

## Yellow Corn - Outbound

Ticket Number
**00031069**

FCSTOMA

WN=000050586

Fed Lic No:3-10007

| Farm Splits | Quantity | Percent |
|---|---|---|
| FC STONE MERCHANT SERVICES LLC | 919.64 | 100.00 % |

FCSTOM                                           11/30/2022

FC STONE MERCHANT SERVICES LLC
FCSTOMA
1251 NW BRIARCLIFF PKWY STE 80
KANSAS CITY MO 64116

* Splits subject to change based on final application *

Driver  - JCS 2                                      ON

| Weights  -  YC | | Instructions | Factor | Grade | +Prem/-Disc |
|---|---|---|---|---|---|
| 09:25<br>**Gross** | **80200** | | Moisture | 15.0 | |
| 09:03<br>**Tare** | **28700** | | TestWeight<br>Total Dam<br>Heat Dam | 56.0<br>3.0 | |
| **Net** | **51500** | | BC<br>BCFM<br>Aflatoxin | 3.0 | |
| Grs Bu. | 919.64 | OPEN STORAGE #12<br>Brownsville, TX | | | |
| Net Bu. | 919.64 | OMH114183-28 | Grade U.S. | No. 2 | |

UNITED STATES WAREHOUSE ACT, Grain Inspection and Weight Certificate
(Inspection not valid for the purposes of the U.S. Grain Standards Act)

CERTIFICATION: This certificate is issued by an inspector/weigher licensed
under the United States Warehouse Act and regulations thereunder.

Licensed Inspector and/or Weigher: ____YVONNE CALZADA____

**ORIGINAL - Not Negotiable**

Scanned with CamScanner