United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 03, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **GARCIA GRAIN TRADING CORP.,** | § | Case No. 23-70028-EVR-11 |
| | § | |
| **Debtor.** | § | |

## ORDER SETTING ELECTRONIC HEARING ON DEBTOR'S EMERGENCY MOTION FOR (I) INTERIM AUTHORITY TO INCUR POST-PETITION INDEBTEDNESS WITH GRAINCHAIN, INC. PURSUANT TO 11 U.S.C. § 364(c)(1) TOGETHER WITH FINAL AUTHORITY TO GRANT PRIORITY PURSUANT TO 11 U.S.C. § 364(c)(1) and (2); (II) AUTHORITY TO APPROVE OPERATING AGREEMENT PURSUANT TO 11 U.S.C. § 363(b) WITH GRAINCHAIN, INC., AND ELKINS GRAIN, LLC; AND (III) REQUEST FOR PRELIMINARY AND FINAL HEARINGS

On this day, came on to be considered Debtor's Request For Emergency Hearing on its *Emergency Motion for (I) Interim Authority to Incur Post-Petition Indebtedness with GrainChain, Inc. Pursuant to 11 U.S.C. § 364(c)(1) Together with Final Authority to Grant Priority Pursuant to 11 U.S.C. § 364(c)(1) and (2); (II) Request to Approve Operating Agreement with GrainChain, Inc., and Elkins Grain, LLC; and (III) Request for Preliminary and Final Hearings* ("Motion") [Dkt. #342]. The Court finds that a need exists for an emergency hearing and to shorten notice. The Court further finds that the Debtor's request for an emergency hearing should be GRANTED.

IT IS THEREFORE ORDERED that the notice time to object to Debtor's Motion is hereby shortened, and that an emergency hearing on Debtor's Motion is set for **Friday, July 7, 2023, at 3:00 p.m. The hearing shall be conducted electronically before the U.S. Bankruptcy Court, Southern District of Texas, McAllen Division (Central Standard Time).**

To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-

Order Setting Electronic Hearing on Debtor's
Emergency Motion for DIP Financing, etc.
Page 1

judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at (832) 917–1510, conference room number 999276 and to (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez.

Signed: July 03, 2023

                                          Eduardo V. Rodriguez
                                   Chief United States Bankruptcy Judge

**APPROVED AS TO FORM AND SUBSTANCE**:

MULLIN HOARD & BROWN, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: (806)765-7491
Facsimile: (806) 765-0553
Email: drl@mhba.com

By  /s/ David R. Langston
    David R. Langston, SBN: 11923800
    Southern District Bar No. 9489
***Attorneys for Debtor, Garcia Grain Trading Corp.***

Order Setting Electronic Hearing on Debtor's
Emergency Motion for DIP Financing, etc.
Page 2