IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| GARCIA GRAIN TRADING CORP., | § | Case No. 23-70028-EVR-11 |
| | § | |
| Debtor. | § | |

**NOTICE OF RE-SET HEARING ON DEBTOR'S AMENDED EMERGENCY MOTION FOR (I) INTERIM AUTHORITY TO INCUR POST-PETITION INDEBTEDNESS WITH GRAINCHAIN, INC. PURSUANT TO 11 U.S.C. § 364(c)(1) TOGETHER WITH FINAL AUTHORITY TO GRANT PRIORITY PURSUANT TO 11 U.S.C. § 364(c)(1) and (2); (II) AUTHORITY TO APPROVE OPERATING AGREEMENT PURSUANT TO 11 U.S.C. § 363(b) WITH GRAINCHAIN, INC., AND ELKINS GRAIN, LLC; AND (III) REQUEST FOR PRELIMINARY AND FINAL HEARINGS**

This is to serve as notice that the hearing on *Debtor's Amended Emergency Motion for (I) Interim Authority to Incur Post-Petition Indebtedness with GrainChain, Inc. Pursuant to 11 U.S.C. § 364(c)(1) Together with Final Authority to Grant Priority Pursuant to 11 U.S.C. § 364(c)(1) and (2); (II) Request to Approve Operating Agreement with GrainChain, Inc., and Elkins Grain, LLC; and (III) Request for Preliminary and Final Hearings* (the **"Motion"**), [Dkt. #352] originally heard on July 7, 2023 has been re-set for **Friday, August 4, 2023 at 1:30 p.m.** in McAllen, Texas to hear continued evidence and arguments as it relates to the request to approve operating agreement.

**The hearing shall be conducted electronically before the U.S. Bankruptcy Court, Southern District of Texas, McAllen Division (Central Standard Time).**

To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-

number for hearings before Judge Rodriguez at (832) 917–1510, conference room number 999276 and to (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez.

        Respectfully Submitted,

        MULLIN HOARD & BROWN, L.L.P.
        P.O. Box 2585
        Lubbock, Texas 79408-2585
        Telephone: (806) 765-7491
        Facsimile: (806) 765-0553
        Email: drl@mhba.com

        /s/ David R. Langston
        David R. Langston, SBN: 11923800
        Southern District Bar No. 9489
        ***Attorneys for Garcia Grain Trading Corp.***

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice was served on the following parties in interest, via ECF and/or regular U.S. First Class mail, on this 10th day of July, 2023:

1. Garcia Grain Trading Corp.
   Attn: Octavio Garcia
   101 N. Val Verde Rd.
   Donna, TX 78537
   ***Debtor***

2. Andrew Jimenez
   U.S. Trustee's Office
   606 N. Carancahua, Suite 1107
   Corpus Christi, Texas 78476

3. All parties receiving notice via ECF in this case.

        /s/ David R. Langston
        David R. Langston