IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS (MCALLEN)

| | |
|---|---|
| In re: ) | |
| ) | |
| GARCIA GRAIN TRADING CORP., ) | Case No. 23-70028 |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |

### STONEX COMMODITY SOLUTIONS LLC'S NOTICE OF WITHDRAWAL

### OF THE MOTION TO CONVERT

**COMES NOW**, StoneX Commodity Solutions LLC f/k/a FCStone Merchant Services, LLC ("StoneX"), by and through the undersigned counsel, and files this notice of withdrawal, without prejudice, of StoneX's *Motion to Convert Case to One Under Chapter 7* (the "Motion to Convert"). *See* [ECF No. 144].

StoneX hereby withdraws the Motion to Convert upon this Court's entry of the *Agreed Order Granting Debtor's Emergency Motion to Employ Richard S. Schmidt, Retired U.S. Bankruptcy Judge as Its Chief Restructuring Officer*. *See* [ECF No. 429].

**WHEREFORE**, StoneX respectfully files this notice to the Court that the Motion to Convert is withdrawn without prejudice.

Respectfully submitted this, the 16th day of August, 2023:

/s/ Kurt Stephen
Kurt Stephen, *Of Counsel*
David W. Houston, IV
D. Christopher Carson
*Attorneys for StoneX Commodity Solutions LLC*

51476795 v1

**OF COUNSEL**:
The Law Office of Kurt Stephen, PLLC
100 South Bicentennial
McAllen, Texas 78501
Email: kurt@kstephenlaw.com

**OF COUNSEL**:
BURR & FORMAN LLP
222 2nd Ave S #2000
Nashville, TN 37201
Telephone: (615) 724-3200
Email: dhouston@burr.com

**OF COUNSEL**:
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
Email: ccarson@burr.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this, the 16th day of August, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and a true and correct copy of the foregoing has been served on the following via electronic means through the Court's electronic filing system and/or via US Mail upon those listed in the attached creditor matrix:

                                        */s/ David W. Houston, IV*
                                        David W. Houston, IV

BURR & FORMAN LLP
222 2nd Ave S #2000
Nashville, TN 37201
Telephone: (615) 724-3200
Email: dhouston@burr.com