**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **GARCIA GRAIN TRADING** | § | **Case No. 23-70028-EVR-11** |
| **CORP.,** | § | |
| | § | |
| Debtor. | § | |

**NOTICE OF HEARING ON MOTIONS FOR COMPENSATION**
**OF DEBTORS' COUNSEL AND ACCOUNTANTS**
(Docket #452 and #453)

TO CREDITORS AND PARTIES IN INTEREST:

YOU ARE NOTIFIED that the United States Bankruptcy Court has scheduled a hearing on the following for **Wednesday, September 20, 2023 at 10:00 a.m.** (Central Standard Time). **The hearing shall be conducted electronically before the U.S. Bankruptcy Court, Southern District of Texas, McAllen Division (Central Standard Time).**

1.    Debtor's' First Application For Compensation and Reimbursement of Expenses For Mullin Hoard & Brown, L.L.P. as Counsel for Debtor and Request For First and Final Draw on Retainer [Docket #452]; and

2.    Debtor's First Motion for Compensation and Reimbursement of Expenses of D. Williams & Co., P.C. as Accountants for Debtor [Docket #453].

PLEASE TAKE NOTICE: To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez.

Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at (832) 917–1510, conference room number 999276 and to (ii) log on to

GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez.

Respectfully Submitted,

MULLIN HOARD & BROWN, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: (806) 765-7491
Facsimile: (806) 765-0553

 /s/ David R. Langston
David R. Langston, SBN: 11923800
Southern District Bar No. 9489
*Attorneys for Debtors, Paul & Billie Floyd*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice was sent via ECF or email and/or mailed by regular first class mail, postage prepaid on this the 29th day of August, 2025, to the following listed parties in interest:

1.   Garcia Grain Trading Corp.
     Attn: Octavio Garcia
     101 N. Val Verde Rd.
     Donna, TX 78537
     *Debtor*

2.   Andrew Jimenez
     U.S. Trustee's Office
     606 N. Carancahua, Suite 1107
     Corpus Christi, Texas 78476

3.   All parties receiving notice via ECF in this case.

4.   All parties listed on the attached matrix.

/s/ David R. Langston
David R. Langston

Garcia Grain Trading Corp.
c/o Octavio Garcia
101 N. Val Verde Rd.
Donna, TX 78537

U.S. Trustee's Office
606 N. Carancahua
Suite 1107
Corpus Christi, TX 78476

American Bean LLC
101 1st Avenue
Petersburg, ND 58272

American Express Business
Card
P.O. Box 981531
El Paso, TX 79998-1531

American Express Corp.
P.O. Box 650448
Dallas, TX 75265-0448

Attebury Grain, LLC
624 Burlington Rd.
Fort Worth, TX 76179

BH Genetics
5933 Farm to Market Rd. 1157
Ganado, TX 77962

Brian Jones Farms
Attn: Brian Jones
6582 Mile 15 1/2 N
Edcouch, TX 78538

BWAB MEXICO S DE RL DE CV
AV HUMBERTO JUNCO VOIGT 3
2307
TORRE 2 LOCAL 3 COL VALLE
ORIENTE SECC LOMA LARGA
SAN PEDRO GARZA GARCIA
NUEVO LEON CP 66269
MEXICO

Cadena Farms
1324 CR 465
Alice, TX 78332

Cameron County Tax Assessor
P.O. Box 952
Brownsville, TX 78522-0195

Carl Hensz
5802 Sunrise Blvd.
Harlingen, TX 78552

Chad Szutz
P.O. Box 1773
Weslaco, TX 78599

Citi Business Card
P.O. Box 790046
St. Louis, MO 63179-0046

Eat Fresh Farms
c/o Robert Dyer
P.O. Box 3300
Mission, TX 78573

Falcon Bank
6301 N. 10th St.
McAllen, TX 78504

Fike Farms
1601 N. Sharp Rd.
Edinburg, TX 78542

Ford Motor Credit
1501 North Plano Road
Suite 100
Richardson, TX 75081

Ford Motor Credit
P.O. Box 650574
Dallas, TX 75265-0574

Forest River Bean Co.
P.O. Box 68
Forest River, ND 58233

Frank Bailey Grain Co., Inc.
Attn: William Bailey
2301 Montgomery St.
Fort Worth, TX 76107

Fred Karle
P.O. Box 1064
San Benito, TX 78586

Grain Chain, Inc.
c/o Alex Mancias
2023 N. Jackson Rd.
McAllen, TX 78501

GRANEROS GUADALUPE SA DE
CV
CALLE MIER 7 NORIEGA #890
COL PABLO
ES LOS SANTOS, SABINAS
HIDALGO NL
CP 65200
MEXICO

Hans Hovda
P.O. Box 86
Progreso, TX 78579

Harvest Farms
c/o Tudor G. Uhlhorn
2601 S. 77 Sunshine Strip
Harlingen, TX 78550

Helena Agri Enterprises, LLC
c/o Frances Rodriguez
P.O. Box 789
Alamo, TX 78516

Hidalgo County FSA
United States of America
Attn: Farm Loan Programs
2514 S. Veterans Blvd., Suite 1
Edinburg, TX 78539-7026

Hidalgo County Tax Assessor
P.O. Box 178
Edinburg, TX 78540

Internal Revenue Service
Special Procedures -
Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
STOP #5026AUS
300 E. 8th St.
Austin, TX 78701

Johnny Guin
P.O. Box 1773
Weslaco, TX 78599

Jonathan Ruiz
24152 N. Kansas City Rd.
La Feria, TX 78559

Karen Arnold
P.O. Box 595
Weslaco, TX 78599

Lothringer Farms
11607 W. FM 117
Dilley, TX 78017

Luna Brothers
5937 W. Schunior St.
Edinburg, TX 78541

MANUEL RAMIRO SANCHEZ
LORETO DE TEJADA #304
COL.CELANECE
CD RIO BRAVO CP 88900
MEXICO

Mark Miller
328 Nicholas St.
Rancho Viejo, TX 78575-4902

PKT Associates, Inc.
19-03 Mable Ave., #5
Fair Lawn, NJ 07410

Planters Grain Coop
200 Voss Ave.
P.O. Box 300
Odem, TX 78370

PROSESADORA DE ALIMENTOS
INTEGRALES SA
CARRT-ATOTONILCO /
ENCARNACION KM 95
SAN JUAN DE LOS LAGOS JAL. CP
47000
MEXICO

R.L. Dreibelbis
1911 S. Stewart Rd.
San Juan, TX 78589

Richard W. Fryer
Registered Agent, Eat Fresh
Farms
1352 W. Pecan Boulevard
McAllen, TX 78501

Robert Walsdorf
212 E. Resaca Dr.
Los Fresnos, TX 78566

Russell Plantation Gin, Inc.
Attn: Frank Russell
28481 State Highway 100
Los Fresnos, TX 78566

Simplot Grower Solutions
24203 Port Rd.
Harlingen, TX 78550

Skalitsky Farms
2422 E. Mile 13 1/2 N.
Donna, TX 78537

State Comptroller of Public
Accounts
Revenue Accounting Division
- Bankruptcy
P.O. Box 13528
Austin, TX 78711

StoneX Commodity Solutions,
LLC
c/o Juan Tercero
1251 NW Briarcliff Parkway,
Suite 800
Kansas City, MO 64116

Stony Ridge Foods, Inc.
Attn: Thomas Walker
715 Atlantic Avenue
Benson, MN 56215

Texas Attorney General's
Office
Bankruptcy-Collections
Division
P.O. Box 12548
Austin, TX 78711

Texas Department of
Agriculture
c/o Larry Mitchell
Coordinator - Grain
Warehouse/ HMPC
P.O. Box 12847
Austin, TX 78711-2847

U.S. Attorney's Office
Southern District of Texas
1000 Louisiana, Ste. 2300
Houston, TX 77002

United Agricultural Coop
c/o Lindsey Bowers
P.O. Box 826
El Campo, TX 77437

University of Missouri
P.O. Box 807012
Kansas City, MO 64180-7012

USDA Farm Service Agency
2405 Texas Ave. South
College Station, TX 77840

Valley Coop Oil Mill
c/o James C. Massey
P.O. Box 533609
Harlingen, TX 78553-3609

Vantage Bank
c/o Brian Disque
1801 S. 2nd St.
McAllen, TX 78503

Vi-Cal Grain Co.
P.O. Box 267
135 Main Street
Placedo, TX 77977

Wesley Valerius
15538 State Highway 107
Harlingen, TX 78552

Wesley Vanderpool
P.O. Box 337
Sullivan City, TX 78595

Zdansky Farms JV
c/o Thomas Zdansky
14167 FM 498
Lyford, TX 78569

Catherine Stone Curtis
McGinis Lochridge
P.O. Box 720788
McAllen, TX 78504

Richard E. Haynes, II
Trevino/Haynes, LLP
3910 E. Del Mar Blvd., Ste. 107
Laredo, TX 78045

Vicki M. Skaggs
Atlas Hall & Rodriguez, LLP
P.O. Box 3725
McAllen, TX 78502-3725

Donald L. Turbyfill
Devlin Naylor & Turbyfill PLLC
5120 Woodway Drive, Suite 9000
Houston, TX 77056-1725

Brent W. Martinelli
Quintairos, Prieto Wood & Boyer PA
1700 Pacific Avenue, Suite 4545
Dallas, TX 75201

Diane W. Sanders
Linebarger Goggan Blair & Sampson LLP
P.O. Box 17428
Austin, TX 78760-7428

Andrew K. Rozell
323 East Jackson
Harlingen, TX 78550

Mr. D. Christopher Carson
Burr Forman, LLP
420 North 20th Street, Suite 3400 Birmingham, Alabama 35203

Mr. David W. Houston, IV
Burr Forman, LLP
222 Second Avenue South, Suite 2000 Nashville, Tennessee 37201

Mr. Kurt Stephen
The Law Office of Kurt Stephen, PLLC 100 South Bicentennial
McAllen, Texas 78501

Mark A. Twenhafel
Twenhafel Law, PLLC
P.O. Drawer 3766
McAllen, TX 78502-3766

Rudy Salinas, Jr.
Law Firm of Jones, Galligan Key & Lozano, LLP
P.O. Box 1247
Weslaco, TX 78599

Antonio Villeda
Villeda Law Group
6316 North 10th Street, Bldg. B
McAllen, TX 78504

Elias M. Yazbeck
McGinnis Lochridge, LLP
609 Main Street, Suite 2800
Houston, TX 77002

Andrew K. Rozell
Law Office of Andrew K. Rozell
323 E. Jackson St.
Harlingen, TX 78550

Jennifer F. Wertz
Jackson Walker, LLP
100 Congress, Suite 1100
Austin, TX 78701

Steven G. Cennammo
Law Office of Cennamo & Werner
12042 Blanco Road, Suite 308
San Antonio, TX 78216

Robert L. Ginsburg
McDonald Sanders, PC
777 Main Street, Suite 2700
Fort Worth, TX 76102

Russell Devenport
McDonald Sanders, PC
777 Main Street, Suite 2700
Fort Worth, TX 76102

Donald Kaczkowski
McDonald Sanders, PC
777 Main Street, Suite 2700
Fort Worth, TX 76102

David C. McLaughlin
Fluegel Anderson McLaughlin &
Brutlag, Chartered
129 2nd St. NW
Ortonville, MN  56278

David J. Lumber
Guerra Law Group, PLLC
4201 North McColl Rd.
McAllen, TX 78504

Gregory Deegan
Becket and Lee, LLP
PO Box 3001
Malvern, PA 19355-0701

Layla D. Milligan
Office of the Attorney General
of Texas
Bankruptcy & Collection
Division
P.O. Box 12548
Austin, TX 78711-2548

Shelby A. Jordan
Jordan & Ortiz, P.C.
500 N. Shoreline Blvd.,
Suite 900
Corpus Christi, TX 78401

Internal Revenue Service
1100 Commerce St.
M/S 5026 DAL
Dallas, TX 75242

Jose L. Caso
Caso Law Firm, PLLC
112 E. Cano St.
Edinburg, TX 78539

American Bean, LLC
c/o Coface North America
Insurance Co
650 College Road East, Suite
2005
Princeton, NJ  08540

Aceites Especiales TH S.A . DE
C.V.
EJE NORTE SUR. EXTERIOR
451
CD INDUSTRIAL 58200
MORELIA, MICH.,
MEXICO

PKT Associates
19-03 MAPLE AVENUE UNIT 5
FAIR LAWN, NJ 07410

Grant H. Shaft
SHAFT LAW OFFICE
3651 Columbia Road
South, Suite C
P.O. Box 5495
Grand Forks, ND 58206-
5495

Tom Kotzur
40459 North FM 681
Linn, TX 78563

Lothringer Farms
11607 FM 117 W
Dilley, TX 78017

Starr Feedyard
144 Starr Feed Yards Rd.
Rio Grande City, TX 78582

Sarge Farms, LLC
2203 Stonegate Drive
Mission, TX 78574

Respondek Farms
28906 North FM 681
Edinburg, TX 78541

White Rock Farms
30344 Kamien Rd.
Edinburg, TX 78541

Alex Keller
1309 East 29th St.
Mission, TX 78574

HK Ranch II
2409 East Griffin Parkway,
Suite C
Mission, TX 78572

John Prukop
10019 South SWY 281
Premont, TX 78375

Demetrio Duarte, Jr.
Duarte & Molina, P.C.
2200 Warner Ave.
San Antonio, TX 78201

Granos Y Cereales Rio Bravo
Calle Rio Bravo
88810 Ciudad Rio Bravo
Tamaulipas
MEXICO

Steven M. Beauchamp
Dry Law, PLLC
909 18th Street
Plano, TX 75074

Jeremy M. Masten
P.O. Box 541411
Houston, TX 77254

Union Pacific Railroad Company
12567 Collections Center Drive
Chicago, IL 60693

Union Pacific Railroad
Company
1400 Douglas Street
STOP 1690
Omaha, NE 68179-1690

Rio Valley Switching Co. &
IHR Transload, LLC
101 N. 21st St.
McAllen, TX 78501

Christopher Murphy
Attorney General's Office
Bankruptcy & Collection
Division
P.O. box 12548
Austin, TX 78711-2548

Jules and Associates, Inc.
P.O. Box 4130
Hopkins, MN 55343

Nathaniel Peter Holzer
1734 Santa Fe
Corpus Christi, TX 78404