United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 19, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 23-70028 |
| GARCIA GRAIN TRADING CORP., § | |
| § | |
| Debtor. § | |
| § | |
| § | CHAPTER 11 |

## ORDER
## SETTING HEARING
*ECF No. 611*

1. On **December 21, 2023, at 11:00 a.m.,** (Central Standard Time), a hearing on Amended Expedited Motion to Approve Mediated Settlement Agreement Pursuant to F.R.B.P. 9019 [Plascencia, Sr. and WNGU], ECF #611, shall be held before the United States Bankruptcy Court at 1701 W. Business Hwy 83, 10th Floor Courtroom, McAllen, Texas 78501.

2. Pursuant to Bankruptcy General Order 2021-05 parties may either appear electronically or in person unless otherwise ordered by this Court.

3. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

4. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

5. Upon entry of this Order, Debtor must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk's office.

SIGNED December 19, 2023

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge