United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 16, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **GARCIA GRAIN TRADING** | § | Case No. 23-70028-EVR-11 |
| **CORP.,** | § | |
| | § | |
| | § | |
| Debtor. | § | |

### ORDER SETTING NEW HEARING DATES FOR APPROVAL OF THIRD AMENDED DISCLOSURE STATEMENT AND FOR CONFIRMATION OF THE THIRD AMENDED PLAN OF REORGANIZATION COMBINED WITH EXTENSION OF DEADLINES FOR BALLOTING, FILING OBJECTIONS TO CONFIRMATION AND FORM OF CONFIRMATION ORDER
**[Dkt #644]**

On the 12th day of January 2024, came on to be considered Debtor's Emergency Motion Requesting a Scheduling Conference to Establish New Hearing Dates and Other Deadlines for Consideration of Debtor's Third Amended Disclosure Statement and Confirmation of the Third Amended Plan of Reorganization, ("Motion"), [Dkt #644].

1. The Debtor filed its Emergency Motion Requesting a Scheduling Conference to Establish New Hearing Dates and Other Deadlines for Consideration of Debtor's Third Amended Disclosure Statement and Confirmation of the Third Amended Plan of Reorganization ("Motion"), and the major creditors and parties who participated in the scheduling conference set on shortened notice for January 12, 2024, and all requested that the hearings on the final approval of the Third Amended Disclosure Statement ("Disclosure Statement") and the Third Amended Plan of Reorganization ("Plan") be continued and that the Court set a date and time for the hearing for consideration of the Disclosure Statement on February 21, 2024 at 1:30 p.m., and then set a hearing on confirmation of such plan on March 28, 2024, and that all deadlines associated with the filing and consideration of the

Plan and Disclosure Statement be modified and extended according to the new hearing dates.

2. The Court having considered the remarks of counsel and finding that good cause exists for establishing new hearing dates for the consideration of the Third Amended Disclosure Statement as well as to consider confirmation of the Third Amended Plan and finding that other new deadlines should be established. Accordingly,

**IT IS THEREFORE ORDERED** that the hearing on the final approval of the Third Amended Disclosure Statement and the Third Amended Plan of Reorganization, or as they subsequently may be amended, be continued to the dates set forth below.

**IT IS FURTHER ORDERED THAT** a hearing to consider approval of the Third Amended Disclosure Statement is set for **February 21, 2024, at 1:30 P.M.** (Central Standard Time). **The hearing on the Third Amended Disclosure Statement shall be conducted electronically before the U.S. Bankruptcy Court, Southern District of Texas, Brownsville Division.**

**IT IS FURTHER ORDERED THAT** counsel for the Debtor shall send Notice of Hearing and Opportunity for Objections to Debtor's Third Amended Disclosure Statement no later than 12 midnight Central Standard Time on **January 17, 2024**, providing notice of the hearing on approval of the Disclosure Statement hearing and providing that any parties wishing to object to the information must file such objections and serve copies of the objections to counsel for the Debtor no later than midnight on **Friday, February 14, 2024.**

**IT IS FURTHER ORDERED THAT** all deadlines associated with the mailing of the Third Amended Plan and Third Disclosure Statement to creditors and balloting as well as deadlines

relating to the Court's consideration of the Third Amended Plan shall be established by the Court at the hearing set for consideration of the Third Amended Disclosure Statement.

**IT IS FURTHER ORDERED** that the hearing on confirmation of Debtor's Third Amended Plan of Reorganization is hereby set for **Thursday, March 28, 2024 at 10:00 a.m.**

**The hearing on confirmation of the Third Amended Plan shall be held at the U.S. Bankruptcy Courtroom, 1701 W. Business Hwy. 83, McAllen, Texas. Parties may appear electronically or in person.**

To participate electronically in the hearings referenced above, parties must follow the instructions set forth on Judge Rodriguez's web page located at:

https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez.

Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at (832) 917–1510, conference room number 999276 and to (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez.

All other relief not specifically requested is denied.

Signed: January 16, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

**APPROVED AND ENTRY REQUESTED**:

MULLIN HOARD & BROWN, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: (806)765-7491
Facsimile: (806) 765-0553
Email: drl@mhba.com

By /s/ David R. Langston
　　David R. Langston, SBN: 11923800
　　Southern District Bar No. 9489
***Attorneys for Debtor, Garcia Grain Trading Corp***