Form No. 9017-1(c)(2)(B)
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| In Re: | § | |
| --- | --- | --- |
| | § | |
| **GARCIA GRAIN TRADING CORP.,** | § | Case No. 23-70028-EVR-11 |
| | § | |
| | § | |
| **Debtor.** | § | |

## NOTICE OF INTENT TO ADDUCE TESTIMONY FROM A REMOTE LOCATION BY TELEPHONE AND VIDEO TECHNOLOGY

1. This Notice is filed pursuant to BLR 9017-1(c)(2)(B) by David R. Langston, Counsel for Debtor, Garcia Grain Trading Corp.

2. This Notice pertains to the matters scheduled for hearing in this case on **Thursday, March 28, 2024 at 10:00 am** related to ECF #638 and #762.

3. The party filing this Notice intends to call the following to testify at the scheduled hearings or trial by telephone and video technology:

   a. Bart Schilling;
   b. Eric Reubel;
   c. Greg Taylor;
   d. Richard Schmidt;
   e. Aurelio Garza; and
   f. Luis Macias.

4. **Any party-in-interest may object to this notice within 3 days of its filing on the Court's docket. If no party-in-interest files a timely objection, the Court will allow the identified witnesses to give testimony remotely using the Court's telephone and video technology. If the Court does not authorize the testimony to be taken remotely, the Court will schedule a date for the witness's testimony to be given live in open court. Both the witness(es) and the objector must appear in person at the scheduled date.**

5. This Notice may be withdrawn at any time prior to the scheduled hearing or trial.

Dated: March 20, 2024

Notice of Intent to Adduce Testimony From
a Remote Location By Telephone and Video Technology
Page 1

Respectfully Submitted,

MULLIN HOARD & BROWN, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: (806) 765-7491
Facsimile: (806) 765-0553
Email: drl@mhba.com

<u>/s/ David R. Langston</u>
David R. Langston, SBN: 11923800
Southern District Bar No. 9489
***Attorneys for the Debtor, Garcia Grain Trading Corp.***

<u>Notice of Intent to Adduce Testimony From</u>
<u>a Remote Location By Telephone and Video Technology</u>
Page 2