**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **GARCIA GRAIN TRADING CORP.,** | § § § § | Case No. 23-70028-EVR-11 |
| | § | |
| Debtor. | § | |

**OBJECTION TO CONFIRMATION OF CHAPTER 11 PLAN**
**(Stony Ridge Foods, Inc.)**

Stony Ridge Foods, Inc. hereby objects to confirmation of the Plan of Reorganization dated February 26, 2024, as follows:

1. This objection is made pursuant to the court's Order and Notice for Hearing on Confirmation of Plan dated February 26, 2024 and pursuant to Local Rule 3020-1 and, by reference, Local Rule 9013-2(b)-(e).

2. Stony Ridge Foods, Inc. respectfully requests that the hearing this Objection be conducted at the same time as the confirmation hearing scheduled for March 28, 2024 at 10:00 o'clock a.m. in 10th Floor, United States Courthouse, 1701 W. Business Highway, McAllen, Texas.

3. Stony Ridge Foods, Inc. is a bean claimant and is included in Class 8 of the Plan. On March 15, 2024, Stony Ridge Foods, Inc. submitted a ballot on the Plan and voted "no". Stony Ridge Foods, Inc. has an approved claim for the amount of $1,220,000.00. The Plan states bean claims in Class 8 total $2,240,600.00. Stony Ridge Foods, Inc.'s "no" vote constitutes a rejection of the Plan by Class 8.

4. The total claims do not account for the alleged preference claim American Bean, LLC, ($183,908.00) and the alleged preference claim of Forest River Bean Co. in the amount of

$565,373.00. The claim does not account for the alleged preference claim of $155,817.00 against Forest River and PKT Association, Inc. in the amount of $52,199 and Class 8 creditors with no proof of claim $617,572.00.

The debtor's plan of reorganization could be confirmed using the cramdown provisions of § 1129 (b). *See* 11 U.S.C.A. § 1129 (b) if the requirements are met. Section 1129 (b) provides in relevant part:

> a. Notwithstanding section 510(a) of this title, if all of the applicable requirements of subsection (a) of this section other than paragraph (8) are met with respect to a plan, the court, on request of the proponent of the plan, shall confirm the plan notwithstanding the requirements of such paragraph if the plan does not discriminate unfairly, and is fair and equitable, with respect to each class of claims or interests that is impaired under, and has not accepted, the plan.
>
> b. For the purpose of this subsection, the condition that a plan be fair and equitable with respect to a class includes the following requirements:
>
> c. With respect to a class of unsecured claims—
>
> > i. the holder of any claim or interest that is junior to the claims of such class will not receive or retain under the plan on account of such junior claim or interest any property.

The Plan proponent must prove all of the elements of 11 U.S.C. § 1129(a) (except the requirement that the proponent receive acceptance from all impaired classes. However, the proponent must (1) prove that the Plan does not unfairly discriminate unfairly and (2) the Plan id fair and equitable.

Stony Ridge Foods, Inc. asserts that the Plan unfairly discriminates against the members of Class 8 and the unsecured Class 11. The treatment provided to GrainChain excuses GrainChain from many requirements of the Plan, by not requiring GrainChain to pay Administrative Expense[s] of the Plan. The Plan leaves

these expenses to the unsecured creditors for the first few years of the Plan. Further, the Plan provides for a reduction of unsecured claims if the unsecured claims exceed $9,100,000.00. No such reduction is required of GrainChain of its claim. There are also Plan provisions which allow other creditors' claims be paid from the trust assets. GrainChain's share of the new company's profit[s] does not get paid into the Trust but instead is paid directly to GrainChain. There are other discriminatory aspects of the Plan that may be brought out at the Confirmation hearing. Again, it is the Plan proponent that bear the burden of proof as to elements in 11 U.S.C. 1129(b).

5. The debtor believes that a Chapter 7 would provide little or nothing to the unsecured creditors in this case. Stony Ridge Foods, Inc. asserts that the preference liens granted to GrainChain within the 90 days of filing would be set aside. Sales of multiple of the properties would be possible for a Chapter 7 Trustee. Further, there are preferences in this case of $13,946,928.74 which Trustee could pursue. The Plan provides that the preference claim may be pursued or settled. However, nothing has been done with the vast majority of the claims, even though this case has been pending for in excess of 13 months. An action on the preference must be commenced with 2 years of the entry of the order for relief. Time is being allowed to elapse for no good reason on these claims. The Plan provides for a settlement of the preference claim against Grain Chain. The unsecured creditors would benefit from the recovery of the GrainChain preference. The Plan provides for similar treatment as to other creditors. However, no action occurs.

The debtor states that the liquidation value in a Chapter 7 would pay .034%. No basis is provided for this assertion. If just a portion of the preference were recovered this amount would be increased greatly. In addition there is 20 million dollars worth of assets unaccounted for by

the debtor. Further, the debtor's officers freely admit that corporate assets were utilized to purchase property for insiders. The corporation also paid the expense of these acquisitions and the upkeep and operating. Except for proceeds voluntarily being transferred by Octavio Garcia or his spouse, none of the assets have been avoided. The debtor has simply not met the burden regarding the liquidation value.

Therefore, Stony Ridge Foods, Inc. requests that the Court deny confirmation of the 3rd Amended Plan until those issues are corrected or addressed.

Dated this 21st day of March, 2024.

FLUEGEL, ANDERSON, MCLAUGHLIN, & BRUTLAG, CHTD.

/s/ David C. McLaughlin
David C. McLaughlin #127383
129 NW 2nd St.
Ortonville, MN  56278
320-839-2549
dmclaughlin@fluegellaw.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| In re: | BKY #23-70028 |
| | Chapter 11 |
| GARCIA GRAIN TRADING CORP., | |
| Debtor. | |

**UNSWORN DECLARATION FOR PROOF OF SERVICE**

The undersigned, being an employee of Fluegel, Anderson, Mclaughlin & Brutlag, Chartered, declares that on the date indicated below, I served true and correct copies of the following:

- **OBJECTION TO CONFIRMATION OF CHAPTER 11 PLAN**

upon all those listed in the attached creditor matrix by first class mail postage prepaid and by first class mail postage prepaid to a domestic or foreign corporation or upon a partnership or other unincorporated association to the attention of a managing agent, or by certified mail prepaid to an insured depository institution addressed to an officer of the institution and to any entities who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System:

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: March 22, 2024                                                                                   /e/ Chelsie Gere

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-7<br>Case 23-70028<br>Southern District of Texas<br>McAllen<br>Thu Mar 21 15:44:02 CDT 2024 | Brian Jones Farms<br>PO Box 213<br>Edcouch, TX 78538-0213 | Eat Fresh Farms<br>PO Box 3300<br>Mission, TX 78573-0057 |
| Falcon International Bank<br>Trevino Haynes PLLC<br>c/o Richard E. Haynes, II<br>3910 E. Del Mar Blvd. Ste. 107<br>P.O. Box 450989<br>Laredo, TX 78045-0024 | Fike Farms<br>1601 N. Sharp Road<br>Edinburg, TX 78542-3480 | Frank Bailey Grain Company Inc.<br>P.O. Box 510<br>Fort Worth, TX 76101-0510 |
| Garcia Grain Trading Corp.<br>1702 International Blvd.<br>Weslaco, Tx 78596-9207 | Grainchain, Inc.<br>2023 N. Jackson Rd.<br>McAllen, TX 78501-5631 | HAR-VEST<br>Attn: Tudor G. Uhlhorn, Managing Partner<br>2601 S. 77 Sunshine Strip<br>Harlingen, TX 78550-8320 |
| Harco National Insurance Company<br>Dry Law, PLLC<br>909 18th Street<br>Plano, TX 75074-5830 | Helena Agri Enterprises, LLC<br>Jennifer F. Wertz<br>Jackson Walker LLP<br>100 Congress Avenue<br>Suite 1100<br>Austin, TX 78701-4042 | KH Ranch<br>c/o J. Scott Rose<br>Jackson Walker LLP<br>112 E. Pecan Street<br>Suite 2400<br>San Antonio, TX 78205-1510 |
| Lothringer Family Farms LLC<br>11607 W. FM 117<br>Dilley, TX 78017-4557 | Official Committee Of Unsecured Creditors<br>c/o Jordan & Ortiz<br>500 N Shoreline<br>Suite 900<br>Corpus Christi, TX 78401-0658 | Prukop Farms<br>c/o J. Scott Rose<br>Jackson Walker LLP<br>112 E. Pecan Street<br>Suite 2400<br>San Antonio, TX 78205-1510 |
| Rio Beef Beefyard, Inc.<br>PO BOX 1168<br>Edinburg, TX 78540-1168 | Russell Plantation II d/b/a Russell Plantati<br>28481 State Hwy 100<br>Los Fresnos, TX   78566-8382 | Sarge Farms, LLC<br>c/o J. Scott Rose<br>Jackson Walker LLP<br>112 E. Pecan Street<br>Suite 2400<br>San Antonio, TX 78205-1510 |
| Simplot AB Retail, Inc. d/b/a Simplot Grower | Skalitsky Farms<br>2422 E. Mile 13 1/2 N. Road<br>Donna, TX 78537-5122 | South of the Border, LLC<br>31427 FM 506<br>La Feria, TX 78559-6536 |
| Starr Feedyards LLC<br>c/o J. Scott Rose<br>Jackson Walker LLP<br>112 E. Pecan Street<br>Suite 2400<br>San Antonio, TX 78205-1510 | StoneX Commodity Solutions, LLC<br>1251 NW Briarcliff Pkwy, Suite 800<br>Kansas City, MO 64116-1785 | Stoney Ridge Food, Inc.<br>715 Atlantic Ave<br>Benson, MN 56215-2501 |
| Texas Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin, tx 78711-2548 | Texas Comptroller of Public Accounts, Revenu<br>Christopher S. Murphy<br>c/o Sherri K. Simpson, Paralegal<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Texas Department of Agriculture<br>c/o Texas Attorney General's Office<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, TX 78711-2548 |
| US Trustee 11<br>615 E. Houston Street<br>Suite 533<br>San Antonio, TX 78205-2055 | White Rock Farms<br>c/o J. Scott Rose<br>Jackson Walker LLP<br>112 E. Pecan Street<br>Suite 2400<br>San Antonio, TX 78205-1510 | Zdansky Joint Venture<br>14167 FM 498<br>Lyford, TX 78569-2172 |

| | | |
|---|---|---|
| United States Bankruptcy Court<br>1133 North Shoreline Blvd #208<br>Corpus Christi, TX 78401-2042 | AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Aceites Especiales TH S.A . DE C.V.<br>EJE NORTE SUR. EXTERIOR 451<br>CD INDUSTRIAL 58200<br>MORELIA, MICH.,<br>MEXICO |
| Alex Keller<br>1309 East 29th St.<br>Mission, TX 78574-3779 | American Bean LLC<br>101 1st Avenue<br>Petersburg, ND 58272 | American Bean LLC<br>Coface North America Insurance Company<br>650 College Road East, Suite 2005<br>Princeton, NJ 08540-6779 |
| American Express Business Card<br>P.O. Box 981531<br>El Paso, TX 79998-1531 | American Express Corp.<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Attebury Grain, LLC<br>624 Burlington Rd.<br>Fort Worth, TX 76179-1310 | BH Genetics<br>5933 Farm to Market Rd. 1157<br>Ganado, TX 77962 | BWAB MEXICO S DE RL DE CV AV HUMBERTO<br>JUNCO VOIGT 3 2307 TORRE 2 LOCAL 3<br>COL VALLE ORIENTE SECC LOMA LARGA SAN<br>PEDRO GARZA GARCIA NUEVO LEON CP 66269<br>MEXICO |
| Brian Jones Farms<br>6582 Mile 15 1/2 N<br>Edcouch, TX 78538-2103 | Brian Jones Farms<br>PO Box 233<br>Edcouch, TX 78538-0233 | Cadena Farms<br>1324 CR 465<br>Alice, TX 78332-7528 |
| Cameron County<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | Cameron County Tax Assessor<br>P.O. Box 952<br>Brownsville, TX 78522-0952 | Cargill, Incorporated<br>15407 McGinty Road West, MS#24<br>Wayzata, MN 55391-2399 |
| Carl Hensz<br>5802 Sunrise Blvd.<br>Harlingen, TX 78552-6267 | Chad Szutz<br>P.O. Box 1773<br>Weslaco, TX 78599-1773 | Citi Business Card<br>P.O. Box 6500<br>Sioux Falls, SD 57117-6500 |
| Citi Business Card<br>P.O. Box 790046<br>St. Louis, MO 63179-0046 | City of Donna<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 |
| Dreibelbis Farms<br>1911 S. Stewart Rd.<br>San Juan, TX 78589-5037 | Eat Fresh Farms<br>c/o Robert Dyer<br>P.O. Box 3300<br>Mission, TX 78573-0057 | Falcon Bank<br>6301 N. 10th St.<br>McAllen, TX 78504-3234 |
| Falcon International Bank<br>c/o Richard E. Haynes, II<br>3910 E. Del Mar Blvd. Ste. 107<br>Laredo, Texas 78041-6661 | Ford Motor Credit<br>1501 North Plano Road<br>Suite 100<br>Richardson, TX 75081-2493 | Ford Motor Credit<br>P.O. Box 650574<br>Dallas, TX 75265-0574 |

| | | |
|---|---|---|
| Ford Motor Credit Company LLC<br>Devlin Naylor & Turbyfill<br>c/o R. Lee Turbyfill<br>5120 Woodway Dr., Suite 9000<br>Houston, Texas 77056-1725 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | Forest River Bean Co.<br>P.O. Box 68<br>Forest River, ND 58233-0068 |
| Frank Bailey Grain Co., Inc.<br>2301 Montgomery St.<br>Fort Worth, TX 76107-4592 | Frank Bailey Grain Company Inc.<br>2301 Montgomery Steet<br>Fort Worth, Texas 76107-4592 | Fred Karle<br>P.O. Box 1064<br>San Benito, TX 78586-0011 |
| GRANEROS GUADALUPE SA DE CV<br>CALLE MIER 7 NORIEGA #890 COL PABLO<br>ES LOS SANTOS, SABINAS HIDALGO NL<br>CP 65200<br>MEXICO | Grain Chain, Inc.<br>c/o Alex Mancias<br>2023 N. Jackson Rd.<br>McAllen, TX 78501-5631 | Granos Y Cereales Rio Bravo<br>Calle Rio Bravo<br>88810 Ciudad Rio Bravo<br>Tamaulipas<br>MEXICO |
| HAR-VEST, a Texas general partnership<br>2601 S. 77 Sunshine Strip<br>Harlingen, TX 78550-8320 | HK Ranch II<br>2409 East Griffin Parkway, Suite C<br>Mission, TX 78572-3356 | Hans Hovda<br>P.O. Box 86<br>Progreso, TX 78579-0086 |
| Harco National Insurance Company<br>c/o Dry Law, PLLC<br>909 18th Street<br>Plano, TX 75074-5830 | Harvest Farms<br>c/o Tudor G. Uhlhorn<br>2601 S. 77 Sunshine Strip<br>Harlingen, TX 78550-8320 | Helena Agri Enterprises, LLC<br>c/o Frances Rodriguez<br>107 S. Border Rd.<br>Alamo, TX 78516 |
| Hidalgo County<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | Hidalgo County FSA<br>United States of America<br>Attn: Farm Loan Programs<br>2514 S. Veterans Blvd., Suite 1<br>Edinburg, TX 78539-7026 | Hidalgo County Tax Assessor<br>P.O. Box 178<br>Edinburg, TX 78540-0178 |
| Huntington National Bank<br>11100 Wayzata Blvd No 700<br>Minnetonka MN 55305-5523 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>Special Procedures - Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| John Prukop<br>10019 South SWY 281<br>Premont, Tx. 78375 | Johnny Guin<br>P.O. Box 1773<br>Weslaco, TX 78599-1773 | Jonathan Ruiz<br>24152 N. Kansas City Rd.<br>La Feria, TX 78559-4722 |
| Jules and Associates, Inc.<br>P.O. Box 4130<br>Hopkins, MN 55343-0498 | Karen Arnold<br>P.O. Box 595<br>Weslaco, TX 78599-0595 | Lothringer Farms<br>11607 FM 117 W<br>Dilley, TX 78017-4557 |
| Lothringer Farms<br>11607 W. FM 117<br>Dilley, TX 78017-4557 | Luna Brothers<br>5837 W. Schunior St.<br>Edinburg, TX 78541 | Lyford CISD<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 |

| | | |
|---|---|---|
| MANUEL RAMIRO SANCHEZ<br>LORETO DE TEJADA #304<br>COL.CELANECE<br>CD RIO BRAVO CP 88900<br>MEXICO | Mark Miller<br>326 Nicholas St.<br>Rancho Veijo, TX 78575 | PKT Associates, Inc.<br>19-03 Mable Ave., #5<br>Fair Lawn, NJ 07410-1553 |
| PROSESADORA DE ALIMENTOS INTEGRALES SA<br>CARRT-ATOTONILCO / ENCARNACION KM 95<br>SAN JUAN DE LOS LAGOS JAL. CP 47000<br>MEXICO | Planter's Grain Cooperative of Odem, TX<br>200 Voss Ave<br>Odem, TX 78370-4428 | Planters Grain Coop<br>796 FM Rd. 234<br>Edroy, TX 78352 |
| Planters Grain Cooperative<br>200 Voss Ave<br>P.O. Box 300<br>Odem, Texas 78370-0300 | R.L. Dreibelbis<br>1911 S. Stewart Rd.<br>San Juan, TX 78589-5037 | Respondek Farms<br>28906 North FM 681<br>Edinburg, TX 78541-6129 |
| Richard W. Fryer<br>Registered Agent, Eat Fresh Farms<br>1352 W. Pecan Boulevard<br>McAllen, TX 78501-4352 | Rio Valley Switching Co. &<br>IHR Transload, LLC<br>101 N. 21st St.<br>McAllen, TX 78501-6913 | Robert Walsdorf<br>212 E. Resaca Dr.<br>Los Fresnos, TX 78566-3103 |
| Russell Plantation Gin, Inc.<br>28481 State Highway 100<br>Los Fresnos, TX 78566-8382 | Sarge Farms, LLC<br>2203 Stonegate Drive<br>Mission, TX 78574-9738 | Simplot AB Retail, Inc.<br>d/b/a Simplot Grower Solutions<br>Attn: Cash Applications<br>1099 West Front Street<br>Boise, ID 83702-6924 |
| Simplot Grower Solutions<br>24203 Port Rd.<br>Harlingen, TX 78550-1896 | Skalitsky Farms<br>2422 E. Mile 13 1/2 N.<br>Donna, TX 78537-5122 | Starr Feedyard<br>144 Starr Feed Yards Rd.<br>Rio Grande City, TX 78582-6063 |
| (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Stonex Commodity Solutions, LLC<br>c/o Juan Tercero<br>1251 NW Briarcliff Parkway, Suite 800<br>Kansas City, MO 64116-1785 | Stoney Ridge Food, Inc.<br>715 Atrlanticavenue<br>Benson, MN 56215 |
| Texas Attorney General's Office<br>Bankruptcy-Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Texas Department of Agriculture<br>c/o Larry Mitchell<br>Coordinator for Grain Warehouse and HMPC<br>P.O. Box 12847<br>Austin, TX 78711-2847 | Texas Mutual Insurance Company<br>2200 Aldrich Street<br>Austin, TX 78723-3473 |
| Tom Kotzur<br>40459 North FM 681<br>Linn, TX 78563-0843 | (p)U S ATTORNEY S OFFICE<br>1000 LOUISIANA<br>SUITE 2300<br>HOUSTON TX 77002-5010 | U.S. Trustee's Office<br>606 N. Carancahua<br>Suite 1107<br>Corpus Christi, TX 78401-0680 |
| USDA Farm Service Agency<br>2405 Texas Ave. South<br>College Station, TX 77840-4699 | Union Pacific Railroad Company<br>1400 Douglas Street<br>STOP 1690<br>Omaha, Nebraska 68179-1690 | United Agricultural Coop<br>c/o Lindsey Bowers<br>911 S. Wharton St.<br>El Campo, TX 77437-6125 |

| | | |
|---|---|---|
| United Sorghum Checkoff Program<br>4201 N. Interstate 27<br>Lubbock, TX 79403-7507 | University of Missouri<br>P.O. Box 807012<br>Kansas City, MO 64180-7012 | Valley Coop Oil Mill<br>PO Box 533609<br>Harlingen, TX 78553-3609 |
| Valley Coop Oil Mill<br>c/o James C. Massey<br>1901 N. Exp. 77 & Wilson Rd.<br>Harlingen, TX 78550 | Vantage Bank<br>c/o Brian Disque<br>1801 S. 2nd St.<br>McAllen, TX 78503-1353 | Vantage Bank Texas<br>c/o Atlas, Hall & Rodriguez, LLP<br>attn: Vicki M Skaggs<br>PO Box 3725<br>McAllen, TX 78502-3725 |
| Vi-Cal Grain Co.<br>P.O. Box 267<br>135 Main Street<br>Placedo, TX 77977-0267 | Wesley Valerius<br>15538 State Highway 107<br>Harlingen, TX 78552-4090 | Wesley Vanderpool<br>File Right<br>112 W. Queen Isabella, Ste. B<br>Port Isabel, TX 78578-2970 |
| Wesley Vanderpool<br>P.O. Box 337<br>Sullivan City, TX 78595-0337 | White Rock Farms<br>30344 Kamien Rd.<br>Edinburg, TX 78541-6316 | Willacy County<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 |
| Zdansky Farms JV<br>c/o Thomas Zdansky<br>14167 FM 498<br>Lyford, TX 78569-2172 | Alex Keller<br>c/o J. Scott Rose<br>Jackson Walker LLP<br>112 E. Pecan Street<br>Suite 2400<br>San Antonio, TX 78205-1510 | Brad W Odell<br>Mullin Hoard & Brown, L.L.P.<br>P.O. Box 2585<br>Lubbock, Tx 79408-2585 |
| Chad Szutz<br>PO Drawer 1247<br>C/o Rudy Salinas, Jr.<br>Weslaco, TX 78599-1247 | David R Langston<br>Mullin Hoard et al<br>P.O. Box 2585<br>Lubbock, TX 79408-2585 | Demetrio Duarte Jr<br>Duarte & Molina, PC<br>2200 Warner<br>San Antonio, TX 78201-4215 |
| Johnny Guin<br>C/o Rudy Salinas, Jr.<br>PO Drawer 1244<br>Weslaco, TX 78599-1244 | Karen Arnold<br>C/o Rudy Salinas, Jr.<br>PO Drawer 1247<br>Weslaco, TX 78599-1247 | Octavio Garcia<br>2200 Warner Ave<br>San Antonio, TX 78201-4215 |
| Richard Schmidt<br>615 Leopard St.<br>Ste 635<br>Corpus Christi, TX 78401-0640 | Rodolfo Plascencia Sr.<br>4121 N. 10th Street<br>Suite 125<br>McAllen, TX 78504-3004 | Wesley Valerius<br>15538 State Hwy 107<br>Harlingen, TX 78552-4090 |

**The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).**

| | | |
|---|---|---|
| Ford Motor Credit Company, LLC<br>P.O. Box 62180<br>Colorado Springs, CO 80962-2180 | Internal Revenue Service<br>STOP #5026AUS<br>300 E. 8th St.<br>Austin, TX 78701 | State Comptroller of Public Accounts<br>Revenue Accounting Division - Bankruptcy<br>P.O. Box 13528<br>Austin, TX 78711 |

U.S. Attorneys Office
Southern District of Texas
1000 Louisiana, Ste. 2300
Houston, TX 77002

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

(u)Cameron County

(u)City Of Donna

(u)Dreibelbis Farms


(u)Fausto Salinas & F&T Farms & Cattle Co.

(u)Ford Motor Credit Company LLC

(u)Forest River Bean Co., Inc.
, ND


(u)Graneros Guadalupe SA DE CV

(u)Hidalgo County

(u)Lyford CISD


(u)SanchezDevanny

(u)Vantage Bank Texas

(u)Willacy County


(d)Fike Farms
1601 N. Sharp Rd.
Edinburg, TX 78542-3480

(d)Helena Agri-Enterprises, LLC
Jennifer F. Wertz
Jackson Walker LLP
100 Congress Avenue, Suite 1100
Austin, TX 78701-4042

(u)Ramiro Sanchez
304 Lerdo De Tejada Colonia Celanece
Rio Bravo, Tamaulipas 88920


(u)Ramiro Sanchez
304 Lerdo de Tejada Col. Celanece
Rio Bravo, Tamaulipas 88920

(d)Russell Plantation II d/b/a Russell Planta
28481 State Hwy 100
Los Fresnos, TX 78566-8382

(u)StoneX Commodity Solutions, LLC
c/o Burr & Forman
222 2nd Ave. South, Ste. 2000, Nashville


(d)Zdansky Joint Venture
14167 FM 498
Lyford, TX 78569-2172

(d)Carl Hensz
5802 Sunrise Blvd
Harlingen, TX 78552-6267

End of Label Matrix
Mailable recipients   143
Bypassed recipients    20
Total                 163