IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE: Garcia Grain Trading Corp. | § | CASE NO. 23-70028 |
| Debtor. | § | CHAPTER 11 |

## LIMITED OBJECTION OF FOREST RIVER BEAN CO. TO DEBTOR'S PLAN

FOREST RIVER BEAN CO. objects on a limited basis to the Debtor's plan. Forest River and the Debtor entered into a settlement that the Court approved, see doc 717. However, the Debtor's plan treats Forest River as if there was not a settlement. Debtor's counsel has indicated the plan will be modified to recognize the settlement, but nothing has yet been filed. Once the plan is modified to recognize the settlement, Forest River will withdraw this objection and vote in favor of the Plan.

Respectfully submitted,

*/s/ Nathaniel Peter Holzer*
Nathaniel Peter Holzer
Texas Bar No. 00793971
1734 Santa Fe
Corpus Christi, TX 78404
Telephone: 361.563.6175
pete@npholzerlaw.com

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served to all ecf subscribers on March 21, 2024.

*/s/ Nathaniel Peter Holzer*
Nathaniel Peter Holzer