United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 05, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 23-70028 |
| **GARCIA GRAIN TRADING CORP.,** § | |
| § | |
| **Debtor.** § | |
| § | |
| § | **CHAPTER 11** |

## ORDER
## POST CONFIRMATION

Debtor's Plan, filed 2/26/2024, Docket #763; together with modified plan filed 3/27/2024, Docket #830, was confirmed under 1129(b). It is hereby:

**ORDERED** that:

1. No later than April 26, 2024 Debtor must

   a. file with the Clerk of the United States Bankruptcy Court operating reports and statements of disbursements made during each calendar quarter and of any fees payable under 28 U.S.C. § 1930(a)(6) for each quarter during the pendency of this case, through the date of entry of this Order, and shall serve a true and correct copy of said operating reports and statements on the United States Trustee
   b. file all final fee applications, pursuant to Fed. R. Bankr. P. 2016; and
   c. file a motion for final decree, pursuant to Fed. R. Bankr. P. 3022 and 11 U.S.C. § 1106(a)(7)

2. No later than April 24, 2024 Debtor must pay the appropriate sum of quarterly fees due and payable under 28 U.S.C. § 1930(a)(6)(A) by remitting payment to the United States Trustee Payment Center, P.O. Box 6200-19, Portland, Oregon, 97228-6200, and shall furnish evidence of such payment to the United States Trustee, 515 Rusk, Suite 3516, Houston, Texas. The payment shall reflect the Debtors' account number and shall be transmitted with a "Chapter 11 Quarterly Disbursement and Fee Report" available from the United States Trustee.

3. This Court shall retain jurisdiction to enforce payment of fees assessed under 28 U.S.C. § 1930(a)(6)(A).

SIGNED April 5, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge