United States District Court
Southern District of Texas
FILED

NOV 13 2024

Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| GARCIA GRAIN TRADING CORP., | § | Case No. 23-70028-EVR-11 |
| | § | |
| | § | |
| Debtor. | § | |

## WITHDRAWAL OF PROOF OF CLAIM #49
## FILED BY HUNTINGTON NATIONAL BANK – ASSIGNED FROM JULES AND ASSOCIATES, INC.

TO THE DEBTOR, ATTORNEYS FOR THE DEBTOR, CLERK OF THE BANKRUPTCY COURT, OFFICE OF THE U.S. TRUSTEE, and all other interested parties:

NOTICE IS HEREBY GIVEN that the Proof of Claim (POC #49) in the amount of $7,657.41 filed with the Court's Claims Register on November 20, 2023 by Huntington National Bank – Assigned from Jules and Associates, Inc., as a secured creditor, and assigned as Proof of Claim Number 49, is hereby withdrawn because the claim has been fully paid and satisfied pursuant to the treatment provided under the Plan.

Dated: October __30__, 2024

Respectfully Submitted,

By: /s/ Keith Bergquist
Huntington National Bank
c/o Keith Bergquist, Financial Recovery Rep Senior
11100 Wayzata Blvd. #700
Minnetonka, MN 55305
Email: keith.w.bergquist@huntington.com